# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE,<br>by and through her next friend, Julie Roe,<br><br>Plaintiff,<br><br>v.<br><br>NORTH PENN SCHOOL DISTRICT,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:20- cv-05142 |

## STIPULATION TO AMEND CAPTION AND PARTIES

IT IS STIPULATED and AGREED by and between Plaintiff and Defendant, and through their respective counsel of record, that the caption and parties in this action be amended to remove Julie Roe as Plaintiff and to allow Jane Doe to proceed independently as the sole Plaintiff in this action.

**FREIWALD LAW, P.C.**                    **HENDRZAK & LLOYD**

_s/ Laura Laughlin_                       _____
AARON J. FREIWALD, ESQUIRE                MAUREEN A. JORDAN, ESQUIRE
LAURA E. LAUGHLIN, ESQUIRE                Attorney for Defendant
Attorneys for Plaintiff


**PUBLIC JUSTICE**

_s/ Adele Kimmel_                         _____
ADELE KIMMEL, ESQUIRE                                                       J.
ALEXANDRA BRODSKY, ESQUIRE
ADRIENNE SPIEGEL, ESQUIRE
Attorneys for Plaintiff