IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, | Case No.: 2:20-cv-05142 |
| Plaintiff, | |
| v. | |
| NORTH PENN SCHOOL DISTRICT, | |
| Defendant. | |

## MOTION FOR SUMMARY JUDGMENT ON BEHALF OF DEFENDANT NORTH PENN SCHOOL DISTRICT

Defendant North Penn School District, by and through its undersigned counsel, Hendrzak & Lloyd, hereby files this Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. For the reasons set forth in the accompanying Memorandum of Law in Support and Statement of Undisputed Material Facts, North Penn School District respectfully requests that this Court grant summary judgment in its favor as to all claims brought against it by Plaintiff Jane Doe in the above-entitled action.

Respectfully submitted,

HENDRZAK & LLOYD
MAUREEN A. JORDAN, ESQUIRE
Attorney ID #54629
*Attorney for Defendant*
*North Penn School District*
3701 Corporate Parkway, Suite 100
Center Valley, PA 18034
Tel.: (610) 709-8579
Fax.: (610) 709-8560
Email: maureen.jordan@zurichna.com

Dated: March 31, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, ) | Case No.: 2:20-cv-05142 |
| by and through her next friend Julie Roe, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| NORTH PENN SCHOOL DISTRICT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, MAUREEN A. JORDAN, ESQUIRE, hereby certify that service of the foregoing was automatically accomplished on all counsel of record through CM/ECF Notice of Electronic Filing, in accordance with the Federal Rules of Civil Procedure on this 31st day of March, 2022.

        HENDRZAK & LLOYD

        _____
        MAUREEN A. JORDAN, ESQUIRE
        Attorney ID # 54629
        *Attorney for Defendant,*
        NORTH PENN SCHOOL DISTRICT
        3701 Corporate Parkway, Suite 100
        Center Valley, PA 18034
        Tel: (610) 709-8579
        Fax: (610) 709-8560
        Email: maureen.jordan@zurichna.com

Dated: March 31, 2022