EXHIBIT "A"

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

|  |  |  |  |
|---|---|---|---|
| JANE DOE BY AND THROUGH HER NEXT FRIEND, JULIE ROE | ) ) ) ) | | |
| *Plaintiff(s)* | ) | | |
| v. | ) ) | Civil Action No. | 20-5142 |
| | ) ) ) | | |
| NORTH PENN SCHOOL DISTRICT | ) | | |
| *Defendant(s)* | ) | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
North Penn School District
410 E. Hancock Street
Lansdale, PA 19446

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
LAURA E. LAUGHLIN
FREIWALD LAW
1500 WALNUT STREET
18TH FLOOR
PHILADELPHIA, PA 19102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:     10/16/2020

*s/Brian J. Weisman*
*Signature of Clerk or Deputy Clerk*

Kate Barkman, Clerk of Court
U.S. District Court, Eastern District of PA

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| JANE DOE, BY AND THROUGH HER NEXT FRIEND, JULIE ROE | NORTH PENN SCHOOL DISTRICT |

**(b)** County of Residence of First Listed Plaintiff   MONTGOMERY
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   MONTGOMERY
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Laura E. Laughlin, Esquire
Freiwald Law, P.C., 1500 Walnut Street, 18th Floor,
Philadelphia, PA 19102

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | ☐ 370 Other Fraud | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| | | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☒ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from Another District *(specify)*  ☐ 6 Multidistrict Litigation - Transfer  ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
20 USC § 1681, et.seq. (Title IX) and 42 USC § 1983

Brief description of cause:
Civil rights claims for discrimination under Title IX and violation of U.S. Constitutional and federal rights pursuant to 42 USC § 1983

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE   10/15/2020

SIGNATURE OF ATTORNEY OF RECORD
*Laura Laughlin*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____ Montgomery County, PA _____

Address of Defendant: _____ 410 E. Hancock Street, Landsale, PA 19446 _____

Place of Accident, Incident or Transaction: _____ North Penn School District _____

---

**RELATED CASE, IF ANY:**

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ☐

I certify that, to my knowledge, the within case ☐ is / ☒ is **not** related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: **10/15/2020**   Must sign here _____   **311896**

*Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

**A.** *Federal Question Cases:*

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☒ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
   *(Please specify):* _____

**B.** *Diversity Jurisdiction Cases:*

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify):* _____
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
   *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____ **Laura E. Laughlin** _____, counsel of record or pro se plaintiff, do hereby certify:

☑ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: **10/15/2020**   Sign here if applicable _____   **311896**

*Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| Jane Doe, by and through her friend, Julie Roe | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| North Penn School District | : | NO. 2:20 CV 05142 |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.　　　　　( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
and Human Services denying plaintiff Social Security Benefits.　　　　　( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.　( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
exposure to asbestos.　　　　　( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
commonly referred to as complex and that need special or intense management by
the court. (See reverse side of this form for a detailed explanation of special
management cases.)　　　　　( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.　　(X)

| 10/15/2020 | Laura E. Laughlin | Plaintiff |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| 215-875-8000 | 215-875-8575 | lel@freiwaldlaw.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JANE DOE,<br>by and through her next friend, Julie Roe,<br><br>    Plaintiff,<br><br>v.<br><br>NORTH PENN SCHOOL DISTRICT,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. _____<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT AND JURY DEMAND

Plaintiff Jane Doe, by and through her next friend Julie Roe, brings this action against

Defendant North Penn School District (the "District") for its violation of her rights under Title

IX of the Education Amendments of 1972, 20 U.S.C. § 1681, et seq. ("Title IX"), and violations

of her rights to equal protection of the laws under the Fourteenth Amendment to the U.S.

Constitution and federal rights under Title IX, pursuant to 42 U.S.C. § 1983.

## INTRODUCTION

1.   This is a civil rights case brought by Jane Doe, a District student who was

sexually assaulted at school over twenty times by a male classmate with a known history of

sexual predation. The District has acted with deliberate indifference to Ms. Doe's safety

throughout her education. It took no action when teachers witnessed one of the sexual assaults,

which occurred when Ms. Doe was in elementary school. It took no action when it learned Ms.

Doe was one of several female students sexually assaulted by the same male student. And it

caused Ms. Doe to be sexually assaulted by the same student again in high school, placing her in

the same class as her assailant and seating them next to one another despite assuring Ms. Doe

that he would have no contact with her at school.

2.     In October 2014, when Ms. Doe was in the sixth grade at Gwynedd Square Elementary School ("Gwynedd"), two teachers witnessed male student "MP"[1] sexually assault her. The teachers did not report this to school administrators or Ms. Doe's parents, and they took no steps to ensure she could attend school safely. Predictably, MP continued to sexually assault Ms. Doe at Gwynedd.

3.     In April 2015, another female student reported to the District that MP had sexually assaulted her, Ms. Doe, and at least three other girls. At that point, MP had sexually assaulted Ms. Doe at school more than ten times—sometimes touching her breasts, sometimes touching her vagina, and sometimes digitally penetrating her vagina. Despite its actual notice of these assaults and the significant danger MP posed to Ms. Doe and her classmates, the District did not take any meaningful action to stop MP from further victimizing Ms. Doe and other students.

4.     That fall, instead of attending her neighborhood middle school, Ms. Doe transferred to avoid sharing a building with MP. She sacrificed educational opportunities and social ties because she and her family had no faith that the District would protect Ms. Doe from MP so long as they shared a school.

5.     She was right. A few years later, when Ms. Doe and MP enrolled in the same District high school, the District made it easy for MP to sexually assault Ms. Doe at least ten more times. Despite meeting with Ms. Doe and her parents and agreeing to keep MP separated from Ms. Doe at school, the District placed MP and Ms. Doe in the same social studies class and

---

[1] For purposes of this Complaint, the then-minor male perpetrator is referred to as "MP," which does not reveal his true initials, in compliance Fed. R. Civ. P. 5.2(a), requiring the protection of a minor person's identity in public court filings.

2

assigned them seats next to one another. MP then repeatedly sexually assaulted Ms. Doe at school for more than a month. As he had before, he touched Ms. Doe's breasts, touched her vagina, and digitally penetrated her vagina. Eventually, as a result of this abuse and officials' indifference, Ms. Doe left the District altogether.

6.     Over the course of the last five years, the District has left Ms. Doe and her family with no choice but for Ms. Doe to transfer schools, and ultimately to be home schooled, in order to ensure Ms. Doe's well-being and safety. At the same time, the District has permitted MP—a student reported for repeatedly sexually assaulting female students on school grounds—to continue his education unaltered, without any meaningful consequences. The District has robbed Ms. Doe of her elementary, middle, and high school experiences, and subjected her to repeated sexual assault and harassment committed by a known predator, violating her Constitutional, federal, and civil rights, and causing her loss of educational benefits, physical and emotional injury, and other damages. Ms. Doe seeks injunctive relief and damages to remedy these violations.

## JURISDICTION

7.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because this litigation involves matters of federal law, specifically claims under Title IX and claims for deprivation of civil rights under 42 U.S.C. § 1983 and the U.S. Constitution.

8.     This Court also has subject matter jurisdiction pursuant to 28 U.S.C. § 1343(a)(3) & (4) because this litigation involves claims for deprivation of civil rights under 42 U.S.C. § 1983.

9.     Venue in this federal district is proper pursuant to 28 U.S.C. § 1391, as all of the relevant facts giving rise to this case and damages sustained by Plaintiff occurred in this district.

3

## PARTIES

10.     Plaintiff Jane Doe is a minor and a resident of Montgomery County,

Pennsylvania.[2] She is a high school student who began twelfth grade during the 2020-2021

academic year.

11.     Julie Roe is Ms. Doe's adult sister and next friend for purposes of this lawsuit.

Julie Roe has a significant relationship with Ms. Doe, and she is dedicated to Ms. Doe's best

interests. Julie Roe is a resident of Montgomery County, Pennsylvania.

12.     Defendant North Penn School District is a recipient of federal funds within the

meaning of 20 U.S.C. § 1681(a). The District geographically lies within Montgomery and Bucks

Counties, Pennsylvania.  Gwynedd and North Penn High School ("North Penn") are schools

within the District.

## FACTS

### *The District and Two Teachers Knew that MP*
### *Sexually Assaulted Jane Doe During the 2014-2015 Academic Year*

13.     Ms. Doe attended kindergarten through the sixth grade at Gwynedd, where she

had an Individualized Education Plan ("IEP") for attention-deficit/hyperactivity disorder

("ADHD").

14.     Early on, Ms. Doe's parents informed school officials that Ms. Doe had been

sexually abused by a neighbor when she was five years old and that reminders of the abuse

caused Ms. Doe to suffer anxiety. Defendant knew or should have known that Ms. Doe, as a

young survivor of child sex abuse, was at a heightened risk for being sexually victimized again.

15.     Ms. Doe's guidance counselor, Kristin Vaszily, put a safety plan in place to

---

[2] Jane Doe and her sister, Jane Roe, will be filing a Motion to Proceed Under Pseudonyms to
protect Ms. Doe's identity and privacy as a minor and a victim of sexual harassment, including
sexual assault.

handle potential triggers and to ease Ms. Doe's anxiety when it occurred.

16.     During the 2014-2015 academic year, when Ms. Doe and MP were in the sixth grade, MP sexually assaulted Ms. Doe more than ten times, over and under her clothing, at school.

17.     The sexual assaults, which sometimes involved MP touching Ms. Doe's breasts and/or vagina, and sometimes included digitally penetrating her vagina, happened at various places at Gwynedd—including the classroom, stairways, library, and lunchroom—and sometimes occurred during recess.

18.     In October 2014, two teachers—Ruth Divver and her aide—witnessed one of the sexual assaults.

19.     Ms. Divver pulled Ms. Doe and MP out of the classroom and told them that she would not inform their parents if it did not happen again.

20.     However, despite being mandated reporters, neither teacher reported the assault to Ms. Doe's parents, the school guidance counselor, the District's Title IX Coordinator, or any other administrator.

21.     The teachers also did not take any measures to protect Ms. Doe from MP who, left unsupervised and undisciplined, continued to sexually assault Ms. Doe at school, causing her trauma and painful flashbacks to the abuse she suffered as a five-year-old. Because the teachers failed to report the sexual assault to Ms. Doe's parents, Ms. Doe was also denied medical treatment that could have helped alleviate the trauma she was suffering.

22.     In April 2015, a female student at Gwynedd reported to school officials that MP had sexually assaulted her and four other girls, including Ms. Doe, and that two teachers had seen one of the assaults against Ms. Doe.

5

23.     After that report, Ms. Doe's mother received a call from Ms. Vaszily and Gwynedd's Principal, William C. Bowen, informing her of the student's report and asking her to meet with them at school. Ms. Doe's mother and father met with Ms. Vaszily and Mr. Bowen that same day.

24.     During that meeting, Ms. Vaszily explained that another student had come forward saying that she, Ms. Doe, and three other girls had been touched inappropriately by MP and that two teachers had seen MP touch Ms. Doe in a sexually inappropriate way in October 2014. Ms. Vaszily said they believed that this had happened to Ms. Doe more than once.

25.     When Ms. Doe's parents asked the Principal and guidance counselor what action would be taken against MP, the officials responded that he would be disciplined, but that they could not provide any details for supposed student privacy reasons.

26.     When Ms. Doe's parents asked what action would be taken against the teachers that witnessed the sexual assaults, but failed to report them, the school officials said this was a Human Resources and union matter, and they could not provide any further details.

27.     In addition to Gwynedd's Principal and guidance counselor, Dr. Elizabeth Santoro (the District's Director of Elementary Education) and Dr. Deborah McKay (the District's Director of Secondary Education) knew about the reports of MP's sexual assaults and that two teachers had witnessed MP sexually assaulting Ms. Doe in October 2014. Based on information and belief, Mr. Bowman also informed Dr. Curtis Dietrich (the District's Superintendent of Schools) of the matter.

28.     Dr. Santoro told Ms. Doe's parents that Human Resources was handling the complaint regarding the teachers' failure to report the sexual assaults.

29.     The District never informed Ms. Doe's parents what, if any, measures were taken

6

to censure the teachers, address or investigate MP's sexual misconduct, discipline MP, or otherwise stop MP from further victimizing classmates.

30.     The District did not implement any measures to keep Ms. Doe and MP apart for her safety. On information and belief, MP was neither suspended nor expelled, as Ms. Doe continued to see him in the classroom.

31.     The District did not inform Ms. Doe's family of Ms. Doe's rights under Title IX, and it did not offer Ms. Doe any academic services, psychological counseling, or accommodations to protect her from MP.

### Jane Doe Transferred to an Out-of-Neighborhood Middle School to Avoid Further Sexual Assault by MP

32.     Ms. Doe's "home" or "neighborhood" school for seventh through ninth grade was Penndale Middle School ("Penndale").

33.     Ms. Doe's parents understood that both MP and Ms. Doe were scheduled to attend Penndale starting in Fall 2015.

34.     Understandably concerned that the District would not protect Ms. Doe from MP at Penndale, and kept in the dark by the District as to Ms. Doe's Title IX rights, Ms. Doe's parents felt their only viable option was to request that Ms. Doe be permitted to attend a different middle school, Pennbrook Middle School ("Pennbrook"), so that she would not encounter MP and would not be subjected to continued sexual violence or harassment.

35.     The District ultimately approved the transfer, though it took nearly two months to do so. Even though it knew the reason for the transfer request, the District did not offer accommodations or protections so that Ms. Doe could safely remain at her home school. It did not suggest or require that MP change schools to avoid disrupting Ms. Doe's education path.

36.     In transferring to Pennbrook, Ms. Doe had to leave behind her friends and attend a

7

school where she knew almost no other students, which caused her to suffer further anxiety.

### *The District Made Jane Doe More Vulnerable to Sexual Assault by MP in Ninth Grade by Failing to Take Appropriate Action to Protect Her*

37.    In Fall 2017, Ms. Doe began ninth grade at Pennbrook, and she was admitted to take classes part-time at North Montco Technical Career Center ("North Montco").

38.    Both the District and North Montco had to approve the admission of any District student, like Ms. Doe, to North Montco. Accordingly, the District knew that Ms. Doe would be attending North Montco.

39.    The District also knew, but failed to inform Ms. Doe and her parents, that MP would be attending North Montco at the same time.

40.    In addition, the District did not notify North Montco that MP had sexually assaulted Ms. Doe in the sixth grade or that Ms. Doe had gone to great lengths, including transferring to a different school, to protect herself from MP.

41.    Early in the 2017-2018 academic year, Ms. Doe returned home from school suffering a panic attack and told her parents that she had seen MP in the hallways at North Montco.

42.    Ms. Doe's parents informed Dr. Santoro, Dr. McKay, and Dr. Dietrich of this unacceptably dangerous situation.

43.    The District's administrators wiped their hands of any responsibility, said there was nothing they could do to protect Ms. Doe from MP, and continued to permit MP to attend North Montco, without restriction.

44.    Ms. Doe's parents then contacted Dr. Dawn LeBlanc (Principal of North Montco), and informed her of MP's sexual assaults of Ms. Doe. Given the risk of violence MP posed against Ms. Doe, and that it was traumatizing for Ms. Doe to see the assailant at school, North

Montco created a safety plan for Ms. Doe in an effort to eliminate any contact with MP at school.

45.     Because North Montco, unlike the District, demonstrated at least some minimal care for Ms. Doe's safety, Ms. Doe's parents requested that Ms. Doe be allowed to attend North Montco full time, even though ninth graders typically do not do so. North Montco granted the request.

46.     However, North Montco does not offer any extracurricular or athletic activities to students; students only have access to those educational benefits through their home schools. Ms. Doe, as a full-time North Montco student, had no home school and lost opportunities to participate in such programs.

47.     Moreover, because North Montco did not offer most ninth grade academic classes, Ms. Doe had to take English, Science, and Algebra as online computer courses, which was very difficult for her, especially given her documented ADHD, which was known to the District.

### The District Placed Jane Doe and MP in the Same
### Tenth Grade Class, Where MP Sexually Assaulted Ms. Doe Again

48.     Because Ms. Doe struggled academically while attending North Montco full-time in ninth grade, North Montco suggested that Ms. Doe attend North Montco only part-time in tenth grade.

49.     Ms. Doe and her parents, North Montco, Pete Nicholson (Principal of North Penn High School), and Kyle Hassler (Assistant Principal at North Penn High School) determined that Ms. Doe would split her time between North Montco and North Penn High School, another school in the District, for her tenth-grade year.

50.     On June 12, 2018, Ms. Doe and her mother met with District administrators Dr. Neil Broxterman, Juliet Matje, and Christine Kelly (all District Supervisors of Special

9

Education) and North Montco officials to discuss Ms. Doe's upcoming academic year. Ms.

Doe's mother specifically informed both schools that they must protect Ms. Doe from MP, who

posed a significant danger to Ms. Doe, and who would also be splitting his time between North

Penn and North Montco.

51.     On August 22, 2018, prior to the beginning of the school year, Ms. Doe and her

parents met with Ms. Matje, Kate Small (Local Educational Agency representative and District

employee), Michele Beach (North Penn teacher), and Megan Schoppe (North Penn special

education teacher). Ms. Doe's family reminded both schools that MP must be kept away from

Ms. Doe because of MP's prior history of sexually assaulting her, and the school officials agreed.

The District officials promised that Ms. Doe and MP would be kept separate and Ms. Small

stated she would appoint an escort to accompany Ms. Doe when traveling across North Penn's

campus to North Montco.

52.     Despite this agreement and the District's knowledge of the substantial risk that

MP posed to Ms. Doe, the District put Ms. Doe in harm's way less than a week later.

53.     When school started on August 28, 2018, North Penn placed Ms. Doe and MP in

the same social studies class, with assigned seats next to each other.

54.     Upon information and belief, the District failed to supervise MP at North Penn,

despite knowing that he had previously sexually assaulted Ms. Doe and posed a significant

danger to her.

55.     Upon information and belief, the District failed to inform North Penn teachers

that Ms. Doe must be protected from MP and that the District had agreed to do so.

56.     MP sexually assaulted Ms. Doe in class more than ten times, touching her breasts

and/or vagina on top of and underneath her clothing. The sexual assaults also increased in

severity and included digital penetration of her vagina. MP also sexually assaulted Ms. Doe on one occasion outside the classroom, while they were at a carnival.

57.     Ms. Doe did not immediately report MP's sexual assaults because she feared retaliation and bullying from MP – a popular student and football star – and his teammates and friends, and because she assumed the District had put them in the same class together because it did not care about her.

58.     On October 9, 2018, after suffering more than a month of MP's sexual assaults, Ms. Doe reported MP's conduct to her guidance counselor at North Montco, Kira O'Brien. North Montco then informed Ms. Doe's mother of the report by phone and provided more detail at a subsequent in-person meeting at school that same day.

59.     The October 9, 2018 meeting was attended by North Montco Principal Dr. LeBlanc, North Montco guidance counselor Kira O'Brien, Towamencin Police Detective Jamie Pierluisse, Ms. Doe, and Ms. Doe's mother.

60.     On October 9, 2018, after the meeting with Ms. Doe's mother, Detective Pierluisse informed North Penn Principal Pete Nicholson of the sexual assaults Ms. Doe had reported. That same day, after speaking with the police detective about the reports that MP had sexually assaulted Ms. Doe again, Mr. Nicholson called Ms. Doe's mother to discuss the matter.

### *The District Has Forced Jane Doe to Sacrifice Educational Benefits and Opportunities*

61.     After Ms. Doe's family learned that the District had put Ms. Doe in harm's way and that MP had sexually assaulted Ms. Doe at school yet again, despite being reassured that Ms. Doe would be safe, Ms. Doe's mother informed North Penn's Principal, Mr. Nicholson, that she viewed the District as responsible for MP's sexual assaults of her daughter, would be removing Ms. Doe from North Penn, and would be sending her daughter to North Montco full time.

62.     Ms. Doe attended North Montco on a full-time basis for the remainder of the 2018-2019 academic year. She could not participate in any extracurricular activities, sports, clubs, or other events like dances because those educational benefits are offered only by "home" schools, not by North Montco.

63.     Even after District officials learned of MP's renewed sexual assaults against Ms. Doe in October 2018, it failed to inform Ms. Doe of her rights under Title IX, failed to identify the District's Title IX Coordinator to the family, and – as far as the Doe family knows – did not take any disciplinary action against MP. Indeed, the District continued to permit MP to attend North Montco part time, where – as the District knew – Ms. Doe attended school. Ms. Doe saw MP, the same boy who had sexually assaulted her in elementary school and then high school, nearly every single day.

64.     On December 11, 2018, Ms. Doe's mother met with the District's Assistant Superintendent, Todd Bauer, and Supervisor of Special Education for North Penn, Ann Marie Lucas, to express her concerns about the disruption to Ms. Doe's education, and the District's failure to protect Ms. Doe from MP from sixth grade onward.

65.     In May 2019, the District's own psychologist evaluated Ms. Doe and determined that she had a new primary disability, emotional disturbance, and a secondary disability of ADHD.

66.     Ms. Doe's parents, out of continuing concern for Ms. Doe's safety and the fact that the District continued to allow MP to attend North Montco part time, decided that Ms. Doe would be homeschooled for the 2019-2020 academic year. Ms. Doe went through another school year without extracurricular activities, sports, clubs, or other events, like dances. She had to take all of her classes online, which has denied her classroom interaction and socialization, and has

been difficult for her due to her disabilities. Ms. Doe is also being home schooled for the 2020-2021 academic year.

68.     Ms. Doe continues to suffer from substantial anxiety, and she has engaged in self-harming behavior, including cutting. She has lacked a stable educational environment since Fall 2014, and has no solid group of friends. Ms. Doe suffers from social anxiety and, understandably, strongly distrusts teachers and school officials.

### Defendant Failed to Provide Essential Title IX and Sexual Harassment Training to Administrators, Staff, Students, and Families

68.     Over two decades ago, the U.S. Supreme Court stated, "[t]he number of reported cases involving sexual harassment of students in schools confirms that harassment unfortunately is an all too common aspect of the educational experience." *Gebser v. Lago Vista Indep. Sch. Dist.*, 524 U.S. 274, 292 (1998).

69.     In 1999, the U.S. Supreme Court determined that schools may be held liable in private Title IX actions for monetary damages when they are deliberately indifferent to student-on-student sexual harassment, which includes student-on-student sexual assault. *Davis v. Monroe Cty. Bd. of Educ.*, 526 U.S. 629 (1999).

70.     Since 1997, the U.S. Department of Education's Office for Civil Rights ("OCR") has repeatedly reminded schools of their responsibility to address sexual harassment and to train their staff accordingly, in policy guidance documents and public communications.

71.     Upon information and belief, despite clear notice by the U.S. Supreme Court and OCR regarding the District's obligations to prevent and remediate the effects of sexual harassment, at all relevant times, the District failed to provide training or education to administrators, staff, students, and families regarding Title IX and student-on-student sexual harassment.

72.     Upon information and belief, at all relevant times the District failed to provide training or education to administrators, staff, students, and families on protecting students from sexual harassment, interviewing victims and potential witnesses of sexual harassment, investigating reports of sexual harassment, remediating sexual harassment, and proper reporting of suspected sexual harassment to the District's employees.

73.     The District's lack of training is evidenced by, among other things, the Gwynedd teachers' failure to report MP's sexual harassment of Ms. Doe to the District's Title IX Coordinator, any school administrator, or even Ms. Doe's parents; the District's failure to take any meaningful action to protect Ms. Doe from MP's continued sexual harassment at Gwynedd; the District's failure to offer any accommodations or counseling to Ms. Doe after learning that MP had sexually assaulted her at Gwynedd; the District's requiring Ms. Doe to bear the entire burden of protecting herself from MP in middle school, and favoring MP's educational opportunities over Ms. Doe's; the District's failure to take any meaningful steps to protect Ms. Doe from MP at North Penn and putting her in harm's way by placing her in the same class as her harasser, where he continued to sexually assault her; and the District's again forcing Ms. Doe to sacrifice her educational benefits and opportunities to ensure she was safe from MP.

74.     Upon information and belief, at all relevant times, the District had no Title IX coordinator or other employee designated to handle complaints of sexual harassment who was adequately trained in receiving, coordinating, or investigating reports of sexual harassment against students.

75.     At all relevant times, the District officially adopted sexual harassment policies that were inequitable and inadequate with respect to investigating and properly responding to reports of student-on-student sexual harassment, and, in any event, based upon information and

14

belief, the District failed to provide training or education on those policies to administrators, staff, students, and families.

### CLAIMS FOR RELIEF

#### COUNT I
**Deliberate Indifference to Report of Sexual Harassment,
in Violation of Title IX, 20 U.S.C. § 1681, *et seq.*
(Resulting in a Hostile Educational Environment)**

76.    Plaintiff incorporates all preceding paragraphs into this Count by reference as though fully stated here.

77.    Ms. Doe suffered repeated sexual harassment by MP at school that was sufficiently severe, pervasive, and objectively offensive that it created a hostile educational environment for her.

78.    The District had substantial control over MP and the context in which he sexually harassed Ms. Doe—namely, on school grounds.

79.    The District had actual notice of MP's sexual harassment of Ms. Doe no later than April 2015, when another female student at Gwynedd reported that MP had sexually assaulted her and four other girls—including Ms. Doe—and Principal Bowen, Dr. Santoro, and Dr. McKay were informed of the report.

80.    Principal Bowen, Dr. Santoro, and Dr. McKay were appropriate persons within the meaning of Title IX, as they had the authority to address the sexual harassment Ms. Doe suffered and institute corrective measures on the District's behalf.

81.    During the 2017-2018 academic year, and in June and August 2018, Ms. Doe and her family reminded District officials, including the District's Superintendent, about MP's prior sexual harassment of Ms. Doe and the substantial danger he posed to her.

82.     The District acted with deliberate indifference to reports that MP had sexually

harassed Ms. Doe (and other students) during the 2014-2015 academic year, and reports that MP

posed a continuing danger to Ms. Doe, which caused Ms. Doe to suffer a hostile educational

environment and further sexual harassment by MP.

83.     The District's response to the allegations of serial sexual harassment by MP, and

the continuing danger he posed to Ms. Doe, was clearly unreasonable in light of the known

circumstances—which included that two teachers had witnessed MP sexually assault Ms. Doe,

that he continued to sexually assault Ms. Doe after the teachers had failed to take action on the

harassment they observed, and that MP was alleged to have sexually assaulted at least four other

female students during the 2014-2015 school year.

84.     Through its acts and omissions, the District acted with deliberate indifference to

the above-described reports about MP by, among other things:

a.      Failing to appropriately investigate, remedy, and respond to reports that
        MP had sexually assaulted Ms. Doe and other students during the 2014-
        2015 school year;

b.      Failing to take measures to stop MP from further victimizing Ms. Doe and
        other classmates, including by choosing not to discipline MP meaningfully
        in 2015 for his serial sexual misconduct;

c.      Failing to offer or provide educational accommodations, such as academic
        and psychological counseling, to Ms. Doe after learning of MP's sexual
        assaults against her during the 2014-2015 school year;

d.      Failing to inform the Doe family of Ms. Doe's rights under Title IX, or
        even the identity of the District Title IX Coordinator, if there was such a
        person in 2015;

e.      Penalizing Ms. Doe, a sexual assault victim, by forcing her to bear the
        entire burden of protecting herself from MP, knowing that she was
        required to transfer schools and sacrifice many educational benefits and
        opportunities in the process, while allowing MP to continue his education
        path without modification;

    f.    Permitting MP to continue attending the same school as Ms. Doe for the 2017-2018 and 2018-2019 academic years, particularly without putting a "no contact" order in place to prevent MP from having any contact with Ms. Doe;

    g.    Placing MP in the same tenth grade social studies class as Ms. Doe at North Penn, and seating him directly next to her, where MP repeatedly sexually assaulted her;

    h.    Failing to inform appropriate teachers or staff at North Penn of the substantial danger MP posed to Ms. Doe; and

    i.    Failing to meaningfully supervise or monitor MP at North Penn.

85.    The unchecked sexual harassment deprived Ms. Doe of numerous educational opportunities and benefits. The District's failure to properly address and respond to the sexual harassment Ms. Doe suffered at school forced her to transfer schools multiple times, sacrifice extracurricular activities, suffer further sexual harassment by MP, and ultimately leave school altogether to be homeschooled. At North Montco and in homeschooling, the majority of Ms. Doe's classes were video-based and very difficult for Ms. Doe, given her ADHD. Ms. Doe also has suffered physical, psychological, and emotional harm due to MP's sexual assaults and the District's failure to take appropriate steps to respond to reports of the sexual assaults and prevent further sexual assaults from occurring.

86.    As a direct and proximate result of the District's deliberate indifference, Ms. Doe sustained and continues to sustain injuries for which she is entitled to be compensated, including but not limited to:

    a.    Past, present, and future physical and psychological pain, suffering and impairment;

    b.    Medical bills, counseling, and other costs and expenses for past and future medical and psychological care;

    c.    Impaired educational capacity and future earning capacity;

    d.    Attorneys' fees and costs; and

17

e.    Such other and further relief as this Court deems just and proper.

### COUNT II
### Deliberate Indifference to Prior Sexual Harassment,
### in Violation of Title IX, 20 U.S.C. § 1681, *et seq.*
### (Resulting in Further Sexual Harassment)

87.    Plaintiff incorporates all preceding paragraphs into this Count by reference as though fully stated here.

88.    Before MP sexually assaulted Ms. Doe in the early part of their tenth-grade year, the District had actual notice that MP had sexually assaulted Ms. Doe while they were in sixth grade.

89.    The District also had actual notice that there was a substantial risk that MP would sexually assault Ms. Doe again, if given the opportunity to be in close proximity to her.

90.    District officials, with the actual notice described above, had the authority to address the substantial risk MP posed to Ms. Doe, and had authority to take corrective measures by, among other things, putting a "no contact" order in place that would have prohibited MP from sharing a class with, being in close proximity to, and contacting Ms. Doe; not allowing MP to share a class with Ms. Doe; informing appropriate teachers and staff that MP was not permitted to share a class with or be in close proximity to Ms. Doe; supervising MP to ensure that he was not permitted any contact with Ms. Doe; or not allowing MP to attend the same school as Ms. Doe.

91.    The District's failure to address the substantial risk MP posed to Ms. Doe, given prior reports about his sexual harassment of Ms. Doe and others, was clearly unreasonable in light of the known circumstances.

92.    By its acts and omissions, the District was deliberately indifferent to the substantial risk that MP would sexually assault Ms. Doe again.

18

93.     As a result of the District's deliberate indifference, Ms. Doe was subjected to severe, pervasive, and objectively offensive sexual harassment by MP yet again in tenth grade.

94.     The District had substantial control over MP and the context in which he sexually harassed Ms. Doe in tenth grade—namely, on school grounds.

95.     The preventable sexual assaults that Ms. Doe suffered in tenth grade were so severe, pervasive and objectively offensive that they deprived her of access to educational opportunities and benefits, including a safe educational environment, forcing her to leave North Penn, sacrifice extracurricular activities and social interaction with peers, and be homeschooled. Ms. Doe also has suffered physical, psychological, and emotional harm due to MP's sexual assaults and the District's failure prevent the repeated sexual assaults in tenth grade from occurring.

96.     As a direct and proximate result of the District's deliberate indifference, Ms. Doe sustained and continues to sustain injuries for which she is entitled to be compensated, including but not limited to:

        a.  Past, present, and future physical and psychological pain, suffering and impairment;

        b.  Medical bills, counseling, and other costs and expenses for past and future medical and psychological care;

        c.  Impaired educational capacity and future earning capacity;

        d.  Attorneys' fees and costs; and

        e.  Such other and further relief as this Court deems just and proper.

## COUNT III
### Failure to Train, in Violation of Plaintiff's
### Constitutional and Federal Rights, pursuant to 42 U.S.C. § 1983

97.     Plaintiff incorporates all preceding paragraphs into this Count by reference as though fully stated herein.

98.     The District is subject to 42 U.S.C. § 1983.

99.     Student-on-student sexual harassment that a school district refuses to remedy is a form of unlawful sex discrimination that violates a student's rights under the Equal Protection Clause of the Fourteenth Amendment to the U.S. Constitution.

100.    Plaintiff had federal civil rights secured by Title IX of the Education Amendments of 1972, which provides in pertinent part: "[N]o person . . . shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any education program or activity receiving Federal financial assistance."

101.    Title IX was intended to benefit students like Ms. Doe.

102.    Title IX provides students like Ms. Doe clear federal rights, which are not amorphous or vague, to be free from known sex discrimination at school.

103.    The U.S. Supreme Court, in *Fitzgerald v. Barnstable Sch. Comm.*, 555 U.S. 246, 255-58 (2009), stated, "we conclude that Title IX was not meant to be an exclusive mechanism for addressing gender discrimination in schools," and held a plaintiff may bring causes of action under both Title IX and § 1983 for unlawful sex discrimination.

104.    At all relevant times, the District had unconstitutional customs, policies or practices of failing to properly or sufficiently train administrators, teachers, staff, volunteers, students, and families concerning sex discrimination and sexual harassment against students; Title IX and/or student-on-student sexual harassment; and identifying, investigating, reporting, preventing, and remedying the effects of student-on-student sexual harassment.

105.    At all relevant times, the District had unconstitutional customs, policies or practices of failing to properly or sufficiently train administrators, teachers, staff, volunteers, students, and families concerning school policies on sex discrimination and sexual harassment

20

against students, Title IX and/or student-on-student sexual harassment, and identifying, investigating, reporting, preventing, and stopping student-on-student sexual harassment.

106.    The District failed to provide such training to its administrators, teachers, staff, students, and families despite the patently obvious need for training on, among other things, student-on-student sexual harassment and identifying, investigating, reporting, stopping, and remediating the effects of sexual harassment.

107.    Numerous authorities, including the U.S. Supreme Court and U.S. Department of Education, made clear and gave notice to the District that school employees will confront student-on-student sexual harassment and abuse with regularity, given the high predictability, recurrence, prevalence, and injurious nature of such harassment and abuse in schools. Thus, it was foreseeable and inevitable that the District's administrators and employees would encounter recurrent situations involving sexual harassment, including sexual assault, that implicated students' Constitutional and federal rights, and it did, in fact, encounter those recurring situations.

108.    The District failed to adequately train its administrators, teachers, staff, students, and families, and thereby failed to prohibit or discourage foreseeable sexual harassment and assault, despite the clearly established and well-known dangers of sexual abuse, harassment, assault, battery, and violence faced by students in U.S. public schools.

109.    The District failed to provide such training in light of foreseeable consequences that could result from a lack of instruction, including, but not limited to, student-on-student sexual harassment, as Ms. Doe experienced.

110. The District's failure to train its administrators, teachers, staff, students, and families amounted to deliberate indifference to the rights of students, with whom the District's employees had routine and regular contact.

111. The District's failure to train its administrators, teachers, staff, students, and families caused Ms. Doe to suffer ongoing sexual harassment in violation of her Constitutional and federal rights.

112. The District's failure to train administrators, staff, students, and families was deliberate, reckless, and in callous indifference to Ms. Doe's Constitutional and federal rights.

113. The District's customs, policies, and practices for responding to reports of student-on-student student sexual harassment, including reports of MP's sexual harassment of Ms. Doe and other students, were so clearly inadequate that they give rise to a reasonable inference that the District acquiesced in the sexual harassment.

114. As a direct and proximate result of the District's deliberate indifference to and violation of Ms. Doe's established Constitutional and federal rights, Ms. Doe suffered, and continues to suffer, injuries for which she is entitled to be compensated, including but not limited to:

    a. Past, present, and future physical and psychological pain, suffering and impairment;

    b. Medical bills, counseling, and other costs and expenses for past and future medical and psychological care;

    c. Impaired educational capacity and future earning capacity;

    d. Attorneys' fees and costs; and

    e. Such other and further relief as this Court deems just and proper.

**PRAYER FOR RELIEF**

Plaintiff requests that the Court enter judgment in favor of Plaintiff and against

Defendant, awarding Plaintiff her compensatory damages in an amount to be established at trial, equitable relief, reasonable attorneys' fees and costs, legal interest, and such other relief as the Court may deem just and proper under the circumstances.

## JURY DEMAND

Plaintiff respectfully demands a trial by a jury.

Date:   October 15, 2020

By: _Laura E. Laughlin_

Laura E. Laughlin (311896)
FREIWALD LAW
1500 Walnut Street
18th Floor
Philadelphia, PA 19102
Tel (215) 875-8000
Fax (215) 875-8575
lel@freiwaldlaw.com

Adele P. Kimmel*
Alexandra Z. Brodsky*
Adrienne Spiegel*
PUBLIC JUSTICE
1620 L Street, NW
Suite 630
Washington, DC 20036
Tel (202) 797-8600
Fax (202) 232-7203
akimmel@publicjustice.net
abrodsky@publicjustice.net
aspiegel@publicjustice.net

Monica H. Beck*
THE FIERBERG NATIONAL LAW
GROUP, PLLC
161 East Front Street, Suite 200
Traverse City, MI 49684
Tel (231) 933-0180
Fax (231) 252-8100
mbeck@tfnlgroup.com

*pro hac vice motions to be filed

23

# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
NO. 2:20-CV-05142

| | | |
|---|---|---|
| JANE DOE, | ) | DEPOSITION UPON |
| | ) | |
| Plaintiff, | ) | ORAL EXAMINATION |
| | ) | |
| - vs - | ) | OF |
| | ) | |
| NORTH PENN SCHOOL | ) | ███████████████ |
| DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | |
| - - - - - - - - - - - | ) | |

TRANSCRIPT OF DEPOSITION,
taken by and before JAMES J. GALLAGHER, JR.,
Professional Reporter and Notary Public, at
FREIWALD LAW, 1500 Walnut Street, 18th Floor,
Philadelphia, Pennsylvania, on Tuesday,
November 2, 2021, commencing at 10:05 a.m.

ERSA COURT REPORTERS
30 South 17th Street
United Plaza - Suite 1520

Philadelphia, PA 19103

(215) 564-1233

```
 1    APPEARANCES:

 2
           FREIWALD LAW
 3         BY:  LAURA E. LAUGHLIN, ESQUIRE
             1500 Walnut Street
 4           18th Floor
             Philadelphia, Pennsylvania 19102
 5               Attorney for the Plaintiff

 6

 7         HENDRZAK & LLOYD
           BY:  MAUREEN A. JORDAN, ESQUIRE
 8           3701 Corporate Parkway
             Suite 100
 9           Center Valley, Pennsylvania 18034
                 Attorney for the Defendant
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1                        INDEX

 2

 3

 4   WITNESS                          PAGE

 5

 6   ████████████████████████

 7

 8      By: MS. JORDAN                 4

 9

10

11

12                    - - -

13

14

15                  EXHIBITS

16

17   NUMBER        DESCRIPTION      MARKED ATTACHED

18            (NO EXHIBITS WERE MARKED.)

19

20                    - - -

21

22

23

24
```

```
 1                    PROCEEDINGS

 2

 3                 (By agreement of counsel,

 4           the signing, sealing, filing, and

 5           certification of the transcript have been

 6           waived; and all objections, except as to

 7           the form of the question, have been

 8           reserved until the time of trial.)

 9

10                                    ▮▮▮▮▮▮▮▮▮, after having

11           been duly sworn, was examined and testified

12           as follows:

13

14    BY MS. JORDAN:

15    Q.        Good morning, ▮▮▮▮.  I was introduced to

16    you before.  My name is Maureen Jordan and I

17    represent the school district regarding the lawsuit

18    that you filed against it.  Before we start, I just

19    want to say that it is not my intention to upset you

20    today.  I know that I'm going to be asking you

21    questions that are going to be very difficult for

22    you to answer, because they're going to bring up

23    unpleasant memories and thoughts and it's certainly

24    not my intention to upset you in any way, to cause
```

1  you trauma, to make you go to a place you don't want

2  to go.  However, I do have a duty as counsel for the

3  school district to ask you the questions.  So I just

4  wanted to let you know that if you need to take a

5  break for any reason, please let us know and you can

6  have as long as you need to gather your thoughts to

7  proceed.

8         It's also not my intention to trick you in

9  any way.  If I ask you a question and you don't

10  understand my question, let me know and I'll try and

11  rephrase it so that you do understand; do you

12  understand that?

13  A.      (Witness nods.)  Uh-huh.

14  Q.      And you're shaking your head and you --

15  A.      Oh, yeah.  Sorry.

16  Q.      In normal conversation that's fine, you can

17  use body language to convey something to me, but you

18  also have to give me a verbal response using

19  complete words and/or sentences; do you understand

20  that?

21  A.      Yes.

22  Q.      If I ask you a question and you can't

23  remember the answer to the question, because of the

24  passage of time or you simply don't know the answer

1   to my questions, that's fine, just let me know that,

2   because I don't want you to guess at anything; do

3   you understand that?

4   A.      Yes.

5   Q.      Okay.  And it's also not my intention to

6   embarrass you.  And I know these questions -- some

7   of them that I'm going to ask can be embarrassing.

8   If you need to take a break for that reason as well,

9   that's fine too.  For any reason you want to take a

10  break, you can take a break, okay?

11  A.      Yes.

12  Q.      Also, your your counsel is here and you can

13  talk to Laura if you need to.  However, if there is

14  a question posed, I would ask that you answer my

15  question and then you and Laura can take a break and

16  have a conversation; do you understand that?

17  A.      Yep.

18  Q.      Are you currently taking any type of

19  medication or suffering from any illness or

20  infirmity that would prevent you from understanding

21  my questions and answering to the best of your

22  ability?

23  A.      No.  Just maybe I might have to ask you to

24  repeat a few times because of my AD/HD, but that's

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

1    about it.

2    Q.        Okay.  Let me know if you need me to repeat

3    a question and I'll be happy to do so.

4    A.        Okay.

5    Q.        Also, I believe I said if you don't

6    understand my question, let me know and I'll

7    rephrase it so that you do understand.

8    A.        Uh-huh.

9    Q.        Can you state your full name?

10   A.        ███████████████████████.

11   Q.        What is your date of birth?

12   A.        ████████████████████.

13   Q.        And currently, how old are you?

14   A.        Eighteen.

15   Q.        Where do you reside?

16   A.        644 Garfield Avenue, Lansdale, Pa.

17   Q.        And how long have you lived at that

18   address?

19   A.        My whole life.

20   Q.        That's your family home?

21   A.        Uh-huh.

22   Q.        Is that a yes?

23   A.        Yes.  Sorry.

24   Q.        Who do you reside there with?

```
 1    A.        My mother and my father.

 2    Q.        And what's your mom's name?

 3    A.        ████████  ████████████.

 4    Q.        And what's your dad's name?

 5    A.        Charles Dean ███████████.

 6    Q.        Do you have any siblings?

 7    A.        Yes.  I have one older sister and one older

 8    brother.  My sister is ████████  ████  and my brother

 9    is Cody ███████████.

10    Q.        How old is ████████ if you know?

11    A.        I want to say 27 or 28.

12    Q.        And how about Cody?

13    A.        He's 27 to 29.

14    Q.        And would I be correct that neither of your

15    siblings reside in the family home currently?

16    A.        Yes.

17    Q.        When is the last time ████████ lived at

18    home, if you know?

19    A.        I want to say it was maybe two or three

20    years ago.

21    Q.        And how about Cody?

22    A.        Over seven years ago.

23    Q.        Are you currently employed?

24    A.        Right now with my father and his company.
```

```
 1   Q.        What is the name of your dad's company?

 2   A.        H5 Contracting.

 3   Q.        And what does your dad's company do?

 4   A.        Basically general construction.

 5   Q.        And where is your dad's business located?

 6   A.        Near Pennbrook.  I don't know the road.

 7   Q.        And what is your job with your dad's

 8   company?

 9   A.        Basically I'm kind of like a shop manager

10   and then just basically a general employee for

11   whenever he needs me.

12   Q.        What are some of the things you do as the

13   shop manager/general employee?

14   A.        I help keep the shop in order and like

15   organized or work on any jobs if his employees are

16   out and help him get just some of the stuff under

17   control with the company.

18   Q.        So in regard to the shop that you oversee,

19   is that overseeing materials for construction or

20   machinery for construction?

21   A.        Just kind of where everything is organized,

22   so that when he comes in and has to put his tools

23   away he can basically put them in an organized

24   fashion.  He kind of oversees what comes into the
```

1    shop and what goes out, but I just kind of make sure

2    that it's all good to go so that he can come in day

3    to day.

4    Q.       And is your father a carpenter by trade?

5    A.       What does that -- like what does that mean,

6    so --

7    Q.       Is he doing construction projects where he

8    is working with the wood or --

9    A.       Oh, yeah.

10   Q.       -- materials that make --

11   A.       Oh, yeah.

12   Q.       -- the buildings?

13   A.       Oh, yeah.  He's the one that goes out and

14   he basically does all the job sites and he works on

15   every job site.  There isn't a building -- or a job

16   that he hasn't actually gone in and touched and

17   probably actually ran the entire thing.

18   Q.       And how many employees other than you and

19   your dad work at the company?

20   A.       Two others at the moment.

21   Q.       So when you're filling in for an employee,

22   are you actually doing construction work?

23   A.       Yeah.

24   Q.       And did your dad teach you how to do that?

    1    A.        Yeah.  He's in the process of teaching me
    2    now.
    3    Q.        Okay.  Prior to working for your dad, did
    4    you have any another job?
    5    A.        I had one at the Village Tea House and I
    6    had one at the Kindle Hill Foundation.
    7    Q.        What is the Kindle Hill Foundation?
    8    A.        It is an equine therapy or assisted
    9    program.
    10   Q.        And when you say equine, you mean horses?
    11   A.        Yeah.
    12   Q.        And where is that located?
    13   A.        Blue Bell.
    14   Q.        And what did you do for the foundation?
    15   A.        I basically ran -- helped manage Sally's
    16   day-to-day stuff.  I helped her with the horses and
    17   I would help her tack up, ride them, bring them
    18   back.  I would help her on the other side where the
    19   actual foundation -- or the therapy foundation was
    20   and was kind of just a stablehand and a manager and
    21   helped with the guests.
    22   Q.        And for how long did you work as an
    23   employee for the Kindle Hill Foundation?
    24   A.        Probably about a year, a year and a half.

1   Q.      And when did that timeframe occur, if you

2   remember?

3   A.      Probably around 12th -- or I was in 12th

4   grade.

5   Q.      And were you in 12th grade from the fall of

6   2020 to the spring of 2021?

7   A.      Yes.

8   Q.      And were you paid by the hour?

9   A.      I wasn't really a paid student.  I was a

10  working like student kind of thing there.

11  Q.      Okay.  So as a working student, did you

12  participate in the horse therapy as well as help her

13  out?

14  A.      Yeah.  I kind of ran basically everything

15  from the horse therapy program to the day-to-day

16  stuff on her personal life.

17  Q.      But did you receive monetary compensation

18  for that?

19  A.      No.  It was a mess.  It was -- yeah, it was

20  a mess.

21  Q.      And were you doing those activities at the

22  Kindle Hill Foundation to help Sally?

23  A.      Yes.

24  Q.      And is Sally a personal friend?

1  A.      She was, yes.

2  Q.      And did you meet Sally by participating in

3  therapy at the Kindle Hill Foundation?

4  A.      No.  I met them from my dad actually

5  getting a job over at the barn and her basically

6  asking us to help redo the entire barn so that she

7  could up and run it and maintain it, because it got

8  abused by the other like owner that had it prior to

9  that.

10  Q.      And what did you do at the Village Tea

11  House?

12  A.      Kind of just basically did general managing

13  or I was cleaning up outside.  I would help on the

14  inside with the tea and serve once in a while and

15  like help clean up tables.

16  Q.      So is the Village Tea House a restaurant

17  where tea is served and food to go with it?

18  A.      Yeah.  It's a proper tea house.  It's like

19  you come in and sit down, you get your like three

20  course meal and it's -- you don't even get entrees,

21  you get meals with like little -- what is it?  Like

22  the sweet desserts -- or like the sweet treats and

23  all that stuff and then you also get like a big

24  thing of tea where you get to pour your own tea and

1    try a bunch of different kinds.

2    Q.        And where is that located?

3    A.        It's actually right down the street from my

4    house.  It's in North Wales, so --

5    Q.        How long did you work at the Village Tea

6    House?

7    A.        Probably like a month or two.

8    Q.        And were you paid compensation for working

9    there?

10   A.        Yes, I was paid compensation there.

11   Q.        Was that by the hour?

12   A.        Yes.

13   Q.        And do you recall what your hourly wage

14   was?

15   A.        It was $9 an hour.

16   Q.        And did you work there while you were in

17   school or after you graduated?

18   A.        After I graduated.

19   Q.        And do you have a recollection as to the

20   timeframe in 2021 when you worked there?

21   A.        A little bit after -- like maybe a week or

22   a week and a half after I graduated.

23   Q.        And did you graduate in May?

24   A.        I --

1    Q.        If you remember?  If you don't remember,

2    don't worry about it.

3    A.        Honestly, I don't remember.  I remember

4    there was a month in between -- or there was a few

5    months in between Sally's and the tea house and then

6    like a month or two between the tea house and me

7    going to work for my dad.

8    Q.        So why did you leave the tea house?

9    A.        I just had some issues that I had to end up

10   pulling myself out of the tea house, because it

11   wasn't beneficial for me to work there and it wasn't

12   beneficial for them.

13   Q.        And I believe you said that there was a

14   month or two between working at the tea house when

15   you then started helping Sally out at the Kindle

16   Hill Foundation, correct?

17   A.        Sally's was first and then I waited for --

18   or there were a few months between that that I

19   worked at the tea house and then there was like a

20   month or two maybe between when I worked with my

21   dad.

22   Q.        Okay.  Thank you.  I'm sorry for

23   misunderstanding.

24   A.        Oh, no.  You're all good.

1    Q.        Working for your father now, are you paid a

2    salary?

3    A.        Uh-huh.

4    Q.        And is that hourly?

5    A.        Yes.

6    Q.        And how much do you earn hourly?

7    A.        $10 an hour.

8    Q.        And do you work a minimum of 40 hours a

9    week?

10   A.        Yes.

11   Q.        Now, you graduated from high school this

12   spring, correct?

13   A.        Uh-huh.

14   Q.        And you graduated from North Penn School

15   District?

16   A.        Yes.

17   Q.        And you attended the graduation ceremony,

18   correct?

19   A.        Yes.

20   Q.        And in attending the ceremony you wore a

21   cap and gown and participated in that ceremony?

22   A.        Yes.

23   Q.        Okay.  And your diploma is from North Penn

24   High School?

```
1    A.        Yes.

2    Q.        Do you currently have a family doctor that

3    you see when you need to see a doctor?

4    A.        Not at the moment.

5    Q.        Did you ever have a family doctor?

6    A.        I had a pediatrician, that was about it.

7    Q.        What was the name of your pediatrician, if

8    you remember?

9    A.        Dr. Bandi, B-A-N-D-I.

10   Q.        Where is Dr. Bandi located, if you know?

11   A.        I almost want to say Lansdale, I would

12   think.  I'm not 100 percent sure though.

13   Q.        And was Dr. Bandi your pediatrician from

14   when you were born to when you turned 18?

15   A.        Until a few months ago, yes.

16   Q.        And is the reason you currently don't have

17   a family doctor because you turned 18 and you

18   haven't needed a doctor?

19   A.        We just haven't been able to actually get

20   me -- or get a doctor.  We're actually in the

21   process of getting me a doctor right now, so --

22   Q.        Okay.  So you're looking for a family

23   physician?

24   A.        Uh-huh.
```

1          MS. LAUGHLIN:  Yes?

2          THE WITNESS:  Yes.  Sorry.

3          MS. LAUGHLIN:  That's okay.

4    BY MS. JORDAN:

5    Q.        Yeah, everybody does it.

6          Are you currently seeing any type of

7    psychologist or counseling?

8    A.        No.

9    Q.        Are you currently seeing a psychiatrist for

10   any reason?

11   A.        No.

12   Q.        Have you seen a counselor in the past?

13   A.        Yes.

14   Q.        Do you recall who you last saw?

15   A.        A guy named Sean.  I don't remember his

16   last name off the top of my head though.

17   Q.        Okay.  Have you ever seen a psychiatrist to

18   your knowledge?

19   A.        Yes.

20   Q.        Who is the psychiatrist that you saw?

21   A.        I have no clue what his name is.

22   Q.        Do you recall when the last time is that

23   you saw a psychiatrist?

24   A.        Probably around ninth or tenth grade.

1    Q.        Do you have a recollection as to why you

2    saw a psychiatrist in ninth or tenth grade?

3    A.        I was going through some issues with school

4    and -- yeah.  I was just having some problems and we

5    thought we could get me some help, so --

6    Q.        Do you have a recollection as to whether

7    this psychiatrist prescribed any type of medication

8    for you?

9    A.        He never did.

10   Q.        Do you currently take any type of

11   medication?

12   A.        I'm in the process of getting my MMJ card,

13   but that's about it as far as -- I've been through

14   -- we're also in the process of getting me a

15   therapist, but that's about it.

16   Q.        And is the reason that you need a family

17   doctor so that you can get a prescription for

18   medical marijuana?

19   A.        That, and I need it for my Adderall for my

20   AD/HD and just because I ended up working the job

21   that I do with construction and I ride horses, so

22   just in case anything happens we just kind of want

23   to have a doctor on hand.

24   Q.        Are you taking Adderall?

1    A.        Yes.

2    Q.        And did Dr. Bandi prescribe that up until

3    this point?

4    A.        Yes.

5    Q.        Do you recall when you were first

6    prescribed Adderall?

7    A.        Probably when I was maybe eight or nine.

8    Q.        And that was in relationship to a diagnosis

9    of attention deficit disorder?

10   A.        I was diagnosed before that.  I was on

11   Concerta for a little bit before that, but it wasn't

12   working as well as it should have, so then we

13   switched over to Adderall.

14   Q.        And am I correct that when you began

15   attending school it was at Gwynedd Square

16   Elementary?

17   A.        Yes.

18   Q.        And so you attended Gwynedd Square

19   Elementary from kindergarten through sixth grade?

20   A.        Yes.

21   Q.        Now, where is Gwynedd Square Elementary in

22   relationship to your home?

23   A.        It's probably 20 -- or not even 20 minutes

24   away.  It's -- North Wales, I want to say it is.

1   Q.      And would you have been bussed to school

2   every day?

3   A.      Yes.

4   Q.      Would I be correct that because of the age

5   difference with your siblings you attended -- you

6   would get on the bus by yourself, not with siblings?

7   A.      Yes.

8   Q.      And if I understand your answer to a

9   previous question, do you believe that you were

10  first diagnosed with attention deficit disorder when

11  you were eight or nine years old?

12  A.      No.  It was probably around six or seven,

13  because I was on a medication for AD/HD before I was

14  on the Adderall.

15  Q.      I'm sorry.  I misunderstand.  Did Dr. Bandi

16  make that diagnosis?

17  A.      Yes.

18  Q.      Do you recall what type of difficulties you

19  were having prior to the diagnosis being made?

20  A.      Yeah.  I couldn't pay attention.  When I

21  would try to pay attention to something, I could get

22  it from -- or if I was trying to work on a math

23  problem, I would be maybe getting one or two

24  problems and then I wouldn't understand the rest of

1    them no matter if I did understand them like

2    previous to that.  Then it was just the focusing and

3    trying to stay on task and like actually paying

4    attention to what I'm learning.

5    Q.       Once you were given the appropriate dosage

6    of Adderall, did you see an improvement in your

7    focus and attention?

8    A.       Yes.

9    Q.       After you were diagnosed with AD/HD by Dr.

10   Bandi when you were six or seven, would you have

11   been in first grade at the time?

12   A.       Yeah.

13   Q.       Do you have a recollection as to whether

14   the diagnosis and relationship to school, whether

15   you were assigned a case manager at that time?

16   A.       I think I would have and that might have

17   been the counselor, if anything, but I'm not too

18   sure.

19   Q.       Do you have any recollection as to who your

20   first case manager was at Gwynedd Square?

21   A.       No, I actually don't.

22   Q.       Now, when you were assigned a case manager

23   at your elementary school, would you meet with your

24   case manager on a regular basis during the school

1  term?

2  A.      I don't think I did.  Unless my case

3  manager was one of the assistant teachers -- or one

4  of the assistant teachers is something that I don't

5  think I did.

6  Q.      Okay.  Now, ███████████ was in your sixth

7  grade class, correct?

8  A.      Yes.

9  Q.      However, had you met him prior to sixth

10 grade?

11 A.      Yes.

12 Q.      Do you have a recollection as to when you

13 first met ███████████?

14 A.      Probably like third or fourth grade is the

15 only time -- is the earliest I could remember

16 meeting him.

17 Q.      And did you meet him because he was a

18 student at Gwynedd Square?

19 A.      No.  It was because he actually liked to

20 hang out with my one friend named John.

21 Q.      Okay.  In third or fourth grade, when you

22 have a recollection of first meeting ███████████,

23 did he attend the same elementary school as you?

24 A.      Yeah.

1    Q.       Okay.  So you met him through your friend
2    John?
3    A.       No.  It was more the fact that he was just
4    kind of in the group of people that I knew.  So it
5    was just kind of like, oh, hey, you're there kind of
6    a thing, but it wasn't like I'm friends with you,
7    you're just there as an addition to the party kind
8    of thing.
9    Q.       Okay.  So you just became aware of who he
10   was through being in a school group?
11   A.       Yeah.
12   Q.       When you first met ███████████  when you
13   believe you were in third or fourth grade and he was
14   in the social group, did there come a point in time
15   when you began socializing with him at any time
16   outside of school?
17   A.       No.  I never socialized with students
18   outside of school.
19   Q.       When was the first time you became aware of
20   ███████████  being a student in any of your classes?
21   A.       Like fourth, fifth grade maybe.
22   Q.       Now, in fifth grade at Gwynedd Square, did
23   you change classes or did you stay in the same
24   classroom?

1    A.        I don't remember third or fourth grade, but

2    I do remember that we would switch classes for fifth

3    and sixth.

4    Q.        And would everyone in the class switch to

5    another room or could you have different classes

6    with different students, if you understand my

7    question?

8    A.        Yeah.  In sixth grade it was like that, but

9    in fifth grade you kind of had everyone just going

10   along to each class.

11   Q.        So if I understand your answer, in fifth

12   grade everyone that was in your first class was in

13   all of your classes in fifth grade?

14   A.        Yeah.  Yeah.  I think that's how it was.

15   They could have been switching.  I'm not too sure.

16   All I remember was that you would kind of go up and

17   change classes for each course.

18   Q.        Okay.  And ▆▆▆▆▆▆▆▆ was in your fifth

19   grade class to your recollection?

20   A.        Yes.

21   Q.        Now, was Holly Garrett your case manager in

22   fifth grade?

23   A.        That sounds familiar.  Probably.

24   Q.        Okay.  In fifth grade, do you have any

1   recollection of meeting with Ms. Garrett on a

2   regular basis relative to your coursework?

3   A.      Honestly, off the names, I don't know -- I

4   don't -- what did she -- do you know what she looks

5   like?

6   Q.      If you don't know, that's fine.

7   A.      I have no clue, but like the name sounds

8   familiar, but --

9               MS. LAUGHLIN:  If I could just

10          interject for a second, didn't she get

11          married and now she's Garrett and before

12          she was Holly Andrews?

13              MS. JORDAN:  Oh, you're right.

14              THE WITNESS:  Yeah.

15              MS. LAUGHLIN:  Sorry.  I didn't

16          mean to interrupt.

17              MS. JORDAN:  No.  I appreciate

18          that.

19              THE WITNESS:  Yeah, she was 100

20          percent my case manager; and, yes, I did

21          meet with her.

22              MS. JORDAN:  Okay.  I totally

23          forgot about that.  Thank you.

24              THE WITNESS:  I'm like the first

1          name sounds familiar.

2   BY MS. JORDAN:

3   Q.       So you knew her as Holly Andrews when you

4   were in fifth grade, correct?

5   A.       Yes.

6   Q.       And she was your case manager, correct?

7   A.       Yes.

8   Q.       And you did meet with her on a regular

9   basis?

10  A.       Yes.

11  Q.       And would that be throughout the school

12  week you would be interacting with her?

13  A.       I mean like one to two weeks she was in my

14  classes helping with the students when we would

15  switch classes, because there were like two that

16  really needed her help, but, yeah, she -- yeah.  I

17  mean I would see her once in a while, but we would

18  actually meet together maybe once or twice in her

19  classroom.

20  Q.       Okay.  Then in sixth grade, if I understand

21  your testimony, not everyone was necessarily in all

22  of your classes, correct?

23  A.       Yes.

24  Q.       And in sixth grade, was ▓▓▓▓▓▓▓▓▓▓ in

1   some of your classes?

2   A.      Yes.

3   Q.      Do you have any recollection as to how many

4   classes he was in?

5   A.      Library.  I want to say science.  I don't

6   think he was in math.  He was in Ms. Divers (ph)

7   class.

8   Q.      Is that language arts?

9   A.      I think so.  I can't remember.  It was one

10  of those two.  I don't remember doing -- I think I

11  did ELA in the back or something like that.  I don't

12  remember that one.  I don't think he was in that one

13  either.

14  Q.      What is ELA?

15  A.      Oh, wait.  That one is English, so probably

16  a different -- maybe history.  I'm not 100 percent

17  sure.

18  Q.      Okay.  And in sixth grade, would you meet

19  with Ms. Andrews as your case manager to discuss

20  your caseload, your work in school?

21  A.      She would just kind of take me in there to

22  study and just do work and that was kind of about

23  it.

24  Q.      When you say that was about it, did she

1  ever ask you how you were doing in school?

2  A.      I mean, yeah, she would ask how I was

3  doing, but she wouldn't like actually help in the

4  sense of the subject.  She would more just kind of

5  be like, hey, how are you doing?  Hey, you're

6  failing this, this and this.  Now go work on your

7  work kind of thing.  Then send us off on our way to

8  work in her class and check in with us maybe once or

9  twice, but that was about it.

10  Q.      So when she would tell you that you were

11  doing poorly in school, is it your testimony that

12  she wouldn't try to work with you in how to improve

13  your studying to get better grades?

14              MS. LAUGHLIN:  Object to the

15          form.  You can answer.

16              THE WITNESS:  I mean she would

17          help you, but like it wouldn't be something

18          like when she would help you it would

19          exactly be a pleasant experience.  It would

20          just kind of be like, all right, if I ask

21          you to help me, you're just kind of going

22          to tell me how -- not exactly how to do it,

23          but how to understand how to do it.  You're

24          just going to like make me feel stupid, so

```
 1              I'm just kind of -- if that makes any --
 2              I'm not trying to say she was a bad person.
 3    BY MS. JORDAN:
 4    Q.        From what you've told me, would I be
 5    correct that you didn't feel as though your
 6    interactions with Ms. Andrews were positive in
 7    helping you improve your academics at elementary
 8    school?
 9    A.        She had another teacher around with her.  I
10    don't remember her name, but she was small -- and
11    I'm not saying this in any bad way, but she had dark
12    skin and she was small and -- I don't remember --
13    but she would kind of always come around and like --
14    I don't -- it would be like a bull in a China shop.
15    She would come and like take you over and your work
16    and stuff like that and Ms. Holly wouldn't exactly
17    interact with you as much as she would, but I don't
18    remember her name.
19    Q.        Do you know if the person you just
20    described was a student teacher?
21    A.        I don't know.  She was maybe one of the
22    assistant teachers.  I'm not too sure.
23    Q.        Now, when she would interact with you, was
24    that a positive experience?
```

```
1   A.        No.

2   Q.        Now, you previously identified that Ms.

3   Divers was one of your teachers, correct?

4   A.        Yes.

5   Q.        And she was your English or language arts

6   teacher, correct?

7   A.        Yes.

8   Q.        And that's one of the classes that you do

9   recall that ███████████ was in your class, correct?

10  A.        Yes.

11  Q.        And in the classroom, in Ms. Divers' class

12  in sixth grade, where did you sit in relationship to

13  ███████████, if you remember?

14  A.        Across the room.  I think he would sit at

15  the top corner or something like that and I would

16  sit at the bottom, but I'm not 100 percent sure

17  though.

18  Q.        So would I be correct that you did not sit

19  next to each other on a daily basis?

20  A.        No.

21  Q.        Okay.  Now, in regard to your lawsuit,

22  there is an incident that occurred in Ms. Divers'

23  class, correct?

24  A.        Yes.
```

1    Q.        And that involved ██████████, correct?

2    A.        Yes.

3    Q.        And am I correct that on that particular

4    day you and ██████████ were partners on a project

5    of some kind?

6    A.        Yes.

7    Q.        How is it that you and ██████████ became

8    partners?

9    A.        I think it was either he kind of like told

10   me to go over there or one of the teachers assigned

11   us.  I don't remember exactly how it happened, but

12   all I remember is that we were kind of sitting at

13   the table together and we were next to each other

14   and we were just kind of working on a project, but

15   I'm not 100 percent sure what it was or --

16   Q.        Okay.  So if I understand your testimony,

17   you were ██████████ partner that day in a

18   project, but you don't recall how you came to be

19   partners or what you were working on?

20   A.        It was either he called me over there and

21   like told me to go over there or Ms. Divers assigned

22   us over there and -- yeah, I'm not 100 percent sure

23   on that.

24   Q.        And when you say that he told me to go over

1    there, you're referring to ▓▓▓▓▓▓▓▓ , correct?

2    A.        Yeah.

3    Q.        Had you ever been partners with ▓▓▓▓

4    ▓▓▓▓  in any class on a project before?

5    A.        I think the only one else would be

6    D'Elia's, but I'm not too sure if that's -- that's

7    sixth grade, so, yeah, I believe, and that was --

8    yeah.  It was in science class and we would do a few

9    projects together or he would like tell me to do a

10   few projects together with him or she would put us

11   together and then we would do projects together.

12   Q.        Now, it was during this period of time that

13   you were in language arts class where ▓▓▓▓▓▓▓▓

14   touched you inappropriately, correct?

15   A.        Uh-huh.

16                    MS. LAUGHLIN:  Is that yes?

17                    THE WITNESS:  Yes.  Sorry.

18                    MS. LAUGHLIN:  That's okay.

19   BY MS. JORDAN:

20   Q.        Can you describe for me what occurred in

21   that language arts class?

22   A.        So we were working on a project and I was

23   trying to -- I was trying to do whatever we were

24   doing and the next thing you know -- like he would

1    always like try to turn a little bit to the side so

2    he didn't look like suspicious and then try to take

3    his hand and graze my back or my back under my shirt

4    or he would try to like graze my chest or like my

5    chest area and then anytime the teacher was looking

6    he would like take it away really quickly and --

7    Q.        When he attempted to touch your chest area

8    or graze your chest area, was that over your

9    clothes?

10   A.        No.  It was under.

11   Q.        And was that the first time that ███████

12   touched you inappropriately?

13   A.        I want to say yes.

14   Q.        And when he first began to touch you,

15   either under your shirt in the back or the front,

16   what if anything did you do?

17   A.        I would try to shove him off or close my

18   arm off so he couldn't get under.  Because he would

19   try to go under his arm so it didn't like look

20   suspicious or anything like that.  So I would try to

21   like shake him off or tell him no or push him off

22   and he wouldn't exactly stop.

23   Q.        And am I correct that Ms. Andrews saw what

24   ████████ was doing?

1   A.      Yes.

2   Q.      And did you see yourself looking at the

3   front of the classroom that Ms. Andrews saw what

4   ███████ was doing?

5   A.      Uh-huh.

6   Q.      And is that because you made eye contact

7   with her --

8   A.      Yes.

9   Q.      -- at the time?

10  A.      Uh-huh.

11  Q.      And when you were aware that Ms. Andrews

12  could see what ███████ was doing then what happened?

13  A.      She kind of pointed to us and said ███████,

14  ███████, out in the hall and then we went out into

15  the hall to talk with her.

16  Q.      And do you recall what she asked you?

17  A.      She was asking us -- or she was like I saw

18  -- she was just like I saw your hand -- pointing

19  over to ███████ like your hand up her shirt; am I

20  correct?  And like looked at both of us.  I kind of

21  looked at her like yeah.  And he looked at her and

22  goes like no.  She was like all right.  Well, if I

23  do not see this again I will not tell the principal

24  or your parents.  Go into the room, go sit at your

1    desks and move.  Don't do it again kind of thing.

2    Then she sent us on our way.

3    Q.       When she asked you that question and you

4    said yes, did you say anything to her that you

5    didn't want him to do that?

6    A.       No.

7    Q.       How did you feel when she called you out of

8    the room?

9    A.       I felt happy that finally someone caught

10   it, because I didn't want to be the one to -- I

11   didn't know how to be the one to tell someone that

12   it was happening to me and yet I felt terrified

13   because I didn't know what else was going to be next

14   after it.

15   Q.       When you say that you were happy because

16   someone else knew about it and you didn't want it to

17   happen, does that refresh your recollection that it

18   had happened before or was it just from that time

19   you were happy because you didn't want it to

20   continue?

21   A.       I think there were a few times that it did

22   happen before and then -- because I know it happened

23   more times than that one incident.  I know there

24   were a few times before and a few times afterwards

1    and that I was kind of just sick of it at that

2    point, but --

3    Q.      Now, when it happened before, do you have a

4    recollection as to the first time it happened in

5    regard to a timeframe?

6    A.      Probably it started in the back of the line

7    when we would be going to like different classes or

8    something.

9    Q.      And was it when you were in sixth grade?

10   A.      Yeah.

11   Q.      And when it first happened, what is your

12   recollection of what ▮▮▮▮ did?

13   A.      He would try to walk up behind me really

14   closely so that like no one could see his arm and

15   then he would try to put it under my shirt and try

16   to go under my pants or like under my shirt, so --

17   Q.      And when he did it the first time, did you

18   say anything to ▮▮▮▮ regarding to stop it?

19   A.      I mean I shrugged him off and I looked at

20   him like, dude, stop.  What are you doing?  But then

21   it was just -- I kind of froze and I didn't know

22   what to do.

23   Q.      When ▮▮▮▮ touched you inappropriately the

24   first time in line did you say anything to any of

1   your teachers?

2   A.      No, because I didn't know what it was.

3   Q.      Did you mention it to either of your

4   parents?

5   A.      No.

6   Q.      Did you mention it to either of your

7   siblings?

8   A.      No.

9   Q.      When you were called out in the hall by Ms.

10  Andrews and she indicated that if it didn't happen

11  again she wouldn't call your parents, did you say

12  anything to her after that?

13  A.      No.

14  Q.      Did you say anything to any of your friends

15  at school?

16  A.      Uh-uh.

17              MS. LAUGHLIN:  You have to say

18          yes or no.

19              THE WITNESS:  No.  Sorry.

20              MS. LAUGHLIN:  That's okay.

21  BY MS. JORDAN:

22  Q.      When you went home, did you tell your

23  parents at any time?

24  A.      After the Andrews thing that came -- or

```
 1    when it actually came to light, yes.

 2    Q.        So you talked to your parents about it in

 3    April of that same school year; would that be

 4    correct?

 5    A.        Yeah.  After it came out and after they had

 6    actually like figured out what was going on.

 7    Q.        Okay.  How about your siblings, did you

 8    tell either of your siblings before it came out

 9    after it occurred?

10    A.        No.

11    Q.        So from your answers, would I be correct

12    this is something you kept inside yourself?

13    A.        Yes.

14    Q.        Now, after  ████  touched you

15    inappropriately and Ms. Andrews called you outside,

16    did  ████  continue to touch you inappropriately

17    until April of the same school year when it came out

18    to other people in the school other than Ms. Andrews

19    and your parents?

20    A.        Yeah, a few times afterwards.  Then not

21    really after -- or not really that much after,

22    because then I guess he was on to the next girl,

23    because that's when the other one confessed what was

24    going on.
```

1    Q.       So in regard to him touching you

2    inappropriately after Ms. Andrews called you out in

3    the hall, do you have a recollection as to when the

4    next time was that it occurred?

5    A.       Maybe like a week or two afterwards.

6    Q.       Do you have a recollection as to where it

7    occurred?

8    A.       Probably in the hallway honestly.  It was

9    one time when we were like genuinely alone and we

10   just kind of ran into each other and he just like

11   came up and he was trying to like -- you know, be

12   himself and --

13   Q.       When you say be himself, was ███████ always

14   touchy with you?

15   A.       I mean he would -- if he could get me in a

16   spot where he knew that no one could see us, yeah.

17   Q.       And when he would touch you inappropriately

18   when he got a chance in a spot where no one could

19   see what, if anything, did you say to him?

20   A.       I would tell him to stop.  I would tell him

21   don't.  I'm like not right now.  Like leave me

22   alone.

23   Q.       And what, if anything, would he do in

24   response?

1    A.      He didn't care.

2    Q.      Were you afraid of ████?

3    A.      Yeah.

4    Q.      And why were you afraid of him?

5    A.      Because I didn't know what to do.  I was

6    watching like -- I watched Ms. Andrews see something

7    that even after that I watched her see something

8    that's not supposed to even be happening, but

9    brushed it off like it was nothing.  And I was going

10   through my own things.  Because then that also

11   triggered me remembering my five-year-old experience

12   and that's -- and then I was going through all of

13   that by myself and it was all bottling up and I

14   just --

15   Q.      It's my understanding that when you were

16   five a neighbor molested you; is that correct?

17   A.      Yes.

18   Q.      And for how long a period of time did that

19   occur, if you remember?

20   A.      It only happened once.

21   Q.      And it's also my understanding that your

22   older sister was also molested by the same

23   individual; is that correct?

24   A.      I mean I didn't find that out just until

1   now, but I guess so.

2   Q.      Okay.  So it didn't occur with --

3   A.      I have no clue.  Something happened with

4   her, but she would never talk to us about it.

5   Q.      Okay.  So when the neighbor molested you

6   you were by yourself with the neighbor?

7   A.      Yes.

8   Q.      And was that a man or a woman?

9   A.      It was a man.  His name is Michael Forbes.

10  Q.      Michael Forbes?

11  A.      Uh-huh.

12  Q.      Is that F-O-R-B-E-S?

13  A.      Yes.

14  Q.      Was he like the next door neighbor?

15  A.      He was right across the street, but he was

16  down and to like the left a little bit.

17  Q.      And do you have any idea what his age was

18  when you were five?

19  A.      I want to save 15 to 17.  I'm not

20  100 percent sure.  He was going to school with my

21  sister.

22  Q.      Okay.  Was he a classmate of hers?

23  A.      I think so.  I'm not 100 percent sure.  She

24  never talked to us about him.

```
 1   Q.        Okay.  And when he touched you or treated
 2   you inappropriately, did you tell your mom?
 3   A.        Yes.  Well, she found out because I was
 4   walking weird when I was walking across the street
 5   walking back from his house and I told her that my
 6   underwear hurt and she found it was twisted, so she
 7   figured out what was going on and said, oh, shit --
 8   or, oh, wow.  Sorry.
 9   Q.        Oh, that's okay.
10             And am I correct that Mr. Forbes was charged
11   criminally?
12   A.        I think so.  Yeah, I think we did charge
13   him, because then he was trying to -- he was also in
14   the process of getting charged for a few other
15   things and then he was trying to get us into like
16   the courtroom and all that stuff, but then I almost
17   stood on the stand and they said, all right, never
18   mind.  We'll take the charges.
19   Q.        So if I understand your testimony that you
20   just stated, you went to court and were going to
21   testify about what Mr. Forbes had done to you, but
22   then the court intervened in some way and you didn't
23   have to testify?
24   A.        No.  The one thing that the Forbes family
```

1    was hoping was that I wasn't going to sit on the

2    stand and testify, which was exactly what I was

3    going to do whether they wanted to or not, so then

4    they backed out of it and then, I guess, took the

5    charges for it.

6    Q.      And so then you didn't have to testify, but

7    you were willing to, if I understand?

8    A.      Yes.

9    Q.      Do you know if Mr. Forbes had to go to

10   jail?

11   A.      I think he was in jail for a little bit

12   after that.  I'm not 100 percent sure.  I don't

13   remember what happened afterwards.  I remember more

14   the situation than anything else.

15   Q.      Is he still your neighbor?

16   A.      Yes.

17   Q.      So you see him on a regular basis?

18   A.      I don't see him, but I see his family and

19   stuff.  I mean his house is still across the street

20   from mine, so --

21   Q.      And do you know if he resides in that home?

22   A.      I think so, once in a while.  I also know

23   that he has a family, so I don't know if they're in

24   that house or a different one.

1    Q.      Okay.  After that incident occurred when

2    you were five, do you know if you were seen by any

3    psychologists or psychiatrists?

4    A.      No, I wasn't seen by anyone.

5    Q.      Did you talk about what happened to you

6    with anyone other than your mom?

7    A.      I guess whoever was -- when we were doing

8    the court thing and the legal people, but that's

9    about it.

10    Q.      Okay.  Do you have a recollection as to

11    whether that caused you any physical or

12    psychological problems at the time?

13    A.      That one, not really, because I was so

14    little that it was going to be something that I

15    could forget for a little bit.  Like it wasn't

16    something that was going to be very impactful until

17    my life was just -- it was a bad situation.  It

18    wasn't like -- that means there's bad people.  I

19    just know that was a bad person.

20    Q.      And from what you said previously, am I

21    correct that when           starting touching you

22    inappropriately it reminded you of what had happened

23    to you by Mr. Forbes?

24    A.      Yes.

1   Q.     And did you discuss that with anyone at the

2   time?

3   A.     No, not after the ███ incident.

4   Q.     Now, can you approximate for me how many

5   times you believe ███ inappropriately touched you

6   prior to April when it all came out to light that he

7   had touched you inappropriately?

8   A.     I was like once or twice a week, three

9   times max maybe.  That was about it though.

10   Q.     Can you give me a number of times?

11             MS. LAUGHLIN:  If you can

12          estimate.

13             THE WITNESS:  Over 20.

14   BY MS. JORDAN:

15   Q.     Now, in April of 2015, which is still sixth

16   grade, how did you learn that ███ had touched

17   someone else inappropriately?

18   A.     Because basically the school -- or my mom

19   had told me that it had come out that some other

20   girl reported him touching them inappropriately and

21   then a few other girls came out.  And my mom was

22   like, are you one of these girls?  I was like yeah.

23   Because during that time I was also then -- with the

24   remembering the five-years-old incident and going

1    through that incident I was dealing with some anger

2    issues and some anxiety and all that stuff and that

3    triggered the beginning of that and then I was

4    acting out.  And she was like is that's what's going

5    on here?  And I'm like yes, so --

6    Q.      And in regard to the anger issues, can you

7    describe for me what you mean by that?

8    A.      One time I ended up punching a fourth

9    grader in the stomach for annoying -- I mean for

10   picking me on me, but then because of like

11   everything else -- and I know I would never actually

12   do that, but in that situation I ended up doing

13   that, so --

14   Q.      So if I understand you, you acted out in

15   response to this fourth grader not being nice to you

16   in a way that was bigger than you would have

17   otherwise, but because of the anxiety that you had

18   from the touching incidents?

19   A.      Yes.  From the ██████ -- like if a girl

20   picked on me, normally I would be like, all right,

21   cool, let's laugh about it together, like let's go

22   along with it, but like just having that girl pick

23   on me on top of ██████ touching me and then having

24   to bottle that up for like six months by myself,

1    it's just -- like I kind of snapped at that moment.

2    Q.       Okay.  So when it came out that he had

3    touched other female students at the school

4    inappropriately and your mom came and asked you

5    about it and you admitted it happened, did you then

6    tell her about all the times he touched you

7    appropriately?

8    A.       Yes.

9    Q.       Did you speak to anyone at the school -- at

10   Gwynedd Square Elementary School about what ███

11   had done?

12   A.       I think Ms. Vaszily.

13   Q.       And who was Ms. Vaszily at the time, if you

14   know?

15   A.       The counselor.

16   Q.       Prior to the April incident involving

17   ███    with these other girls, had you ever spoken

18   to Ms. Vaszily before?

19   A.       Yes.

20   Q.       And was she someone that was available for

21   you to speak to about anything?

22   A.       Yes.

23   Q.       Would I be correct that prior to the April

24   incident with ███   and these other girls coming to

1    light you had never confided in Ms. Vaszily what was

2    going on with ████████touching you inappropriately?

3    A.      Yes.

4    Q.      And when you spoke to Ms. Vaszily after it

5    all came to light did you tell her that ██████had

6    touched you inappropriately 20 times?

7    A.      Yes.

8    Q.      What, if anything, did Ms. Vaszily say to

9    you?

10   A.      Wait.  Hold on.  Can you repeat the last

11   question?  I'm sorry.

12   Q.      Yeah.  I asked you if you had conveyed to

13   Ms. Vaszily when you spoke to her after the

14   April 2015 incident involving ██████ came to light

15   and then your incident of November of 2014 came out,

16   whether when you talked to her you told her about

17   the approximate 20 times that he had touched you

18   inappropriately?

19   A.      Yes.  Probably after the ██████ incident,

20   yeah, I talked to her, because before that she was

21   the one who was trying to help me not trigger my

22   memories of my five-year-old incident, because if I

23   had any like alarms -- or if there were any fire

24   drills or any like announcements that could have

1   triggered we would try to like avoid them.  So she

2   would come and pull me out of class and be like

3   let's go play games or something like that, you

4   know, to keep your mind off of that, because we were

5   working so hard towards that that she even got

6   completely blind sided when this all happened and

7   she was the only one that I could talk to kind of

8   after that, so --

9   Q.      So would I be correct from what you just

10  said that Ms. Vaszily did know about your

11  five-year-old experience involving Mr. Forbes and

12  she was your go to person at the school to try and

13  help you contain any trigger events from occurring?

14  A.      Yes.

15  Q.      Okay.  And for how long was Ms. Vaszily

16  your go to person at the school, if you can

17  remember?

18  A.      Since basically whenever it happened and

19  whenever I went to the school.  So if I went there

20  when I was like five, it was ever since it happened

21  like --

22  Q.      Okay.  So Ms. Vaszily was always available

23  for you to talk to about trigger events to try and

24  contain your feelings about that incident, those,

1    you know, not good feelings from coming out?

2    A.        Yeah, like that or like my emotions or if I

3    just -- like if I was having a bad week or

4    something, she was kind of my go to person overall.

5    Q.        And did you appreciate your relationship

6    with Ms. Vaszily?

7    A.        Yes.

8    Q.        And did you believe that you could confide

9    in her and she would try to help you?

10   A.        Yes.

11   Q.        Okay.  Was there a reason you didn't tell

12   Ms. Vaszily about what ████████ was doing before it

13   came out in April?

14   A.        Because I knew if I told her then

15   everything between like my friends and just home

16   life and school life, everything would change.  Plus

17   I didn't know whether she was going to believe me,

18   because a sixth grader coming up to you and telling

19   you that before the other girl came out that -- you

20   don't think anyone is going to believe you.

21   Q.        So if I understand, you were afraid that

22   Ms. Vaszily wouldn't believe you that ████████ was

23   abusing you; is that correct?

24   A.        Yes.

1    Q.        And also you were concerned that if you

2    told her it would change your relationship at school

3    with friends as well as with your parents?

4    A.        Like it was just -- it was going to change

5    everything.  How could that not?  That's like -- and

6    also at the time, even at the beginning, I didn't

7    realize how wrong it was until the one girl really

8    came out.  Like I never realized the extent of how

9    wrong it was.

10   Q.        And who was the girl, if you remember her

11   name?

12   A.        Paige Nester.

13   Q.        Were you friends with Paige Nester?

14   A.        Yes.

15   Q.        And after Paige told the teacher that

16   ████    was touching her inappropriately, did you

17   talk to Paige about your incident?

18   A.        I just -- when she was putting some stuff

19   on her food I just kind of walked up, gave her a hug

20   and said thank you and walked off.

21   Q.        Did she ever ask you why you hugged her and

22   why you were thanking her?

23   A.        No.  Because she looked at me and said

24   you're welcome.

1    Q.        Do you believe that she knew that that

2    meant that ████ had also inappropriately touched

3    you?

4    A.        Yes.

5    Q.        Okay.  And do you know any of the other

6    girls who came forward?

7    A.        Not really.  Maybe like Endera (ph) -- I'm

8    not 100 percent sure.

9    Q.        But you think Endera, another girl --

10   A.        Endera, but I have no clue.  I wouldn't

11   trust that, but --

12   Q.        So would I be correct that you only had the

13   intersection with Paige Nester that you just

14   described and not any of the other girls?

15   A.        Yes.

16   Q.        And as you sit here today, you're not sure

17   who the other girls are?

18   A.        Yes.

19   Q.        Now, your mom -- to your knowledge, was

20   your mom contacted at the school and that's how she

21   knew about the October 2014 incident?

22   A.        I think the school called her and told her

23   what was going on.  I don't exactly remember how

24   that whole thing went down and how we found out.

1 Q.      Okay.  But your mom did come to you and ask

2 you about ███████ touching you inappropriately,

3 correct?

4 A.      Yes.

5 Q.      And you did confide in her that it had

6 happened?

7 A.      Yes.

8 Q.      Did you tell her that he had did it more

9 than once?

10 A.      Yes.

11 Q.      And did you have any intersection with the

12 police department at that time?

13 A.      There was -- I have this one police

14 officer, his name is Ted, and he was the -- he's

15 what my mom calls my guardian angle after -- because

16 he was there for my five-year-old incident and he

17 helped me try to -- or helped my parents try to

18 limit the amount of trauma from the whole experience

19 and just helping me to -- or him being the one to

20 just, you know, take me and do the whole system

21 since we kind of already did it once before.

22 Q.      Okay.  So Ted was the police officer that

23 you interacted with in relaying what Mr. Forbes did

24 to you, if I understand what you're saying, correct?

1    A.      Yes.

2    Q.      And then after that the incident with Mr.

3    Forbes, am I understanding correctly that you had

4    interaction with Ted, the policeman, after that to

5    help you with your feelings about the Forbes

6    incident before it came out about ██████

7    inappropriately touching you?

8    A.      No.  It was -- he was the one for like --

9    so basically they want the policeman to come there

10   and like actually handle the situation, do the

11   investigation, but he was the one to handle all of

12   that, because he already knew our family and he

13   already knew how to do that and he ended up being

14   the policeman to kind of take over the case -- not

15   take over the case, but like be there, like the

16   policeman that's supposed to be there kind of.

17   Q.      Okay.  So if I understand you, because he

18   dealt with the five-year-old incident with you, when

19   it came to light that ██████ had inappropriately

20   touched you he was also called in to assist in

21   regard to finding out what had occurred?

22   A.      Yes.

23   Q.      Okay.  So would I be correct that you spoke

24   to Ted, the police officer, about what ██████ did?

1   A.      I never spoke to Ted about what happened,

2   but my mom was the one to speak to him about that

3   stuff.  Like my mom tried to keep me out of most of

4   that stuff to keep it like the least trauma -- like

5   least impacting as possible.  So when it comes to

6   like the talking to like the policeman and all that

7   stuff I wasn't the one to ever do that really.

8   Q.      Okay.  And do you have any knowledge as to

9   what, if anything, the police did in relation to the

10  reports of ████ touching not only you, but other

11  girls at Gwynedd Square Elementary School?

12  A.      I don't think he really got any -- I don't

13  think he got like anything afterwards.  I think they

14  did an investigation on him, but that was about it.

15  I don't think there was any like repercussions for

16  it.

17  Q.      Do you know if the school did anything to

18  ████

19  A.      They didn't do anything.

20  Q.      Are you aware of him being suspended for

21  any period of time?

22  A.      No.

23  Q.      Did you have any conversations with your

24  parents about criminal charges against ████ at

1    that time that you recall?

2    A.          Yeah, but we didn't -- it wasn't -- it

3    wasn't the time to do any like charges or anything

4    because I was already starting to spiral from how

5    traumatizing that was.  It wasn't good to put that

6    much on top of me.

7    Q.          And did you discuss that with your parents

8    to your recollection?

9    A.          Yes.

10   Q.          Now, after Paige told the school about what

11   ████████ was doing and it came to light that the same

12   thing had occurred to you in October -- I'm sorry --

13   November at the beginning of sixth grade, am I

14   correct that you were separated from ██████ at

15   school and that he was taken out of any class that

16   you were in?

17   A.          After the incident, like when Paige said --

18   Q.          Yes.

19   A.          Yes.

20   Q.          And Paige and the other girls who had

21   reported that he touched them inappropriately also

22   were separated from ██████ in class, correct?

23   A.          Yes.

24   Q.          Now, would I be correct that you still

1    would see ▮▮▮ in the school physically, because

2    Gwynedd Square is not that big?

3    A.      Yes.

4    Q.      And did the sixth grade all have recess

5    outside at the same time?

6    A.      Yes, but I don't -- the funny thing is, I

7    didn't see ▮▮▮ much after Paige said anything, so

8    they kept him like really well hidden from all of us

9    kind of, like to the point that most of us kind of

10   thought that he left, so --

11   Q.      Okay.  So if I understand your testimony,

12   you don't recall really interacting with him in any

13   way after April of 2015 when it -- when everything

14   came to light about his inappropriate touching?

15   A.      Yes.

16   Q.      And he was taken out of the classrooms with

17   you and the other girls who made reports?

18   A.      Yes.

19   Q.      And if it came to light in April, the

20   school year would have ended in early June; would

21   that be accurate?

22   A.      Yes.

23   Q.      Okay.  So for seventh grade you would have

24   gone to Penndale Middle School, correct?

1   A.      I would have, but then I got transferred to

2   Pennbrook.

3   Q.      Right.  So after the incident, did your

4   parents discuss with you about going to Pennbrook as

5   opposed to Penndale?

6   A.      Yes.

7   Q.      And what do you recall about your

8   conversation with your parents?

9   A.      It would more come out like here and there

10  that I was going to Pennbrook instead of Penndale,

11  to where it was just like, all right, it's the last

12  day.  They were like, all right, you're going to

13  Pennbrook kind of thing, where they would actually

14  like tell me.

15  Q.      And when you say the last day, do you mean

16  the last day of sixth grade you were told you were

17  going to Pennbrook as opposed to Penndale?

18  A.      No.  Kind of like, you know -- you know how

19  like halfway through the summer they -- or your

20  parents are like, all right, and then that's where

21  you start actually prepping for school, that's when

22  they were like you're kind of going to Pennbrook and

23  they finally told me like where I was going and --

24  yeah.

```
 1   Q.        So when you say they finally told me, do

 2   you mean your parents?

 3   A.        Yes.

 4   Q.        Okay.  Prior to your parents telling you

 5   that you were going to start school at Pennbrook,

 6   did you have any conversations with either of your

 7   parents or both of them at the same time about them

 8   wanting you to go to Pennbrook as opposed to

 9   Penndale because they didn't want you to have any

10   interaction with ███████████?

11   A.        I think I had one or two about how they

12   said they just wanted me to have a clean start or

13   like a fresh plate kind of thing, but that's about

14   it.

15   Q.        Okay.  What were your feelings about going

16   to Pennbrook as opposed to Penndale?

17   A.        I mean I would miss my friends and all that

18   stuff, but I also didn't have that many friends in

19   Gwynedd Square, so it was kind of cool to get like a

20   fresh start.

21   Q.        And would I be correct that if you went to

22   Penndale you would have been bussed there, correct?

23   A.        Yes.

24   Q.        And you were bussed to Pennbrook instead,
```

1    correct?

2    A.          Yes.

3    Q.          And when you got to Pennbrook did you have

4    any difficulty acclimating in the new school?

5    A.          A little bit.  I mean we were all like, you

6    know, teenagers in the making, so we were all moody

7    and all that stuff, so it wasn't the easiest.

8    Q.          Were you able to make friends there?

9    A.          Not really, until like ninth grade -- or

10   like eighth or ninth grade.

11   Q.          And what do you think was the stumbling

12   block to you making friends in seventh grade?

13   A.          Not really knowing how to interact with

14   people in like sixth grade or fifth grade, because I

15   was dealing with the ████ thing.

16   Q.          Did you have a counselor at the school that

17   you could talk to?

18   A.          In Pennbrook, I mean I did, but we never

19   really talked.  I mean I was a little bit of like a

20   troubled kid, but we never really talked about much

21   of what was going on.

22   Q.          Do you know if the counselor at Pennbrook

23   was told about the trauma you had when you were

24   five?

1    A.        I don't think so.

2    Q.        Do you know if the counselor was told about

3    the trauma you had with ████ at Gwynedd Square?

4    A.        I don't think so.

5    Q.        And would I be correct that you never told

6    the counselor of those incidents?

7    A.        I really don't think I did.

8    Q.        In addition to a counselor, did you also

9    have a case manager to follow your IEP due to your

10   AD/HD?

11   A.        Yes.

12   Q.        And do you recall who that person was?

13   A.        No.

14   Q.        Would I be correct that you never spoke to

15   your case manager about your prior traumas?

16   A.        Yes.  We ended up stopping and talking to

17   people about my previous traumas after Gwynedd

18   Square, because we were like, well, we tried to do

19   that the first time and look where that got us kind

20   of thing and we just ended up keeping it to

21   ourselves afterwards.

22   Q.        When you say that, look where it got us, by

23   talking can about it you were hoping that it would

24   protect you and it didn't --

```
 1   A.        Yeah.

 2   Q.        -- would that be fair?  Is that what you're

 3   trying to convey?

 4   A.        Yeah.  Like we had -- like Ms. Vaszily, she

 5   was in control of like my triggers -- not like in

 6   control, but like helping me avoid triggers and all

 7   that stuff.  So she was helping me and all that

 8   stuff and we trusted the school not to, you know, do

 9   anything that was going to be behind me, like my

10   parents' backs or their back, because my parents

11   were also in constant communication, but then that

12   happened and then they kind of lost all trust in the

13   school, so they just kind of stopped talking to the

14   people and --

15   Q.        When you started middle school at

16   Pennbrook, did you see any type of counselor?

17   A.        No.

18   Q.        Did you see a psychiatrist?

19   A.        No.

20   Q.        And would I be correct that you were being

21   followed by Dr. Bandi, the pediatrician, to give you

22   the script for your Adderall and he was following

23   the AD/HD?

24   A.        Yes.
```

1    Q.      Now, when you went to middle school did you

2    participate in any of the school's extracurricular

3    activities?

4    A.      I was going to, but I was doing horses as

5    an extracurricular activity like off to the side, so

6    no.

7    Q.      And when you say I was doing horses, can

8    you explain what that means?

9    A.      Like I was riding horses.  I was taking

10    lessons at a barn.  I was leasing my own horse.  I

11    was like not messing around -- like playing on farms

12    and all that stuff like.

13    Q.      What does lacing (sic) my own horse mean?

14    A.      Leasing my own horse, basically meaning

15    like you're half owning, half not, to where you pay

16    for like half its board, half its stuff and then

17    you're kind of technically the temporary owner of

18    that horse for a little bit.  And I was working with

19    a troubled pony at the time.

20    Q.      And where were you doing this?

21    A.      At Black Horse Stables.

22    Q.      Black Horse?

23    A.      Yes.

24    Q.      And where is Black Horse located?

 1    A.        Worcester and I want to say -- where is it?

 2    I can't think of it at the moment.

 3    Q.        That's okay if you don't remember.  In

 4    lacing (sic) the horse, would I be correct that you

 5    would be paying money to Black Horse who actually

 6    owned the horse for the sharing of the ownership?

 7    A.        Yeah.  Her name is Amanda and she's the

 8    owner of basically the thing and I would be leasing

 9    a horse from her at the moment while I was working

10    with them and, yeah, paying this money and like

11    doing all this stuff, so --

12    Q.        So how old were you when you first got

13    involved with any type of horsing, if you will?

14    A.        Probably in seventh or eighth grade, I

15    think -- or sixth grade.  No.  It was at the end of

16    the -- the last day of sixth grade when we were

17    doing our videos to actually leave sixth grade.

18    Q.        And is that something that you wanted to do

19    that you were really interested in getting involved

20    in a horse?

21    A.        Yes.

22    Q.        Had your family had any association with

23    horses beforehand?

24    A.        Yeah.  My mom was raised on a farm with

1    horses and so was my dad.

2    Q.        Okay.  So did they tell you stories growing

3    up about interacting with horses?

4    A.        Well, yeah.  And it's just the fact of like

5    having an animal that like you can respect and

6    actually have as like your true best friend kind of

7    thing.  It was really cool to me.

8    Q.        The fact that your parents both were raised

9    on farms that had horses and that they had

10    interaction with the horses, did you have the

11    benefit of going to those farms growing up?

12    A.        No.  They never had those forms.  They had

13    those when they were kids, but, no, I never got to

14    see their farms when I was a little kid.

15    Q.        So it wasn't like growing up your

16    grandparents still owned those farms and you could

17    go to them?

18    A.        Yeah.

19    Q.        Okay.  So for you, what you were really

20    into wasn't extracurricular activities that were

21    available at the school, you were into horsing

22    outside of the school?

23    A.        Yeah.  Like don't get me wrong, I loved all

24    the sports, like I wanted to do some of the sports

1    and some of the teachers actually tried to get me to

2    do some of the sports, but at the moment -- like my

3    passion was horses at that time.

4    Q.       And can you approximate for me how much

5    time you spent a week doing horsing activities?

6    A.       Probably two to three -- or it started off

7    two times a week and then three times a week and

8    then I kind of just ended up going there to my job

9    and I ended up doing it every single day, so --

10   Q.       And would that include your free time on

11   the weekends as well?

12   A.       Yes.

13   Q.       Okay.  How far away was Black Horse Stable

14   from your horse?

15   A.       Probably 30, 40 minutes depending on which

16   farm we were going to.

17   Q.       And would your mom take you there?

18   A.       Yes.

19   Q.       How did you do academically at Pennbrook?

20   A.       I didn't do the greatest.  I was getting

21   bullied and also I just didn't pay attention in my

22   classes as much as I should have, but --

23   Q.       And who was bullying you?

24   A.       The kids bullying me just -- I got picked

1   on a lot and --

2   Q.        And what would they bring up?  What issue

3   or things would they say to bully you?

4   A.        Basically that I'm too skinny or I'm too --

5   or start picking on me for my looks or something

6   like that or my outfit or picking on me for how I

7   walked or what I do or how I fidget.  It was just

8   kind of a nitpicking game at that point.

9   Q.        Was it one person in particular that was

10  bullying you or a bunch of people?

11  A.        No.  It was a lot of people actually.

12  Q.        And did you relay that to anyone at the

13  school?

14  A.        No.  Because what are you going to do?

15  It's a common -- bullying happens.  It happens every

16  single day and the best thing you can do in that

17  situation or at least I thought was just to brush it

18  off.

19  Q.        So when you say brush it off, ignore the

20  bullying?

21  A.        Yeah, just kind of ignore it.

22  Q.        Did you confide in either your case manager

23  or your counselor about the bullying that was going

24  on?

1    A.        I mean once or twice, but, again, nothing

2    really ever happened.  It was like there was no real

3    ever solution.  It's like, all right, then stay away

4    from that kid.  I'm like that's great, but they come

5    up to me.  You know what, all right.  So you just

6    kind of know you just let them bully you and just

7    ignore it and then problem solved.

8    Q.        Did you have any of disciplinary issues at

9    Pennbrook to your recollection?

10                    MS. LAUGHLIN:  Objection to the

11            form, but you can answer.

12                    THE WITNESS:  I mean a little

13            bit, but --

14   BY MS. JORDAN:

15   Q.        Do you recall any of them?

16   A.        I mean one of them was maybe like a few

17   grades and maybe a few missed assignments, but I was

18   never a bad kid for middle school or like elementary

19   school.  Like I really wanted to try, but I just

20   never was able to pay attention and also homework

21   killed me and I never did that, so -- I was a

22   teenager, so --

23   Q.        Now, in seventh grade while you were

24   attending Pennbrook, did you have any interaction of

1    any kind with ███████████?

2    A.        Not in Pennbrook.

3    Q.        Anywhere?

4    A.        Like after the 6th grade?

5    Q.        Yes.  In seventh grade --

6    A.        No.

7    Q.        -- when you were in seventh grade, did you

8    have any intersection of any kind with ███████████?

9    A.        No.  Seventh and eighth I was clear of

10   seeing him for the year.

11   Q.        Okay.  So in seventh and eighth grade no

12   interaction with ███████████, you didn't see him,

13   you didn't talk to him, you didn't have to be in the

14   same room with him?

15   A.        Uh-huh.

16                     MS. LAUGHLIN:  Correct?

17                     THE WITNESS:  Correct.  Sorry.

18                     MS. LAUGHLIN:  That's okay.

19   BY MS. JORDAN:

20   Q.        Now, in ninth grade you were at Pennbrook,

21   but you were also going to attend classes North

22   Montco Technical Career Center, correct?

23   A.        Yes.

24   Q.        And that is something that you had to apply

1    to for to attend, correct?

2    A.      Yes.

3    Q.      So you had to fill out paperwork?

4    A.      Yes.

5    Q.      And why did you want to go there?

6    A.      Because to be honest, I wanted to kind of

7    follow like my dad and my brother and stuff and do

8    like automotive and just kind of learn like some new

9    stuff instead of just going out into like the real

10   world and trying to get an automotive job, which is

11   kind of like hard for a girl and -- which I'm not

12   even trying to be sexist.  It's just not -- like you

13   look at me and you say you want to be in automotive?

14   Like the moment I walked into North Montco the girl

15   said, oh, you know cosmetology is the other way,

16   right?  And I looked at her and I'm like great, I'm

17   going this way, so --

18   Q.      So your brother Cody, is he an auto

19   mechanic?

20   A.      He used to race quarter midgets.

21   Q.      Is that some kind of race car?

22   A.      It's a really, really small race car.

23   Q.      It sounds it.

24   A.      Yeah.  It's really fun.  Little kids like

1    to go fast on them and it's really fun.

2    Q.        And you said your dad also used to do

3    automotive?

4    A.        Yeah.  He used to detail cars and just --

5    also, he didn't -- he didn't want me to go into

6    construction and carpentry even though I wanted to,

7    because he didn't want me to kind of break my back

8    and stuff the way that he does every single day,

9    because he has seen the ugly side of it and wants me

10   to be -- you know, keep your body for a few more

11   years, you know.  It's not time to break it yet.  So

12   I'm like, you know what, let's go into automotive.

13   Also he detailed cars.  It was cool.

14   Q.        And when he detailed cars, would he detail

15   them like at your home and you could watch him?

16   A.        I mean he would -- it was cool, because he

17   would be able to look at a bend in a car of the hood

18   and tell you exactly what car it was, what year and

19   what make and model.  It was just really cool.

20   You'd give him a part and he's like I know what this

21   is.  It's just learning all that stuff and just

22   learning how to be able to do your own stuff.  Like

23   my mom says, oh, I need my oil changed.  He's like

24   let's go do that.  It seemed just really cool.

1    Q.        So prior to you attending North Montco,

2    would you ever help your dad do car automotive?

3    A.        Yes.  And I have my sister's boyfriend,

4    yeah.

5    Q.        So you filled out the paperwork and you

6    indicated that you wanted take automotive classes,

7    correct?

8    A.        Yes.

9    Q.        And you were accepted?

10   A.        Yes.

11   Q.        Now, do you remember when you were in ninth

12   grade when school started what the breakdown was of

13   how often you would go to North Montco versus stay

14   at Pennbrook?

15   A.        So when it came to North Montco, I think --

16   wasn't that -- wasn't there a year that I

17   transferred -- I transferred into North Montco as a

18   full-time ninth grader.  So I think there was maybe

19   a few times where we would go like before school --

20   or not before school, but in the middle of school,

21   but I'm not too sure, because pretty much right

22   after I went there part time I ended up transferring

23   there to full time.

24   Q.        Okay.  So you don't remember in the

1   beginning how it worked between Pennbrook and North

2   Montco?

3   A.        No.  There was a time where I transferred

4   from Pennbrook to North Montco and they were telling

5   me about it.  And I'm like, you know what, okay.  It

6   kind of sounds okay.  Let's just -- I'm going to be

7   their like first ninth grader.  That sounds really,

8   really cool.  So then I ended up transferring there

9   a year -- early after.  They set up a few things and

10  I went from ninth to tenth to 11th.

11  Q.        Okay.  So when you started ninth grade and

12  you went to North Montco for automotive, am I

13  correct that you did see ███████████ at North

14  Montco?

15  A.        Yes.

16  Q.        Okay.  Do you have a recollection as to

17  when you first saw him in the school?

18  A.        The first day when they were bringing us

19  in.

20  Q.        Okay.  So on that first day -- where is

21  North Montco in relationship to Pennbrook Middle

22  School?

23  A.        It's not that far.  I'm not too sure.  It's

24  kind of far, but not really far.

1  Q.      So you did have to get on a bus, correct?

2  A.      Yeah.

3  Q.      So the first day you went to North Montco

4  in ninth grade you got on the bus, they brought you

5  to North Montco, you went into North Montco and you

6  saw ████████████?

7  A.      Uh-huh.

8  Q.      Is that right?

9  A.      Yeah.  They would have you like in the

10  cafeteria where they had all the schools and stuff

11  in there and they -- or I kind of ran into him when

12  I was passing one of the cafeteria tables and saw

13  him.

14  Q.      And when you saw him, what occurred, if

15  anything?

16  A.      It was -- I walked past him and it was kind

17  of a shock to me to see him there.  Like I knew the

18  possibility of him coming there -- it was like a

19  possibility, but I didn't know that it was -- he was

20  actually there.  It was different from when I

21  actually saw him.

22  Q.      When you say that you knew it was possible

23  you would see him, why did you think that when you

24  were going to North Montco before you got there?

1    A.        Say that again.

2    Q.        You told me that when you were going to

3    start North Montco you knew it was a possibility

4    that you were going to see ███████, correct?

5    A.        Yes.

6    Q.        Why did you think that before you got

7    there?

8    A.        Because he was in the school district and I

9    didn't know where he went, so it was a possibility

10   of him popping up anywhere.  It was whether he's

11   going to -- like there was a good chance he wasn't,

12   there was a chance that he was.  It was just kind of

13   like flip the quarter and see what side it lands on.

14   Q.        Prior to going to North Montco when you

15   realized there was a possibility that ███████

16   could go there too, did you have a conversation with

17   anyone about that possibility?

18   A.        No.

19   Q.        So would I be correct you didn't bring it

20   up with your mom?

21   A.        I mean it wasn't like a crazy thing.  Like

22   we didn't think he was going to be there, because

23   like there was also the fact that if you had a few

24   issues with your report card they weren't going to

1    accept you or like if you had issues they -- yeah,

2    they weren't going to accept you, but then they kind

3    of accepted him.  And it was like, oh, okay.

4    Q.      And then am I correct that before you

5    transitioned and were going to spend half the time

6    at Pennbrook and half the time at Montco you would

7    have had an IEP meeting about that, correct?

8    A.      Yes.

9    Q.      Did you discuss with anyone in the IEP

10   meeting any concerns about ███████ potentially being

11   in class?

12   A.      No.  We didn't really -- I don't think we

13   brought it up.  My mom really handled the IEP --

14   like most of those meetings and I was kind of there

15   for them.

16   Q.      Okay.  You were there, but your mom was in

17   control of it?

18   A.      Yes.

19   Q.      I understand what you're saying.

20   A.      Yes.

21   Q.      After you saw ████████████ in the school,

22   did you do anything in school when you were at North

23   Montco?

24   A.      I told my mom that I saw him, but I don't

1    remember what exactly happened after that.

2    Q.      And would I be correct that you would have

3    told her when you got home that day at the end of

4    school?

5    A.      Yeah.

6    Q.      So am I correct you didn't ask to call your

7    mom?

8    A.      Uh-huh.

9                    MS. LAUGHLIN:  Yes?

10                   THE WITNESS:  I didn't ask to

11            call her, only because I thought it was

12            like that long ago and what is someone

13            going to do from something that long ago

14            kind of thing.

15   BY MS. JORDAN:

16   Q.      So you were kind of hoping, all right, he's

17   here, but hopefully nothing is going to happen about

18   this?

19   A.      Yeah.  Like you're on my side, I'm on this

20   side, can you like respect that for once kind of.

21   Q.      But you did tell your mom when you got

22   home?

23   A.      Yes.

24   Q.      And when you told your mom that you saw

1    ██████ did she get upset?

2    A.      She got really upset.

3    Q.      And did you have a discussion with your mom

4    about seeing him there and what she wanted to do

5    about it?

6    A.      Yeah --

7                    MS. LAUGHLIN:  Object to the

8            form.  You can answer.

9                    THE WITNESS:  Yeah -- she --

10           sorry, what was your question again?

11   BY MS. JORDAN:

12   Q.      Did you discuss with your mom after seeing

13   ████████ about what, if anything, she wanted to

14   do about learning about that?

15                   MS. LAUGHLIN:  Objection to form,

16           but you can answer.

17                   THE WITNESS:  Basically she kind

18           of wanted to remove him from the school and

19           all that stuff, but North Penn kind of said

20           that they wanted him to stay in the school

21           and I kind of -- I don't know.  Me and the

22           whole kicking him out and not kicking him

23           out was a very -- it was a confusing like

24           -- I don't know.

1    BY MS. JORDAN:

2    Q.        That caused you stress?

3    A.        Yeah.  Like it was -- I didn't know who he

4    was at the time.  I didn't know what -- would he be

5    deserving of getting kicked out.  Like did he

6    change?  I didn't want to -- I didn't want to ruin

7    his life over the choices that he made in the past

8    like -- and also I wasn't going to have my parents

9    try to fight the school to get him out, like it

10   wasn't -- it was just, you know, you're on your

11   side, I'm on my side type of thing.

12   Q.        So if I understand your testimony, it

13   caused anxiety because you were giving him the

14   benefit of the doubt that he could be a different

15   person because of the passage of time; is that

16   accurate?

17   A.        Yes.

18   Q.        And also it caused you anxiety to think of

19   your parents fighting to kick him out and what that

20   would -- that would cause stress on you?

21   A.        Yes.  And like not even the stress on that,

22   like the stress on my family.  Because between the

23   -- there's already been two major incidents.  If I

24   bring in a third one or a fourth one, like how many

1    more can my family take before someone snaps.

2    Q.      Okay.

3              MS. LAUGHLIN:  Maureen, are you

4         kind of transitioning and it would be a

5         good time to take a break?

6              MS. JORDAN:  Okay.  Sure.

7              (At this time, a short break was

8         taken.)

9    BY MS. JORDAN:

10   Q.      Am I correct, ▮▮▮▮, that after you told

11   your mom that you saw ▮▮▮▮ at school you became a

12   full-time student at North Montco?

13   A.      Yes.

14   Q.      And prior to that happening, did you have a

15   conversation with your mom about that happening?

16   A.      Yeah.  We've had a few conversations about

17   me going full time to North Montco.

18   Q.      Was the reason to go to North Montco full

19   time because ▮▮▮▮▮▮ was attending part time?

20   A.      Well, I mean that and they were trying out

21   just to see if like any other -- any other ninth

22   graders going through anything or whatever, they

23   were trying this program or whatever to see if they

24   could get -- have any -- or see if some special like

1   ninth graders -- or not like special, but any like

2   chosen ninth graders can go like first or something.

3   So they tried that on me to see and then they could

4   also keep me away from ████ so -- yeah, they

5   tried to do that.

6   Q.      Okay.  So if I understand the answer to my

7   question, to your knowledge, part of the reason was

8   because ████████ was there and they were going

9   to keep you from seeing him at North Montco, but

10  also because there was some type of pilot program

11  where they were going to see if a student could go

12  to the school full time?

13  A.      Yep.  Like some ninth graders or like I --

14  I don't know exactly what the point of it was, but I

15  just know that that's what they told me and that's

16  why I kind of went, so.

17  Q.      Okay.  And because you were attending North

18  Montco full time, which is a technical school, your

19  core courses, if you will, your English, history,

20  you had to take online courses; is that correct?

21  A.      Yes.

22  Q.      And were you taking them online somewhere

23  in North Montco?

24  A.      I had like two free periods for doing my

1  online courses.

2  Q.      And was there some portion of North Montco

3  where you would go that there was a computer there

4  for you to carry out those classes?

5  A.      Yes.  Also I had a Chromebook -- or North

6  Penn's Chromebook to use, so --

7  Q.      So instead of going to Pennbrook Middle

8  School, you were only going to North Montco in ninth

9  grade?

10  A.      Yes.

11  Q.      Okay.  After seeing █████ in ninth grade

12  that first day in the cafeteria at North Montco, did

13  you ever run into him again at North Montco in ninth

14  grade?

15  A.      We ran into each other a few times when we

16  were walking the halls and stuff like that, but we

17  never really said anything to each other.

18  Q.      So you had no interaction with him other

19  than perhaps by chance seeing him in the hallway?

20  A.      Yeah.  And also they had made up a safety

21  plan to help me try to avoid him in school, so --

22  which led me to taking a different route than all

23  the other students and stuff to and from my classes.

24  Q.      And in regard to your safety plan, if you

1    did have interaction with ████████ , were you

2    told what you were to do if that happened?

3    A.        The safety plan was put in so that I didn't

4    have to see -- or so that I didn't have like a run

5    in with him.  So like I had a security guard on me

6    wherever I went and then I had to go in and outside

7    the building once in a while to go to a different

8    spot.  She would make sure that I didn't run into

9    him at all basically.

10   Q.        Okay.  So in ninth grade a security guard

11   would walk with you when you changed classes?

12   A.        Yes.  Like ninth and tenth grade, yeah.

13   She tried to walk with me like to classes and stuff

14   like that.  And like anytime I had to go to another

15   class she would like walk me to that class and stuff

16   like that.

17   Q.        So it was a female security guard?

18   A.        Yes.

19   Q.        Do you know what her name was?

20   A.        Felicia.

21   Q.        Felicia?

22   A.        Yes.

23   Q.        So you walked with Felicia on a daily basis

24   in ninth and tenth grade?

1    A.        Kind of, until I started fighting the

2    safety plan, because I didn't understand that -- why

3    did I have to keep -- why did I have to keep

4    changing up my school day and my like routine and

5    stuff like that just to avoid this guy, where I have

6    to come in -- or inside and outside the building

7    just to go to my classroom when everyone can walk

8    around like nothing happened to them, like he still

9    gets to walk around with no repercussions.

10   Q.        Do you have a recollection as to when you

11   fought your safety plan?

12   A.        Probably like between a week or a month in.

13   Q.        So in ninth grade?

14   A.        Yep.

15   Q.        And when you tried to fight your safety

16   plan what, if anything, happened?

17   A.        It was like I was getting frustrated,

18   because I didn't understand why did I have to walk

19   around body guarded and why did I have to be the one

20   drawing attention to myself when I'm like -- I

21   didn't do anything wrong and I have to have a

22   bodyguard around me and making sure that I have this

23   like walking routine so that I can go to class like,

24   again, when everyone can walk around like nothing is

1    going to happen to them.

2    Q.       And who did you have these conversations

3    with?

4    A.       The counselor at North Montco.

5    Q.       And was that Kyra O'Brien?

6    A.       Yes.

7    Q.       And what did Kyra say to you regarding the

8    security guard?

9    A.       She kind of agreed, kind of didn't, but

10   then also told me just to kind of keep my head down

11   and keep doing it, so --

12   Q.       Did you have any conversations with your

13   parents that you didn't want this to happen?

14   A.       Yes.  And I do not remember what happened

15   after that.  I probably --

16                         THE COURT REPORTER:  You probably

17          what?

18                         THE WITNESS:  I don't know.  I

19          probably got mad at them or something or --

20          I don't know.  Or they told me have to go

21          with it or something.

22   BY MS. JORDAN:

23   Q.       When you started ninth grade were you still

24   active in horsing at the stables?

1     A.       Yes.

2     Q.       And did you plan on that being your

3  full-time after school activity?

4     A.       Yeah.

5     Q.       Would I be correct that there were not

6  extracurricular activities, clubs, sport teams that

7  you planned on joining at Pennbrook Middle School in

8  ninth grade?

9     A.       It was the fact that my horses didn't allow

10  that and also I was -- it was just hard to do things

11  back and forth, because I didn't real have any

12  friends at Pennbrook to begin with, so it was just I

13  didn't have any will to. I mean I did go to one

14  dance and then I stood there and ate food by myself

15  and left, but that was about it.

16     Q.       And was that in ninth grade to your

17  recollection?

18     A.       Yes.

19     Q.       Okay. So was it English, science and

20  algebra you took online in ninth grade?

21     A.       Yes.

22     Q.       What about gym class, did you have to take

23  a gym class?

24     A.       They let my barn activity become my gym,

1    because I was doing so much physical activity every

2    day.  Trying to do that plus a gym class would be

3    over-exhausting.

4    Q.        So you mean the Black Horse Stable; is that

5    the name of it?

6    A.        Ninth grade actually I didn't have a health

7    class, but I think tenth grade they started allowing

8    the horseback riding to be my gym class and stuff.

9    Q.        Okay.  And in ninth grade, after you became

10   a full-time student, you may have seen ▪▪▪▪▪▪

11   inadvertently in the hallway, but you had no

12   interaction with him?

13   A.        Yes.

14   Q.        And Kyra O'Brien was your counselor,

15   correct?

16   A.        Yes.

17   Q.        Do you recall who your case manager for

18   your IEP was?

19   A.        No, I have no clue.

20   Q.        In ninth grade, did you seek a counselor

21   for any reason?

22   A.        Ninth grade, just for my day to day like

23   trying to be -- you know, O'Brien, but that was

24   about it.

```
 1    Q.        I'm sorry.  I meant like an outside
 2    counselor like --
 3    A.        Oh, no.  I may have saw one, but that was,
 4    I think, more tenth grade -- in tenth grade than
 5    anything else.
 6    Q.        Okay.  And in ninth grade you were taking
 7    the Adderall for your AD/HD, correct?
 8    A.        Yes.
 9    Q.        And you weren't taking any other
10    medications?
11    A.        Yes.
12    Q.        Okay.  In ninth grade, after you became a
13    full-time student and you didn't have interaction
14    with          how was your anxiety level generally?
15    A.        I'm sorry.  Repeat that again.
16    Q.        After you became a full-time student at
17    North Montco and you were not seeing
18    and you had the safety plan in place, how was your
19    anxiety generally?
20    A.        Getting worse and worse by the day, because
21    the safety plan was drawing a lot of attention to me
22    and just trying to fit in as a ninth grader and then
23    already standing out with that and not being able to
24    walk with your friends to class, it just --
```

1    Q.      So you felt that by having to walk with the

2    security guard, that it was drawing attention to

3    you?

4    A.      Yes.

5    Q.      And that was causing you anxiety because

6    you just wanted to blend in?

7    A.      Yeah.  Because I would be walking with my

8    friends, but then I would have to tell them that I

9    would have to go outside the school just to go in a

10   door that was two feet -- like you would have a door

11   here and a door here, but like outside it would be

12   two feet, but inside you would have to go around the

13   corner or whatever, but then I would have to tell

14   them I have to go this way, because the security

15   guard is there and they're like but why don't you

16   just walk this way kind of thing.

17   Q.      But you had to walk that way because it was

18   part of the safety plan to avoid interaction with

19   ██████████?

20   A.      Yes.

21   Q.      Okay.  So that was also frustrating, I

22   assume?

23   A.      Yes.

24   Q.      Okay.  Now, when ninth grade ended you have

1    an IEP meeting, correct?

2    A.      Yes.

3    Q.      And at the IEP meeting was it discussed as

4    to what would occur in tenth grade?

5    A.      Yes.

6    Q.      What is your recollection of what was

7    discussed?

8    A.      So basically they started out by telling me

9    that I may have a chance to go to tenth grade -- or

10    I may have a chance to come back at North Montco

11    full time and not go to tenth grade -- or -- well,

12    no.  They were thinking of the idea of sending me to

13    North Penn, but then they were still working with me

14    with going to North Montco, but then they started

15    listing off the reasons and all the issues that I

16    had being at North Montco, so -- and then basically

17    belittled everything that I did there and then told

18    me, oh, you have to go over to North Penn now and

19    then kind of said, all right, you're going to North

20    Penn.  That was an hour and a half IEP meeting.

21    Q.      In regard to ninth grade, did you have any

22    disciplinary issues?

23    A.      I mean I had a few trying to fit it

24    stressed out of my mind and like I didn't -- or like

1    I had no one to talk to and stuff like that.  Like

2    no friends.  I wasn't fitting in automotive.  I

3    wasn't doing anything I wanted to do.  Teachers were

4    getting mad at me.

5    Q.        Why do you believe that you didn't fit in

6    in automotive?

7    A.        Because I was this really small person, so

8    me trying to be in automotive, people would make

9    comments about me being in the shop.  Also I needed

10   one-on-one teaching that Mr. Fluck wasn't just

11   physically able to give me, because he had other

12   kids in the shop and he had to worry about them not

13   blowing their heads off with a nail gun.  And since

14   I didn't get the one-on-one care, I started cleaning

15   up the shop.  I'm thinking, all right, he's not

16   going to be able to teach me 24/7, so let's just be

17   useful and at least clean the shop while he's not

18   teaching me.  Then while he's on his free time he

19   can teach me what he needs to, but then people were

20   making comments that I was cleaning and then just me

21   going out in the shop in the first place and

22   basically calling me stupid and looking at me like I

23   was stupid.  Then I'm like, you know what, if I'm

24   just going to fight with everyone out here, I'll

1    just go back into class and just work on my CDL and

2    then that was happening and then --

3    Q.      Were you the only female student in

4    automotive?

5    A.      I was the only one that was as tiny as I

6    was and I was also the only one that just -- I don't

7    know how to explain it.  Like all the other girls

8    kind of already fit in with the girls.  They already

9    came in from their school.  I was coming in from

10   nowhere.  Like I didn't come from any previous

11   friends from like elementary school or anything like

12   that.  The other girls had their friends.

13   Q.      How many other girls do you recall being in

14   your automotive class when you began?

15   A.      Two to three in tenth grade, I think.

16   Q.      How about in ninth grade?

17   A.      In ninth grade, there was me.

18   Q.      You were the only girl?

19   A.      Yeah.

20   Q.      When you were told that you were going to

21   have to spend half of the time at North Penn High

22   School and half at North Montco, what was your

23   reaction to that?

24   A.      To be honest, I just starting giving up on

1    trying -- on trusting people, because between the

2    whole ▆▆▆▆ thing and then the belittling me it

3    started making me give up on like authority and

4    making it -- or it almost felt like authority didn't

5    care or anything like that.  They were almost like

6    out to kind of get me sort of -- not like get me,

7    but -- I don't know.  They just kind of took their

8    anger out on me kind of thing or something like that

9    is what it felt like.  So then I just kind of said,

10   all right, well, I'm going to the school.  I don't

11   have a choice.  I can't change it.  I kind of gave

12   in and just said, okay, then fine.

13   Q.      Would you have preferred to stay full time

14   at North Montco?

15   A.      Dealing with the problems that I was having

16   there -- yeah.  It would have been easier, because I

17   knew the moment I was in North Penn they weren't

18   going to care about me.  Like I know they care about

19   their students and stuff like that, but at the end

20   of the day look where we are now.

21   Q.      Prior to tenth grade starting, was it still

22   your intention of continuing with automotive?

23   A.      Yes.

24   Q.      And who was your case manager in ninth

1    grade, if you remember?

2    A.        It might have been O'Brien.  I am not too

3    sure.  It might have been -- I don't know.

4    Q.        Do you know who Megan Schoppe was?

5    A.        No.

6    Q.        She wasn't your case manager?

7    A.        No.  I didn't interact with many case

8    managers after this -- or after this, because then

9    this was where I kind of -- like authority figures

10   started dwindling down where I started going to like

11   home school and stuff.

12   Q.        Okay.  So you had an IEP meeting at the end

13   of ninth grade where you learned that you were going

14   to go half to the high school and half to Montco,

15   correct?

16   A.        Yes.

17   Q.        So for the summer were you doing your

18   horsing?

19   A.        Yes.

20   Q.        And then prior to starting tenth grade you

21   have another IEP meeting, correct?

22   A.        Uh-huh.

23                    MS. LAUGHLIN:  Yes?

24                    THE WITNESS:  Yes.

1  BY MS. JORDAN:

2  Q.      So that would have been from people from

3  the high school --

4  A.      Yes.

5  Q.      -- as well as Montco?

6  A.      Yes.

7  Q.      -- or are they separate meetings?

8  A.      I think the one with North Penn was just

9  the one with the North Penn people, because I

10  remember that we were talking about -- we were

11  talking about the whole ██████ situation and said

12  how we weren't going to be near him and how we were

13  going to be assigned separate classes and all that

14  stuff.

15  Q.      And for the Montco meeting you already had

16  a safety plan in place, correct?

17  A.      Yes.  The Montco one at the year of tenth

18  grade?

19  Q.      Before tenth grade started.

20  A.      Yes.  We had the safety plan for tenth

21  grade too, yes.

22  Q.      So that was going to continue?

23  A.      Yeah.  I think unless I was able to talk

24  them down.  I don't remember.  Because the safety

1    plan was a very iffy thing, because I kind of wasn't

2    listening to it at that point, because I was tired

3    of getting called out by my friends and stuff, so --

4    Q.       Okay.  So you weren't interested in the

5    safety plan?

6    A.       It's not because I wasn't interested.  I

7    was just tired or having all the attention drawn to

8    me.

9    Q.       Okay.  But you do remember at the IEP

10   meeting with the North Penn High School people that

11   your mom did discuss that you needed to be kept away

12   from ▮▮▮▮▮▮▮▮ correct?

13   A.       Yeah.

14   Q.       And what's your recollection of what any of

15   the North Penn school people said in response?

16   A.       They said they would definitely keep us out

17   of the same classes and they kept reassuring and

18   said that we wouldn't be together and that we would

19   stay separated and kind of said that they would look

20   into it and make sure that I would have a security

21   guard to and from North Montco.  I would have this,

22   that and the other thing.  Then they kind of --

23   wait.  What else did they say?  I don't know what

24   else they -- I don't remember what else they said,

1    but they said something else.

2    Q.        Physically, is North Penn High School in

3    close proximity to North Montco?

4    A.        North Montco is right in North Penn's

5    backyard.

6    Q.        So the campuses abut each other, correct?

7    A.        Yes.

8    Q.        And if you walk from North Penn High School

9    to Montco, how far of a walk do you think it is?

10   A.        Probably like a 30 foot walk -- 40 yard

11   walk.

12   Q.        So it's not far at all?

13   A.        No, not at all.

14   Q.        Okay.  And if I understand what you said,

15   you were going to have an escort from North Penn

16   High School to North Montco?

17   A.        Yes.  That's what the one lady from North

18   Penn said, that we were going to have an escort from

19   there making sure that I wasn't going to run into

20   him.  And for any issues I was going to have like a

21   person that I could go to and how we were going to

22   stay out of separate classes and away from each

23   other and all that stuff.

24   Q.        Okay.  Now, when tenth grade began do you

1    recall who your case manager was?

2    A.        Honestly, when it came to tenth grade, I

3    didn't have much interaction with my case managers.

4    Q.        Was Lindsey Riggin ever your case manager?

5    A.        Sounds very familiar.  Probably.

6    Q.        Okay.  So she could have been, but you

7    don't have a good recollection right now?

8    A.        Yeah.

9    Q.        Okay.  And your recollection is you didn't

10   interact with your case manager for your IEP very

11   much in ninth or tenth grade?

12   A.        Yeah.  I mean I talked to the counselors,

13   but I didn't talk to like the IEP lady except for

14   when it came to like the meetings and like anything

15   that came to do with like the big talker like --

16   Q.        So if I understand what you just said, your

17   testimony, you had more interaction with Kyra

18   O'Brien in ninth and tenth grade?

19   A.        Yes.

20   Q.        And she was the person that you talked to

21   about issues?

22   A.        Yes.

23   Q.        Prior to starting tenth grade after having

24   the IEP meeting with the North Penn High School

```
1    people, did you have anxiety about interacting with
2    █████ in any way?
3    A.        Like before the North Penn --
4    Q.        Before school started?
5    A.        I mean yeah.  I didn't know where █████ --
6    at the end of the day, I never knew where █████
7    went from Pennbrook -- or Gwynedd Square.  And no
8    matter how much I can think to myself, who knows if
9    he changed to North Montco.  I didn't know whether
10   or not to believe it or whether or not to really
11   trust North Penn, like it was just -- yeah.
12   Q.        Okay.  So you go to school the first day
13   and you start at the high school, correct?
14   A.        Yes.
15   Q.        And one of the classes that you're assigned
16   is a history class with Mr. Bowegan (sic), correct?
17   A.        Say that again.
18   Q.        One of the classes on your schedule at the
19   high school was a history class with Mr. Bowegan
20   (sic), and I may be mispronouncing his name?
21   A.        His name starts with a B, but I don't think
22   that's it.  I don't remember what his name is.
23   Q.        Okay.  But your history teacher was a man
24   and you think his name started with a B, correct?
```

1   A.      Yes.

2   Q.      Okay.  So that first day of school did you

3   go to history class?

4   A.      Yes.

5   Q.      And when you got to history class was

6   ███████████      in that class?

7   A.      No.

8   Q.      When you went -- okay.  So were you

9   assigned a seat that first day?

10  A.      Kind of -- we just kind of went in and you

11  sat down and that was probably like the third day

12  that they actually picked seats and stuff like that.

13  Q.      Okay.  After the first day of school, at

14  some point did ████████████  become a student in that

15  class?

16  A.      Probably like three days after the first

17  day.  He actually like -- because he was just out of

18  school for a few days.  He wasn't out of just that

19  class.  He was just out of school.  So then he came

20  back like the third day, which was when we also

21  assigned seats and where we ended up sitting next to

22  each other.

23  Q.      Okay.  So your understanding is that ██████

24  ██████  didn't become a student on the third day, he

1    was a student all along, but missed the first few

2    days of school?

3    A.        Yes.

4    Q.        How do you know that?

5    A.        I didn't -- so before that I didn't know

6    whether he was in the school or not.  I just saw him

7    -- or I didn't see him one day and then the next day

8    I just saw him in this class.  So I'm like, oh, I

9    guess he kind of missed the first day of school,

10   which people do usually.  Because the first day of

11   school is just the introduction sometimes.

12   Q.        Okay.  So no one told you that he missed

13   the first two days, you just believed that he didn't

14   show up for the first two days for whatever

15   reason --

16   A.        Yeah.

17   Q.        -- because you didn't see him in that class

18   until the third day?

19   A.        Yeah.  And I didn't even know that he was

20   in that class at that time.

21   Q.        Okay.  When you saw him in your class on

22   what you believe was the third day in history class

23   with a teacher whose name begins with a B and you

24   ended up sitting next to each other what, if

1    anything, did you do?

2    A.        I didn't know what to do honestly.  I

3    thought we -- or I thought I had talked to the

4    teachers.  I thought we like talked about this.  I

5    didn't know if they just blew me off.  Like it was

6    really confusing.  Then I'm like did the teacher do

7    this, did the -- because I didn't know whether he

8    got the assigned seats from people above him or --

9    those assigned seats like.  I kind of sat there,

10   froze and then was thinking about it and then was

11   like, all right, now that's something I got to deal

12   with, and I don't know how to, so --

13   Q.        Do you have any recollection of the teacher

14   of the history class, Mr. Bowegan (sic) or the

15   gentleman whose name began with a B, indicating that

16   if you didn't like your seat you could change it?

17   A.        No.

18   Q.        And why didn't you tell Mr. Bowegan (sic)

19   that there was problem with you being in that class

20   with          in that class?

21   A.        I didn't know how to -- like I didn't know

22   how to tell him, because it was something that

23   happened so long ago, so I didn't know how to not go

24   up and not seem like an overreacting teenager, like,

1    oh, this guy was near me in elementary school.  I

2    need to move seats and I didn't want to like -- I

3    also knew that if I said the moment ████████was next

4    to me and got sat next to me, I knew that was going

5    to be the nuke button on my whole life, because that

6    was going to start up everything all over again for

7    the fact that he was going to be able to be sat next

8    to me.

9    Q.       And is there a reason why you didn't go

10   immediately to Kyra O'Brien and tell her?

11   A.       Because I wasn't -- I wasn't ready to

12   believe that my life was going to change yet again.

13   Q.       But you would agree that Kyra O'Brien knew

14   that you were to be kept from ████████████ , correct?

15   A.       Yeah.

16   Q.       And when you started tenth grade you had a

17   good relationship with Kyra, correct?

18   A.       Yes.

19   Q.       And you trusted her?

20   A.       Yes.

21   Q.       But you didn't tell her that you were in

22   this class on that day, correct?

23   A.       Yeah.  Not until like a month later.

24   Q.       Okay.  When you went home from school the

1   third day when ██████ ended up in your class why

2   didn't you tell your mom that he was in your class?

3   A.      Because telling my mom that the one guy

4   that we took that long to avoid is in my class

5   standing right next to me, that's going to make my

6   mom lose all faith in the school system and a lot

7   more than just, you know, like -- like that's making

8   us lose faith in people or like the people that she

9   trusted.  Even myself, I was losing like -- I didn't

10  want to believe that the fact that I've gone that

11  long with trying to avoid him and then he was next

12  to me in class, like it was hard for me to believe

13  at the time.

14  Q.      Did you tell anyone that ██████ was in your

15  class that first day or anytime before the October

16  day where you did tell Kyra O'Brien?

17  A.      No.  Not even like my boyfriend and stuff.

18  Q.      Okay.  So who were you dating at the time?

19  A.      A guy named Nick.

20  Q.      Nick?

21  A.      Uh-huh.

22  Q.      And what's Nick's last name?

23  A.      Clemens.

24  Q.      How do you spell that?

```
 1    A.        C-L-E-M-E-N-S.

 2    Q.        And did you meet Nick at school?

 3    A.        Yeah.

 4    Q.        Was he a North Montco student?

 5    A.        Yeah.

 6    Q.        And did he also go to North Penn High

 7   School?

 8    A.        No.

 9    Q.        He was just a North Montco person?

10    A.        Yes.  And he went to Souderton too.

11    Q.        Okay.  Is Souderton one of the high schools

12   that feeds North Montco?

13    A.        Yes.

14    Q.        Was he an automotive student?

15    A.        Yes.

16    Q.        And when you started tenth grade, how long

17   had you been dating Nick?

18    A.        Probably maybe like -- I was dating him in

19   ninth grade, so -- I don't know.  Maybe

20   three-quarters -- or halfway to three-quarters into

21   the way of ninth grade I started dating him.

22    Q.        Okay.  And you continued dating him over

23   the summer and into the new school year?

24    A.        Yes.
```

1    Q.        So did there come a point in time when

2    ███████████  began to touch you again

3    inappropriately?

4    A.        In tenth grade, yes.

5    Q.        When did that happen from when you realized

6    he was in your class?

7    A.        Until like a week after he came back in the

8    class and then he would start getting slowly closer

9    and closer.  Then we had like this friend group of

10   like four people and then he also started trying to

11   get closer in more than just the social studies life

12   -- or more than just social studies and was friends

13   with all my friends and then he would start getting

14   -- or then he started getting touchy and feely and

15   all that stuff.

16   Q.        Okay.  So in the beginning there were four

17   of you in the social studies class you identified it

18   as who were a friend group?

19   A.        Uh-huh.

20   Q.        So besides you and ██████, do you recall

21   the other two individuals' names?

22   A.        Anthony and Jack.

23   Q.        And did you become friends because they sat

24   close to you?

1    A.        I was friends with Anthony because he was

2    on my side.  Jack I had met earlier in the day and

3    stuff like that and we were starting to talk and me

4    and him were becoming friends.

5    Q.        And when you say that ███████ tried to be

6    friends outside of just that class, what do you mean

7    by that?

8    A.        He would start being in all my friend

9    groups.  He would start trying to eat at my table at

10   lunch.  He would start following me around outside.

11   Then he would start following me around to classes

12   and stuff.

13   Q.        Did you eat lunch at the high school?

14   A.        Yes.

15   Q.        Okay.  And were you having the security

16   guard walk you from the high school to North Montco?

17   A.        No.  They never started that.

18   Q.        And was Felicia following you around the

19   halls in North Montco?

20   A.        She tried.

21   Q.        Okay.  So that safety plan was in place

22   when tenth grade started, correct?

23   A.        Not tenth grade.  It was more ninth grade

24   or anything like that that we sort of -- I sort of

told them I didn't want the safety plan in tenth grade, just let me be a kid kind of. And they didn't really start it up that much in tenth grade. And I think they ended up taking off the whole I had to get escorted to each class.

Q. So when school started and you realized that [redacted] was in your class, is it your recollection that Felicia was not accompanying you to classes?

A. Yes. What, at North Penn?

Q. At North Montco?

A. Okay.

Q. Is that correct?

A. Yeah. She only followed me in classes at North Montco. She never went to North Penn.

Q. She didn't work in the high school, she worked in the vocational school, correct?

A. Yes.

Q. Okay. Did there come a point in time when [redacted] began touching you in the classroom? You said he was touchy feely. Did there come a point in time when you think he crossed the line and was being touchy feely and was inappropriately touching you?

```
 1                    MS. LAUGHLIN:  Objection to the

 2              form.  You can answer.

 3                    THE WITNESS:  We would be in the

 4              class maybe two or three weeks in and the

 5              teacher would start turning off the lights

 6              to do like the day-to-day tests and stuff

 7              like that.  Or if we were in groups he

 8              would move his desk really close to mine

 9              and try to reach under his arm to like grab

10              my stomach or like go under my pants and

11              stuff like that and kind of just watch out

12              for the teacher and just kind of would see

13              where exactly he could take his hand, if

14              that makes any sense.

15      BY MS. JORDAN:

16      Q.       And what, if anything, would you do in

17      response when he was doing this?

18      A.       I mean I was trying not to be noticeable,

19      because we had two other people in our group and it

20      was like -- or I would try to shrug him off and I

21      would try to like get him off me, but I didn't want

22      to make a scene to where the teacher was looking at

23      me like are you okay, dude.

24      Q.       And was Anthony and Jack the other people
```

1    that would be in your group?

2    A.       Yes.

3    Q.       Did you ever tell Anthony and Jack, hey,

4    look, get him off me?

5    A.       I ended up actually coming forward to

6    Anthony at the end of it.

7    Q.       Okay.  And when you say at the end of it,

8    is that in October when you told Kyra O'Brien?

9    A.       Yes.

10   Q.       Did ███████████ try to touch you

11   inappropriately or did he touch you inappropriately

12   anywhere else besides that classroom?

13   A.       He didn't have a chance, because he also

14   had a girlfriend.

15   Q.       Okay.  And in the police report you told

16   the police officer there was an incident that

17   occurred at a carnival?

18   A.       Yes.

19   Q.       Do you recall that?

20   A.       Yes.

21   Q.       What carnival was that?

22   A.       It was the one near my house.  It was like

23   the Upper Gwynedd carnival.

24   Q.       And when in the timeframe did that

1    incidents occur?

2    A.        Probably like halfway through, like the

3    month or something like that, like two weeks in,

4    three weeks in, something like that.

5    Q.        Three weeks into school --

6    A.        Yes.

7    Q.        -- in September?

8    A.        Yeah.

9    Q.        So you went to a carnival.  Who did you go

10   to the carnival with?

11   A.        I was with my friends, John and Dylan.

12   Q.        John and Dylan?

13   A.        Yes.

14   Q.        And at the carnival you see ▮▮▮▮▮▮▮?

15   A.        He saw me first, but yeah.

16   Q.        So you're walking around with Dylan and

17   John --

18   A.        Right.

19   Q.        -- and ▮▮▮▮▮ sees you; and does he come up

20   to you?

21   A.        So he comes up behind me and he was like --

22   or he started up a conversation.  I'm like, dude --

23   like kind of, you know, hi, how are doing kind of.

24   Can you get away from me?  Because John knew who

1    ████    was and all that stuff.  So I was staying

2    near John.  And then he kind of pressured me to go

3    on the Zipper and then we ended up -- he ended up

4    pressuring me to go on the Zipper and we went on

5    that roller coaster together.

6    Q.        Okay.  So your friend John -- and what is

7    John's last name?

8    A.        Lehn, L-E-H-N.

9    Q.        Where did he go to school?

10   A.        He went to school at -- he went to Gwynedd

11   Square.

12   Q.        So you knew him from elementary school?

13   A.        Yes.

14   Q.        And then was he attending a high school

15   when you were attending high school?

16   A.        He was a little bit more of a problem

17   child, so he didn't really -- he was doing

18   Pennbridge I think at that point or something like

19   that.

20   Q.        Is that an online class?

21   A.        It's like an alternative school.

22   Q.        And what about Dylan?

23   A.        Dylan was in my school.

24   Q.        And when you say my school, North Penn High

1    School?

2    A.        Yes.

3    Q.        Did he also go to Montco?

4    A.        Yes.

5    Q.        So you said John knew everything.  Had you

6    confided in John the inappropriate touching that had

7    occurred with ███████ back in Gwynedd Square?

8    A.        No.  He knew about the sixth grade

9    incident, because he was watching it happen and --

10   because anytime that -- I can guarantee people are

11   going to say like I was running around trying to

12   find ███████ and all this stuff.  No.  He was hanging

13   out with one of my best friends, who happens to

14   still be my best friend to this day, which is John.

15   And I was always trying to follow John around and

16   like ███████ always happened to be like there and

17   stuff, so he saw everything like happen and like he

18   watched -- he saw it.  He just never -- he just

19   never could step in because he -- we're all kids.

20   No one like -- no, you can't exactly step into any

21   of that because --

22   Q.        Do you know that John saw it because he

23   told you or do you believe he was seeing it because

24   he was in the vicinity when it occurred?

1    A.       Because what I can claim -- he looked at me

2    and he's like that's what was going on with all of

3    that?  I'm like yeah.  So when I told him he was

4    like -- or he like noticed it, but he never knew

5    something was going on.

6    Q.       And so you are still friends with John?

7    A.       Yes.

8    Q.       And what about Nick, do you still see Nick?

9    A.       Yes.  I'm still his girlfriend.

10    Q.       Okay.  Do you recall the teacher in your

11    history class prior to you confiding in Kyra

12    advising you that because you weren't doing well in

13    the class he was going to transfer out to a

14    different history or social studies class?

15    A.       That was math class.  That wasn't history

16    class.

17    Q.       Okay.  So you have no recollection of Mr.

18    Bowegan (sic) or --

19                MS. LAUGHLIN:  I think it's

20         Borgmann.  It's B-O-R-G-M-A-N-N, I think.

21                MS. JORDAN:  Thank you.  I don't

22         know why I keep saying Bowegan (sic).

23    BY MS. JORDAN:

24    Q.       So is it your testimony that your

1    recollection was that you were going to be

2    transferred out of a math class and not Mr.

3    Borgmann's history class?

4    A.      Yeah.  Because Ms. Childs, who was my

5    middle school, I think, science or math teacher, was

6    telling me how I wasn't doing good in math and that

7    I needed to be transferred out of it.  And I was

8    like, oh, darn, okay.  And then I was asking her --

9    I'm like, hey, do you think maybe we can do like a

10   few things or maybe you can proof -- or you can help

11   me so that maybe I could stay in this class or

12   whatever.  She said no.  I said okay, no problemo.

13   Then I went to a new math class.

14   Q.      So you have no recollection of Mr. Borgmann

15   advising you that he was going to transfer you out

16   to another class because academically you weren't

17   meeting the requirements?

18   A.      Yeah, no one told me that.

19   Q.      Do you have any recollection of telling Mr.

20   Borgmann that you didn't want to leave that class?

21   A.      I didn't want to leave that class.  Other

22   than the ███████ thing, I loved that class.  He was a

23   great teacher.

24   Q.      Okay.  So you have no recollection of that

1    occurring, correct?

2    A.        Yes.

3    Q.        And your recollection is you would have

4    remained in that class but for ███████ being in the

5    class after you told Ms. O'Brien you were then

6    removed from that class?

7    A.        Yes.

8    Q.        Okay.  Do you recall the date that you told

9    Ms. O'Brien of the incident?

10   A.        It was the last day, so I have no clue.  I

11   have no clue.

12   Q.        You don't remember?

13   A.        No.

14   Q.        Was it in October?

15   A.        Yes.

16   Q.        Okay.  And why did you confide in Ms.

17   O'Brien that day?

18   A.        Because I was honestly getting tired of the

19   way ███████ was treating me.  I was getting tired of

20   having to keep holding up an act of being okay when

21   I was watching him hanging out with my friends and

22   it was just -- I don't know.  I needed to change

23   something and I just kind of snapped at that point.

24   Q.        So going back to the carnival, you said

1    that he forced me to go on the Zipper; is that a

2    ride of some kind?

3    A.      Yes.

4    Q.      And how did he force you to go?

5    A.      He was like, oh, we should go on this ride,

6    you know, we should go on this ride and kind of

7    nudging me over towards it.  John was like go ahead.

8    So I don't think he actually figured out what it was

9    at the time, but then -- yeah.  So then, yeah, he

10   said, all right, let's go on this roller coaster.

11   I'm like, no, I'm good.  No, I'm good.  And then

12   like, all right, fine, if you're going to keep

13   pushing.  Then he just kind of like nudged me over

14   to the Zipper and then we ended up getting onto the

15   Zipper.

16   Q.      Prior to going on the Zipper, was there any

17   reason why you didn't say, hey, John, I want out of

18   here, let's leave?

19   A.      I kind of froze and I just looked at John

20   like -- because in that time it's like you think of

21   a thousand things, but you can't like -- you

22   wouldn't expect to be turning around and you see him

23   like -- I don't know.  It's just -- I kind of just

24   froze in that situation.

1    Q.       And would that be why you yourself didn't

2    leave the area when he wanted to go on the Zipper

3    with you?

4    A.       I mean I did want to leave, but that's

5    probably -- yeah, honestly.  And also in tenth grade

6    he's a lot -- or in tenth grade especially he was a

7    lot bigger than me and he was friends with all my

8    friends and he was like -- like he was intimidating

9    and like he -- like the moment I -- I didn't know if

10   I ruined it with him.  Did I ruin it with all my

11   friends.  Like am I going to ruin everything by

12   saying the truth like -- or even at that moment the

13   that scene that I would have caused at that

14   carnival, what's going to spiral down because of it.

15   Q.       So when he approached you at the carnival

16   did you believe that he was physically intimidating?

17   A.       I mean yeah and like just him being there

18   and just remembering everything and it was like I

19   need to -- I didn't know what to do.

20   Q.       Okay.  And if I understand your testimony,

21   because he was friends with your friends, you were

22   concerned that if you made a big deal about it that

23   it would impact your friendships with these other

24   people; is that what you're saying?

1    A.        A little bit, because this -- or North Penn

2    -- as much as the ████ thing sucked, it was the

3    first time I ever had friends.  It was the first

4    time I had ever had the classes I enjoyed and doing

5    the work that I loved.  Like getting to go down to

6    the automotive shop and doing that stuff and then

7    coming back to do my academics, it was like the one

8    thing in education I really wanted except for the

9    ████ thing and like it was just -- I don't know --

10   other than friendships -- I just didn't want

11   everything to get messed up.

12   Q.        So you did confide in Ms. O'Brien at the

13   point where you believed that something needed to be

14   changed?

15   A.        Yeah.

16   Q.        And am I correct that Ms. O'Brien advised

17   you that the police had to be called?

18   A.        Yes.

19   Q.        And she advised you that she had to tell

20   your parents?

21   A.        Yes.

22   Q.        And those things occurred, correct?

23   A.        Yep.

24   Q.        And did your parents come to the school

1    first or did you go home and talk to your parents,

2    if you remember?

3    A.        I went home -- or no.  My mom came over to

4    the school, I think, and then picked me up and then

5    we went to go talk at home or something and like we

6    started going to Mission Kids or something.  I'm not

7    100 percent sure.

8    Q.        Do you recall speaking to the Towamencin --

9    and I could be saying that wrong --

10   A.        The Towamencin Police Department?

11   Q.        Yes.

12   A.        Yes.

13   Q.        Was that the same officer who had helped

14   you on the prior occasion that was there?

15   A.        I don't think that was one, because that

16   was the Towamencin area.

17   Q.        So this is a different police officer that

18   you didn't have a relationship with; would that be

19   fair?

20   A.        Yes.

21   Q.        Okay.  And with your mom in the room the

22   police officer and some other people associated with

23   the police department, you were asked questions and

24   you gave responses, correct?

1    A.       Yes.

2    Q.       When you were at the carnival and got on

3    the Zipper with ███████ did he inappropriately touch

4    you on the Zipper?

5    A.       He grabbed my hand and then -- even though

6    I was trying to fight him, he still forced me to put

7    my hands down his pants and -- yeah.

8    Q.       He forced you to touch him?

9    A.       Uh-huh.  Because he had his own hand -- or

10   my hand in his arm and not matter how much I was

11   trying to yank it back, this man who plays football

12   can definitely control my arm a lot better than I

13   can and I was trying to not to.  I was like, dude,

14   stop.  Come on.  This is a roller coaster, like

15   let's not start this.  It's literally a kid ride.

16   He was like no, I think we should and then he

17   started doing stuff.

18   Q.      So when he forced you to put your hand in

19   his pants, did you do anything with your hand in his

20   pants?

21   A.      No.

22   Q.      What did he do to you, if anything, on the

23   Zipper?

24   A.      He was trying to like grab -- or he like

1    tried to touch me a little bit, but I kind of

2    defended myself a little bit.  He was more worried

3    about where my hand was going to go and -- yeah.  He

4    like -- I don't know.  He tried more -- he was more

5    worried about me trying to do things with him than

6    he was about doing things with me.

7    Q.      And when say that he was more worried about

8    you doing things to him, he was trying to initiate

9    you to touch him in a sexual way?

10   A.      Yes.

11   Q.      And you did not?

12   A.      No.  I didn't like -- like I kept my fist

13   closed.  I'm like, dude, come on.  This is a kid

14   ride.  I don't want to be doing -- no.  There is a

15   screen in front of us where an entire amusement park

16   can see us.  I'm good.  Like even if that wasn't

17   there, I'm still good.

18   Q.      So other than him trying to get you to

19   touch him in a sexual way, did anything happen on

20   the Zipper?

21   A.      No.

22   Q.      After you rode the Zipper then what

23   happened?

24   A.      I kind of just told -- or I called my mom

1  up and I told her that she needed to come pick us up

2  and then I grabbed John and I'm like, dude, we're

3  going home.  He's like, are you all right?  I'm

4  like, yep.  We're going home.  He was like okay.

5  Q.       From your testimony, would I be correct

6  that at the carnival ███████████ did not digitally

7  penetrate your vagina?

8  A.       Yes.

9  Q.       Did ██████ at any time digitally penetrate

10 your vagina?

11 A.       There were a few times where he would like

12 to finger -- or like -- yes.  Like in class and

13 stuff like that.  I think in sixth grade he did

14 once.  In tenth grade he did a few times.  That was

15 about it.

16 Q.       How many times total -- once in sixth grade

17 and then you said a few times in tenth grade; what

18 does a few mean?

19 A.       Three to seven maybe.  Maybe more.  I don't

20 know.

21 Q.       And did that all occur in the classroom?

22 A.       Yeah.

23 Q.       And how did that occur while class was

24 going on?

1    A.      Because he would like to -- he would

2    basically sit there hunched over in his desk and

3    then take his arm and like put it underneath the

4    chair of like both of our arms, but he would have

5    his desk pushed up so far that he would be pinning

6    himself inside to his desk.  So literally if he did

7    that he could grab anything that he wants on my

8    side.  And I'm like, dude, knock it off and he never

9    did, so --

10    Q.      But to be able to do that wouldn't he have

11    to put his hands down your pants or skirt and your

12    underwear?

13    A.      No, not when you're literally doing it like

14    this and you have your arm out like that

15    (indicating).

16                MS. LAUGHLIN:  And just for the

17                record, you're leaning over yourself and

18                your right arm is reaching across your

19                body.

20                THE WITNESS:  Yeah.  Like under

21                your arm you have that -- he has anything

22                -- the small arm desk chairs are literally

23                like -- he's pushed all the way over here

24                and trying to go there.  The man is a

1        football player.  He has long arms.

2  BY MS. JORDAN:

3  Q.     So his chair was touching your chair?

4  A.     Yeah.  Like his entire side was pushed over

5  to my desk.

6  Q.     And when he would do this what, if

7  anything, would you do to respond to that?

8  A.     I would try to scoot away and I would try

9  to do whatever I could and then he would just kind

10  of try harder or whatever.  There were times where

11  he would try to tickle me in class or try to mess

12  with me or something like that to try to get close

13  to me and it was just --

14  Q.     When you spoke to the police once you

15  reported it to Ms. O'Brien in October of 2018, were

16  you truthful to the police?

17  A.     Yes.

18             MS. LAUGHLIN:  Objection to the

19       form.

20  BY MS. JORDAN:

21  Q.     Did you leave anything out that you didn't

22  tell the police?

23  A.     In tenth grade --

24  Q.     Yes.

1   A.          -- or in sixth grade?

2   Q.          No.  Tenth grade?

3                   MS. LAUGHLIN:  That she can

4           remember now if she left something out to

5           the police that she's remembering now for

6           the first time?

7                   MS. JORDAN:  Yeah.

8   BY MS. JORDAN:

9   Q.          Is there anything you recall not telling

10  them either intentionally or inadvertently?

11  A.          It's all unintentional.  I tried to be as

12  truthful and honest as I can, but honestly, I was

13  going through a lot at this time and when it comes

14  to try and remember it it's just -- yeah, it's a

15  little hazy here and there, but I still remember the

16  events.  I can remember things.  I do remember how

17  it happened.  It's just sometimes I very

18  unintentionally don't either say something or forget

19  something.

20  Q.          Okay.  When you called your mom at the

21  carnival did you confide in John what had occurred

22  on the Zipper?

23  A.          I just said that was ████ and we need to

24  go.

1    Q.      And what, if anything, did he say?

2    A.      He's like all right, cool, let's go.

3    Q.      Did you confide in your boyfriend at any

4   time before telling Ms. O'Brien?

5    A.      No.

6    Q.      Have you ever confided in your boyfriend

7   what ████████ did to you?

8    A.      Yes.

9    Q.      After you spoke with your mom in the room

10   to the police and other law enforcement people, what

11   is your understanding as to whether any charges were

12   made against ████████?

13   A.      For all I know, there haven't been any

14   charges against him.

15   Q.      Do you know what the determination was in

16   that regard, why they did or why they didn't?

17   A.      No.

18   Q.      Okay.  And after you reported it to the

19   police and to Ms. O'Brien you were taken out of that

20   class, correct?

21   A.      Yeah.  Because then I went back to North

22   Montco.

23   Q.      Okay.  And so a decision was made that you

24   were going to be a full-time student again, correct?

1    A.       Yes.

2    Q.       Did they implement the safety plan again

3    with Felicia, that she had to accompany you to

4    class?

5    A.       Not really.  Because I was going through a

6    lot and they were just trying to make it easy at

7    that point.

8    Q.       Okay.  And when you became a full-time

9    student again in tenth grade in October of 2018, for

10    that school year of 2018, 2019 did you have any

11    further interaction with ▮▮▮▮▮

12    A.       After the tenth grade incident, no.

13    Q.       Okay.  Now, did you still do your horsing

14    during that school year?

15    A.       Yes.

16    Q.       And would you have taken the classes -- the

17    core classes, the history, English and math, online

18    again?

19    A.       No.  Because when I was in tenth grade they

20    actually had tenth grade students, so I was able to

21    do my classes with them.

22    Q.       Okay.  So you didn't need to use your

23    Chromebook and do everything online, you were

24    actually physical going to class in North Montco?

1    A.        Yes.

2    Q.        Okay.  Now, in 2018, while you were in

3    tenth grade there was a suspension that you had for

4    drinking alcohol in school; do you recall that?

5    A.        In what grade?

6    Q.        Tenth grade.

7    A.        Yes.

8    Q.        And how long were you suspended, if you

9    remember?

10   A.        A week.

11   Q.        And do you recall who you were drinking

12   with?

13   A.        Nick and a few other people.

14   Q.        So Nick, your boyfriend, was one of the

15   people?

16   A.        Yeah, and one other.

17   Q.        Was he also suspended?

18   A.        Yes.

19   Q.        Did your drinking the alcohol in school

20   have anything to do with the ▮▮▮▮ incident?

21   A.        Yes.

22   Q.        Explain for me how they're related.

23   A.        I was going through so much trauma with the

24   ▮▮▮▮ thing and dealing with it, reliving it and

1  all this stuff, plus the normal everyday drama of

2  being a teenager, I didn't have any outlets other

3  than -- I didn't have any outlets.  So when it came

4  to -- I wasn't able to get therapy at the time.  I

5  wasn't able to get a psychiatrist.  I wasn't able to

6  get medication, so I just tried to self-medicate the

7  best way that I knew how, which wasn't going to hard

8  drugs, but turning to drinking, which obviously

9  didn't turn out the best, but --

10  Q.       So other than that incident at school where

11  you were drinking -- I believe out of a Wawa cup --

12  A.       Yeah.

13  Q.       -- did you try to self-medicate drinking

14  any other time during tenth grade?

15  A.       I stopped drinking the moment I did that.

16  Q.       And was there any other reason that you

17  were suspended during your tenth grade year after

18  the ▮▮▮▮▮ incident that you can recall?

19  A.       No, not after.

20  Q.       You said that you couldn't go to counseling

21  or see a psychiatrist or take medication; why not?

22  A.       I wasn't ready to trust a therapist.  I

23  wasn't ready to trust a psychiatrist.  I was

24  watching authority turn their back on me most days.

1  So what was going to make me trust someone with

2  opening up about the most vulnerable things about

3  me.

4  Q.      So you weren't interested in being honest

5  in therapy or counseling at that time if I

6  understand your testimony?

7                    MS. LAUGHLIN:  Objection to the

8          form.

9  BY MS. JORDAN:

10  Q.      Is that what you're telling me?

11  A.      Like I wanted to be honest -- I wanted to

12  be honest about everything, but every time I was

13  honest about something I would watch one thing

14  change or I would watch authority turn their back on

15  me or I would watch something happen that it -- I

16  would think that someone is picking me up, but then

17  they end up slamming me back on the ground again.  I

18  was tired of my life changing.  I was tired of

19  things getting ripped out from under my feet.  I

20  didn't want to talk -- God, if I talked to the

21  therapist about half the things I wanted to say they

22  would have looked at me like I have a thousand heads

23  and be like you haven't tried to talk sooner.  It

24  just -- it was -- I was scared to trust someone.

1    Q.       And that was because of the events that had

2    occurred at school?

3    A.       Yeah.

4    Q.       Now, in the spring of 2019 before the end

5    of the school year, do you have a recollection of

6    being interviewed by a psychologist at North Montco?

7    A.       I have no recollection of being interviewed

8    by a psychologist.

9    Q.       Okay.  So if there's a reference that you

10   may have been seen by some type of psychologist

11   while you were in tenth grade at North Montco you

12   don't know what that refers to?

13   A.       Like outside of North Montco you mean, like

14   the psychiatrists outside of North Montco?

15   Q.       No.  I was asking that's associated with

16   North Montco?

17   A.       No, I have not seen one that's associated

18   with, but I've seen one that was not associated

19   with.

20   Q.       Okay.  So who did you see that's not

21   associated with the school in tenth grade?

22   A.       I don't remember his name, because I only

23   saw him for like a month or two.

24   Q.       Okay.  And is that someone that your mom

1   sent you to or how did you come to treat with that

2   person?

3   A.      My therapist had sent me to him.

4   Q.      So Kyra O'Brien sent you to him?

5   A.      No.  My therapist outside of that school at

6   that time.

7   Q.      I'm sorry.

8   A.      No.  You're good.  Yeah, the one outside

9   the school sent me to that psychiatrist.

10  Q.      Was that Sean who sent you to it?

11  A.      No.  It was one lady before that.  I don't

12  remember her name.

13  Q.      Okay.  So in your junior year, which would

14  have begun in the fall of 2019 into 2020, did you go

15  back to North Montco?

16  A.      My senior year --

17  Q.      No.  Your junior year.

18  A.      My junior year, so that's 11th -- what

19  grade is that?

20  Q.      Eleventh.

21  A.      Eleventh, no, I did not.  I actually went

22  to Pennbridge and then I slowly started going into

23  home schooling full time, so --

24  Q.      Okay.  So Pennbridge is the school you told

1   me about before that your friend John went to?

2   A.      Yes.

3   Q.      So when you started in your junior year at

4   Pennbridge was John a classmate?

5   A.      No.  He was out of school by then.

6   Q.      Okay.  Did he graduate from school or did

7   he drop out of school?

8   A.      He dropped out of school.

9   Q.      Okay.  To go to Pennbridge would you be

10  bussed there?

11  A.      Yes.

12  Q.      And what type of classes did you take at

13  Pennbridge?

14  A.      Just the normal like everyday classes.  It

15  was a school for like everyday classes, but it was

16  for kids who needed a little bit more help than the

17  normal ones and stuff.  Well, not the normal ones,

18  but just needed a little more help throughout their

19  everyday lives.  Sorry.  I didn't mean to make that

20  sound mean.

21  Q.      So was it structured differently --

22  A.      Yeah.

23  Q.      -- like would you have counseling classes

24  along with your core classes?

1   A.      You would have like classes that would --
2   they wouldn't be as strict and uptight as like
3   normal day-to-day schools.  They would be a little
4   bit looser on their rules.  Like they know either
5   someone is going through trauma or someone did
6   something to end them up in that school like -- I
7   don't know.  It's always had a bad reputation for
8   being like a troubled kids school -- you know how
9   like every district has one, but I don't -- I don't
10  know exactly what makes it different, but it is
11  different like --
12  Q.      How did you feel about attending
13  Pennbridge.
14  A.      Oh, I loved it.  I absolutely loved it.
15  Then COVID hit two months later, but --
16  Q.      Okay.  So you began attending Pennbridge
17  and then COVID-19 came and school shut down?
18  A.      Yes.
19  Q.      So then you went online?
20  A.      Yes.
21  Q.      Everybody went online?
22  A.      Uh-huh.
23  Q.      Were the classes that you were taking after
24  COVID hit and there was a shutdown administered by

1   Pennbridge or a different program?

2   A.      They were by Pennbridge.

3   Q.      Okay.  For your 11th grade year, junior

4   year, did you complete the full year through the

5   Pennbridge program to your knowledge?

6   A.      Yeah.  From halfway through tenth, 11th and

7   12th I had ended up basically doing Pennbridge for

8   the rest of 10th and then 11th and 12th I think I

9   did home schooling for the rest of the two years,

10  something like that.

11  Q.      Okay.  Was the home schooling due to the

12  pandemic shutdown?

13  A.      Yes.

14  Q.      Okay.  So it wasn't that you decided I want

15  to home school, I don't want to deal with school?

16  A.      Yes.

17  Q.      Okay.  You told me you loved Pennbridge,

18  correct?

19  A.      Yes.

20  Q.      So but for the pandemic, you would have

21  enjoyed attending Pennbridge?

22  A.      Oh, yeah.

23  Q.      And if it would have opened after COVID you

24  would you have gone back there?

```
 1                    MS. LAUGHLIN:  Objection,

 2              speculation, but you can answer.

 3                    THE WITNESS:  I mean, yeah, I

 4              would have gone back there, but also at

 5              that point in time I was starting to get

 6              like the home schooling thing under control

 7              and started liking not having that always

 8              structured 24/7 kind of life with school

 9              and stuff.

10  BY MS. JORDAN:

11  Q.      So your senior year when the school year

12  began, was there still a shutdown at all the schools

13  because of COVID?

14  A.      Senior year sort of -- it was in and out,

15  so we just kind of ended up just finishing off the

16  year with the home schooling, so that we weren't

17  going into school, out of school and chancing COVID,

18  not chancing COVID.

19  Q.      So if you would have returned to

20  Pennbridge, was it like a hybrid, some days were

21  virtual, some days were in person?

22  A.      Yes.

23  Q.      And was there a decision made by you and

24  your family that it would just be easier to do home
```

1  schooling?

2  A.      Pretty much, yeah.

3  Q.      Okay.  So was it available for a student to

4  say I don't want to do the hybrid, I'm just going to

5  stay online?

6  A.      I think so, yes.

7  Q.      And so would I be correct that the classes

8  you took in 12th grade online were through the

9  Pennbridge program?

10 A.      Yes.

11 Q.      And so that was supported by the school

12 district?

13 A.      Yes.

14 Q.      So when you completed your 12th year you

15 had accumulated enough credits through the North

16 Penn School District to graduate on time?

17 A.      Uh-huh.

18 Q.      Correct?

19 A.      Yes.

20 Q.      And that's why you went to graduation,

21 because you had completed all of your required

22 courses?

23 A.      Yes.

24 Q.      Okay.  When you did classes online in 11th

1   and 12th grade because of COVID, was it virtual in

2   that you were in a classroom and other students were

3   in the class with you?

4   A.        No.  I would go onto a site and basically

5   do my own assignments on my own time.  It wasn't

6   Zoom.  It was literally on your own time type of

7   thing.

8   Q.        So you controlled your schedule?

9   A.        Yes.

10  Q.        So you could accelerate or take your time

11  because you weren't holding anyone up and no one was

12  holding you up?

13  A.        Yes.

14  Q.        When because of COVID and Pennbridge shut

15  down and you started these cyber classes, if you

16  will, how did you do academically?

17  A.        I actually did really, really good.  The

18  11th grade and 12th grade were probably my best

19  years academically that I've ever had.

20  Q.        So for you personally you enjoyed the cyber

21  classes?

22  A.        Oh, yes.

23  Q.        And it reflected in your grades?

24  A.        Uh-huh.

```
 1                    MS. LAUGHLIN:  Yes?

 2                    THE WITNESS:  Yes.  Sorry.

 3  BY MS. JORDAN:

 4  Q.       So because you were getting good grades,

 5  did that boost your confidence at all?

 6  A.       Oh, yeah.

 7  Q.       And also attending school online you're not

 8  interacting with other students, correct?

 9  A.       Yes.

10  Q.       So you didn't have to worry about dealing

11  with          ; would that be fair?

12  A.       Yes.

13                    MS. LAUGHLIN:  Objection to the

14             form.  You're leading with all your

15             questions.

16                    MS. JORDAN:  I'm cross-examining

17             her.

18                    MS. LAUGHLIN:  It's a deposition.

19                    MS. JORDAN:  Yeah, I know.  I

20             think I can, but --

21  BY MS. JORDAN:

22  Q.       Did you -- strike that.

23                    MS. JORDAN:  Can you read back my

24             last question?
```

1              (At this time, the court reporter

2         read back from the record as was

3         requested.)

4    BY MS. JORDAN:

5    Q.        Was there a downside of the attending cyber

6    school because you didn't have interaction with

7    other students?

8    A.        I mean I didn't get to see my friends.  I

9    didn't get the social life.  I mean the one thing

10   that does get me -- and this isn't funny, but I

11   realize how much it has become a problem for me is

12   the fact that I don't know how to be around other

13   people.  I don't know how to interact comfortably

14   around other people depending on like that person.

15   I feel like you could walk up to a person and like

16   know how to handle yourself around a person.  I

17   don't know how to do that in a confident way.  Like

18   you saw me walking in here and I was all cow legged

19   and wobbly legged.  I just don't know how to

20   interact with people, but yeah.

21   Q.        So when you did -- strike that.  When you

22   were in 11th grade and things shut down were you

23   still able to do horsing?

24   A.        Yes.  I was actually still working at

1    Sally's full time at that point.

2    Q.        And when you work at Sally's do you have

3    the opportunity to interact with other horse people?

4    A.        No, not really, because I was doing -- I

5    was doing a lot of work, so I was really only there

6    interacting with Sally, her husband and the horses

7    and her family, so that's pretty much about it.

8    Q.        So despite not feeling confident to

9    interact with people you come upon, you have made

10   friendships with John, correct?

11   A.        Yes.

12   Q.        And you have made a relationship with Nick,

13   your boyfriend, correct?

14   A.        Yes.

15   Q.        Do you have any other people in your circle

16   of friends?

17   A.        Actually my circle of friends is down to my

18   mom, my dad and Nick over the years.  I don't --

19   when it comes to actually having different friends

20   and different friends from the ones that I trusted,

21   I don't really -- I can't really have any other

22   friends.  Either they don't last long or stick

23   around or --

24   Q.        How about through your job currently with

1    your dad, do you have an opportunity to meet people

2    and try to become friends with them?

3    A.        I mean I meet customers, but they're like

4    grown ups and they're trying to get their like house

5    rebuilt, but it's not like it's -- it's not like

6    you're meeting friends.  It's usually like just the

7    mother coming over and like trying to mom the little

8    girl at the job site, like that's about it.  You

9    don't really get like friends.

10   Q.        So would you like to have more friends?

11   A.        I mean yeah.  It would be cool.  I didn't

12   even get to go to most of my dances, because I don't

13   really have friends like --

14   Q.        Did you ever consider perhaps taking an

15   exercise class or a class through a community

16   college that's not a credit to try and meet people?

17   A.        Yeah.  For like maybe next year, I was

18   trying to see if I can maybe do some online courses

19   or something like that.  Or maybe try to do

20   something to get me more out there like to try to

21   get friends, but I need that confidence in myself

22   first before to feel like, hey, I'm [redacted], nice to

23   meet you kind of thing.

24   Q.        What about Nick, does Nick have a set of

1  friends that you've met through your relationship?

2  A.        I mean we've met, but we're not friends.

3  It's like, okay, you work with my boyfriend and you

4  come around when you want to hang out, but then you

5  just go off and do your own thing then.

6  Q.        Does Nick have any sisters?

7  A.        His sister hates me.

8  Q.        Okay.  So that's not going to work?

9  A.        Yeah.

10  Q.        Okay.

11  A.        I wouldn't even say she hates me, she just

12  pulls the sister thing once in a while.

13  Q.        How about your own sister, are you close to

14  your sister?

15  A.        I used to be, but not much anymore.

16  Q.        Did something happen in your relationship

17  to change that?

18  A.        I mean we're sisters, but we grew apart

19  over the years.  There was a few bits of drama

20  between us, but then I just ended up having too much

21  on my plate where I just couldn't handle going over

22  to see her.

23  Q.        Does your sister live in the area?

24  A.        Probably about 30, 40 minutes away.

1    Q.       From your home?

2    A.       Uh-huh.

3                     MS. LAUGHLIN:  Yes?

4                     THE WITNESS:  Yes.

5    BY MS. JORDAN:

6    Q.       I was provided some records of counseling

7    that you went to that I just want to ask you some

8    questions about.  So does the name Tracy Miller ring

9    a bell?

10   A.       My old counselor, yeah.

11   Q.       And is she the psychologist you couldn't

12   remember or counselor?

13   A.       Therapist.  She was a therapist.  The

14   psychologist was a male.  I don't remember his name.

15   Q.       Okay.  And I have records from her dated

16   May 2018 through December 2018; do you have a

17   recollection of seeing her longer than that

18   timeframe?

19   A.       No.  I pretty much saw her and then she

20   recorded everything.

21   Q.       Do you have a recollection of how you came

22   to treat with her?

23   A.       My mom was kind of looking for a new

24   therapist for me to go to and she found Tracy.

1    Q.     Okay.  Her notes indicate that you were

2    diagnosed with major depressive disorder; were you

3    aware of that?

4    A.     No.

5    Q.     Do you know where that diagnosis came from?

6    A.     Probably, yeah.

7    Q.     Where do you think it came from?

8    A.     I can tell you the sixth grade incident

9    started it.  And then it came over with the whole

10    sixth grade and then watching the follow up with my

11    family with that and kind of my family's down spiral

12    for that one.

13    Q.     Do you recall seeing a psychiatrist at some

14    point between the sixth grade incident and May of

15    2018 where that could have been diagnosed?

16    A.     No.

17    Q.     Okay.  And the records indicate that you

18    were smoking; are you still a smoker?

19    A.     I mean I'm not really that much of a smoker

20    anymore.  If anything, I vape here and there once in

21    a while, but it's not something that I'm doing as

22    like, oh, I'm a teenager.  Look, I'm cool.  It's

23    that I didn't want to be drinking alcohol in school

24    and I didn't want to be doing anything else worse

1    and I wanted to give my mom a child to wake up to in

2    the morning, so --

3    Q.        In the first note, which is May 7th of

4    2018, it indicates that you told Ms. Miller that you

5    were self-harming, that you were cutting yourself

6    and that it begun about three months before, which

7    would bring us to February of 2018?

8    A.        Uh-huh.

9    Q.        Was there something that occurred

10   specifically in February of 2018 that led you to

11   cutting yourself?

12   A.        That's ninth grade, right?

13   Q.        I believe you would have been in ninth

14   grade, yes.

15   A.        Ninth grade was really, really rocky for

16   me.  I was -- between the teachers that were giving

17   me issues at North Montco, which -- yes, they were

18   great teachers, but I had a few of my own personal

19   issues with some.  And then between just being a

20   teenager and just dealing with ninth grade and

21   dealing with all the PTSD stuff, it's just -- kind

22   of with one on the other I was just trying to like

23   ease my pain, so I did that.  It wasn't the best,

24   but --

 1   Q.        And did you ever cut yourself that you

 2   needed to go to an emergency facility and get

 3   sutures or get medical attention?

 4   A.        No, but I got very close when I ended up

 5   cutting my neck, so --

 6   Q.        And what did you cut your neck with?

 7   A.        Oh, a piece of glass.

 8   Q.        And where did you get the glass?

 9   A.        After I broke -- I broke or punched a

10   mirror --

11                    THE COURT REPORTER:  I'm sorry?

12                    THE WITNESS:  I punched a mirror

13   when it broke and then I just got pissed.

14   BY MS. JORDAN:

15   Q.        Did that happen in your home?

16   A.        Yes.

17   Q.        Do you remember a timeframe of when that

18   happened?

19   A.        Probably during -- after I stopped seeing a

20   therapist for a little bit.

21   Q.        Did you require medical attention because

22   of that?

23   A.        No.

24   Q.        Do you have any scarring from that?

1    A.       Not anymore.  I used to have like faint

2    lines up and down my arms and stuff from the

3    self-harm marks, but --

4    Q.       Before confiding in Ms. Miller that you

5    were self-harming, did you tell anyone else?

6    A.       Only two people found out, because they

7    would see -- I would accidentally have a sleeve too

8    far up.  Or the one my friend -- I turned my neck a

9    little too far and she caught the one on my neck and

10   told me to go into the nurse's office and then

11   drenched it with alcohol, so --

12   Q.       And was that in ninth grade?

13   A.       Yes.

14   Q.       So was that when you were attending North

15   Montco full time?

16   A.       Yes.

17   Q.       Did the nurse ask any questions about it?

18   A.       He knew I was having some issues.  And the

19   one thing with him was he never wanted to pressure

20   students into coming into his office when they're

21   having an issue, especially when he knows that it

22   could be something like that.  So Maria kind of came

23   in and he was like turn around and he just kind of

24   went yep.  Then she was like where are your alcohol

1    pads and he just starting helping me out.

2    Q.        And you indicated that you were having

3    issues with PTSD; you're referring to post traumatic

4    stress disorder, correct?

5    A.        I don't know if like -- like I'm not trying

6    to self-diagnosis myself, but I wouldn't be

7    surprised if I did have it.

8    Q.        And that's what I was going to ask, did

9    anyone tell you that you had that?

10   A.        No.  But like most of the people, even like

11   the therapist kind of even said like off to the side

12   like I wouldn't be surprised if you had PTSD kind of

13   thing like --

14   Q.        And at that time you did indicate that you

15   did have suicidal ideation at that time, that you

16   were thinking of harming yourself to that point; do

17   you recall that?

18   A.        I mean I would always think about it, but

19   the one thing was that I would never want to leave

20   my nephew without an aunt or I would never want to

21   leave my parents without a daughter.

22   Q.        And who is your nephew, whose child is

23   that?

24   A.        That my sister's.

1    Q.        And how old is your nephew?

2    A.        He's eight.

3    Q.        And what's his name?

4    A.        His name is James.

5    Q.        And do you have a good relationship with

6    James?

7    A.        Uh-huh.

8                        MS. LAUGHLIN:  Yes?

9                        THE WITNESS:  Yes.

10   BY MS. JORDAN:

11   Q.        So you would never want to leave him, you

12   enjoy him; am I right from your testimony?

13   A.        Yeah.  And to be honest, I've seen what

14   suicide can do to people and it's not -- the

15   temporary fix isn't worth -- or like the permanent

16   fix is not worth it for that temporary issue, like

17   it's not -- most kids do that and that's not cool.

18   The one thing that sucks is that I know what that

19   feels like and I'm still living through it, like I

20   lived through with knowing what that feels like.

21   Q.        Did someone that you knew commit suicide?

22   A.        My sister almost did.

23   Q.        And do you know when that happened?

24   A.        When I was really young she had to be aired

1     to CHOP.

2     Q.      Did you ever discuss it with her?

3     A.      No.

4     Q.      I'm sorry to hear that.

5     A.      That's okay.

6     Q.      So in the notes it indicates that Ms.

7     Miller wanted to refer you for a psychiatric

8     evaluation; do you know if that occurred in 2018?

9     A.      It happened for a little bit.  My sister

10    took me to the psychiatrist.  Then he said I had to

11    get meds and that's where it kind of dropped off

12    where I didn't go back.

13    Q.      When he prescribed medication were you

14    taking it?

15    A.      I never got to the meds part.  He just said

16    you need meds and that's as far we got.

17    Q.      So would I be correct that you've never

18    taken a prescription for anxiety or depression?

19    A.      Yes, you are correct.

20    Q.      There's a note -- well, there are certain

21    mentions throughout the notes that you were having

22    family stress; would that be accurate?

23    A.      Yes.

24    Q.      And then there is a note specifically on

1    August 20th of 2018 that you discussed with Ms.

2    Miller that you were thinking of spending a week

3    with your sister just to get away because of the

4    stress with your parents?

5    A.        Uh-huh.

6    Q.        Did that take place?

7    A.        Yeah.  I ended up living over at my

8    sister's for a little bit, but -- yeah.  A whole

9    week away from my parents to my sister's place.

10   Q.        And did James live with your sister at that

11   time?

12   A.        Yes.

13   Q.        So you got to spend time with him as well,

14   correct?

15   A.        Yes.

16   Q.        Do you have a recollection of how much time

17   you spent living with your sister during your ninth

18   grade into tenth?

19   A.        A little bit.  Not that much though.

20   Q.        Was there a time after ninth or tenth grade

21   -- from ninth going into tenth that you lived with

22   your sister for any period of time?

23   A.        Not ninth into tenth, but 11th and 12th I

24   did live with them for a while.

1   Q.      Could you approximate for how long you

2   lived with her?

3   A.      Probably -- I want to say like five, six

4   months.

5   Q.      Was that after the COVID shutdown?

6   A.      Yes.

7   Q.      Was it immediately after the shutdown?

8   A.      Kind of.  It wasn't really like -- it was a

9   thing that was in the air, but it didn't exactly

10   shut down yet.

11   Q.      And why did you choose to live with your

12   sister for approximately six months?

13   A.      It wasn't planned for six months.  I was

14   just going through some issues and I just needed

15   some space from my parents for a little bit, because

16   at the time my parents were a little hard to handle,

17   but --

18   Q.      Was it as long as -- strike that.  Did you

19   stay at your sister's for as long as you did -- was

20   any of that related to COVID or was it just you

21   wanting to be away from your family home?

22   A.      It was just me wanting to be away from the

23   stress and just having my sister and being able to

24   be like me and stuff and having the house to myself

1    most of the time, so it was just kind of quiet.

2    Q.        During the COVID shutdown when you were

3    living with your sister, did you also see your

4    parents?

5    A.        Once in a while.  Not really that much, but

6    yeah.

7    Q.        Okay.  There's an indication in the records

8    in October, specifically October 29th of 2018, that

9    you discussed with Ms. Miller that you felt

10   threatened at home of physical violence from your

11   mom; what does that refer to?

12   A.        My mom -- okay.  So my sister has a history

13   of cutting and my mom was always scared that I would

14   turn into her.  So when she found out I was cutting

15   for the first time she wanted to reprimand me by not

16   doing it -- or by not making me want to do it again

17   and she takes out my metal riding belt and she

18   picked up a two-by-four and said pick which one.  I

19   was able to talk her out of that, but that was that.

20   Q.        So at that point in time did you physically

21   feel threatened that your mom would harm you?

22   A.        I mean if I couldn't talk her out of it I

23   would have.  That was not a threat, that was a

24   promise moment, but yes.

1   Q.       And you specifically asked Ms. Miller to

2   call social services.

3   A.       Okay.  The one thing I did not say is -- I

4   did not ask, but I did -- or I said I may -- like an

5   up to you type of thing.  Like, dude, whether you

6   think I'm in enough harm what from you've heard, if

7   you want to call social services, that is your

8   professional opinion type of things, but I'm not

9   going to tell you whether or not to do it kind of

10  thing.

11  Q.       But you are aware Ms. Miller did call

12  social services?

13  A.       Oh, yeah.  I was aware of that once my mom

14  told me, yep.

15  Q.       And then social services got involved and

16  did you have to give an interview?

17  A.       No.  Because that's when we dropped the

18  therapist, dropped the psychiatrist and dropped all

19  of that.

20  Q.       Okay.  Have you stopped cutting yourself?

21  A.       Yes.

22  Q.       When is the last time you believe you cut

23  yourself?

24  A.       Probably tenth grade.

1   Q.      The last report of Ms. Miller, which was

2   from December of 2018, you advised her that you were

3   using your Adderall at times to stay up late; do you

4   recall saying that to her?

5   A.      Yeah.  I would get frustrated with myself

6   and stuff and I wouldn't be able to sleep, so I

7   would pop an Adderall or two and start cleaning my

8   room.

9   Q.      And did you stop doing that?

10  A.      Yes.  I've cleaned myself up a lot since

11  tenth grade?

12  Q.      There's also records from a Blue Bell

13  Mental Health and a Sean Homsher?

14  A.      Yeah.

15  Q.      Do you remember when you saw him, what

16  year?

17  A.      Yeah.  That was when I was working with

18  Sally, so about a year ago.

19  Q.      So that would have been in 2020?

20  A.      Yes.

21  Q.      Okay.  And you confided in him the

22  molestation when you were five and then the

23  inappropriate touching by ████ , correct?

24  A.      Yes.

1    Q.      And you confided in him that you felt as

2    though people let you down?

3    A.      Yes.

4    Q.      And that would be the school district,

5    correct?

6    A.      Yes.

7    Q.      Did you feel anyone else let you down other

8    than the school district?

9    A.      I mean just the school district, teachers.

10   I just don't trust authorities.  It's not even that

11   I want to be disrespectful and not trust them.  I

12   just don't trust what their endgame is kind of thing

13   and like -- yeah.  I don't know.  I just -- between

14   that and -- I don't know.  Just the school district

15   basically.

16   Q.      There's three visits to Sean, one in May,

17   one in June 2020 and then one in July of 2020; do

18   you believe you may have seen him more than that or

19   do you agree that you possibly saw him on three

20   occasions?

21   A.      I would say maybe if I did see him more

22   than that, that it was probably because my boss got

23   me mad and he was literally on the same side as my

24   job, so I just kind of got to drive a golf cart to

1   go down to see him, so probably, yeah, three or

2   five.

3   Q.      So Sean is associated with the foundation

4   that you work for?

5   A.      Yes.

6   Q.      Okay.  When you saw Sean, was he doing that

7   because you work at the foundation or were you

8   seeking help at the time and it was paid through

9   some type of insurance?

10  A.      I was seeking help at the time.  And one of

11  the ways Sally was just helping me out was like

12  giving me -- one of the benefits of working for her

13  was having Sean as a therapist right there and I was

14  able to go over there whenever I was having a bad

15  day or something.

16  Q.      Okay.  And would I be correct that you

17  haven't seen anyone in 2021 with regards to a

18  therapist?

19  A.      Correct.

20  Q.      And do you have plans to see a therapist in

21  the future?

22  A.      Yes.

23  Q.      And would you like to see a therapist on a

24  regular basis, is there something in particular you

1   want to talk to them about?

2   A.      I mean like just kind of -- I dont' know --

3   probably getting through half the stuff I haven't

4   processed -- I don't know -- maybe once a week or

5   something.  When it comes to therapy -- even

6   therapists I get questionable around.

7   Q.      Since you were separated from ███████ in

8   tenth grade, would I be correct that you didn't have

9   any interaction with him during your 11th grade

10  year?

11  A.      Correct.

12  Q.      And would I be correct that you didn't have

13  any interaction with him in your 12th grade year?

14  A.      Correct.

15  Q.      And since graduating you haven't had any

16  interaction with him, correct?

17  A.      Correct.

18  Q.      Currently, how are you feeling in regard to

19  anxiety about those instances where he

20  inappropriately touched you?

21  A.      I mean when it comes to my anxiety, it's

22  just -- nothing can change what happened.  To be

23  honest, my anxiety is probably -- or my anxiety

24  because of that sucks.  Like I don't trust men

1    around me.  I don't trust like -- like if a man --

2    if a man like comes up behind me and I don't know

3    them or I don't sense them and then they touch me

4    all of a sudden and I don't know that someone is

5    behind me, I almost end up swinging before I think

6    kind of thing, because it's like get away from me --

7    it's that like fight or flight kind of thing.  It's

8    like get away from me.  And then I realize, oh, no,

9    I just did that.  Oh, well.  It's just -- I don't --

10   after that whole situation -- I don't know.  It just

11   gave me a lot of trust issues and stuff after that.

12   Q.      Do you have trust issues with your current

13   boyfriend Nick?

14   A.      I mean if I get into one of my mood swings

15   where I get angry and upset or something like that

16   and it's -- it brings back like feelings that I used

17   to have like during that.  When I would get angry at

18   myself and like -- I don't know.  When I get angry

19   it's almost a triggering feeling for every time that

20   I've gotten angry, because I've gotten angry so many

21   times and like that feeling is just like -- I don't

22   know.

23   Q.      Have you been able to talk to Nick about

24   your experiences?

1    A.        Yeah.  Like we talk about it all the time.

2    I can go up to him and talk about the subject all

3    the time.  It's just almost like when -- or like

4    when you talk about it more it makes it more real

5    kind of thing and then like -- and then you actually

6    have to really think about -- you know, fix it and

7    stuff, but, yeah, I can pretty much talk about it

8    with him whenever I want.

9    Q.        So in regard to your current job working

10   with your dad, do you enjoy that?

11   A.        Yes.  It's really fun.

12   Q.        Do you plan to stay with him in the job?

13   A.        I mean I would definitely love to work with

14   him and stuff like that and definitely if like one

15   day he has to retire and he's like can you take over

16   the company, that would be cool, but like -- it

17   would be really fun to run the company.

18   Q.        So currently you plan on staying with your

19   dad and with his company and working to one day

20   perhaps take it over?

21   A.        Yeah.

22   Q.        Well, I really appreciate your time.  I

23   have no further questions, but I do appreciate all

24   your time and for you being so honest with me.

1    Thank you.

2    A.        Of course.  I appreciate your time too.

3                        MS. LAUGHLIN:  No questions.

4                        (Witness excused.)

5                        (Deposition concluded at

6          1:07 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1                    CERTIFICATION

2

3

4              I, James J. Gallagher, Jr.,

5         Professional Court Reporter and Notary

6         Public, do hereby certify that the

7         foregoing is a true and accurate transcript

8         of the stenographic notes taken by me in

9         the aforementioned matter.

10

11                   - - -

12

13

14

15

16

17

18

19

20         DATE:

21         _____

22         James J. Gallagher, Jr.

23         Court Reporter

24

**A**

**a.m** 1:17

█████ 8:8

**ability** 6:22

**able** 17:19 61:8 69:20 72:17 72:22 89:23 92:11,16 96:23 104:7 125:10 129:20 131:4 131:5,5 142:23 155:23 156:19 158:6 160:14 162:23

**absolutely** 136:14

**abused** 13:8

**abusing** 51:23

**abut** 98:6

**academically** 67:19 116:16 140:16,19

**academics** 30:7 120:7

**accelerate** 140:10

**accept** 77:1,2

**accepted** 73:9 77:3

**accidentally** 150:7

**acclimating** 61:4

**accompany** 129:3

**accompanying** 109:8

**accumulated** 139:15

**accurate** 58:21 80:16 153:22 165:7

**act** 117:20

**acted** 47:14

**acting** 47:4

**active** 86:24

**activities** 12:21 64:3 66:20 67:5 87:6

**activity** 64:5 87:3,24 88:1

**actual** 11:19

**AD/HD** 6:24 19:20 21:13 22:9 62:10 63:23 89:7

**Adderall** 19:19,24 20:6,13 21:14 22:6 63:22 89:7 158:3,7

**addition** 24:7 62:8

**address** 7:18

**administered** 136:24

**admitted** 48:5

**advised** 120:16,19 158:2

**advising** 115:12 116:15

**aforementioned** 165:9

**afraid** 41:2,4 51:21

**age** 21:4 42:17

**ago** 8:20,22 17:15 78:12,13 103:23 158:18

**agree** 104:13 159:19

**agreed** 86:9

**agreement** 4:3

**ahead** 118:7

**air** 155:9

**aired** 152:24

**alarms** 49:23

**alcohol** 130:4,19 147:23 150:11,24

**algebra** 87:20

**allow** 87:9

**allowing** 88:7

**alternative** 113:21

**Amanda** 65:7

**amount** 54:18

**amusement** 123:15

**and/or** 5:19

**Andrews** 26:12 27:3 28:19 30:6 34:23 35:3,11 38:10,24 39:15,18 40:2 41:6

**anger** 47:1,6 94:8

**angle** 54:15

**angry** 162:15,17,18,20,20

**animal** 66:5

**announcements** 49:24

**annoying** 47:9

**answer** 4:22 5:23,24 6:14 21:8 25:11 29:15 69:11 79:8,16 82:6 110:2 138:2

**answering** 6:21

**answers** 39:11

**Anthony** 107:22 108:1 110:24 111:3,6

**anxiety** 47:2,17 80:13,18 89:14,19 90:5 100:1 153:18 161:19,21,23,23

**anymore** 145:15 147:20 150:1

**anytime** 34:5 84:14 105:15 114:10

**apart** 145:18

**APPEARANCES** 2:1

**apply** 70:24

**appreciate** 26:17 51:5 163:22

163:23 164:2

**approached** 119:15

**appropriate** 22:5

**appropriately** 48:7

**approximate** 46:4 49:17 67:4 155:1

**approximately** 155:12

**April** 39:3,17 46:6,15 48:16 48:23 49:14 51:13 58:13,19

**area** 34:5,7,8 119:2 121:16 145:23

**arm** 34:18,19 37:14 110:9 122:10,12 125:3,14,18,21 125:22

**arms** 125:4 126:1 150:2

**arts** 28:8 31:5 33:13,21

**asked** 35:16 36:3 48:4 49:12 121:23 157:1

**asking** 4:20 13:6 35:17 116:8 133:15

**assigned** 22:15,22 32:10,21 96:13 100:15 101:9,21 103:8,9

**assignments** 69:17 140:5

**assist** 55:20

**assistant** 23:3,4 30:22

**assisted** 11:8

**associated** 121:22 133:15,17 133:18,21 160:3

**association** 65:22

**assume** 90:22

**ate** 87:14

**ATTACHED** 3:17

**attempted** 34:7

**attend** 23:23 70:21 71:1

**attended** 16:17 20:18 21:5

**attending** 16:20 20:15 69:24 73:1 81:19 82:17 113:14,15 136:12,16 137:21 141:7 142:5 150:14

**attention** 20:9 21:10,20,21 22:4,7 67:21 69:20 85:20 89:21 90:2 97:7 149:3,21

**Attorney** 2:5,9

**August** 154:1

**aunt** 151:20

**authorities** 159:10

**authority** 94:3,4 95:9 131:24
  132:14
**auto** 71:18
**automotive** 71:8,10,13 72:3
  72:12 73:2,6 74:12 92:2,6,8
  93:4,14 94:22 106:14 120:6
**available** 48:20 50:22 66:21
  139:3
**Avenue** 7:16
**avoid** 50:1 63:6 83:21 85:5
  90:18 105:4,11
**aware** 24:9,19 35:11 56:20
  147:3 157:11,13

—————————
**B**
—————————

**B** 100:21,24 102:23 103:15
**B-A-N-D-I** 17:9
**B-O-R-G-M-A-N-N** 115:20
**back** 11:18 28:11 34:3,3,15
  37:6 43:5 63:10 72:7 87:11
  91:10 93:1 101:20 107:7
  114:7 117:24 120:7 122:11
  128:21 131:24 132:14,17
  134:15 137:24 138:4 141:23
  142:2 153:12 162:16
**backed** 44:4
**backs** 63:10
**backyard** 98:5
**bad** 30:2,11 45:17,18,19 51:3
  69:18 136:7 160:14
**Bandi** 17:9,10,13 20:2 21:15
  22:10 63:21
**barn** 13:5,6 64:10 87:24
**basically** 9:4,9,10,23 10:14
  11:15 12:14 13:5,12 46:18
  50:18 55:9 64:14 65:8 68:4
  79:17 84:9 91:8,16 92:22
  125:2 137:7 140:4 159:15
**basis** 22:24 26:2 27:9 31:19
  44:17 84:23 160:24
**becoming** 108:4
**began** 20:14 24:15 34:14
  93:14 98:24 103:15 107:2
  109:20 136:16 138:12
**beginning** 47:3 52:6 57:13
  74:1 107:16
**begins** 102:23

**begun** 134:14 148:6
**believe** 7:5 15:13 21:9 24:13
  33:7 46:5 51:8,17,20,22
  53:1 92:5 100:10 102:22
  104:12 105:10,12 114:23
  119:16 131:11 148:13
  157:22 159:18
**believed** 102:13 120:13
**belittled** 91:17
**belittling** 94:2
**bell** 11:13 146:9 158:12
**belt** 156:17
**bend** 72:17
**beneficial** 15:11,12
**benefit** 66:11 80:14
**benefits** 160:12
**best** 6:21 66:6 68:16 114:13
  114:14 131:7,9 140:18
  148:23
**better** 29:13 122:12
**big** 13:23 58:2 99:15 119:22
**bigger** 47:16 119:7
**birth** 7:11
**bit** 14:21 20:11 34:1 42:16
  44:11 45:15 61:5,19 64:18
  69:13 113:16 120:1 123:1,2
  135:16 136:4 149:20 153:9
  154:8,19 155:15
**bits** 145:19
**Black** 64:21,22,24 65:5 67:13
  88:4
**blend** 90:6
**blew** 103:5
**blind** 50:6
**block** 61:12
**blowing** 92:13
**Blue** 11:13 158:12
**board** 64:16
**body** 5:17 72:10 85:19
  125:19
**bodyguard** 85:22
**boost** 141:5
**Borgmann** 115:20 116:14,20
**Borgmann's** 116:3
**born** 17:14
**boss** 159:22
**bottle** 47:24

**bottling** 41:13
**bottom** 31:16
**Bowegan** 100:16,19 103:14
  103:18 115:18,22
**boyfriend** 73:3 105:17 128:3
  128:6 130:14 143:13 145:3
  162:13
**break** 5:5 6:8,10,10,15 72:7
  72:11 81:5,7
**breakdown** 73:12
  ████████ 8:8,10,17
**bring** 4:22 11:17 68:2 76:19
  80:24 148:7
**bringing** 74:18
**brings** 162:16
**broke** 149:9,9,13
**brother** 8:8,8 71:7,18
**brought** 75:4 77:13
  ████████ 23:6,13,22 24:12,20
  25:18 27:24 31:9,13 32:1,4
  32:7 33:1,4,13 45:21 60:10
  70:1,8,12 74:13 75:6 76:4
  76:15 77:21 79:13 81:19
  82:8 84:1 89:17 90:19
  101:6,14,24 104:14 107:2
  109:7 111:10 112:14 124:6
  141:11
  ████████ 32:17
**brush** 68:17,19
**brushed** 41:9
**building** 10:15 84:7 85:6
**buildings** 10:12
**bull** 30:14
**bullied** 67:21
**bully** 68:3 69:6
**bullying** 67:23,24 68:10,15
  68:20,23
**bunch** 14:1 68:10
**bus** 21:6 75:1,4
**business** 9:5
**bussed** 21:1 60:22,24 135:10
**button** 104:5

—————————
**C**
—————————

**C-L-E-M-E-N-S** 106:1
**cafeteria** 75:10,12 83:12
**call** 38:11 78:6,11 157:2,7,11

called 32:20 36:7 38:9 39:15
40:2 53:22 55:20 97:3
120:17 123:24 127:20
calling 92:22
calls 54:15
campuses 98:6
cap 16:21
car 71:21,22 72:17,18 73:2
card 19:12 76:24
care 41:1 92:14 94:5,18,18
Career 70:22
carnival 111:17,21,23 112:9
112:10,14 117:24 119:14,15
122:2 124:6 127:21
carpenter 10:4
carpentry 72:6
carry 83:4
cars 72:4,13,14
cart 159:24
case 19:22 22:15,20,22,24
23:2 25:21 26:20 27:6
28:19 55:14,15 62:9,15
68:22 88:17 94:24 95:6,7
99:1,3,4,10
caseload 28:20
caught 36:9 150:9
cause 4:24 80:20
caused 45:11 80:2,13,18
119:13
causing 90:5
CDL 93:1
Center 2:9 70:22
ceremony 16:17,20,21
certain 153:20
certainly 4:23
certification 4:5 165:1
certify 165:6
chair 125:4 126:3,3
chairs 125:22
chance 40:18 76:11,12 83:19
91:9,10 111:13
chancing 138:17,18
change 24:23 25:17 51:16
52:2,4 80:6 94:11 103:16
104:12 117:22 132:14
145:17 161:22
changed 72:23 84:11 100:9

120:14
changing 85:4 132:18
charge 43:12
charged 43:10,14
charges 43:18 44:5 56:24
57:3 128:11,14
Charles 8:5
check 29:8
chest 34:4,5,7,8
child 113:17 148:1 151:22
Childs 116:4
China 30:14
choice 94:11
choices 80:7
choose 155:11
CHOP 153:1
chosen 82:2
Chromebook 83:5,6 129:23
circle 143:15,17
claim 115:1
class 23:7 25:4,10,12,19 28:7
29:8 31:9,11,23 33:4,8,13
33:21 50:2 57:15,22 77:11
84:15,15 85:23 87:22,23
88:2,7,8 89:24 93:1,14
100:16,19 101:3,5,6,15,19
102:8,17,20,21,22 103:14
103:19,20 104:22 105:1,2,4
105:12,15 107:6,8,17 108:6
109:5,7 110:4 113:20
115:11,13,14,15,16 116:2,3
116:11,13,16,20,21,22
117:4,5,6 124:12,23 126:11
128:20 129:4,24 140:3
144:15,15
classes 24:20,23 25:2,5,13,17
27:14,15,22 28:1,4 31:8
37:7 67:22 70:21 73:6 83:4
83:23 84:11,13 96:13 97:17
98:22 100:15,18 108:11
109:9,14 120:4 129:16,17
129:21 135:12,14,15,23,24
136:1,23 139:7,24 140:15
140:21
classmate 42:22 135:4
classroom 24:24 27:19 31:11
35:3 85:7 109:20 111:12

124:21 140:2
classrooms 58:16
clean 13:15 60:12 92:17
cleaned 158:10
cleaning 13:13 92:14,20
158:7
clear 70:9
Clemens 105:23
close 34:17 98:3 107:24 110:8
126:12 145:13 149:4
closed 123:13
closely 37:14
closer 107:8,9,11
clothes 34:9
clubs 87:6
clue 18:21 26:7 42:3 53:10
88:19 117:10,11
coaster 113:5 118:10 122:14
Cody 8:9,12,21 71:18
college 144:16
come 10:2 13:19 24:14 30:13
30:15 46:19 50:2 54:1 55:9
59:9 69:4 85:6 91:10 93:10
107:1 109:19,21 112:19
120:24 122:14 123:13 124:1
134:1 143:9 145:4
comes 9:22,24 56:5 112:21
127:13 143:19 161:5,21
162:2
comfortably 142:13
coming 48:24 51:1,18 75:18
93:9 111:5 120:7 144:7
150:20
commencing 1:17
comments 92:9,20
commit 152:21
common 68:15
communication 63:11
community 144:15
company 8:24 9:1,3,8,17
10:19 163:16,17,19
compensation 12:17 14:8,10
complete 5:19 137:4
completed 139:14,21
completely 50:6
computer 83:3
concerned 52:1 119:22

concerns 77:10
Concerta 20:11
concluded 164:5
confessed 39:23
confide 51:8 54:5 68:22
    117:16 120:12 127:21 128:3
confided 49:1 114:6 128:6
    158:21 159:1
confidence 141:5 144:21
confident 142:17 143:8
confiding 115:11 150:4
confusing 79:23 103:6
consider 144:14
constant 63:11
construction 9:4,19,20 10:7
    10:22 19:21 72:6
contact 35:6
contacted 53:20
contain 50:13,24
continue 36:20 39:16 96:22
continued 106:22
continuing 94:22
Contracting 9:2
control 9:17 63:5,6 77:17
    122:12 138:6
controlled 140:8
conversation 5:16 6:16 59:8
    76:16 81:15 112:22
conversations 56:23 60:6
    81:16 86:2,12
convey 5:17 63:3
conveyed 49:12
cool 47:21 60:19 66:7 72:13
    72:16,19,24 74:8 128:2
    144:11 147:22 152:17
    163:16
core 82:19 129:17 135:24
corner 31:15 90:13
Corporate 2:8
correct 8:14 15:16 16:12,18
    20:14 21:4 23:7 27:4,6,22
    30:5 31:3,6,9,18,23 32:1,3
    33:1,14 34:23 35:20 39:4,11
    41:16,23 43:10 45:21 48:23
    50:9 51:23 53:12 54:3,24
    55:23 57:14,22,24 58:24
    60:21,22 61:1 62:5,14 63:20

65:4 70:16,17,22 71:1 73:7
    74:13 75:1 76:4,19 77:4,7
    78:2,6 81:10 82:20 87:5
    88:15 89:7 91:1 95:15,21
    96:16 97:12 98:6 100:13,16
    100:24 104:14,17,22 108:22
    109:13,17 117:1 120:16,22
    121:24 124:5 128:20,24
    137:18 139:7,18 141:8
    143:10,13 151:4 153:17,19
    154:14 158:23 159:5 160:16
    160:19 161:8,11,12,14,16
    161:17
correctly 55:3
cosmetology 71:15
counsel 4:3 5:2 6:12
counseling 18:7 131:20 132:5
    135:23 146:6
counselor 18:12 22:17 48:15
    61:16,22 62:2,6,8 63:16
    68:23 86:4 88:14,20 89:2
    146:10,12
counselors 99:12
course 13:20 25:17 164:2
courses 82:19,20 83:1 139:22
    144:18
coursework 26:2
court 1:1,21 43:20,22 45:8
    86:16 142:1 149:11 165:5
    165:23
courtroom 43:16
COVID 136:15,24 137:23
    138:13,17,18 140:1,14
    155:5,20 156:2
COVID-19 136:17
cow 142:18
crazy 76:21
credit 144:16
credits 139:15
criminal 56:24
criminally 43:11
cross-examining 141:16
crossed 109:22
cup 131:11
current 162:12 163:9
currently 6:18 7:13 8:15,23
    17:2,16 18:6,9 19:10 143:24

161:18 163:18
customers 144:3
cut 149:1,6 157:22
cutting 148:5,11 149:5
    156:13,14 157:20
cyber 140:15,20 142:5

### D

D'Elia's 33:6
dad 10:19,24 11:3 13:4 15:7
    15:21 66:1 71:7 72:2 73:2
    143:18 144:1 163:10,19
dad's 8:4 9:1,3,5,7
daily 31:19 84:23
dance 87:14
dances 144:12
dark 30:11
darn 116:8
date 7:11 117:8 165:20
dated 146:15
dating 105:18 106:17,18,21
    106:22
daughter 151:21
day 10:2,3 21:2 32:4,17 59:12
    59:15,16 65:16 67:9 68:16
    72:8 74:18,20 75:3 78:3
    83:12 85:4 88:2,22,22 89:20
    94:20 100:6,12 101:2,9,11
    101:13,17,20,24 102:7,7,9
    102:10,18,22 104:22 105:1
    105:15,16 108:2 114:14
    117:10,17 160:15 163:15,19
day-to-day 11:16 12:15 110:6
    136:3
days 101:16,18 102:2,13,14
    131:24 138:20,21
deal 103:11 119:22 137:15
dealing 47:1 61:15 94:15
    130:24 141:10 148:20,21
dealt 55:18
Dean 8:5
December 146:16 158:2
decided 137:14
decision 128:23 138:23
Defendant 1:9 2:9
defended 123:2
deficit 20:9 21:10

definitely 97:16 122:12
163:13,14
department 54:12 121:10,23
depending 67:15 142:14
deposition 1:5,14 141:18
164:5
depression 153:18
depressive 147:2
describe 33:20 47:7
described 30:20 53:14
DESCRIPTION 3:17
deserving 80:5
desk 110:8 125:2,5,6,22
126:5
desks 36:1
despite 143:8
desserts 13:22
detail 72:4,14
detailed 72:13,14
determination 128:15
diagnosed 20:10 21:10 22:9
147:2,15
diagnosis 20:8 21:16,19
22:14 147:5
difference 21:5
different 14:1 25:5,6 28:16
37:7 44:24 75:20 80:14
83:22 84:7 115:14 121:17
136:10,11 137:1 143:19,20
differently 135:21
difficult 4:21
difficulties 21:18
difficulty 61:4
digitally 124:6,9
diploma 16:23
disciplinary 69:8 91:22
discuss 28:19 46:1 57:7 59:4
77:9 79:12 97:11 153:2
discussed 91:3,7 154:1 156:9
discussion 79:3
disorder 20:9 21:10 147:2
151:4
disrespectful 159:11
district 1:1,1,8 4:17 5:3 16:15
76:8 136:9 139:12,16 159:4
159:8,9,14
Divers 28:6 31:3 32:21

Divers' 31:11,22
doctor 17:2,3,5,17,18,20,21
19:17,23
DOE 1:5
doing 10:7,22 12:21 28:10
29:1,3,5,11 33:24 34:24
35:4,12 37:20 45:7 47:12
51:12 57:11 64:4,7,20 65:11
65:17 67:5,9 82:24 86:11
88:1 92:3 95:17 110:17
112:23 113:17 115:12 116:6
120:4,6 122:17 123:6,8,14
125:13 137:7 143:4,5
147:21,24 156:16 158:9
160:6
dont' 161:2
door 42:14 90:10,10,11
dosage 22:5
doubt 80:14
downside 142:5
Dr 17:9,10,13 20:2 21:15
22:9 63:21
drama 131:1 145:19
drawing 85:20 89:21 90:2
drawn 97:7
drenched 150:11
drills 49:24
drinking 130:4,11,19 131:8
131:11,13,15 147:23
drive 159:24
drop 135:7
dropped 135:8 153:11 157:17
157:18,18
drugs 131:8
dude 37:20 110:23 112:22
122:13 123:13 124:2 125:8
157:5
due 62:9 137:11
duly 4:11
duty 5:2
dwindling 95:10
Dylan 112:11,12,16 113:22
113:23

E

E 2:3
earlier 108:2

earliest 23:15
early 58:20 74:9
earn 16:6
ease 148:23
easier 94:16 138:24
easiest 61:7
EASTERN 1:1
easy 129:6
eat 108:9,13
education 120:8
eight 20:7 21:11 152:2
Eighteen 7:14
eighth 61:10 65:14 70:9,11
either 28:13 32:9,20 34:15
38:3,6 39:8 60:6 68:22
127:10,18 136:4 143:22
ELA 28:11,14
elementary 20:16,19,21
22:23 23:23 30:7 48:10
56:11 69:18 93:11 104:1
113:12
Eleventh 134:20,21
embarrass 6:6
embarrassing 6:7
emergency 149:2
emotions 51:2
employed 8:23
employee 9:10,13 10:21
11:23
employees 9:15 10:18
ended 19:20 47:8,12 55:13
58:20 62:16,20 67:8,9 73:22
74:8 90:24 101:21 102:24
105:1 109:4 111:5 113:3,3
118:14 137:7 138:15 145:20
149:4 154:7
Endera 53:7,9,10
endgame 159:12
enforcement 128:10
English 28:15 31:5 82:19
87:19 129:17
enjoy 152:12 163:10
enjoyed 120:4 137:21 140:20
entire 10:17 13:6 123:15
126:4
entrees 13:20
equine 11:8,10

**ERSA** 1:21
**escort** 98:15,18
**escorted** 109:5
**especially** 119:6 150:21
**ESQUIRE** 2:3,7
**estimate** 46:12
**evaluation** 153:8
**events** 50:13,23 127:16 133:1
**everybody** 18:5 136:21
**everyday** 131:1 135:14,15,19
**exactly** 29:19,22 30:16 32:11
    34:22 44:2 53:23 72:18
    78:1 82:14 110:13 114:20
    136:10 155:9
**EXAMINATION** 1:6
**examined** 4:11
**excused** 164:4
**exercise** 144:15
**EXHIBITS** 3:15,18
**expect** 118:22
**experience** 29:19 30:24 41:11
    50:11 54:18
**experiences** 162:24
**explain** 64:8 93:7 130:22
**extent** 52:8
**extracurricular** 64:2,5 66:20
    87:6
**eye** 35:6

---

## F

**F-O-R-B-E-S** 42:12
**facility** 149:2
**fact** 24:3 66:4,8 76:23 87:9
    104:7 105:10 142:12
**failing** 29:6
**faint** 150:1
**fair** 63:2 121:19 141:11
**faith** 105:6,8
**fall** 12:5 134:14
**familiar** 25:23 26:8 27:1 99:5
**family** 7:20 8:15 17:2,5,17,22
    19:16 43:24 44:18,23 55:12
    65:22 80:22 81:1 138:24
    143:7 147:11 153:22 155:21
**family's** 147:11
**far** 19:13 67:13 74:23,24,24
    98:9,12 125:5 150:8,9

    153:16
**farm** 65:24 67:16
**farms** 64:11 66:9,11,14,16
**fashion** 9:24
**fast** 72:1
**father** 8:1,24 10:4 16:1
**February** 148:7,10
**feeds** 106:12
**feel** 29:24 30:5 36:7 136:12
    142:15 144:22 156:21 159:7
**feeling** 143:8 161:18 162:19
    162:21
**feelings** 50:24 51:1 55:5
    60:15 162:16
**feels** 152:19,20
**feely** 107:14 109:21,23
**feet** 90:10,12 132:19
**Felicia** 84:20,21,23 108:18
    109:8 129:3
**felt** 36:9,12 90:1 94:4,9 156:9
    159:1
**female** 48:3 84:17 93:3
**fidget** 68:7
**fifth** 24:21,22 25:2,9,11,13,18
    25:22,24 27:4 61:14
**fight** 80:9 85:15 92:24 122:6
    162:7
**fighting** 80:19 85:1
**figured** 39:6 43:7 118:8
**figures** 95:9
**filed** 4:18
**filing** 4:4
**fill** 71:3
**filled** 73:5
**filling** 10:21
**finally** 36:9 59:23 60:1
**find** 41:24 114:12
**finding** 55:21
**fine** 5:16 6:1,9 26:6 94:12
    118:12
**finger** 124:12
**finishing** 138:15
**fire** 49:23
**first** 15:17 20:5 21:10 22:11
    22:20 23:13,22 24:12,19
    25:12 26:24 34:11,14 37:4
    37:11,17,24 62:19 65:12

    74:7,17,18,20 75:3 82:2
    83:12 92:21 100:12 101:2,9
    101:13,16 102:1,9,10,13,14
    105:15 112:15 120:3,3
    121:1 127:6 144:22 148:3
    156:15
**fist** 123:12
**fit** 89:22 91:23 92:5 93:8
**fitting** 92:2
**five** 41:16 42:18 45:2 50:20
    61:24 155:3 158:22 160:2
**five-year-old** 41:11 49:22
    50:11 54:16 55:18
**five-years-old** 46:24
**fix** 152:15,16 163:6
**flight** 162:7
**flip** 76:13
**Floor** 1:16 2:4
**Fluck** 92:10
**focus** 22:7
**focusing** 22:2
**follow** 62:9 71:7 114:15
    147:10
**followed** 63:21 109:14
**following** 63:22 108:10,11,18
**follows** 4:12
**food** 13:17 52:19 87:14
**foot** 98:10
**football** 122:11 126:1
**Forbes** 42:9,10 43:10,21,24
    44:9 45:23 50:11 54:23
    55:3,5
**force** 118:4
**forced** 118:1 122:6,8,18
**foregoing** 165:7
**forget** 45:15 127:18
**forgot** 26:23
**form** 4:7 29:15 69:11 79:8,15
    110:2 126:19 132:8 141:14
**forms** 66:12
**forth** 87:11
**forward** 53:6 111:5
**fought** 85:11
**found** 43:3,6 53:24 146:24
    150:6 156:14
**foundation** 11:6,7,14,19,19
    11:23 12:22 13:3 15:16

160:3,7
**four** 107:10,16
**fourth** 23:14,21 24:13,21
25:1 47:8,15 80:24
**free** 67:10 82:24 92:18
**FREIWALD** 1:16 2:2
**fresh** 60:13,20
**friend** 12:24 23:20 24:1 66:6
107:9,18 108:8 113:6
114:14 135:1 150:8
**friends** 24:6 38:14 51:15 52:3
52:13 60:17,18 61:8,12
87:12 89:24 90:8 92:2
93:11,12 97:3 107:12,13,23
108:1,4,6 112:11 114:13
115:6 117:21 119:7,8,11,21
119:21 120:3 142:8 143:16
143:17,19,20,22 144:2,6,9
144:10,13,21 145:1,2
**friendships** 119:23 120:10
143:10
**front** 34:15 35:3 123:15
**froze** 37:21 103:10 118:19,24
**frustrated** 85:17 158:5
**frustrating** 90:21
**full** 7:9 73:23 81:17,18 82:12
82:18 91:11 94:13 134:23
137:4 143:1 150:15
**full-time** 73:18 81:12 87:3
88:10 89:13,16 128:24
129:8
**fun** 71:24 72:1 163:11,17
**funny** 58:6 142:10
**further** 129:11 163:23
**future** 160:21

**G**

**Gallagher** 1:15 165:4,22
**game** 68:8
**games** 50:3
**Garfield** 7:16
**Garrett** 25:21 26:1,11
**gather** 5:6
**general** 9:4,10 13:12
**generally** 89:14,19
**gentleman** 103:15
**genuinely** 40:9

**getting** 13:5 17:21 19:12,14
21:23 43:14 65:19 67:20
80:5 85:17 89:20 92:4 97:3
107:8,13,14 117:18,19
118:14 120:5 132:19 141:4
161:3
**girl** 39:22 46:20 47:19,22
51:19 52:7,10 53:9 71:11,14
93:18 144:8
**girlfriend** 111:14 115:9
**girls** 46:21,22 48:17,24 53:6
53:14,17 56:11 57:20 58:17
93:7,8,12,13
**give** 5:18 46:10 63:21 72:20
92:11 94:3 148:1 157:16
**given** 22:5
**giving** 80:13 93:24 148:16
160:12
**glass** 149:7,8
**go** 5:1,2 10:2 13:17 25:16
29:6 32:10,21,24 34:19
35:24,24 37:16 44:9 47:21
50:3,12,16 51:4 60:8 66:17
71:5 72:1,5,12,24 73:13,19
76:16 81:18 82:2,11 83:3
84:6,7,14 85:7,23 86:20
87:13 90:9,9,12,14 91:9,11
91:18 93:1 95:14 98:21
100:12 101:3 103:23 104:9
106:6 110:10 112:9 113:2,4
113:9 114:3 118:1,4,5,6,7
118:10 119:2 120:5 121:1,5
123:3 125:24 127:24 128:2
131:20 134:14 135:9 140:4
144:12 145:5 146:24 149:2
150:10 153:12 160:1,14
163:2
**God** 132:20
**goes** 10:1,13 35:22
**going** 4:20,21,22 6:7 15:7
19:3 25:9 29:21,24 36:13
37:7 39:6,24 41:9,12 42:20
43:7,20 44:1,3 45:14,16
46:24 47:4 49:2 51:17,20
52:4 53:23 59:4,10,12,17,22
59:23 60:5,15 61:21 63:9
64:4 66:11 67:8,16 68:14,23

70:21 71:9,17 74:6 75:24
76:2,4,11,14,22,24 77:2,5
78:13,17 80:8 81:17,22 82:8
82:11 83:7,8 86:1 91:14,19
92:16,21,24 93:20 94:10,18
95:10,13 96:12,13,22 98:15
98:18,19,20,21 104:4,6,7,12
105:5 114:11 115:2,5,13
116:1,15 117:24 118:12,16
119:11,14 121:6 123:3
124:3,4,24 127:13 128:24
129:5,24 130:23 131:7
132:1 134:22 136:5 138:17
139:4 145:8,21 151:8
154:21 155:14 157:9
**golf** 159:24
**good** 4:15 10:2 15:24 51:1
57:5 76:11 81:5 99:7
104:17 116:6 118:11,11
123:16,17 134:8 140:17
141:4 152:5
**gotten** 162:20,20
**gown** 16:21
**grab** 110:9 122:24 125:7
**grabbed** 122:5 124:2
**grade** 12:4,5 18:24 19:2
20:19 22:11 23:7,10,14,21
24:13,21,22 25:1,8,9,12,13
25:19,22,24 27:4,20,24
28:18 31:12 33:7 37:9
46:16 57:13 58:4,23 59:16
61:9,10,12,14,14 65:14,15
65:16,17 69:23 70:4,5,7,11
70:20 73:12 74:11 75:4
83:9,11,14 84:10,12,24
85:13 86:23 87:8,16,20 88:6
88:7,9,20,22 89:4,4,6,12
90:24 91:4,9,11,21 93:15,16
93:17 94:21 95:1,13,20
96:18,19,21 98:24 99:2,11
99:18,23 104:16 106:16,19
106:21 107:4 108:22,23,23
109:2,3 114:8 119:5,6
124:13,14,16,17 126:23
127:1,2 129:9,12,19,20
130:3,5,6 131:14,17 133:11
133:21 134:19 137:3 139:8

140:1,18,18 142:22 147:8
147:10,14 148:12,14,15,20
150:12 154:18,20 157:24
158:11 161:8,9,13
**grader** 47:9,15 51:18 73:18
74:7 89:22
**graders** 81:22 82:1,2,13
**grades** 29:13 69:17 140:23
141:4
**graduate** 14:23 135:6 139:16
**graduated** 14:17,18,22 16:11
16:14
**graduating** 161:15
**graduation** 16:17 139:20
**grandparents** 66:16
**graze** 34:3,4,8
**great** 69:4 71:16 116:23
148:18
**greatest** 67:20
**grew** 145:18
**ground** 132:17
**group** 24:4,10,14 107:9,18
110:19 111:1
**groups** 108:9 110:7
**growing** 66:2,11,15
**grown** 144:4
**guarantee** 114:10
**guard** 84:5,10,17 86:8 90:2
90:15 97:21 108:16
**guarded** 85:19
**guardian** 54:15
**guess** 6:2 39:22 42:1 44:4
45:7 102:9
**guests** 11:21
**gun** 92:13
**guy** 18:15 85:5 104:1 105:3
105:19
■■■■■ 8:3
**Gwynedd** 20:15,18,21 22:20
23:18 24:22 48:10 56:11
58:2 60:19 62:3,17 100:7
111:23 113:10 114:7
**gym** 87:22,23,24 88:2,8

**H**

**H5** 9:2
**half** 11:24 14:22 64:15,15,16

64:16 77:5,6 91:20 93:21,22
95:14,14 132:21 161:3
**halfway** 59:19 106:20 112:2
137:6
**hall** 35:14,15 38:9 40:3
**halls** 83:16 108:19
**hallway** 40:8 83:19 88:11
**hand** 19:23 34:3 35:18,19
110:13 122:5,9,10,18,19
123:3
**handle** 55:10,11 142:16
145:21 155:16
**handled** 77:13
**hands** 122:7 125:11
**hang** 23:20 145:4
**hanging** 114:12 117:21
**happen** 36:17,22 38:10 78:17
86:1,13 107:5 114:9,17
123:19 132:15 145:16
149:15
**happened** 32:11 35:12 36:18
36:22 37:3,4,11 41:20 42:3
44:13 45:5,22 48:5 50:6,18
50:20 54:6 56:1 63:12 69:2
78:1 84:2 85:8,16 86:14
103:23 114:16 123:23
127:17 149:18 152:23 153:9
161:22
**happening** 36:12 41:8 81:14
81:15 93:2
**happens** 19:22 68:15,15
114:13
**happy** 7:3 36:9,15,19
**hard** 50:5 71:11 87:10 105:12
131:7 155:16
**harder** 126:10
**harm** 156:21 157:6
**harming** 151:16
**hates** 145:7,11
**hazy** 127:15
**head** 5:14 18:16 86:10
**heads** 92:13 132:22
**health** 88:6 158:13
**hear** 153:4
**heard** 57:6
**help** 9:14,16 11:17,18 12:12
12:22 13:6,13,15 19:5 27:16

29:3,17,18,21 49:21 50:13
51:9 55:5 73:2 83:21
116:10 135:16,18 160:8,10
**helped** 11:15,16,21 54:17,17
121:13
**helping** 15:15 27:14 30:7
54:19 63:6,7 151:1 160:11
■■■■■ 1:8 3:6 4:10
7:10 8:3,5,9
**HENDRZAK** 2:7
**hey** 24:5 29:5,5 111:3 116:9
118:17 144:22
**hi** 112:23
**hidden** 58:8
**high** 16:11,24 93:21 95:14
96:3 97:10 98:2,8,16 99:24
100:13,19 106:6,11 108:13
108:16 109:16 113:14,15,24
**Hill** 11:6,7,23 12:22 13:3
15:16
**history** 28:16 82:19 100:16
100:19,23 101:3,5 102:22
103:14 115:11,14,15 116:3
129:17 156:12
**hit** 136:15,24
**Hold** 49:10
**holding** 117:20 140:11,12
**Holly** 25:21 26:12 27:3 30:16
**home** 7:20 8:15,18 20:22
38:22 44:21 51:15 72:15
78:3,22 95:11 104:24 121:1
121:3,5 124:3,4 134:23
137:9,11,15 138:6,16,24
146:1 149:15 155:21 156:10
**homework** 69:20
**Homsher** 158:13
**honest** 71:6 93:24 127:12
132:4,11,12,13 152:13
161:23 163:24
**honestly** 15:3 26:3 40:8 99:2
103:2 117:18 119:5 127:12
**hood** 72:17
**hopefully** 78:17
**hoping** 44:1 62:23 78:16
**horse** 12:12,15 64:10,13,14
64:18,21,22,24 65:4,5,6,9
65:20 67:13,14 88:4 143:3

**horseback** 88:8
**horses** 11:10,16 19:21 64:4,7
    64:9 65:23 66:1,3,9,10 67:3
    87:9 143:6
**horsing** 65:13 66:21 67:5
    86:24 95:18 129:13 142:23
**hour** 12:8 14:11,15 16:7
    91:20
**hourly** 14:13 16:4,6
**hours** 16:8
**house** 11:5 13:11,16,18 14:4
    14:6 15:5,6,8,10,14,19 43:5
    44:19,24 111:22 144:4
    155:24
**hug** 52:19
**hugged** 52:21
**hunched** 125:2
**hurt** 43:6
**husband** 143:6
**hybrid** 138:20 139:4

**I**

**idea** 42:17 91:12
**ideation** 151:15
**identified** 31:2 107:17
**IEP** 62:9 77:7,9,13 88:18
    91:1,3,20 95:12,21 97:9
    99:10,13,24
**iffy** 97:1
**ignore** 68:19,21 69:7
**illness** 6:19
**immediately** 104:10 155:7
**impact** 119:23
**impactful** 45:16
**impacting** 56:5
**implement** 129:2
**improve** 29:12 30:7
**improvement** 22:6
**inadvertently** 88:11 127:10
**inappropriate** 58:14 114:6
    158:23
**inappropriately** 33:14 34:12
    37:23 39:15,16 40:2,17 43:2
    45:22 46:5,7,17,20 48:4
    49:2,6,18 52:16 53:2 54:2
    55:7,19 57:21 107:3 109:23
    111:11,11 122:3 161:20

**incident** 31:22 36:23 45:1
    46:3,24 47:1 48:16,24 49:14
    49:15,19,22 50:24 52:17
    53:21 54:16 55:2,6,18 57:17
    59:3 111:16 114:9 117:9
    129:12 130:20 131:10,18
    147:8,14
**incidents** 47:18 62:6 80:23
    112:1
**include** 67:10
**INDEX** 3:1
**indicate** 147:1,17 151:14
**indicated** 38:10 73:6 151:2
**indicates** 148:4 153:6
**indicating** 103:15 125:15
**indication** 156:7
**individual** 41:23
**individuals'** 107:21
**infirmity** 6:20
**initiate** 123:8
**inside** 13:14 39:12 85:6 90:12
    125:6
**instances** 161:19
**insurance** 160:9
**intention** 4:19,24 5:8 6:5
    94:22
**intentionally** 127:10
**interact** 30:17,23 61:13 95:7
    99:10 142:13,20 143:3,9
**interacted** 54:23
**interacting** 27:12 58:12 66:3
    100:1 141:8 143:6
**interaction** 55:4 60:10 66:10
    69:24 70:12 83:18 84:1
    88:12 89:13 90:18 99:3,17
    129:11 142:6 161:9,13,16
**interactions** 30:6
**interested** 65:19 97:4,6 132:4
**interject** 26:10
**interrupt** 26:16
**intersection** 53:13 54:11 70:8
**intervened** 43:22
**interview** 157:16
**interviewed** 133:6,7
**intimidating** 119:8,16
**introduced** 4:15
**introduction** 102:11

**investigation** 55:11 56:14
**involved** 32:1 65:13,19
    157:15
**involving** 48:16 49:14 50:11
**issue** 68:2 150:21 152:16
**issues** 15:9 19:3 47:2,6 69:8
    76:24 77:1 91:15,22 98:20
    99:21 148:17,19 150:18
    151:3 155:14 162:11,12

**J**

**J** 1:15 165:4,22
**Jack** 107:22 108:2 110:24
    111:3
**jail** 44:10,11
**James** 1:15 152:4,6 154:10
    165:4,22
**JANE** 1:5
**January** 7:12
**job** 9:7 10:14,15,15 11:4 13:5
    19:20 67:8 71:10 143:24
    144:8 159:24 163:9,12
**jobs** 9:15
**John** 23:20 24:2 112:11,12,17
    112:24 113:2,6 114:5,6,14
    114:15,22 115:6 118:7,17
    118:19 124:2 127:21 135:1
    135:4 143:10
**John's** 113:7
**joining** 87:7
**Jordan** 2:7 3:8 4:14,16 18:4
    26:13,17,22 27:2 30:3 33:19
    38:21 46:14 69:14 70:19
    78:15 79:11 80:1 81:6,9
    86:22 96:1 110:15 115:21
    115:23 126:2,20 127:7,8
    132:9 138:10 141:3,16,19
    141:21,23 142:4 146:5
    149:14 152:10
**Jr** 1:15 165:4,22
**July** 159:17
**June** 58:20 159:17
**junior** 134:13,17,18 135:3
    137:3

**K**

**keep** 9:14 50:4 56:3,4 72:10

82:4,9 85:3,3 86:10,11
97:16 115:22 117:20 118:12
**keeping** 62:20
**kept** 39:12 58:8 97:11,17
104:14 123:12
**kick** 80:19
**kicked** 80:5
**kicking** 79:22,22
**kid** 61:20 66:14 69:4,18
109:2 122:15 123:13
**kids** 66:13 67:24 71:24 92:12
114:19 121:6 135:16 136:8
152:17
**killed** 69:21
**kind** 9:9,21,24 10:1 11:20
12:10,14 13:12 19:22 24:4,5
24:5,7 25:9,16 28:21,22
29:4,7,20,21 30:1,13 32:5,9
32:12,14 35:13,20 36:1 37:1
37:21 40:10 48:1 50:7 51:4
52:19 54:21 55:14,16 58:9,9
59:13,18,22 60:13,19 62:19
63:12,13 64:17 66:6 67:8
68:8,21 69:6 70:1,8 71:6,8
71:11,21 72:7 74:6,24 75:11
75:16 76:12 77:2,14 78:14
78:16,20 79:17,19,21 81:4
82:16 85:1 86:9,9,10 90:16
91:19 93:8 94:6,7,8,9,11
95:9 97:1,19,22 101:10,10
102:9 103:9 109:2 110:11
110:12 112:23,23 113:2
117:23 118:2,6,13,19,23
123:1,24 126:9 138:8,15
144:23 146:23 147:11
148:21 150:22,23 151:11,12
153:11 155:8 156:1 157:9
159:12,24 161:2 162:6,7
163:5
**kindergarten** 20:19
**Kindle** 11:6,7,23 12:22 13:3
15:15
**kinds** 14:1
**knew** 24:4 27:3 36:16 40:16
51:14 53:1,21 55:12,13
75:17,22 76:3 94:17 100:6
104:3,4,13 112:24 113:12

114:5,8 115:4 131:7 150:18
152:21
**knock** 125:8
**know** 4:20 5:4,5,10,24 6:1,6
7:2,6 8:10,18 9:6 17:10
26:3,4,6 30:19,21 33:24
36:11,13,22,23 37:21 38:2
40:11 41:5 44:9,21,22,23
45:2,19 47:11 48:14 50:4,10
51:1,17 53:5 54:20 56:17
59:18,18 61:6,22 62:2 63:8
69:5,6 71:15 72:10,11,12,20
74:5 75:19 76:9 79:21,24
80:3,4,10 82:14,15 84:19
86:18,20 88:23 92:23 93:7
94:7,18 95:3,4 97:23 100:5
100:9 102:4,5,19 103:2,5,7
103:12,21,21,23 105:7
106:19 112:23 114:22
115:22 117:22 118:6,23
119:9,19 120:9 123:4
124:20 128:13,15 133:12
136:4,7,8,10 141:19 142:12
142:13,16,17,19 147:5
151:5 152:18,23 153:8
159:13,14 161:2,4 162:2,4
162:10,18,22 163:6
**knowing** 61:13 152:20
**knowledge** 18:18 53:19 56:8
82:7 137:5
**knows** 100:8 150:21
**Kyra** 86:5,7 88:14 99:17
104:10,13,17 105:16 111:8
115:11 134:4

---

**L**

**L-E-H-N** 113:8
**lacing** 64:13 65:4
**lady** 98:17 99:13 134:11
**lands** 76:13
**language** 5:17 28:8 31:5
33:13,21
**Lansdale** 7:16 17:11
**late** 158:3
**laugh** 47:21
**LAUGHLIN** 2:3 18:1,3 26:9
26:15 29:14 33:16,18 38:17

38:20 46:11 69:10 70:16,18
78:9 79:7,15 81:3 95:23
110:1 115:19 125:16 126:18
127:3 132:7 138:1 141:1,13
141:18 146:3 152:8 164:3
**Laura** 2:3 6:13,15
**law** 1:16 2:2 128:10
**lawsuit** 4:17 31:21
**leading** 141:14
**leaning** 125:17
**learn** 46:16 71:8
**learned** 95:13
**learning** 22:4 72:21,22 79:14
**leasing** 64:10,14 65:8
**leave** 15:8 40:21 65:17
116:20,21 118:18 119:2,4
126:21 151:19,21 152:11
**led** 83:22 148:10
**left** 42:16 58:10 87:15 127:4
**legal** 45:8
**legged** 142:18,19
**Lehn** 113:8
**lessons** 64:10
**let's** 47:21,21 50:3 72:12,24
74:6 92:16 118:10,18
122:15 128:2
**level** 89:14
**Library** 28:5
**life** 7:19 12:16 45:17 51:16
51:16 80:7 104:5,12 107:11
132:18 138:8 142:9
**light** 39:1 46:6 49:1,5,14
55:19 57:11 58:14,19
**lights** 110:5
**liked** 23:19
**liking** 138:7
**limit** 54:18
**Lindsey** 99:4
**line** 37:6,24 109:22
**lines** 150:2
**listening** 97:2
**listing** 91:15
**literally** 122:15 125:6,13,22
140:6 159:23
**little** 13:21 14:21 20:11 34:1
42:16 44:11 45:14,15 61:5
61:19 64:18 66:14 69:12

71:24 113:16 120:1 123:1,2
127:15 135:16,18 136:3
144:7 149:20 150:9 153:9
154:8,19 155:15,16
**live** 145:23 154:10,24 155:11
**lived** 7:17 8:17 152:20 154:21
155:2
**lives** 135:19
**living** 152:19 154:7,17 156:3
**LLOYD** 2:7
**located** 9:5 11:12 14:2 17:10
64:24
**long** 5:6 7:17 11:22 14:5
41:18 50:15 78:12,13
103:23 105:4,11 106:16
126:1 130:8 143:22 155:1
155:18,19
**longer** 146:17
**look** 34:2,19 62:19,22 71:13
72:17 94:20 97:19 111:4
147:22
**looked** 35:20,21,21 37:19
52:23 71:16 115:1 118:19
132:22
**looking** 17:22 34:5 35:2
92:22 110:22 146:23
**looks** 26:4 68:5
**looser** 136:4
**lose** 105:6,8
**losing** 105:9
**lost** 63:12
**lot** 68:1,11 89:21 105:6 119:6
119:7 122:12 127:13 129:6
143:5 158:10 162:11
**love** 163:13
**loved** 66:23 116:22 120:5
136:14,14 137:17
**lunch** 108:10,13
**Lynn** 7:10

## M

**machinery** 9:20
**mad** 86:19 92:4 159:23
**maintain** 13:7
**major** 80:23 147:2
**making** 61:6,12 85:22 92:20
94:3,4 98:19 105:7 156:16

**male** 146:14
**man** 42:8,9 100:23 122:11
125:24 162:1,2
**manage** 11:15
**manager** 9:9 11:20 22:15,20
22:22,24 23:3 25:21 26:20
27:6 28:19 62:9,15 68:22
88:17 94:24 95:6 99:1,4,10
**manager/general** 9:13
**managers** 95:8 99:3
**managing** 13:12
**Maria** 150:22
**marijuana** 19:18
**MARKED** 3:17,18
**marks** 150:3
**married** 26:11
**materials** 9:19 10:10
**math** 21:22 28:6 115:15
116:2,5,6,13 129:17
**matter** 22:1 100:8 122:10
165:9
**Maureen** 2:7 4:16 81:3
**max** 46:9
**meal** 13:20
**meals** 13:21
**mean** 10:5 11:10 26:16 27:13
27:17 29:2,16 37:19 40:15
41:24 44:19 47:7,9 59:15
60:2,17 61:5,18,19 64:13
69:1,12,16 72:16 76:21
81:20 87:13 88:4 91:23
99:12 100:5 108:6 110:18
119:4,17 124:18 133:13
135:19,20 138:3 142:8,9
144:3,11 145:2,18 147:19
151:18 156:22 159:9 161:2
161:21 162:14 163:13
**meaning** 64:14
**means** 45:18 64:8
**meant** 53:2 89:1
**mechanic** 71:19
**medical** 19:18 149:3,21
**medication** 6:19 19:7,11
21:13 131:6,21 153:13
**medications** 89:10
**meds** 153:11,15,16
**meet** 13:2 22:23 23:17 26:21

27:8,18 28:18 106:2 144:1,3
144:16,23
**meeting** 23:16,22 26:1 77:7
77:10 91:1,3,20 95:12,21
96:15 97:10 99:24 116:17
144:6
**meetings** 77:14 96:7 99:14
**Megan** 95:4
**memories** 4:23 49:22
**men** 161:24
**Mental** 158:13
**mention** 38:3,6
**mentions** 153:21
**mess** 12:19,20 126:11
**messed** 120:11
**messing** 64:11
**met** 13:4 23:9,13 24:1,12
108:2 145:1,2
**metal** 156:17
**Michael** 42:9,10
**middle** 58:24 63:15 64:1
69:18 73:20 74:21 83:7
87:7 116:5
**midgets** 71:20
**Miller** 146:8 148:4 150:4
153:7 154:2 156:9 157:1,11
158:1
**mind** 43:18 50:4 91:24
**mine** 44:20 110:8
**minimum** 16:8
**minutes** 20:23 67:15 145:24
**mirror** 149:10,12
**mispronouncing** 100:20
**missed** 69:17 102:1,9,12
**Mission** 121:6
**misunderstand** 21:15
**misunderstanding** 15:23
**MMJ** 19:12
**model** 72:19
**molestation** 158:22
**molested** 41:16,22 42:5
**mom** 43:2 45:6 46:18,21 48:4
53:19,20 54:1,15 56:2,3
65:24 67:17 72:23 76:20
77:13,16,24 78:7,21,24 79:3
79:12 81:11,15 97:11 105:2
105:3,6 121:3,21 123:24

127:20 128:9 133:24 143:18
144:7 146:23 148:1 156:11
156:12,13,21 157:13
**mom's** 8:2
**moment** 10:20 17:4 48:1 65:2
65:9 67:2 71:14 94:17
104:3 119:9,12 131:15
156:24
**monetary** 12:17
**money** 65:5,10
**Montco** 70:22 71:14 73:1,13
73:15,17 74:2,4,12,14,21
75:3,5,5,24 76:3,14 77:6,23
81:12,17,18 82:9,18,23 83:2
83:8,12,13 86:4 89:17 91:10
91:14,16 93:22 94:14 95:14
96:5,15,17 97:21 98:3,4,9
98:16 100:9 106:4,9,12
108:16,19 109:11,15 114:3
128:22 129:24 133:6,11,13
133:14,16 134:15 148:17
150:15
**month** 14:7 15:4,6,14,20
85:12 104:23 112:3 133:23
**months** 15:5,18 17:15 47:24
136:15 148:6 155:4,12,13
**mood** 162:14
**moody** 61:6
**morning** 4:15 148:2
**mother** 8:1 144:7
**move** 36:1 104:2 110:8

**N**

**nail** 92:13
**name** 4:16 7:9 8:2,4 9:1 17:7
18:16,21 26:7 27:1 30:10,18
42:9 52:11 54:14 65:7
84:19 88:5 100:20,21,22,24
102:23 103:15 105:22 113:7
133:22 134:12 146:8,14
152:3,4
**named** 18:15 23:20 105:19
**names** 26:3 107:21
**near** 9:6 96:12 104:1 111:22
113:2
**necessarily** 27:21
**neck** 149:5,6 150:8,9

**need** 5:4,6 6:8,13 7:2 17:3
19:16,19 72:23 104:2
119:19 127:23 129:22
144:21 153:16
**needed** 17:18 27:16 92:9
97:11 116:7 117:22 120:13
124:1 135:16,18 149:2
155:14
**needs** 9:11 92:19
**neighbor** 41:16 42:5,6,14
44:15
**neither** 8:14
**nephew** 151:20,22 152:1
**Nester** 52:12,13 53:13
**never** 19:9 24:17 42:4,24
43:17 47:11 49:1 52:8 56:1
61:18,20 62:5,14 66:12,13
69:18,20,21 83:17 100:6
108:17 109:15 114:18,19
115:4 125:8 150:19 151:19
151:20 152:11 153:15,17
**new** 61:4 71:8 106:23 116:13
146:23
**nice** 47:15 144:22
**Nick** 105:19,20 106:2,17
115:8,8 130:13,14 143:12
143:18 144:24,24 145:6
162:13,23
**Nick's** 105:22
**nine** 20:7 21:11
**ninth** 18:24 19:2 61:9,10
70:20 73:11,18 74:7,10,11
75:4 81:21 82:1,2,13 83:8
83:11,13 84:10,12,24 85:13
86:23 87:8,16,20 88:6,9,20
88:22 89:6,12,22 90:24
91:21 93:16,17 94:24 95:13
99:11,18 106:19,21 108:23
148:12,13,15,20 150:12
154:17,20,21,23
**nitpicking** 68:8
**nods** 5:13
**normal** 5:16 131:1 135:14,17
135:17 136:3
**normally** 47:20
**North** 1:8 14:4 16:14,23
20:24 70:21 71:14 73:1,13

73:15,17 74:1,4,12,13,21
75:3,5,5,24 76:3,14 77:22
79:19 81:12,17,18 82:9,17
82:23 83:2,5,8,12,13 86:4
89:17 91:10,13,14,16,18,19
93:21,22 94:14,17 96:8,9
97:10,15,21 98:2,3,4,4,8,15
98:16,17 99:24 100:3,9,11
106:4,6,9,12 108:16,19
109:10,11,15,15 113:24
120:1 128:21 129:24 133:6
133:11,13,14,16 134:15
139:15 148:17 150:14
**Notary** 1:15 165:5
**note** 148:3 153:20,24
**notes** 147:1 153:6,21 165:8
**noticeable** 110:18
**noticed** 115:4
**November** 1:17 49:15 57:13
**nudged** 118:13
**nudging** 118:7
**nuke** 104:5
**number** 3:17 46:10
**nurse** 150:17
**nurse's** 150:10

**O**

**O'Brien** 86:5 88:14,23 95:2
99:18 104:10,13 105:16
111:8 117:5,9,17 120:12,16
126:15 128:4,19 134:4
**Object** 29:14 79:7
**Objection** 69:10 79:15 110:1
126:18 132:7 138:1 141:13
**objections** 4:6
**obviously** 131:8
**occasion** 121:14
**occasions** 159:20
**occur** 12:1 41:19 42:2 91:4
112:1 124:21,23
**occurred** 31:22 33:20 39:9
40:4,7 45:1 55:21 57:12
75:14 111:17 114:7,24
120:22 127:21 133:2 148:9
153:8
**occurring** 50:13 117:1
**October** 53:21 57:12 105:15

111:8 117:14 126:15 129:9
  156:8,8
office 150:10,20
officer 54:14,22 55:24 111:16
  121:13,17,22
oh 5:15 10:9,11,13 15:24 24:5
  26:13 28:15 43:7,8,9 71:15
  72:23 77:3 89:3 91:18
  102:8 104:1 116:8 118:5
  136:14 137:22 140:22 141:6
  147:22 149:7 157:13 162:8
  162:9
oil 72:23
okay 6:5,10 7:2,4 11:3 12:11
  15:22 16:23 17:22 18:3,17
  23:6,21 24:1,9 25:18,24
  26:22 27:20 28:18 31:21
  32:16 33:18 38:20 39:7
  42:2,5,22 43:1,9 45:1,10
  48:2 50:15,22 51:11 53:5
  54:1,22 55:17,23 56:8 58:11
  58:23 60:4,15 65:3 66:2,19
  67:13 70:11,18 73:24 74:5,6
  74:11,16,20 77:3,16 81:2,6
  82:6,17 83:11 84:10 87:19
  88:9 89:6,12 90:21,24 94:12
  95:12 97:4,9 98:14,24 99:6
  99:9 100:12,23 101:2,8,13
  101:23 102:12,21 104:24
  105:18 106:11,22 107:16
  108:15,21 109:12,19 110:23
  111:7,15 113:6 115:10,17
  116:8,12,24 117:8,16,20
  119:20 121:21 124:4 127:20
  128:18,23 129:8,13,22
  130:2 133:9,20,24 134:13
  134:24 135:6,9 136:16
  137:3,11,14,17 139:3,24
  145:3,8,10 146:15 147:1,17
  153:5 156:7,12 157:3,20
  158:21 160:6,16
old 7:13 8:10 21:11 65:12
  146:10 152:1
older 8:7,7 41:22
once 13:14 22:5 27:17,18
  29:8 41:20 44:22 46:8 54:9
  54:21 69:1 78:20 84:7

124:14,16 126:14 145:12
  147:20 156:5 157:13 161:4
one-on-one 92:10,14
ones 135:17,17 143:20
online 82:20,22 83:1 87:20
  113:20 129:17,23 136:19,21
  139:5,8,24 141:7 144:18
opened 137:23
opening 132:2
opinion 157:8
opportunity 143:3 144:1
opposed 59:5,17 60:8,16
ORAL 1:6
order 9:14
organized 9:15,21,23
outfit 68:6
outlets 131:2,3
outside 13:13 24:16,18 39:15
  58:5 66:22 84:6 85:6 89:1
  90:9,11 108:6,10 133:13,14
  134:5,8
over-exhausting 88:3
overall 51:4
overreacting 103:24
oversee 9:18
overseeing 9:19
oversees 9:24
owned 65:6 66:16
owner 13:8 64:17 65:8
ownership 65:6
owning 64:15

───────────────

**P**

p.m 164:6
Pa 1:23 7:16
pads 151:1
PAGE 3:4
paid 12:8,9 14:8,10 16:1
  160:8
Paige 52:12,13,15,17 53:13
  57:10,17,20 58:7
pain 148:23
pandemic 137:12,20
pants 37:16 110:10 122:7,19
  122:20 125:11
paperwork 71:3 73:5
parents 35:24 38:4,11,23

39:2,19 52:3 54:17 56:24
  57:7 59:4,8,20 60:2,4,7
  63:10 66:8 80:8,19 86:13
  120:20,24 121:1 151:21
  154:4,9 155:15,16 156:4
parents' 63:10
park 123:15
Parkway 2:8
part 72:20 73:22 81:19 82:7
  90:18 153:15
participate 12:12 64:2
participated 16:21
participating 13:2
particular 32:3 68:9 160:24
partner 32:17
partners 32:4,8,19 33:3
party 24:7
passage 5:24 80:15
passing 75:12
passion 67:3
pay 21:20,21 64:15 67:21
  69:20
paying 22:3 65:5,10
pediatrician 17:6,7,13 63:21
penetrate 124:7,9
Penn 1:8 16:14,23 79:19
  91:13,18,20 93:21 94:17
  96:8,9 97:10,15 98:2,8,15
  98:18 99:24 100:3,11 106:6
  109:10,15 113:24 120:1
  139:16
Penn's 83:6 98:4
Pennbridge 113:18 134:22
  134:24 135:4,9,13 136:13
  136:16 137:1,2,5,7,17,21
  138:20 139:9 140:14
Pennbrook 9:6 59:2,4,10,13
  59:17,22 60:5,8,16,24 61:3
  61:18,22 63:16 67:19 69:9
  69:24 70:2,20 73:14 74:1,4
  74:21 77:6 83:7 87:7,12
  100:7
Penndale 58:24 59:5,10,17
  60:9,16,22
Pennsylvania 1:1,16 2:4,9
people 24:4 39:18 45:8,18
  61:14 62:17 63:14 68:10,11

92:8,19 94:1 96:2,9 97:10
97:15 100:1 102:10 103:8
105:8,8 107:10 110:19,24
114:10 119:24 121:22
128:10 130:13,15 142:13,14
142:20 143:3,9,15 144:1,16
150:6 151:10 152:14 159:2
**percent** 17:12 26:20 28:16
31:16 32:15,22 42:20,23
44:12 53:8 121:7
**period** 33:12 41:18 56:21
154:22
**periods** 82:24
**permanent** 152:15
**person** 30:2,19 45:19 50:12
50:16 51:4 62:12 68:9
80:15 92:7 98:21 99:20
106:9 134:2 138:21 142:14
142:15,16
**personal** 12:16,24 148:18
**personally** 140:20
████ 23:6,13,22 24:12,20
25:18 27:24 31:9,13 32:1,4
32:7,17 33:1,3,13 34:11,24
35:4,12,14,19 37:12,18,23
39:14,16 40:13 41:2 45:21
46:3,5,16 47:19,23 48:10,17
48:24 49:2,5,14,19 51:12,22
52:16 53:2 54:2 55:6,19,24
56:10,18,24 57:11,14,22
58:1,7 60:10 61:15 62:3
70:1,8,12 74:13 75:6 76:4
76:15 77:10,21 79:1,13
81:11,19 82:4,8 83:11 84:1
88:10 89:14,17 90:19 94:2
96:11 97:12 100:2,5,6 101:6
101:14,23 103:20 104:3,14
105:1,14 107:2,20 108:5
109:7,20 111:10 112:14,19
113:1 114:7,12,16 116:22
117:4,19 120:2,9 122:3
124:6,9 127:23 128:7,12
129:11 130:20,24 131:18
141:11 158:23 161:7
**ph** 28:6 53:7
**Philadelphia** 1:16,23 2:4
**physical** 45:11 88:1 129:24

156:10
**physically** 58:1 92:11 98:2
119:16 156:20
**physician** 17:23
**pick** 47:22 124:1 156:18
**picked** 47:20 67:24 101:12
121:4 156:18
**picking** 47:10 68:5,6 132:16
**piece** 149:7
**pilot** 82:10
**pinning** 125:5
**pissed** 149:13
**place** 5:1 89:18 92:21 96:16
108:21 154:6,9
**Plaintiff** 1:6 2:5
**plan** 83:21,24 84:3 85:2,11
85:16 87:2 89:18,21 90:18
96:16,20 97:1,5 108:21
109:1 129:2 163:12,18
**planned** 87:7 155:13
**plans** 160:20
**plate** 60:13 145:21
**play** 50:3
**player** 126:1
**playing** 64:11
**plays** 122:11
**Plaza** 1:22
**pleasant** 29:19
**please** 5:5
**plus** 51:16 88:2 131:1
**point** 20:3 24:14 37:2 58:9
68:8 82:14 97:2 101:14
107:1 109:19,21 113:18
117:23 120:13 129:7 138:5
143:1 147:14 151:16 156:20
**pointed** 35:13
**pointing** 35:18
**police** 54:12,13,22 55:24 56:9
111:15,16 120:17 121:10,17
121:22,23 126:14,16,22
127:5 128:10,19
**policeman** 55:4,9,14,16 56:6
**pony** 64:19
**poorly** 29:11
**pop** 158:7
**popping** 76:10
**portion** 83:2

**posed** 6:14
**positive** 30:6,24
**possibility** 75:18,19 76:3,9,15
76:17
**possible** 56:5 75:22
**possibly** 159:19
**post** 151:3
**potentially** 77:10
**pour** 13:24
**preferred** 94:13
**prepping** 59:21
**prescribe** 20:2
**prescribed** 19:7 20:6 153:13
**prescription** 19:17 153:18
**pressure** 150:19
**pressured** 113:2
**pressuring** 113:4
**pretty** 73:21 139:2 143:7
146:19 163:7
**prevent** 6:20
**previous** 21:9 22:2 62:17
93:10
**previously** 31:2 45:20
**principal** 35:23
**prior** 11:3 13:8 21:19 23:9
46:6 48:16,23 60:4 62:15
73:1 76:14 81:14 94:21
95:20 99:23 115:11 118:16
121:14
**probably** 10:17 11:24 12:3
14:7 18:24 20:7,23 21:12
23:14 25:23 28:15 37:6
40:8 49:19 65:14 67:6,15
85:12 86:15,16,19 98:10
99:5 101:11,16 106:18
112:2 119:5 140:18 145:24
147:6 149:19 155:3 157:24
159:22 160:1 161:3,23
**problem** 21:23 69:7 103:19
113:16 142:11
**problemo** 116:12
**problems** 19:4 21:24 45:12
94:15
**proceed** 5:7
**PROCEEDINGS** 4:1
**process** 11:1 17:21 19:12,14
43:14

processed 161:4
professional 1:15 157:8
  165:5
program 11:9 12:15 81:23
  82:10 137:1,5 139:9
project 32:4,14,18 33:4,22
projects 10:7 33:9,10,11
promise 156:24
proof 116:10
proper 13:18
protect 62:24
provided 146:6
proximity 98:3
psychiatric 153:7
psychiatrist 18:9,17,20,23
  19:2,7 63:18 131:5,21,23
  134:9 147:13 153:10 157:18
psychiatrists 45:3 133:14
psychological 45:12
psychologist 18:7 133:6,8,10
  146:11,14
psychologists 45:3
PTSD 148:21 151:3,12
Public 1:15 165:6
pull 50:2
pulling 15:10
pulls 145:12
punched 149:9,12
punching 47:8
push 34:21
pushed 125:5,23 126:4
pushing 118:13
put 9:22,23 33:10 37:15 57:5
  84:3 122:6,18 125:3,11
putting 52:18

Q

quarter 71:20 76:13
question 4:7 5:9,10,22,23
  6:14,15 7:3,6 21:9 25:7
  36:3 49:11 79:10 82:7
  141:24
questionable 161:6
questions 4:21 5:3 6:1,6,21
  121:23 141:15 146:8 150:17
  163:23 164:3
quickly 34:6

quiet 156:1

R

race 71:20,21,22
raised 65:24 66:8
ran 10:17 11:15 12:14 40:10
  75:11 83:15
reach 110:9
reaching 125:18
reaction 93:23
read 141:23 142:2
ready 104:11 131:22,23
real 69:2 71:9 87:11 163:4
realize 52:7 142:11 162:8
realized 52:8 76:15 107:5
  109:6
really 12:9 27:16 34:6 37:13
  39:21,21 45:13 52:7 53:7
  56:7,12 58:8,12 61:9,13,19
  61:20 62:7 65:19 66:7,19
  69:2,19 71:22,22,24 72:1,19
  72:24 74:7,8,24 77:12,13
  79:2 83:17 92:7 100:10
  103:6 109:3 110:8 113:17
  120:8 129:5 140:17,17
  143:4,5,21,21 144:9,13
  147:19 148:15,15 152:24
  155:8 156:5 163:6,11,17,22
reason 5:5 6:8,9 17:16 18:10
  19:16 51:11 81:18 82:7
  88:21 102:15 104:9 118:17
  131:16
reasons 91:15
reassuring 97:17
rebuilt 144:5
recall 14:13 18:14,22 20:5
  21:18 31:9 32:18 35:16
  57:1 58:12 59:7 62:12
  69:15 88:17 93:13 99:1
  107:20 111:19 115:10 117:8
  121:8 127:9 130:4,11
  131:18 147:13 151:17 158:4
receive 12:17
recess 58:4
recollection 14:19 19:1,6
  22:13,19 23:12,22 25:19
  26:1 28:3 36:17 37:4,12

40:3,6 45:10 57:8 69:9
  74:16 85:10 87:17 91:6
  97:14 99:7,9 103:13 109:8
  115:17 116:1,14,19,24
  117:3 133:5,7 146:17,21
  154:16
record 125:17 142:2
recorded 146:20
records 146:6,15 147:17
  156:7 158:12
redo 13:6
refer 153:7 156:11
reference 133:9
referring 33:1 151:3
refers 133:12
reflected 140:23
refresh 36:17
regard 9:18 31:21 37:5 40:1
  47:6 55:21 83:24 91:21
  128:16 161:18 163:9
regarding 4:17 37:18 86:7
regards 160:17
regular 22:24 26:2 27:8
  44:17 160:24
related 130:22 155:20
relation 56:9
relationship 20:8,22 22:14
  31:12 51:5 52:2 74:21
  104:17 121:18 143:12 145:1
  145:16 152:5
relative 26:2
relay 68:12
relaying 54:23
reliving 130:24
remained 117:4
remember 5:23 12:2 15:1,1,3
  15:3 17:8 18:15 23:15 25:1
  25:2,16 28:9,10,12 30:10,12
  30:18 31:13 32:11,12 41:19
  44:13,13 50:17 52:10 53:23
  65:3 73:11,24 78:1 86:14
  95:1 96:10,24 97:9,24
  100:22 117:12 121:2 127:4
  127:14,15,16,16 130:9
  133:22 134:12 146:12,14
  149:17 158:15
remembering 41:11 46:24

119:18 127:5
**reminded** 45:22
**remove** 79:18
**removed** 117:6
**repeat** 6:24 7:2 49:10 89:15
**repercussions** 56:15 85:9
**rephrase** 5:11 7:7
**report** 76:24 111:15 158:1
**reported** 46:20 57:21 126:15
  128:18
**reporter** 1:15 86:16 142:1
  149:11 165:5,23
**REPORTERS** 1:21
**reports** 56:10 58:17
**represent** 4:17
**reprimand** 156:15
**reputation** 136:7
**requested** 142:3
**require** 149:21
**required** 139:21
**requirements** 116:17
**reserved** 4:8
**reside** 7:15,24 8:15
**resides** 44:21
**respect** 66:5 78:20
**respond** 126:7
**response** 5:18 40:24 47:15
  97:15 110:17
**responses** 121:24
**rest** 21:24 137:8,9
**restaurant** 13:16
**retire** 163:15
**returned** 138:19
**ride** 11:17 19:21 118:2,5,6
  122:15 123:14
**riding** 64:9 88:8 156:17
**Riggin** 99:4
**right** 8:24 14:3 17:21 26:13
  29:20 35:22 40:21 42:15
  43:17 47:20 59:3,11,12,20
  69:3,5 71:16 73:21 75:8
  78:16 91:19 92:15 94:10
  98:4 99:7 103:11 105:5
  112:18 118:10,12 124:3
  125:18 128:2 148:12 152:12
  160:13
**ring** 146:8

**ripped** 132:19
**road** 9:6
**rocky** 148:15
**rode** 123:22
**roller** 113:5 118:10 122:14
**room** 25:5 31:14 35:24 36:8
  70:14 121:21 128:9 158:8
**route** 83:22
**routine** 85:4,23
**ruin** 80:6 119:10,11
**ruined** 119:10
**rules** 136:4
**run** 13:7 83:13 84:4,8 98:19
  163:17
**running** 114:11

## S

**safety** 83:20,24 84:3 85:2,11
  85:15 89:18,21 90:18 96:16
  96:20,24 97:5 108:21 109:1
  129:2
**salary** 16:2
**Sally** 12:22,24 13:2 15:15
  143:6 158:18 160:11
**Sally's** 11:15 15:5,17 143:1,2
**sat** 101:11 103:9 104:4,7
  107:23
**save** 42:19
**saw** 18:14,20,23 19:2 34:23
  35:3,17,18 74:17 75:6,12,14
  75:21 77:21,24 78:24 81:11
  89:3 102:6,8,21 112:15
  114:17,18,22 133:23 142:18
  146:19 158:15 159:19 160:6
**saying** 30:11 54:24 77:19
  115:22 119:12,24 121:9
  158:4
**says** 72:23
**scared** 132:24 156:13
**scarring** 149:24
**scene** 110:22 119:13
**schedule** 100:18 140:8
**school** 1:8 4:17 5:3 14:17
  16:11,14,24 19:3 20:15 21:1
  22:14,23,24 23:23 24:10,16
  24:18 27:11 28:20 29:1,11
  30:8 38:15 39:3,17,18 42:20

46:18 48:3,9,10 50:12,16,19
  51:16 52:2 53:20,22 56:11
  56:17 57:10,15 58:1,20,24
  59:21 60:5 61:4,16 63:8,13
  63:15 64:1 66:21,22 68:13
  69:18,19 73:12,19,20,20
  74:17,22 76:8 77:21,22 78:4
  79:18,20 80:9 81:11 82:12
  82:18 83:8,21 85:4 87:3,7
  90:9 93:9,11,22 94:10 95:11
  95:14 96:3 97:10,15 98:2,8
  98:16 99:24 100:4,12,13,19
  101:2,3,18,19 102:2,6,9,11
  104:1,24 105:6 106:2,7,23
  108:13,16 109:6,16,17
  112:5 113:9,10,12,14,15,21
  113:23,24 114:1 116:5
  120:24 121:4 129:10,14
  130:4,19 131:10 133:2,5,21
  134:5,9,24 135:5,6,7,8,15
  136:6,8,17 137:15,15 138:8
  138:11,17,17 139:11,16
  141:7 142:6 147:23 159:4,8
  159:9,14
**school's** 64:2
**schooling** 134:23 137:9,11
  138:6,16 139:1
**schools** 75:10 106:11 136:3
  138:12
**Schoppe** 95:4
**science** 28:5 33:8 87:19 116:5
**scoot** 126:8
**screen** 123:15
**script** 63:22
**sealing** 4:4
**Sean** 18:15 134:10 158:13
  159:16 160:3,6,13
**seat** 101:9 103:16
**seats** 101:12,21 103:8,9 104:2
**second** 26:10
**security** 84:5,10,17 86:8 90:2
  90:14 97:20 108:15
**see** 17:3,3 22:6 27:17 35:2,12
  35:23 37:14 40:16,19 41:6,7
  44:17,18,18 58:1,7 63:16,18
  66:14 70:12 74:13 75:17,23
  76:4,13 81:21,23,24 82:3,11

84:4 102:7,17 110:12
112:14 115:8 118:22 123:16
131:21 133:20 142:8 144:18
145:22 150:7 156:3 159:21
160:1,20,23
**seeing** 18:6,9 70:10 79:4,12
82:9 83:11,19 89:17 114:23
146:17 147:13 149:19
**seek** 88:20
**seeking** 160:8,10
**seen** 18:12,17 45:2,4 72:9
88:10 133:10,17,18 152:13
159:18 160:17
**sees** 112:19
**self-diagnosis** 151:6
**self-harm** 150:3
**self-harming** 148:5 150:5
**self-medicate** 131:6,13
**send** 29:7
**sending** 91:12
**senior** 134:16 138:11,14
**sense** 29:4 110:14 162:3
**sent** 36:2 134:1,3,4,9,10
**sentences** 5:19
**separate** 96:7,13 98:22
**separated** 57:14,22 97:19
161:7
**September** 112:7
**serve** 13:14
**served** 13:17
**services** 157:2,7,12,15
**set** 74:9 144:24
**seven** 8:22 21:12 22:10
124:19
**seventh** 58:23 61:12 65:14
69:23 70:5,7,9,11
**sexist** 71:12
**sexual** 123:9,19
**shake** 34:21
**shaking** 5:14
**sharing** 65:6
**shirt** 34:3,15 35:19 37:15,16
**shit** 43:7
**shock** 75:17
**shop** 9:9,13,14,18 10:1 30:14
92:9,12,15,17,21 120:6
**short** 81:7

**shove** 34:17
**show** 102:14
**shrug** 110:20
**shrugged** 37:19
**shut** 136:17 140:14 142:22
155:10
**shutdown** 136:24 137:12
138:12 155:5,7 156:2
**siblings** 8:6,15 21:5,6 38:7
39:7,8
**sic** 64:13 65:4 100:16,20
103:14,18 115:18,22
**sick** 37:1
**side** 11:18 34:1 64:5 72:9
76:13 78:19,20 80:11,11
108:2 125:8 126:4 151:11
159:23
**sided** 50:6
**signing** 4:4
**simply** 5:24
**single** 67:9 68:16 72:8
**sister** 8:7,8 41:22 42:21 145:7
145:12,13,14,23 152:22
153:9 154:3,10,17,22
155:12,23 156:3,12
**sister's** 73:3 151:24 154:8,9
155:19
**sisters** 145:6,18
**sit** 13:19 31:12,14,16,18
35:24 44:1 53:16 125:2
**site** 10:15 140:4 144:8
**sites** 10:14
**sitting** 32:12 101:21 102:24
**situation** 44:14 45:17 47:12
55:10 68:17 96:11 118:24
162:10
**six** 21:12 22:10 47:24 155:3
155:12,13
**sixth** 20:19 23:6,9 25:3,8
27:20,24 28:18 31:12 33:7
37:9 46:15 51:18 57:13
58:4 59:16 61:14 65:15,16
65:17 114:8 124:13,16
127:1 147:8,10,14
**skin** 30:12
**skinny** 68:4
**skirt** 125:11

**slamming** 132:17
**sleep** 158:6
**sleeve** 150:7
**slowly** 107:8 134:22
**small** 30:10,12 71:22 92:7
125:22
**smoker** 147:18,19
**smoking** 147:18
**snapped** 48:1 117:23
**snaps** 81:1
**social** 24:14 107:11,12,17
115:14 142:9 157:2,7,12,15
**socialized** 24:17
**socializing** 24:15
**solution** 69:3
**solved** 69:7
**sooner** 132:23
**sorry** 5:15 7:23 15:22 18:2
21:15 26:15 33:17 38:19
43:8 49:11 57:12 70:17
79:10 89:1,15 134:7 135:19
141:2 149:11 153:4
**sort** 94:6 108:24,24 138:14
**Souderton** 106:10,11
**sound** 135:20
**sounds** 25:23 26:7 27:1 71:23
74:6,7 99:5
**South** 1:21
**space** 155:15
**speak** 48:9,21 56:2
**speaking** 121:8
**special** 81:24 82:1
**specifically** 148:10 153:24
156:8 157:1
**speculation** 138:2
**spell** 105:24
**spend** 77:5 93:21 154:13
**spending** 154:2
**spent** 67:5 154:17
**spiral** 57:4 119:14 147:11
**spoke** 49:4,13 55:23 56:1
62:14 126:14 128:9
**spoken** 48:17
**sport** 87:6
**sports** 66:24,24 67:2
**spot** 40:16,18 84:8
**spring** 12:6 16:12 133:4

**Square** 20:15,18,21 22:20
  23:18 24:22 48:10 56:11
  58:2 60:19 62:3,18 100:7
  113:11 114:7
**Stable** 67:13 88:4
**stablehand** 11:20
**stables** 64:21 86:24
**stand** 43:17 44:2
**standing** 89:23 105:5
**start** 4:18 59:21 60:5,12,20
  68:5 76:3 100:13 104:6
  107:8,13 108:8,9,10,11
  109:3 110:5 122:15 158:7
**started** 15:15 37:6 63:15 67:6
  73:12 74:11 85:1 86:23
  88:7 91:8,14 92:14 94:3
  95:10,10 96:19 100:4,24
  104:16 106:16,21 107:10,14
  108:17,22 109:6 112:22
  121:6 122:17 134:22 135:3
  138:7 140:15 147:9
**starting** 45:21 57:4 93:24
  94:21 95:20 99:23 108:3
  138:5 151:1
**starts** 100:21
**state** 7:9
**stated** 43:20
**STATES** 1:1
**stay** 22:3 24:23 69:3 73:13
  79:20 94:13 97:19 98:22
  116:11 139:5 155:19 158:3
  163:12
**staying** 113:1 163:18
**stenographic** 165:8
**step** 114:19,20
**stick** 143:22
**stomach** 47:9 110:10
**stood** 43:17 87:14
**stop** 34:22 37:18,20 40:20
  122:14 158:9
**stopped** 63:13 131:15 149:19
  157:20
**stopping** 62:16
**stories** 66:2
**street** 1:16,21 2:3 14:3 42:15
  43:4 44:19
**stress** 80:2,20,21,22 151:4

  153:22 154:4 155:23
**stressed** 91:24
**strict** 136:2
**strike** 141:22 142:21 155:18
**structured** 135:21 138:8
**student** 12:9,10,11 23:18
  24:20 30:20 81:12 82:11
  88:10 89:13,16 93:3 101:14
  101:24 102:1 106:4,14
  128:24 129:9 139:3
**students** 24:17 25:6 27:14
  48:3 83:23 94:19 129:20
  140:2 141:8 142:7 150:20
**studies** 107:11,12,17 115:14
**study** 28:22
**studying** 29:13
**stuff** 9:16 11:16 12:16 13:23
  30:16 43:16 44:19 47:2
  52:18 56:3,4,7 60:18 61:7
  63:7,8 64:12,16 65:11 71:7
  71:9 72:8,21,22 75:10 79:19
  83:16,23 84:13,15 85:5 88:8
  92:1 94:19 95:11 96:14
  97:3 98:23 101:12 105:17
  107:15 108:3,12 110:6,11
  113:1 114:12,17 120:6
  122:17 124:13 131:1 135:17
  138:9 148:21 150:2 155:24
  158:6 161:3 162:11 163:7
  163:14
**stumbling** 61:11
**stupid** 29:24 92:22,23
**subject** 29:4 163:2
**sucked** 120:2
**sucks** 152:18 161:24
**sudden** 162:4
**suffering** 6:19
**suicidal** 151:15
**suicide** 152:14,21
**Suite** 1:22 2:8
**summer** 59:19 95:17 106:23
**supported** 139:11
**supposed** 41:8 55:16
**sure** 10:1 17:12 22:18 25:15
  28:17 30:22 31:16 32:15,22
  33:6 42:20,23 44:12 53:8,16
  73:21 74:23 81:6 84:8

  85:22 95:3 97:20 98:19
  121:7
**surprised** 151:7,12
**suspended** 56:20 130:8,17
  131:17
**suspension** 130:3
**suspicious** 34:2,20
**sutures** 149:3
**sweet** 13:22,22
**swinging** 162:5
**swings** 162:14
**switch** 25:2,4 27:15
**switched** 20:13
**switching** 25:15
**sworn** 4:11
**system** 54:20 105:6

**T**

**table** 32:13 108:9
**tables** 13:15 75:12
**tack** 11:17
**take** 5:4 6:8,9,10,15 19:10
  28:21 30:15 34:2,6 43:18
  54:20 55:14,15 67:17 73:6
  81:1,5 82:20 87:22 110:13
  125:3 131:21 135:12 140:10
  154:6 163:15,20
**taken** 1:15 57:15 58:16 81:8
  128:19 129:16 153:18 165:8
**takes** 156:17
**talk** 6:13 35:15 42:4 45:5
  50:7,23 52:17 61:17 70:13
  92:1 96:23 99:13 108:3
  121:1,5 132:20,23 156:19
  156:22 161:1 162:23 163:1
  163:2,4,7
**talked** 39:2 42:24 49:16,20
  61:19,20 99:12,20 103:3,4
  132:20
**talker** 99:15
**talking** 56:6 62:16,23 63:13
  96:10,11
**task** 22:3
<span style="background:black">   </span>1:8 3:6 4:10,15 7:10
  35:15 81:10 144:22
**tea** 11:5 13:10,14,16,17,18,24
  13:24 14:5 15:5,6,8,10,14

15:19

**teach** 10:24 92:16,19

**teacher** 30:9,20 31:6 34:5
52:15 100:23 102:23 103:6
103:13 110:5,12,22 115:10
116:5,23

**teachers** 23:3,4 30:22 31:3
32:10 38:1 67:1 92:3 103:4
148:16,18 159:9

**teaching** 11:1 92:10,18

**teams** 87:6

**technical** 70:22 82:18

**technically** 64:17

**Ted** 54:14,22 55:4,24 56:1

**teenager** 69:22 103:24 131:2
147:22 148:20

**teenagers** 61:6

**tell** 29:10,22 33:9 34:21
35:23 36:11 38:22 39:8
40:20,20 43:2 48:6 49:5
51:11 54:8 59:14 66:2
72:18 78:21 90:8,13 103:18
103:22 104:10,21 105:2,14
105:16 111:3 120:19 126:22
147:8 150:5 151:9 157:9

**telling** 51:18 60:4 74:4 91:8
105:3 116:6,19 127:9 128:4
132:10

**temporary** 64:17 152:15,16

**tenth** 18:24 19:2 74:10 84:12
84:24 88:7 89:4,4 91:4,9,11
93:15 94:21 95:20 96:17,19
96:20 98:24 99:2,11,18,23
104:16 106:16 107:4 108:22
108:23 109:1,3 119:5,6
124:14,17 126:23 127:2
129:9,12,19,20 130:3,6
131:14,17 133:11,21 137:6
154:18,20,21,23 157:24
158:11 161:8

**term** 23:1

**terrified** 36:12

**testified** 4:11

**testify** 43:21,23 44:2,6

**testimony** 27:21 29:11 32:16
43:19 58:11 80:12 99:17
115:24 119:20 124:5 132:6

152:12

**tests** 110:6

**thank** 15:22 26:23 52:20
115:21 164:1

**thanking** 52:22

**therapist** 19:15 131:22
132:21 134:3,5 146:13,13
146:24 149:20 151:11
157:18 160:13,18,20,23

**therapists** 161:6

**therapy** 11:8,19 12:12,15
13:3 131:4 132:5 161:5

**thing** 10:17 12:10 13:24 24:6
24:8 29:7 33:24 36:1 38:24
43:24 45:8 53:24 57:12
58:6 59:13 60:13 61:15
62:20 65:8 66:7 68:16
76:21 78:14 80:11 90:16
94:2,8 97:1,22 116:22 120:2
120:8,9 130:24 132:13
138:6 140:7 142:9 144:23
145:5,12 150:19 151:13,19
152:18 155:9 157:3,5,10
159:12 162:6,7 163:5

**things** 9:12 41:10 43:15 68:3
74:9 87:10 116:10 118:21
120:22 123:5,6,8 127:16
132:2,19,21 142:22 157:8

**think** 17:12 22:16 23:2,5
25:14 28:6,9,10,12 31:14
32:9 33:5 36:21 42:23
43:12,12 44:11,22 48:12
51:20 53:9,22 56:12,13,13
56:15 60:11 61:11 62:1,4,7
65:2,15 73:15,18 75:23 76:6
76:22 77:12 80:18 88:7
89:4 93:15 96:8,23 98:9
100:8,21,24 109:4,22
113:18 115:19,20 116:5,9
118:8,20 121:4,15 122:16
124:13 132:16 137:8 139:6
141:20 147:7 151:18 157:6
162:5 163:6

**thinking** 91:12 92:15 103:10
151:16 154:2

**third** 23:14,21 24:13 25:1
80:24 101:11,20,24 102:18

102:22 105:1

**thought** 19:5 58:10 68:17
78:11 103:3,3,4

**thoughts** 4:23 5:6

**thousand** 118:21 132:22

**threat** 156:23

**threatened** 156:10,21

**three** 8:19 13:19 46:8 67:6,7
93:15 101:16 110:4 112:4,5
124:19 148:6 159:16,19
160:1

**three-quarters** 106:20,20

**tickle** 126:11

**time** 4:8 5:24 8:17 18:22
22:11,15 23:15 24:14,15,19
33:12 34:11 35:9 36:18
37:4,17,24 38:23 40:4,9
41:18 45:12 46:2,23 47:8
48:13 52:6 54:12 56:21
57:1,3 58:5 60:7 62:19
64:19 67:3,5,10 72:11 73:22
73:23 74:3 77:5,6 80:4,15
81:5,7,17,19,19 82:12,18
91:11 92:18 93:21 94:13
102:20 105:13,18 107:1
109:19,22 118:9,20 120:3,4
124:9 127:6,13 128:4 131:4
131:14 132:5,12 134:6,23
138:5 139:16 140:5,6,10
142:1 143:1 150:15 151:14
151:15 154:11,13,16,20,22
155:16 156:1,15,20 157:22
160:8,10 162:19 163:1,3,22
163:24 164:2

**timeframe** 12:1 14:20 37:5
111:24 146:18 149:17

**times** 6:24 36:21,23,24,24
39:20 46:5,9,10 48:6 49:6
49:17 67:7,7 73:19 83:15
124:11,14,16,17 126:10
158:3 162:21

**tiny** 93:5

**tired** 97:2,7 117:18,19 132:18
132:18

**today** 4:20 53:16

**told** 30:4 32:9,21,24 43:5
46:19 49:16 51:14 52:2,15

53:22 57:10 59:16,23 60:1
61:23 62:2,5 76:2 77:24
78:3,24 81:10 82:15 84:2
86:10,20 91:17 93:20
102:12 109:1 111:8,15
114:23 115:3 116:18 117:5
117:8 123:24 124:1 134:24
137:17 148:4 150:10 157:14
**tools** 9:22
**top** 18:16 31:15 47:23 57:6
**total** 124:16
**totally** 26:22
**touch** 34:7,14 39:16 40:17
107:2 111:10,11 122:3,8
123:1,9,19 162:3
**touched** 10:16 33:14 34:12
37:23 39:14 43:1 46:5,7,16
48:3,6 49:6,17 53:2 55:20
57:21 161:20
**touching** 40:1 45:21 46:20
47:18,23 49:2 52:16 54:2
55:7 56:10 58:14 109:20,23
114:6 126:3 158:23
**touchy** 40:14 107:14 109:21
109:23
**Towamencin** 121:8,10,16
**Tracy** 146:8,24
**trade** 10:4
**transcript** 1:14 4:5 165:7
**transfer** 115:13 116:15
**transferred** 59:1 73:17,17
74:3 116:2,7
**transferring** 73:22 74:8
**transitioned** 77:5
**transitioning** 81:4
**trauma** 5:1 54:18 56:4 61:23
62:3 130:23 136:5
**traumas** 62:15,17
**traumatic** 151:3
**traumatizing** 57:5
**treat** 134:1 146:22
**treated** 43:1
**treating** 117:19
**treats** 13:22
**trial** 4:8
**trick** 5:8
**tried** 56:3 62:18 67:1 82:3,5

84:13 85:15 108:5,20 123:1
123:4 127:11 131:6 132:23
**trigger** 49:21 50:13,23
**triggered** 41:11 47:3 50:1
**triggering** 162:19
**triggers** 63:5,6
**troubled** 61:20 64:19 136:8
**true** 66:6 165:7
**trust** 53:11 63:12 100:11
131:22,23 132:1,24 159:10
159:11,12 161:24 162:1,11
162:12
**trusted** 63:8 104:19 105:9
143:20
**trusting** 94:1
**truth** 119:12
**truthful** 126:16 127:12
**try** 5:10 14:1 21:21 29:12
34:1,2,4,17,19,20 37:13,15
37:15 50:1,12,23 51:9 54:17
54:17 69:19 80:9 83:21
110:9,20,21 111:10 126:8,8
126:10,11,11,12 127:14
131:13 144:2,16,19,20
**trying** 21:22 22:3 30:2 33:23
33:23 40:11 43:13,15 49:21
63:3 71:10,12 81:20,23 88:2
88:23 89:22 91:23 92:8
94:1 105:11 107:10 108:9
110:18 114:11,15 122:6,11
122:13,24 123:5,8,18
125:24 129:6 144:4,7,18
148:22 151:5
**Tuesday** 1:16
**turn** 34:1 131:9,24 132:14
150:23 156:14
**turned** 17:14,17 150:8
**turning** 110:5 118:22 131:8
**twice** 27:18 29:9 46:8 69:1
**twisted** 43:6
**two** 8:19 10:20 14:7 15:6,14
15:20 21:23 27:13,15 28:10
40:5 60:11 67:6,7 80:23
82:24 90:10,12 93:15
102:13,14 107:21 110:4,19
112:3 133:23 136:15 137:9
150:6 158:7

**two-by-four** 156:18
**type** 6:18 18:6 19:7,10 21:18
63:16 65:13 80:11 82:10
133:10 135:12 140:6 157:5
157:8 160:9

**U**

**ugly** 72:9
**Uh-huh** 5:13 7:8,21 16:3,13
17:24 33:15 35:5,10 42:11
70:15 75:7 78:8 95:22
105:21 107:19 122:9 136:22
139:17 140:24 146:2 148:8
152:7 154:5
**Uh-uh** 38:16
**underneath** 125:3
**understand** 5:10,11,12,19 6:3
6:16 7:6,7 21:8,24 22:1
25:6,11 27:20 29:23 32:16
43:19 44:7 47:14 51:21
54:24 55:17 58:11 77:19
80:12 82:6 85:2,18 98:14
99:16 119:20 132:6
**understanding** 6:20 41:15,21
55:3 101:23 128:11
**underwear** 43:6 125:12
**unintentional** 127:11
**unintentionally** 127:18
**United** 1:1,22
**unpleasant** 4:23
**Upper** 111:23
**ups** 144:4
**upset** 4:19,24 79:1,2 162:15
**uptight** 136:2
**use** 5:17 83:6 129:22
**useful** 92:17
**usually** 102:10 144:6

**V**

**vagina** 124:7,10
**Valley** 2:9
**vape** 147:20
**Vaszily** 48:12,13,18 49:1,4,8
49:13 50:10,15,22 51:6,12
51:22 63:4
**verbal** 5:18
**versus** 73:13

**vicinity** 114:24
**videos** 65:17
**Village** 11:5 13:10,16 14:5
**violence** 156:10
**virtual** 138:21 140:1
**visits** 159:16
**vocational** 109:17
**vs** 1:7
**vulnerable** 132:2

### W

**wage** 14:13
**wait** 28:15 49:10 97:23
**waited** 15:17
**waived** 4:6
**wake** 148:1
**Wales** 14:4 20:24
**walk** 37:13 84:11,13,15 85:7
　85:9,18,24 89:24 90:1,16,17
　98:8,9,10,11 108:16 142:15
**walked** 52:19,20 68:7 71:14
　75:16 84:23
**walking** 43:4,4,5 83:16 85:23
　90:7 112:16 142:18
**Walnut** 1:16 2:3
**want** 4:19 5:1 6:2,9 8:11,19
　17:11 19:22 20:24 28:5
　34:13 36:5,10,16,19 42:19
　55:9 60:9 65:1 71:5,13 72:5
　72:7 80:6,6 86:13 104:2
　105:10 109:1 110:21 116:20
　116:21 118:17 119:4 120:10
　123:14 132:20 137:14,15
　139:4 145:4 146:7 147:23
　147:24 151:19,20 152:11
　155:3 156:16 157:7 159:11
　161:1 163:8
**wanted** 5:4 44:3 60:12 65:18
　66:24 69:19 71:6 72:6 73:6
　79:4,13,18,20 90:6 92:3
　119:2 120:8 132:11,11,21
　148:1 150:19 153:7 156:15
**wanting** 60:8 155:21,22
**wants** 72:9 125:7
**wasn't** 12:9 15:11,11 20:11
　24:6 44:1 45:4,15,18 56:7
　57:2,3,5 61:7 66:15,20

73:16,16 76:11,21 80:8,10
　92:2,3,10 95:6 97:1,6 98:19
　101:18 104:11,11 115:15
　116:6 123:16 131:4,5,5,7,22
　131:23 137:14 140:5 148:23
　155:8,13
**watch** 72:15 110:11 132:13
　132:14,15
**watched** 41:6,7 114:18
**watching** 41:6 114:9 117:21
　131:24 147:10
**Wawa** 131:11
**way** 4:24 5:9 29:7 30:11 36:2
　43:22 47:16 58:13 71:15,17
　72:8 90:14,16,17 100:2
　106:21 117:19 123:9,19
　125:23 131:7 142:17
**ways** 160:11
**We'll** 43:18
**we're** 17:20 19:14 114:19
　124:2,4 145:2,18
**we've** 81:16 145:2
**week** 14:21,22 16:9 27:12
　40:5 46:8 51:3 67:5,7,7
　85:12 107:7 130:10 154:2,9
　161:4
**weekends** 67:11
**weeks** 27:13 110:4 112:3,4,5
**weird** 43:4
**welcome** 52:24
**went** 35:14 38:22 43:20 50:19
　50:19 53:24 60:21 64:1
　73:22 74:10,12 75:3,5 76:9
　82:16 84:6 100:7 101:8,10
　104:24 106:10 109:15 112:9
　113:4,10,10 116:13 121:3,5
　128:21 134:21 135:1 136:19
　136:21 139:20 146:7 150:24
**weren't** 76:24 77:2 89:9
　94:17 96:12 97:4 115:12
　116:16 132:4 138:16 140:11
**willing** 44:7
**Witness** 3:4 5:13 18:2 26:14
　26:19,24 29:16 33:17 38:19
　46:13 69:12 70:17 78:10
　79:9,17 86:18 95:24 110:3
　125:20 138:3 141:2 146:4

149:12 152:9 164:4
**wobbly** 142:19
**woman** 42:8
**wood** 10:8
**Worcester** 65:1
**words** 5:19
**wore** 16:20
**work** 9:15 10:19,22 11:22
　14:5,16 15:7,11 16:8 21:22
　28:20,22 29:6,7,8,12 30:15
　93:1 109:16 120:5 143:2,5
　145:3,8 160:4,7 163:13
**worked** 14:20 15:19,20 74:1
　109:17
**working** 10:8 11:3 12:10,11
　14:8 15:14 16:1 19:20
　20:12 32:14,19 33:22 50:5
　64:18 65:9 91:13 142:24
　158:17 160:12 163:9,19
**works** 10:14
**world** 71:10
**worried** 123:2,5,7
**worry** 15:2 92:12 141:10
**worse** 89:20,20 147:24
**worth** 152:15,16
**wouldn't** 21:24 29:3,12,17
　30:16 34:22 38:11 51:22
　53:10 97:18 118:22 125:10
　136:2 145:11 151:6,12
　158:6
**wow** 43:8
**wrong** 52:7,9 66:23 85:21
　121:9

### X

### Y

**yank** 122:11
**yard** 98:10
**yeah** 5:15 10:9,11,13,23 11:1
　11:11 12:14,19 13:18 18:5
　19:4 21:20 22:12 23:24
　24:11 25:8,14,14 26:14,19
　27:16,16 29:2 32:22 33:2,7
　33:8 35:21 37:10 39:5,20
　40:16 41:3 43:12 46:22
　49:12,20 51:2 57:2 59:24

63:1,4 65:7,10,24 66:4,18
66:23 68:21 71:24 72:4
73:4 75:2,9 77:1 78:5,19
79:6,9 80:3 81:16 82:4
83:20 84:12 87:4 90:7
93:19 94:16 96:23 97:13
99:8,12 100:5,11 102:16,19
104:15,23 106:3,5 109:14
112:8,15 115:3 116:4,18
118:9,9 119:5,17 120:15
122:7 123:3 124:22 125:20
126:4 127:7,14 128:21
130:16 131:12 133:3 134:8
135:22 137:6,22 138:3
139:2 141:6,19 142:20
144:11,17 145:9 146:10
147:6 152:13 154:7,8 156:6
157:13 158:5,14,17 159:13
160:1 163:1,7,21
**year** 11:24,24 39:3,17 58:20
70:10 72:18 73:16 74:9
96:17 106:23 129:10,14
131:17 133:5 134:13,16,17
134:18 135:3 137:3,4,4
138:11,11,14,16 139:14
144:17 158:16,18 161:10,13
**years** 8:20,22 21:11 72:11
137:9 140:19 143:18 145:19
**yep** 6:17 82:13 85:14 120:23
124:4 150:24 157:14
**young** 152:24

### Z

**Zipper** 113:3,4 118:1,14,15
118:16 119:2 122:3,4,23
123:20,22 127:22
**Zoom** 140:6

### 0

### 1

**1:07** 164:6
**10** 16:7
**10:05** 1:17
**100** 2:8 17:12 26:19 28:16
31:16 32:15,22 42:20,23
44:12 53:8 121:7

**10th** 137:8
**11th** 74:10 134:18 137:3,6,8
139:24 140:18 142:22
154:23 161:9
**12th** 12:3,3,5 137:7,8 139:8
139:14 140:1,18 154:23
161:13
**15** 42:19
**1500** 1:16 2:3
**1520** 1:22
**17** 42:19
**17th** 1:21
**18** 17:14,17
**18034** 2:9
**18th** 1:16 2:4
**19102** 2:4
**19103** 1:23

### 2

**2** 1:17
**2:20-CV-05142** 1:2
**20** 20:23,23 46:13 49:6,17
**2003** 7:12
**2014** 49:15 53:21
**2015** 46:15 49:14 58:13
**2018** 126:15 129:9,10 130:2
146:16,16 147:15 148:4,7
148:10 153:8 154:1 156:8
158:2
**2019** 129:10 133:4 134:14
**2020** 12:6 134:14 158:19
159:17,17
**2021** 1:17 12:6 14:20 160:17
**20th** 154:1
**215** 1:24
**22nd** 7:12
**24/7** 92:16 138:8
**27** 8:11,13
**28** 8:11
**29** 8:13
**29th** 156:8

### 3

**30** 1:21 67:15 98:10 145:24
**3701** 2:8

### 4

**4** 3:8
**40** 16:8 67:15 98:10 145:24

### 5

**564-1233** 1:24

### 6

**644** 7:16
**6th** 70:4

### 7

**7th** 148:3

### 8

### 9

**9** 14:15

EXHIBIT "C"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
NO. 2:20-CV-05142


| | | |
|---|---|---|
| JANE DOE, | ) | DEPOSITION UPON |
| | ) | |
| Plaintiff, | ) | ORAL EXAMINATION |
| | ) | |
| - vs - | ) | OF |
| | ) | |
| NORTH PENN SCHOOL | ) | ▆▆▆▆▆ |
| DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | |
| - - - - - - - - - - - | ) | |


TRANSCRIPT OF DEPOSITION,
taken by and before JAMES J. GALLAGHER, JR.,
Professional Reporter and Notary Public, at
FREIWALD LAW, 1500 Walnut Street, 18th Floor,
Philadelphia, Pennsylvania, on Tuesday,
November 2, 2021, commencing at 1:28 p.m.

ERSA COURT REPORTERS
30 South 17th Street
United Plaza - Suite 1520

Philadelphia, PA 19103

(215) 564-1233

```
 1    APPEARANCES:

 2
          FREIWALD LAW
 3        BY:  LAURA E. LAUGHLIN, ESQUIRE
            1500 Walnut Street
 4          18th Floor
            Philadelphia, Pennsylvania 19102
 5             Attorney for the Plaintiff

 6

 7        HENDRZAK & LLOYD
          BY:  MAUREEN A. JORDAN, ESQUIRE
 8          3701 Corporate Parkway
            Suite 100
 9          Center Valley, Pennsylvania 18034
               Attorney for the Defendant
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1                    INDEX

 2

 3

 4  WITNESS                        PAGE

 5

 6  ██████ ███████

 7

 8     By: MS. JORDAN                4

 9

10

11

12                 - - -

13

14

15               EXHIBITS

16

17  NUMBER      DESCRIPTION    MARKED ATTACHED

18         (NO EXHIBITS WERE MARKED.)

19

20                 - - -

21

22

23

24
```

```
1                      PROCEEDINGS

2

3                  (By agreement of counsel,

4            the signing, sealing, filing, and

5            certification of the transcript have been

6            waived; and all objections, except as to

7            the form of the question, have been

8            reserved until the time of trial.)

9

10           ███████ ████████ after

11           having been duly sworn, was examined and

12           testified as follows:

13

14   BY MS. JORDAN:

15   Q.      Good afternoon, Wendy.  My name is Maureen

16   Jordan and I represent the school district in regard

17   to the lawsuit filed by your daughter.  Have you

18   ever given deposition testimony before?

19   A.      Yes.

20   Q.      Do you recall in what circumstances you

21   previously gave deposition testimony?

22   A.      A slip and fall in a property management.

23   Q.      And were you a witness or were you one of

24   the parties?
```

```
 1    A.        I represented the owner.

 2    Q.        And was that for your employment?

 3    A.        Yes.

 4    Q.        And are you still employed with that

 5    entity?

 6    A.        No.

 7    Q.        So you're familiar with the process.  I'm

 8    just going to go over some rules that I'm going to

 9    ask you to follow.  Please listen to my question and

10    give a verbal response when you do respond.  Often

11    times we nod our head, which I understand what

12    you're saying, but we also need a verbal response;

13    do you understand that?

14    A.        Yes.

15    Q.        If I ask you a question and you don't

16    understand my question because of the way I phrased

17    it, let me know and I will rephrase it until you do

18    understand it; do you understand that?

19    A.        Yes.

20    Q.        If I ask you a question and you simply

21    don't know the answer or you can't remember the

22    answer, that's fine, I don't know want you to guess

23    at anything; do you understand that?

24    A.        Yes.
```

1    Q.       Okay.  Are you currently taking any type of

2    medication or suffering from any illness or

3    infirmity that would prevent you from understanding

4    my questions and answering to the best of your

5    ability?

6    A.       No.

7    Q.       Also, before we start, I just want to say

8    that I know this will be difficult, because I'm

9    going to be asking you questions relating to your

10    daughter's trauma from what happened at the school

11    district.  It's not my intention to upset you, it's

12    not my intention to embarrass you, to humiliate you,

13    to do anything other than -- I have to ask these

14    questions to do my job.  I just wanted to say that

15    to you personally.  If you need to take a break for

16    any reason, that's fine.  You're entitled to take a

17    break, just let me know and you can step out of the

18    room; do you understand that?

19    A.       Yes.

20    Q.       Can you state your full name please?

21    A.       ██████    Jane ███████

22    Q.       And ██████████ is your married name,

23    correct?

24    A.       Correct.

```
1   Q.        And is James your maiden name?

2   A.        Jane is my middle name.

3   Q.        What is your maiden name?

4   A.        My maiden name is Stark, S-T-A-R-K.  I was

5   married one time briefly.  That name is ████

6   A-B-A-D.  ████████████ is my current last name.

7   Q.        What is your date of birth?

8   A.        ████████

9   Q.        Currently, how old are you?

10  A.        Fifty-four.

11  Q.        Do you reside in Lansdale on Garfield

12  Street?

13  A.        Yes.

14  Q.        And ████████ said that she's lived there all

15  of her life and that's the family home; would you

16  agree with that?

17  A.        Yes.

18  Q.        How long have you lived at that address?

19  A.        Twenty-one years.

20  Q.        And she said that she lived with you and

21  your husband; is that accurate currently?

22  A.        Yes.

23  Q.        She also said she has siblings.  She has a

24  sister and a brother?
```

```
1    A.       Yes.
2    Q.       Are they your only children, the three,
3    ████     your daughter and your son Cory?
4    A.       Cody.
5    Q.       Cody.  Sorry.
6    A.       He is my stepson.
7    Q.       Okay.  So Olivia -- is that her name?
8    A.       Who?
9                          MS. LAUGHLIN:  ████████
10                         MS. JORDAN:  I'm sorry.
11   BY MS. JORDAN:
12   Q.       ████████ is your child with your first
13   husband, correct?
14   A.       Yes.
15   Q.       And then Cody is a child your current
16   husband had -- was he married previously as well?
17   A.       He was not married, but in a relationship,
18   yes.
19   Q.       Okay.  And ██████ is your child together?
20   A.       Correct.
21   Q.       Does your husband have any other children?
22   A.       No.
23   Q.       Okay.  And how long have you and your
24   current husband been married?
```

```
 1    A.        Eighteen years.

 2    Q.        Are you currently employed?

 3    A.        Yes.

 4    Q.        Where do you work?

 5    A.        The company name is Bonaventure Realty.

 6    Q.        What do you do Bonaventure Realty?

 7    A.        I sell real estate.

 8    Q.        From that answer, am I correct you are a

 9    licensed real state agent in the commonwealth?

10    A.        Yes.

11    Q.        For how long have you worked at Bonaventure

12    Realty?

13    A.        One year.

14    Q.        And for how long have you been a licensed

15    real estate agent?

16    A.        Eleven years.

17    Q.        Prior to working at Bonaventure Realty,

18    were you employed somewhere else?

19    A.        Yes.

20    Q.        Where were you employed?

21    A.        I've been in commercial property management

22    for 25 years.  So before that I worked for Newmark.

23    What are they now?

24                         MS. JORDAN:  Off the record.
```

```
 1                    (At this time, a discussion was
 2            held off the record.)
 3                    THE WITNESS:  So Newmark, Knight,
 4            Frank is the new name for them.  Prior to
 5            that, I was with Onyx Equity.  Before that,
 6            CBRE.  Before that, Acorn Development.
 7            With the recession and everything going
 8            crazy and losing buildings --
 9   BY MS. JORDAN:
10   Q.       Sure.  I bet.  And being in commercial
11   property management, you would oversee specific
12   portfolio or a property; would that be correct?
13   A.       That is correct.
14   Q.       Okay.  In regard to your daughter ▓▓▓▓▓
15   am I correct that she started at Gwynedd Square
16   Elementary for kindergarten?
17   A.       Yes.
18   Q.       And do you recall when it was determined
19   that she had AD/HD?
20   A.       Are you asking me what year, what grade she
21   was in?
22   Q.       Yes, if you remember.
23   A.       Second grade.
24   Q.       Okay.  And her recollection was her
```

1    pediatrician Dr. Bandi diagnosed that; is that your

2    recollection?

3    A.        Dr. Bandi started the process.  She wanted

4    input from the collective, day care, home, school

5    and the physician.  It was a combined effort.

6    Q.        Okay.  And when she was diagnosed with

7    AD/HD she recalled being placed on a medication that

8    didn't work out prior to her being prescribed

9    Adderall; do you agree with that recollection?

10   A.        Yes.

11   Q.        Now, when she was diagnosed with AD/HD in

12   second grade she was entitled to an IEP, correct?

13   A.        Correct.

14   Q.        And that process began at Gwynedd Square,

15   correct?

16   A.        Correct.

17   Q.        And you as her mom would be part of the IEP

18   and making sure that it was meeting your daughter's

19   needs; would that be correct?

20   A.        Correct.

21   Q.        Now, when did you become aware of ▮▮▮▮▮▮

22   ▮▮▮▮▮ as a student at Gwynedd Square Elementary?

23   A.        In April of sixth grade.

24   Q.        And how did you become aware that he was a

```
1    student at the same elementary school as ▮▮▮▮▮

2    A.        I received a telephone call from the

3    principal and the guidance counselor.

4    Q.        And were they on a joint call or were they

5    separate calls?

6    A.        They were in the room together and called

7    me on speaker phone.

8    Q.        And who was the principal, if you remember?

9    A.        William Bowen.

10   Q.        And who was the guidance counselor, if you

11   remember?

12   A.        Kristin Vaszily.

13   Q.        Prior to receiving that call in April when

14   ▮▮▮▮▮ was in sixth grade, had you ever had any

15   interaction with Mr. Bowen, the principal?

16   A.        I believe so, that school year earlier in

17   the year.

18   Q.        And do you remember how you came to have

19   that interaction?

20   A.        ▮▮▮▮▮ was having some behavioral issues.

21   Q.        Do you recall what they were?

22   A.        There was one incident on the bus with a

23   third grader.

24   Q.        And what about Ms. Vaszily, had you ever
```

```
 1    had interaction with her prior to that phone call?

 2    A.        Absolutely.

 3    Q.        And was she part of ████████ IEP team?

 4    A.        Yes.

 5    Q.        When they called you what did they tell

 6    you?

 7    A.        They informed me that a student had come

 8    forward with a claim of being assaulted by another

 9    student and that during the course of the

10    investigation ████████ name was brought up into it

11    as also being someone that was assaulted.

12    Q.        And when you received that call how did

13    that make you feel?

14    A.        I dropped to my knees.  I started crying.

15    I told them that I would be there.  On my way I

16    called my husband and tried to get to the school

17    carefully without causing an accident.  I was

18    devastated.

19    Q.        And would I be correct that you had never

20    heard of ████████ ████████ prior to receiving that phone

21    call?

22    A.        Yes.

23    Q.        And when you got to the school did you meet

24    with the principal and Ms. Vaszily?
```

1    A.        Yes.

2    Q.        And what do you recall about that meeting?

3    A.        Kris was sitting off to the side of the

4    desk.  Mr. Bowen was sitting at his desk and he

5    recounted to us the events that were brought to his

6    attention, that ▮▮▮▮▮▮ name was brought up in the

7    investigation, that she was also assaulted and that

8    teachers had witnessed the event six months ago and

9    did not report it.

10   Q.        And when you learned that information how

11   did that make you feel?

12   A.        Very angry.

13   Q.        From your testimony, would I be correct

14   that ▮▮▮▮▮▮ never told you about the incident that

15   had occurred in November of 2014 prior to you

16   learning about it in April from the school?

17   A.        The incident occurred in October, not in

18   November of that year for correction.

19   Q.        Okay.  And how do you know that it occurred

20   in October?

21   A.        That is what the school informed us of the

22   date.

23   Q.        Okay.  Now, through the litigation I've

24   learned that ▮▮▮▮▮▮ was molested when she was five

1    years old; is that correct?

2    A.      That is correct.

3    Q.      And ▮▮▮▮ indicated that it was a next

4    door neighbor, a teenage boy, who had molested her;

5    is that correct?

6    A.      That is correct.

7    Q.      ▮▮▮▮ indicated that there was some type

8    of court proceeding where she would have testified,

9    but then didn't have to testify; was that accurate?

10    A.      Yes.

11    Q.      And was that in regard to criminal charges

12    brought against the gentleman?

13    A.      Yes.

14    Q.      And as a result of the criminal charges, do

15    you know if he pled guilty or if there was an actual

16    hearing or trial where he was found guilty?

17    A.      He took a plea deal five minutes before we

18    walked into the courtroom.

19    Q.      And then it's my understanding from

20    paperwork in the file that your older daughter was

21    also molested by him; is that accurate?

22    A.      That was not on record anywhere.

23    Q.      Okay.  Somehow I knew it, but I thought it

24    was in paperwork, but is that accurate or not

 1    accurate?

 2                      MS. LAUGHLIN:  Do you know?

 3              Let's go off the record for a second.

 4                      (At this time, a discussion was

 5              held off the record.)

 6    BY MS. JORDAN:

 7    Q.        So that happened when she was five, so was

 8    she in kindergarten at the time?

 9    A.        She was not in school yet, no.

10    Q.        When she started school at Gwynedd Square,

11    was anyone given that information when she first

12    started school?

13    A.        Yes.

14    Q.        Who was given that information to your

15    knowledge, to your recollection?

16    A.        Kristin Vaszily.

17    Q.        And was Ms. Vaszily to be the go to person

18    in assisting your daughter if any issues came up

19    because of that past experience?

20    A.        Yes.

21    Q.        As  █████  progressed through school at

22    Gwynedd Square, was anyone else advised of that

23    other than Ms. Vaszily?

24    A.        Yes.

```
 1   Q.        Who else was told to your recollection?

 2   A.        Every teacher that she had from

 3   kindergarten to fifth grade were told.

 4   Q.        And when you say every teacher, would it be

 5   -- when you first start elementary you only have one

 6   teacher.

 7   A.        Correct.

 8   Q.        So in first, second and third grade she

 9   only had one teacher.

10   A.        Correct.

11   Q.        So would it be that teacher that would also

12   be told?

13   A.        Yes.

14   Q.        Then she couldn't remember if fourth grade

15   they changed classes, but in fifth and sixth they

16   did to her recollection; would you be telling all of

17   the teachers or just like the home room teacher?

18   A.        So we told the primary teachers from

19   kindergarten to fifth -- fourth -- I thought it was

20   into fifth that we shared that information as well,

21   but when they started changing classrooms we kind of

22   depended on Kristin to give us any guidance that we

23   needed at that point in time.

24   Q.        Okay.  Would Kristin Vaszily meet with your
```

1    daughter on a regular basis through the school year

2    to see how she was doing to your knowledge?

3    A.        I was not privy to that information.

4    Q.        Okay.  When your daughter began school was

5    she told that Ms. Vaszily was her go to person if

6    anything upset her?

7    A.        I don't remember if there was a specific

8    conversation.

9    Q.        Once she was diagnosed with the AD/HD and

10   provided an IEP she was also provided a case

11   manager, correct?

12   A.        Yes.

13   Q.        And did you give any information to the

14   case manager regarding that trauma from when she was

15   five?

16   A.        Not in the beginning, no.

17   Q.        And in fifth grade Holly Andrews was her

18   counselor; do you agree with that?  I'm sorry.  Not

19   her counselor.  I'm sorry.  Her case manager in

20   regard to the IEP?

21   A.        Yes.

22   Q.        And she then was also her case manager when

23   she started sixth grade, correct?

24   A.        I believe that to be the case, yes.

1    Q.        And am I correct that once the IEP started

2    you would have at least a pre-start of school

3    meeting with her team, which would include the case

4    manager and then an end of school meeting; is that

5    accurate?

6    A.        It was usually after school started.

7    Q.        Okay.

8    A.        And then again at the end of the year, yes.

9    Q.        Okay.  And that gave you an opportunity to

10   address any concerns you had regarding the school

11   plan for your daughter, correct?

12   A.        Correct.

13   Q.        And then if you had any issues during the

14   year you could contact the school regarding her IEP,

15   correct?

16   A.        Correct.

17   Q.        In April when you found out about the

18   incident and went to the school and spoke to Ms.

19   Vaszily and the principal your husband was with you,

20   correct?

21   A.        Correct.

22   Q.        And they gave you the information that

23   teachers knew about it and didn't report it back in

24   the fall semester, correct?

```
1    A.        Correct.

2    Q.        Did they identify who the teachers were?

3    A.        Yes.

4    Q.        Who were the teachers to your knowledge?

5    A.        Ruth Divers and Holly Andrews.

6    Q.        And Ms. Andrews was her case manager,

7    correct?

8    A.        I believe so.

9    Q.        And Ms. Divers was a language arts teacher?

10   A.        I don't know what her role was.

11   Q.        Okay.  After learning of this information,

12   what was the next step or what did you ask at that

13   meeting was going to be the next step, if you asked

14   that?

15   A.        I asked how the boy ████ was going to be

16   dealt with.  I asked how the teachers -- if they

17   were going to face any disciplinary action.

18   Q.        And what were you advised at that time?

19   A.        They told me that they had to go through HR

20   in the district.

21   Q.        And what was your understanding of what HR

22   in the district was?

23   A.        Human resources.

24   Q.        I mean, did give you any more information
```

1    as to what that meant?

2    A.        No.

3    Q.        Was Kids Peace or the police department

4    contacted to your knowledge?

5    A.        By whom?

6    Q.        By the school?

7    A.        I'm not aware of what they did.

8    Q.        Did you contact the police?

9    A.        Correct.

10   Q.        And who did you contact in particular, if

11   anyone?

12   A.        Ted Kiello of the Upper Gwynedd Police

13   Department.

14   Q.        And ▬▬▬▬ advised that he was the same

15   police officer that interacted with her in regard to

16   the trauma when she was five years old; is that

17   correct?

18   A.        Yes.

19   Q.        Is that why you called him specifically?

20   A.        He was an officer I was familiar with and I

21   didn't know what to do.

22   Q.        I didn't know if you chose him because he

23   was familiar with your daughter and that was a plus;

24   did that come into play?  Or was he just -- you knew

1    him so you called him?

2    A.       I knew him so I called him.

3    Q.       Okay.  When you called him were you at the

4    school or had you left the school?

5    A.       I don't remember.

6    Q.       What, if anything, did he do in regard to

7    the allegations about ▬▬ ▬▬ to your

8    knowledge?

9    A.       He advised me that he was going to look

10   into it.

11   Q.       Do you know what that meant?

12   A.       I don't know for certainty.  I was assuming

13   he would be speaking to those at Gwynedd Square,

14   because Gwynedd Square falls in Upper Gwynedd

15   Township.

16   Q.       Did he come and interview your daughter?

17   A.       No.

18   Q.       To your knowledge, he never spoke to

19   ▬▬

20   A.       I don't believe so.

21   Q.       Did you relay to him what occurred to

22   ▬▬

23   A.       Yes.

24   Q.       After you learned of what had occurred to

1    ▮▮▮▮ when you left did you then speak to ▮▮▮▮

2    about it?

3    A.       Yes.

4    Q.       What do you recall ▮▮▮▮ telling you about

5    the incident?

6    A.       She did not disclose much.

7    Q.       How did her demeanor seem when you asked

8    her about it?

9    A.       Very withdrawn.

10   Q.       Did you ever contact ▮▮▮▮ ▮▮▮▮ family

11   regarding the allegations?

12   A.       No.

13   Q.       Other than the principal and Ms. Vaszily

14   telling you that HR for the school district was

15   going to look into it, did you have any further

16   conversation with them regarding what that meant?

17   A.       The only other conversation that I had with

18   that was with Dr. Betty Santoro when I asked her

19   what had happened to the teachers that did not

20   report it.

21   Q.       And how did you come to have a conversation

22   with Dr. Santoro?

23   A.       Because I showed up at the central office

24   and requested to speak to someone in charge for

1    elementary kids.

2    Q.        Do you have a recollection as to when you

3    went to the school district building in relationship

4    to finding out about the incident?

5    A.        Very shortly afterwards.

6    Q.        From your answer, did you go there

7    unannounced to speak to someone or did you call

8    first and make an appointment, if you remember?

9    A.        I went unannounced.

10   Q.        And was Dr. Santoro the person that you

11   spoke to?

12   A.        I spoke to her two times; one, I believe,

13   right after the incident and then at the end of the

14   year.

15   Q.        And when you spoke to her originally after

16   learning of the incident what do you recall about

17   that conversation?

18   A.        After the first?

19   Q.        Your first visit, when you go to the school

20   district building and you want to talk to someone,

21   what do you recall the conversation entailing?

22   A.        I was explaining to her what happened and I

23   was requesting that ▮▮▮▮▮ get moved to a different

24   middle school to prevent her from going to school

```
 1    with ▮▮▮▮
 2    Q.          Did you want that to happen right then
 3    before the end of the year or were you asking for
 4    the following year?
 5    A.          I was asking for the following year.
 6    Q.          Okay.  So when it happened at the school,
 7    that it came to light that ▮▮▮▮ had physically
 8    abused your daughter and others, was a plan put into
 9    place to remove him from the classes these young
10    ladies were in?
11    A.          I was informed that the school was taking
12    measures to protect the accusers, but they would not
13    go into detail about what was being done with
14    ▮▮▮▮
15    Q.          Did you ask your daughter if she continued
16    to be in ▮▮▮▮ class?
17    A.          Yes.
18    Q.          And what did she tell you?
19    A.          She said no.
20    Q.          So when you went to the school district
21    building shortly after learning of the incident you
22    told Dr. Santoro you wanted your daughter to go to a
23    different middle school so that she didn't have to
24    deal with ▮▮▮▮ ▮▮▮▮ going forward; would that be
```

1   accurate?

2   A.      Yes.

3   Q.      And what response did Dr. Santoro give you

4   if any?

5   A.      She was very upset to hear about the

6   situation.  She was very understanding of our

7   request to move          She said she would look

8   into it for us and get back to us.

9   Q.      When you went to the school district

10  building and asked to speak to someone and Dr.

11  Santoro first approached you, did she have any

12  knowledge to your knowledge of the incident in

13  question?

14  A.      I did not ask her that.

15  Q.      Okay.  Did Dr. Santoro get back to you?

16  A.      I had to reach out to her two more times

17  before she responded to me.

18  Q.      And when you did get in touch with her the

19  second time after reaching out twice what, if

20  anything, did she tell you in regard to transferring

21  your daughter to a different school than the school

22  she would have gone to, which I believe would have

23  been Penndale, correct?

24  A.      Correct.

1   Q.      What did she tell you?

2   A.      She said she was waiting to talk to the

3   director of transportation and she also answered my

4   question about what was happening with the teachers.

5   Again, I was told that it was being handled by HR.

6   And then I did not hear back from her again until

7   mid-June.

8   Q.      When you first went to the school district

9   building and had the conversation with Dr. Santoro

10  when you advised her that you wanted ███████ to go to

11  a different school did you request any specific

12  school?

13  A.      Pennbrook is the other closest middle

14  school to our house, so it was Pennbrook that I

15  requested.

16  Q.      And that would have been convenient in

17  regard to geography if I understand your testimony,

18  that's why you said Pennbrook?

19  A.      Correct.

20  Q.      Okay.  When she called you back after you

21  had to reach out twice and she told you that she was

22  waiting to talk to the director of transportation,

23  was that to arrange for bussing for ███████ to

24  Pennbrook?

1   A.        She had reached out to me via email and,

2   yes, she was trying to coordinate the bussing

3   schedule, but she still had not had approval yet on

4   the transfer of attendance.

5   Q.        When she told you that HR was handling the

6   teacher issue, did she give you a reason why she

7   couldn't give you any more information?

8   A.        No.

9   Q.        Did anyone answer your question regarding

10  what discipline, if any, ▮▮▮▮▮ ▮▮▮▮ received?

11  A.        No.

12  Q.        To this date, do you know if he received

13  any discipline?

14  A.        The only discipline I know is from what the

15  kids picked up when he wasn't in all the classes,

16  but I don't know for sure what happened with him.

17  Q.        Okay.  So you just know he wasn't in

18  classes with these girls anymore, but you didn't

19  know anything else?

20  A.        Correct.

21  Q.        When Dr. Santoro got back to you, I believe

22  you said mid-June, what did she advise you at that

23  point?

24  A.        That the transfer of attendance was

```
 1   approved and that they would be sending bussing for

 2   ▉▉▉▉

 3   Q.        Prior to mid-June when Dr. Santoro

 4   confirmed that your request to transfer to another

 5   school was approved, had you had any conversation

 6   with ▉▉▉▉ about going to a different school?

 7   A.        I would say yes.

 8   Q.        And what were her feelings about going to a

 9   different school?

10   A.        She was very upset.

11   Q.        And do you recall why she was upset?

12   A.        She didn't want to leave her friends.  She

13   felt that she was being punished for coming forward

14   or talking about what ▉▉▉▉ had done.

15   Q.        She then did attend seventh grade at

16   Pennbrook, correct?

17   A.        Correct.

18   Q.        And what is your recollection of her

19   experience in seventh grade at Pennbrook; was it

20   positive, negative?

21   A.        It was horrible.

22   Q.        And why was it horrible?

23   A.        Because she didn't want to be there in the

24   first place.  She was uprooted from her friends and
```

```
 1    her social circles.  It was extremely -- her social
 2    anxiety had become so overwhelming that it was very
 3    difficult for her to make friends and meet people.
 4    She was very withdrawn and closed and it kind of put
 5    a little bit of a target on her with middle school
 6    girls that liked to pick on each other.
 7    Q.        In what way do you believe that put a
 8    target on her?
 9    A.        She was a new girl that came into the
10    school that didn't have any friend basis.  She
11    didn't know how to talk to anybody, so she was off
12    to the side.  I think they took her as cool and
13    aloof.  I don't know what made them think the way
14    they did, but it was not an easy transition for
15    ▮▮▮▮▮ at all.  It was horrible.
16    Q.        ▮▮▮▮▮ advised me that she had gotten into
17    horsing at that time; would you agree with that?
18    A.        Yes.
19    Q.        And she told me that she was interested in
20    horses because both you and her dad grew up with
21    horses; is that accurate?
22    A.        Yes.
23    Q.        And she thought it would be really cool to
24    have a relationship with a horse who she described
```

1   that the horse could be her best friend?

2   A.      Uh-huh.

3   Q.      So she indicated that -- I think she called

4   it horsing -- or you paid a fee to share ownership,

5   if you will, of a horse and a stable, that then she

6   was responsible for caring for?

7   A.      Yes.

8                   MS. LAUGHLIN:  Leasing.

9                   THE WITNESS:  Leasing.

10                  MS. JORDAN:  I couldn't remember.

11      I'm sorry.

12  BY MS. JORDAN:

13  Q.      And she said that she loved it and she just

14  wanted to spend more and more time with the horse

15  riding and taking care of it in the stable; is that

16  your recollection?

17  A.      Yes.

18  Q.      Do you think that her relationship with the

19  horse at the stable was a positive for her?

20  A.      Absolutely.

21  Q.      And she said that she continued with it

22  going into the next year as well as ninth grade; is

23  that accurate?

24  A.      Correct.

```
1   Q.        And that she still has a relationship with
2   horses, correct?
3   A.        Yes.
4   Q.        And she said that it was approximately a
5   half hour to 40 minutes away depending on where the
6   house was located.  I think maybe it changed where
7   it was located; is that accurate?
8   A.        Yes.
9   Q.        And she said that you drove her?
10  A.        Yes.
11  Q.        So you were taking the time out to allow
12  your child to have this relationship, correct?
13  A.        Yes.
14  Q.        And she indicated that that is what her
15  extracurricular activity was, if you will, in middle
16  school; would you agree with that?
17  A.        Yes.
18  Q.        She then also attended the eighth grade at
19  Pennbrook, correct?
20  A.        Correct.
21  Q.        And how was eighth grade as compared to the
22  seventh grade?
23  A.        The beginning was rocky, the middle got
24  better and towards the end we were seeing
```

1  improvement.

2  Q.      So were there any instances that you can

3  recall in eighth grade that stand out as a negative

4  that you relate to the Gwynedd Square incident with

5  ▓▓▓ ▓▓▓

6  A.      The fact that she was even in that school

7  in the first place.

8  Q.      And you would have rather no disruption,

9  that that incident didn't occur and she went on to

10  Penndale or that she would have been able to go on

11  to Penndale regardless of what happened at Gwynedd

12  Square; is that accurate?

13  A.      I would have loved to see my child continue

14  her education unfettered by this event, yes.

15  Q.      Now, when she was going into ninth grade

16  she wanted to attend on a part-time basis North

17  Montco Technical School, correct?

18  A.      Correct.

19  Q.      And she had an interest in automotive at

20  that time, correct?

21  A.      Correct.

22  Q.      And she indicated to me that she had an

23  interest in automotive through her dad and her

24  brother, because they detailed cars and also worked

```
 1   on cars; is that accurate?
 2   A.      Correct.
 3   Q.      And I think she thought it would be cool
 4   for a woman who is petite like she is to be able to
 5   work on cars, correct?
 6   A.      Correct.
 7   Q.      And that she had to apply to go to North
 8   Montco and she was approved, correct?
 9   A.      Correct.
10   Q.      Prior to ▓▓▓▓ applying to go to North
11   Montco Technical School, did you have any concern
12   that ▓▓▓▓ ▓▓▓ could potentially also be going to
13   that school?
14   A.      I had concern when we left sixth grade and
15   I specifically said to Betty Santoro that we would
16   have to talk about high school, the fact that they
17   would run into each other.  I wasn't 100 percent
18   worried about the tech school due to the fact that
19   the guidance counselor for each student has to
20   review and review their records.  So I personally
21   thought that there would be something in the files
22   to keep the two of them apart.
23   Q.      Okay.  ▓▓▓▓ started attending North
24   Montco in ninth grade, correct?
```

1    A.        Correct.

2    Q.        And she came home after attending in the

3    beginning and advised you that she saw ████ ███

4    correct?

5    A.        She advised me by having a panic attack as

6    we walked in the back door.

7    Q.        What back door are you walking in, to your

8    home?

9    A.        The back door of our home, correct.  She

10   got very upset.

11   Q.        And she related to you that she saw ████

12   at school?

13   A.        Yes.

14   Q.        And in relaying that to you it triggered a

15   panic attack?

16   A.        She was already upset telling me about it.

17   She was so upset that she had to tell me about it.

18   Q.        Okay.  When you learned that ████ was

19   also at North Montco what, if anything, did you do?

20   A.        I started making telephone calls.

21   Q.        Do you recall who you called first?

22   A.        No, I don't recall.

23   Q.        Do you recall anyone you called?

24   A.        Dawn LeBlanc.

```
 1   Q.        And Ms. LeBlanc was the principal of North
 2   Montco, correct?
 3   A.        That is correct.
 4   Q.        Did you know her personally?
 5   A.        Not prior to that.
 6   Q.        Okay.  And how did you know to call her or
 7   why did you -- why was she one of the people you
 8   called?
 9   A.        She was the principal of the school ▮▮▮▮
10   was attending.
11   Q.        And what was your purpose in calling her?
12   A.        To relay the situation as to what was going
13   on and it was past the hours for the central office
14   to get ahold of anyone at the central district.
15   Q.        Did you call her office number or did you
16   look her up to see if you could catch her at her
17   house?
18   A.        I called her office number.
19   Q.        And did she answer?
20   A.        No.
21   Q.        Did you leave a message?
22   A.        Yes.
23   Q.        Did she get back to you?
24   A.        The next day.
```

```
1   Q.        And did you explain to her that your
2   daughter and [REDACTED] shouldn't be together in the
3   same school, class?
4   A.        Yes.
5   Q.        And did you ask whether she could prevent
6   [REDACTED] from attending that school?
7   A.        No.
8   Q.        What did you ask, if anything?
9   A.        I asked what procedures take place to make
10  sure that students that aren't supposed to be
11  together are not together.
12  Q.        And what, if anything, did she say?
13  A.        She said that they rely on the sending
14  schools to notify them of any potential issues and
15  that she was not notified of any potential issues
16  for either party.
17  Q.        Did you then contact Pennbrook?
18  A.        No.  I started calling the central
19  district.
20  Q.        So you called the central district
21  directly.  Did you call Dr. Santoro?
22  A.        That's where I started.
23  Q.        And did you speak to Dr. Santoro?
24  A.        I don't believe so.  They referred me to
```

1   Deb McVay.

2   Q.      And did you talk to her?

3   A.      Yes.

4   Q.      And what did you tell her?

5   A.      Everything.

6   Q.      And what, if anything, did she say?

7   A.      She said she had to run it up the line and

8   then the next thing I was getting a phone call from

9   Carl Dietrich.

10  Q.      Who is he to your knowledge?

11  A.      The superintendent of North Penn School

12  District.

13  Q.      And when he called you what do you recall

14  him telling you?

15  A.      So when I answered the phone he identified

16  himself and he was like, well, Mrs.

17  would you please refresh my memory as to reason of

18  your call.

19  Q.      So when he called you he asked why you

20  needed to speak to him?

21  A.      Correct.

22  Q.      And when he said that how did you respond?

23  A.      I was very, very upset.  I had already

24  relayed the information as to why I was calling and

1    I was extremely upset, because for the last two

2    years -- three years at the time, we were living

3    this nightmare with ████ and two teachers were

4    involved and ████ had to switch schools, how could

5    he not remember us.   ████ was a person.  I was

6    upset with how callus he was with us -- with me.

7    Q.      Did you tell him that?

8    A.      Yes.

9    Q.      And what, if anything, did he say in

10   response?

11   A.      Nothing.

12   Q.      After you conveyed what had occurred -- and

13   I assume you relayed the incident at Gwynedd Square

14   and then that ████ found herself at North Montco

15   with ████ also a student?

16   A.      Correct.

17   Q.      Did you ask him what could be done about

18   the situation?

19   A.      Yes.

20   Q.      And what, if anything, did he say?

21   A.      He said that they couldn't do anything,

22   because ████ had a right to education as well.

23   Q.      And when he told you that, did that anger

24   you?

```
 1    A.        I was very upset.

 2    Q.        Did you ask him what could be done to

 3    protect your daughter?

 4    A.        Yes.

 5    Q.        And what, if anything, did he say?

 6    A.        He said that he has no control over what

 7    goes on in the school over there.

 8    Q.        And did he refer you back to North Montco?

 9    A.        No.  When I started asking a few more

10    questions that's when he let me know that he had his

11    attorney present in the room for the phone call.

12    Q.        And was that Kyle Somers to your knowledge?

13    A.        Yes.

14    Q.        Did Mr. Somers speak to you during that

15    phone call?

16    A.        No, he did not.

17    Q.        Once Mr. Dietrich told you that he had

18    counsel what, if anything, did you say?

19    A.        I know I spoke.  I don't know that I said

20    anything about the attorney being present, but it

21    was a kick in the gut, that he told us that he

22    couldn't remember what our family went through two

23    years ago, but he made sure his attorney was present

24    during the phone call and that to me was very, very
```

```
1    upsetting.  And then he asked me what I wanted to
2    happen and I told him I wanted my daughter to be
3    safe.  He said that there's not much they could do,
4    because          had the right to his education and
5    that he would ask me to think about what I would
6    like them to do and then he would call me back the
7    next day.
8    Q.      Did he call you back the next day?
9    A.      I told him to not bother.
10   Q.      Did anyone call you the next day from the
11   school district?
12   A.      No.
13   Q.      What, if anything, did you do in regard to
14   the situation?
15   A.      Dawn LeBlanc and I spoke in more detail.  I
16   conveyed to her the conversation with Carl Dietrich.
17   At that time we decided to bring          into the
18   tech school full time as a ninth grader.
19   Q.      And what was that decision based on, if you
20   remember?
21   A.      It was based on the fact that we couldn't
22   trust North Penn to have my daughter's best interest
23   at heart and protect her.
24   Q.      And is that why you wanted her to leave
```

1    Pennbrook, because Pennbrook is a district school?

2    A.        Correct.

3    Q.        Okay.  And did Dawn LeBlanc give you any

4    indication that she would do what she could to

5    protect ████████

6    A.        Yes.

7    Q.        And you did realize that ██████ would still

8    be in the school?

9    A.        Yes.

10   Q.        Did she discuss a safety plan with you?

11   A.        Yes.

12   Q.        And was one formulated shortly thereafter

13   you and her decided that ██████ would go full time?

14   A.        We worked on it collectively.  There was a

15   couple attempts.  Then there was one we finally

16   agreed upon.

17   Q.        And how soon after ██████ telling you that

18   ██████ was at the school do you recall it took to

19   put the plan in place and she started attending

20   North Montco full time?

21   A.        Days.

22   Q.        And her core classes that she was taking at

23   Pennbrook she was going to then take online at North

24   Montco, correct?

```
 1   A.        Correct.

 2   Q.        And she used the computer from the school

 3   district to take those classes, correct?

 4   A.        Correct.

 5   Q.        She also in regard to the safety plan

 6   indicated that a security guard walked her to her

 7   classes; is that your understanding?

 8   A.        A North Montco staff member would make sure

 9   she got to her classes okay.

10   Q.        And when I say guard, it was -- yes, a

11   North Montco guard.  To your knowledge, was it a

12   guard or a different titled person?

13   A.        I don't believe they kept it to one.

14   Q.        Okay.  She talked about Felicia, but you

15   believe it was more than Felicia?

16   A.        There was a Felicia, there was a Gregg,

17   Bob.  There was a few of them.

18   Q.        She indicated that she wasn't happy that

19   she had to be escorted because she thought it was

20   putting eyes on her, you know, that people she would

21   be talking to she would have to then leave to walk

22   with the guard.  Do you recall her telling you that

23   it was causing her stress?

24   A.        Yes.
```

```
 1   Q.       And did it remain in place because that was
 2   best for her?
 3   A.       Yes.
 4   Q.       And through the ninth grade school year, to
 5   your knowledge did she have any interaction with
 6   ████████
 7   A.       Yes.
 8   Q.       And when did that occur?
 9   A.       In the hallways in between classes.
10   Q.       And what is your understanding of what the
11   interaction would be?
12   A.       He initiated them.
13   Q.       What would he do?
14   A.       What I was told is he would walk down the
15   hall, he would see ████████ off to the side and he
16   would deliberately move his way towards her, look at
17   her, be imposing to her.
18   Q.       To your knowledge, did ████████ know that she
19   went to North Montco full time to avoid him?
20   A.       I can't speak on his behalf.
21   Q.       Okay.  So you were told he made these
22   actions towards your daughter, but you don't know if
23   he knew that there was a safety plan in place?
24   A.       I didn't speak to ████████  I do not know
```

```
 1   what he knows.
 2   Q.        Okay.  Would I be correct you've never
 3   spoken to him?
 4   A.        No, I have not.
 5   Q.        And you have never spoken to his parents;
 6   would that be accurate?
 7   A.        That is correct.
 8   Q.        Do you know how many times that occurred
 9   during the ninth grade school year?
10   A.        I know of at least four to five off the top
11   of my head.
12   Q.        And how would you find out?
13   A.        ████        would come home and tell me.
14   Q.        And would she be upset?
15   A.        Very much so.
16   Q.        And what, if anything, would you tell her
17   when she would tell you that she saw ████ in class
18   or -- I'm sorry -- in the hallways?
19   A.        I told her to keep her chin up high and
20   don't let anybody make her bough her head to anyone.
21   Q.        And she completed the school year full time
22   at North Montco, correct?
23   A.        Correct.
24   Q.        So there was an IEP meeting at the end of
```

1    that school year, correct?

2    A.        Correct.

3    Q.        And was there a discussion as to what the

4    next year would be like?

5    A.        Yes.

6    Q.        And what is your recollection as to that

7    conversation?

8    A.        Dr. Elizabeth Shine did not want ▓▓▓▓

9    coming back the next year.

10   Q.        Do you know why?

11   A.        The teachers did not like the added

12   responsibilities that came along with ▓▓▓▓

13   Q.        And what were the added responsibilities

14   that you're referring to to your knowledge?

15   A.        There was a little bit more attention that

16   ▓▓▓▓ needed.

17   Q.        Was that for schoolwork?

18   A.        Yes.

19   Q.        And was that because of her IEP and her

20   underlying AD/HD?

21   A.        Correct.

22   Q.        And who is Dr. Elizabeth Shine to your

23   knowledge?

24   A.        I do not know what her role is.

```
 1   Q.        Was she a North Montco employee?

 2   A.        Yes.

 3   Q.        And she was at the IEP meeting?

 4   A.        Yes.

 5   Q.        And she made it clear that she didn't want

 6   ▮▮▮▮▮  to be a full-time student?

 7   A.        She made it clear that there were some

 8   teachers that had a difficult time with -- but this

 9   was the meeting with North Penn representatives and

10   the tech school representatives.  It was a whole

11   meeting, about 15 of us, to discuss this.

12   Q.        When ▮▮▮▮▮ became a full-time North Montco

13   student, did she get a new case manager for her IEP

14   or did it remain the same one from the school

15   district -- from the North Penn School District?

16   A.        We had a representative from North Penn

17   School District that would come to the tech school

18   and hold the IEP meetings with Darren, Dawn and

19   Kyra.  We would all be in there.

20   Q.        So from that, you would agree that she did

21   retain a North Penn School District case manager of

22   her IEP?

23   A.        She had a case manager, yes.

24   Q.        Okay.  When Dr. Shine indicated that the
```

1    teachers didn't want her to be a full-time student,

2    did you push back on that?

3    A.        Later when I found an email that was

4    circulated to everyone but me, yes.

5    Q.        And what was the email you're referring to?

6    A.        There was an email that was produced by

7    Elizabeth Shine that went down the recommendations

8    for the tenth grade school year and it was sent to

9    everybody that attended that meeting except for

10   myself.

11   Q.        And what did it say?

12   A.        It just outlined everything and the

13   recommendation for ▮▮▮▮ not to come back.

14   Q.        Okay.  So that's how you found out about

15   it; is that what you're saying?

16   A.        I found out about it when I asked for all

17   the documents.

18   Q.        Okay.  Did you have any conversation with

19   the principal, Dawn LeBlanc, about allowing ▮▮▮▮

20   to remain a full-time student?

21   A.        Yes.

22   Q.        And what, if anything, did Ms. LeBlanc tell

23   you?

24   A.        We all tried.

1   Q.        So she wasn't against it?

2   A.        She was not against it, no.

3   Q.        However, before the start of tenth grade

4   you were advised that that wasn't going to happen?

5   A.        Correct.

6   Q.        And that she would be part time at the high

7   school and part time at the voc tech school?

8   A.        Correct.

9   Q.        So you had another IEP before school

10  started in regard to that scenario; would that be

11  accurate?

12  A.        I believe so.

13  Q.        And Kate Small was the person -- she was in

14  the meeting, correct?

15  A.        Kate Small and Megan Schoppe were in the

16  meeting, yes.

17  Q.        And you stressed to them the importance

18  that she not be in class with ████ ████ or come

19  into contact with him at the high school, correct?

20  A.        I stressed everything that had happened,

21  what my level of expectation was and that they were

22  to have no contact whatsoever.

23  Q.        And what, if anything, did they tell you in

24  response?

```
 1   A.         They assured me that they would do
 2   everything in their power to make sure that ▮▮▮
 3   is safe, that she wouldn't have any contact with
 4   ▮▮▮   that they wouldn't even be in the same pod
 5   together, that they would, if need be, have someone
 6   walk her over to the tech school.  They made me feel
 7   like they were going to make it their mission to let
 8   ▮▮▮   have some semblance of a school career and
 9   that I didn't have to worry about anything, that
10   they had everything taken care of.
11   Q.         After that meeting did either of the women
12   contact you to confirm that they had checked the
13   schedule?
14   A.         I don't remember.
15   Q.         ▮▮▮   then started school at the end of
16   August, correct?
17   A.         Correct.
18   Q.         And when she came home from school in the
19   beginning did she advise you of any interaction with
20   ▮▮▮ ▮▮▮
21   A.         No, she did not.
22   Q.         Did there come a point in time when you
23   learned of interaction with ▮▮▮ ▮▮▮
24   A.         Yes.
```

1    Q.        And how did you learn about that?

2    A.        In getting a telephone call from the tech

3    school that [REDACTED] had reported that her and [REDACTED]

4    were in the same social studies class at the high

5    school and that he had started assaulting her.

6    Q.        And was it Kyra O'Brien who called you to

7    your recollection?

8    A.        I believe it was either Kyra or Dawn.  I

9    don't remember which one.

10   Q.        And Kyra was her counselor, correct?

11   A.        Yes.

12   Q.        So you knew Kyra previously from her ninth

13   grade year, correct?

14   A.        Correct.

15   Q.        And [REDACTED] told me that she had a good

16   relationship with Ms. O'Brien and trusted her --

17   A.        Yes.

18   Q.        -- were you aware of that?

19   A.        Yes.

20   Q.        When you got the phone call from either Ms.

21   O'Brien or Ms. LeBlanc how did you feel?

22   A.        Absolutely devastated again.

23   Q.        And where were you physically when you got

24   the call?

```
 1   A.        I was downtown, 8th and Market.

 2   Q.        Were you in the scope of your employment at

 3   the time?

 4   A.        Yes.

 5   Q.        And so what did you do when you got back

 6   home?

 7   A.        I packed up my belongings, got in my car,

 8   called my husband and drove directly to the tech

 9   school.

10   Q.        And was          at the school?

11   A.        Yes.

12   Q.        Were you given an opportunity to speak to

13   her privately?

14   A.        No.

15   Q.        When you got to the school what happened?

16   A.        I walked in and a Towamencin police

17   detective was there and Dawn and Kyra were there

18   with          in Dawn's office.

19   Q.        Would I be correct that the police didn't

20   speak to          until you arrived and gave

21   permission?

22   A.        I don't know.  I didn't have a problem if

23   they spoke to her prior to my arrival.

24   Q.        Did the police officer speak to          in
```

1   your presence?

2   A.      Yes.

3   Q.      Did that take place when you arrived or

4   another day?

5   A.      Arrived.

6   Q.      And what did ▮▮▮▮ convey to the police

7   officer?

8   A.      She spoke as to what was happening with

9   ▮▮▮▮

10  Q.      And what do you recall her telling the

11  police officer regarding what happened?

12  A.      That he began assaulting her again.  They

13  had assigned seats next to each other in social

14  studies class and she basically said that he resumed

15  where he left off.

16  Q.      Did she give any more detail than that?

17  A.      I don't remember to be honest.  I was

18  pretty much in shock.

19  Q.      And was your husband at the school at that

20  point or was it just you?

21  A.      He was not.  It was just me.

22  Q.      After she spoke to the police at the

23  school, did you then leave school and go home?

24  A.      We left the school and went home.

```
 1   Q.       Did you have any further conversation with
 2        about the inappropriate touching by
 3   A.       Once we got home, yes.
 4   Q.       And what did she tell you at home?
 5   A.       She was saying that he was sticking his
 6   hands down her pants again and up her shirt.
 7   Q.       And how was her demeanor?
 8   A.       She was absolutely crushed.  She was --
 9   what's the word?  She was humiliated, hurt, scared.
10   Q.       Did she convey to you why it took her until
11   October to tell someone?
12   A.       Yes.
13   Q.       What did she tell you?
14   A.       Because the last time she told anybody
15   about what         did to her she in her mind's eye
16   got everything taken away from her.  She was sent to
17   a different school and didn't have any friends and
18   she was afraid that was going to happen again and
19   she was afraid of retaliation from         and his
20   friends.
21   Q.       Did she tell you why she finally spoke up?
22   A.       Yes.
23   Q.       And what did she tell you?
24   A.       Her and I actually had a conversation that,
```

1    you know, we need to speak in truth, you know, we

2    have to put on brave faces and this was a little bit

3    before and we had been working on trying to build up

4    her self-esteem and everything and I believe the

5    conversation just got to her, that it was -- you

6    know, she didn't have to accept this behavior.  It's

7    not behavior that she has to accept in order for her

8    to be able to go to school.

9    Q.        Did you have contact with the school

10   district in regard to the incident?

11   A.        Oh, yes.

12   Q.        Did that happen that day or the next day,

13   if you remember?

14   A.        That day and the next day.

15   Q.        What was your first contact with the school

16   after you learned of the continued abuse?

17   A.        They started calling me.

18   Q.        Do you recall who reached out to you first?

19   A.        I believe it was Kate Small.

20   Q.        And what did Ms. Small say to you when she

21   reached out?

22   A.        She was very apologetic.

23   Q.        Did you believe that she was being genuine?

24   A.        I believe that she was being genuine about

1   being sorry, yes.

2   Q.         Did she indicate how she believed it

3   occurred that they were in the same class?

4   A.         The first phone call was not that.  She was

5   just apologizing profusely for it happening on her

6   watch.

7   Q.         Who else reached out to you from the school

8   district, if anyone, other than Ms. Small?

9   A.         Pete Nicholson.

10  Q.         And who is Pete to your knowledge?

11  A.         The principal.

12  Q.         Had you ever spoken to Mr. Nicholson prior

13  to that time?

14  A.         I don't remember if I had a conversation

15  with him.

16  Q.         And when he contacted you what did he say?

17  A.         He was apologetic.

18  Q.         Did he say anything else other than being

19  apologetic?

20  A.         The first phone calls were only for being

21  apologetic.

22  Q.         After the first phone calls were there then

23  meetings scheduled to follow up?

24  A.         Meetings did take place, because I had

1    refused to allow ████ to set foot in North Penn

2    again.  So phone calls had to be made for ████ to

3    go back to the tech school full time.

4    Q.        And did you make those arrangements through

5    Ms. LeBlanc?

6    A.        Yes, I did.

7    Q.        And was that on that day that you learned

8    of the incident or did it take the next day?

9    A.        Probably the next day or --

10   Q.        Did your daughter go to school the next

11   day?  Was it a school day?  What's your recollection

12   about that?

13   A.        It was a Friday.

14   Q.        So she had the weekend to not have to deal

15   with it?

16   A.        Yes.

17   Q.        When you asked Ms. LeBlanc if she could

18   become a full-time student again did Ms. LeBlanc

19   have any hesitation?

20   A.        No.

21   Q.        Did any paperwork have to be filled out?

22   A.        I'm sure paperwork had to be filled out.  I

23   don't remember or think there was any that I needed

24   to fill out.

1    Q.          ▮▮▮▮▮ recollection was that in tenth
2    grade she didn't have to take the classes online,
3    that they were available --
4    A.          Correct.
5    Q.          -- for her core classes; is that your
6    recollection as well?
7    A.          Yes.
8    Q.          So she was attending her core classes with
9    other students who were full-time voc tech students;
10   is that accurate?
11   A.          Yes.
12   Q.          Following the knowledge of ▮▮▮▮ and
13   ▮▮▮▮ being put in the same class and abuse
14   continuing, did you have any face-to-face meetings
15   with Ms. Small and/or Mr. Nicholson or anyone else
16   from the school district after that?
17   A.          After that we had a meeting, I don't
18   remember when, but they were involved in the
19   meetings, in the first IEP.
20   Q.          Do you recall who else was at the meeting?
21   A.          No.
22   Q.          Do you recall having a meeting with a Todd
23   Bower --
24   A.          Oh, sure.

1   Q.        -- the assistant superintendent?

2   A.        That was a different meeting.  Pete was not

3   there.  Todd Bower and Ann Marie Lucas was in that

4   meeting that you're referring to.

5   Q.        So you did have meetings about continuing

6   her IEP after she was going to be a full-time

7   student at North Montco again?

8   A.        Yes.

9   Q.        And was them being placed in the same class

10  discussed at that meeting?

11  A.        Yes, it was discussed and we knew that that

12  would not happen.

13  Q.        Okay.  Did they ever give you an

14  explanation as to how it did happen in this

15  instance?

16  A.        How what happened --

17  Q.        How they came to be in the same class in

18  tenth grade after you were told that they wouldn't

19  be in the same class?

20  A.        You're talking about North Penn, not North

21  Montco?

22  Q.        Correct.

23  A.        Okay.

24  Q.        Did anyone from the high school ever

1   explain to you how it happened?

2   A.      They told me that it was -- when [redacted]

3   schedule was first made they looked to see that they

4   weren't in the same classroom.  Then within that

5   next week somehow there was an add/drop period,

6   which we did not add or drop any, and [redacted] was put

7   in the class with her and no one ever checked it

8   again.

9   Q.      In regard to the police, was [redacted] only

10  ever interviewed that one time at the school with

11  you present to your knowledge?

12  A.      Interviewed by whom?

13  Q.      By the police department.

14  A.      By the police department?

15  Q.      Yes.

16  A.      It was just at the school that day.

17  Q.      Okay.  Do you know what the results of the

18  police investigation were regarding any charges

19  against [redacted] [redacted]

20  A.      They would got give me any information, no.

21  Q.      Have you had the opportunity to review the

22  police report to date?

23  A.      I've never seen the police report.

24  Q.      Would I be correct that you have -- on

1       [REDACTED] behalf there's been no litigation against

2       [REDACTED] [REDACTED] civil of criminal instituted by you on

3       her behalf?

4       A.      Correct.

5                       MS. LAUGHLIN:  Object to the

6               form.

7       BY MS. JORDAN:

8       Q.      Do you have a recollection of your daughter

9       being reevaluated by a psychologist in May of 2019

10      for any reason?

11      A.      Yes.

12      Q.      Who was the psychologist who reevaluated

13      her, if you know?

14      A.      Rebecca Schmidt initiated it and I'm not

15      sure of the name of the person who conducted it, if

16      it was Rebecca or if it was the psychologist.  I

17      can't remember the name, but, yes, I am aware she

18      was reevaluated.

19      Q.      Is Rebecca Schmidt an employee of North

20      Montco?

21      A.      No.

22      Q.      Who is she?

23      A.      North Penn School District.

24      Q.      Do you know what her position is?

```
 1    A.       She's some sort of counselor, a crisis

 2    counselor.

 3    Q.       Were you ever provided the paper

 4    reevaluation by that psychologist?

 5    A.       Yes, I was?

 6    Q.       And what is your understanding of the

 7    reevaluation results?

 8    A.       It changed her primary disability from

 9    AD/HD to --

10    Q.       Do you need to take a minute or two?  You

11    can step out of the room if you feel better that

12    way.

13                        MS. LAUGHLIN:  Let's take a few

14            minutes.

15                        MS. JORDAN:  Oh, sure.

16                        (At this time, a short break was

17            taken.)

18                        (At this time, the court reporter

19            read back from the record as was

20            requested.)

21                        THE WITNESS:  I was informed that

22            her primary disability was changed from

23            AD/HD to emotional distress.

24    BY MS. JORDAN:
```

1   Q.        Based on the change in diagnosis, did you

2   seek any treatment for ▬▬▬▬ at that time?

3   A.        We tried to get her to speak to a

4   counselor.  She went to one for a little bit, but

5   then she became so leery of adult authority figures.

6   The therapy itself ended up becoming traumatic as

7   well as everything else she was dealing with, so --

8   Q.        Was the therapist Ms. Miller that she saw?

9   A.        Yes.

10  Q.        Was she recommended to you by someone?

11  A.        I don't know.  I don't remember.

12  Q.        So she stopped attending because you

13  believed that it was becoming traumatic for her to

14  relive the events through the therapist, to discuss

15  it?

16  A.        She was fighting it tooth and nail.

17  Q.        Was she continuing with the horsing at that

18  time?

19  A.        Yes.

20  Q.        Did you see that gave her comfort?

21  A.        Yes, it did.

22  Q.        Does it continue to give her comfort?

23  A.        Yes, it does.

24  Q.        The psychologist that was set up through

```
 1    the crisis counselor at the school district, you

 2    don't remember that person's name, correct?

 3    A.      I'm sorry.  Say that again.

 4    Q.      The psychologist that did the

 5    reevaluation --

 6    A.      I don't remember the name.

 7    Q.      Did          have to be brought to an office

 8    or was it done in school to your knowledge?

 9    A.      It was done in a school setting.

10    Q.      Do you still have that record of the

11    psychologist's findings?

12    A.      It was made part of the IEP.

13    Q.      Okay.  In Ms. Miller's notes it indicates

14    that         began self-harming by cutting; were you

15    aware of that at the time?

16    A.      Yes.

17    Q.      How did you become aware of it?

18    A.      I noticed it on her wrist.

19    Q.      When you noticed it did you discuss it with

20    you?

21    A.      Yes.

22    Q.      And what would she say?

23    A.      That it was the only way she could make

24    herself not feel pain.
```

```
1    Q.        The notes indicate she also had difficulty
2    sleeping at that time?
3    A.        Yes.
4    Q.        Were you aware of her insomnia?
5    A.        Yes.
6    Q.        Did she try anything in regard to the
7    insomnia in regard to -- have you heard the term
8    sleep hygiene?
9    A.        I have not heard that term, no.
10   Q.        Did anyone suggest she put her devices
11   outside the bedroom when she went to sleep?
12   A.        No.
13   Q.        Or go to sleep at the same time?
14   A.        No.
15   Q.        Make everything dark?
16   A.        No.
17   Q.        Do you know if her insomnia got better at
18   any point?
19   A.        Not for a while.
20   Q.        Can you approximate for how long she had
21   difficulty sleeping?
22   A.        About a year.
23   Q.        And during that year period of insomnia,
24   was the insomnia affecting her demeanor during the
```

1    day?

2    A.        I'd like to clarify something if I could.

3    Q.        Sure.

4    A.        She had trouble sleeping.  Insomnia in my

5    opinion and in my definition is you can't sleep at

6    all.  She would be -- she would be able to sleep for

7    certain periods of time and then be up and then go

8    back to sleep.  So I think insomnia is kind of a big

9    word to use for -- she had difficulty sleeping.

10   Q.        Sleep disturbance?

11   A.        Sleep disturbance I would be more

12   comfortable with than insomnia.

13   Q.        Okay.  And would you know that she was

14   having sleep disturbances because you could hear her

15   getting up and doing things or would she tell you or

16   both?

17   A.        Both.

18   Q.        Did the sleep disturbance affect her grades

19   at school to your knowledge?

20   A.        I couldn't answer that question.

21   Q.        Okay.  So for the rest of tenth grade she

22   attended North Montco, correct?

23   A.        Correct.

24   Q.        And how do you think as her parent she did

1    for the rest of the school year?

2    A.        She struggled.  Tenth grade for her was

3    extremely traumatizing with having the security plan

4    in place.  She was ostracized and a lot of attention

5    was put on her from the other students.  Some of the

6    teachers enforced that security plan like it was a

7    punishment and not a protection.  It became very

8    stifling to her as the victim while he walked around

9    free, so she resented that.  It was a very difficult

10   time for █████ and she struggled with the

11   restraints that were put on her that shouldn't have

12   been put on her in the first place.

13   Q.        There was a school incident where she was

14   drinking out of a Wawa cup with, I believe, two or

15   three other students; do you recall that?

16   A.        I'm aware of a situation that there was

17   alcohol brought on the premises, yes.

18   Q.        Did you ever discuss that with her as to

19   whether that was a response to what had occurred

20   with █████ being in the same class?

21   A.        I don't know that it was talked about that

22   it was a direct result, but I knew by watching her

23   behavior and her patterns that it was a direct

24   result of the added trauma of what was going on.

Q. Did she have any other incidents where you believe her actions were based on her response to the situation of being placed in a same class with [redacted] which allowed him to touch her inappropriately that manifested itself during the school year where she received some type of punishment or was called out?
A. Absolutely. Her social anxiety went -- was heightened immeasurably. She was fearful all the time. She struggled with trying to make friends, but she didn't want people to know her story, but everybody kept asking what her story was because she was always being followed by someone or they kept a very close wrap -- kept her on a close wrap. She became very withdrawn. She became extremely weary of adults and anybody in positions of authority. She was hurt, angry and scared.
Q. The fearful and scared, was that something she relayed to you verbally or is that something that you witnessed through body language and action?
A. Both.
Q. And when she would relate to you that she was fearful, what was she afraid of, what was she telling you she was afraid of?

```
 1    A.         She was very afraid of retaliation from
 2          and his friends.  She was fearful of judgment
 3    of other girls in the tech school.  She was afraid
 4    of becoming a social outcast.  She already felt like
 5    she was.  And she was fearful that          would get
 6    in her face about it.
 7    Q.         To your knowledge, that never happened,
 8    correct, that he got in her face after this happened
 9    in October of 2018, correct?
10    A.         I don't know how close he got to her in the
11    hall.  I know there was a couple times he tried to
12    approach her to talk to her.
13    Q.         Did her safety plan prevent that from
14    happening?
15    A.         No, it did not.
16    Q.         What is your knowledge of interaction
17    between her and          after the October revelation
18    of what had occurred from the beginning of the
19    school year?
20    A.         I am aware that there were a couple of
21    occasions that he tried to speak with her.  They did
22    not end up speaking.
23    Q.         And is that because she told you about it?
24    A.         Yes.
```

```
 1    Q.         At any time back at Gwynedd Square
 2    Elementary School after learning of the events, did
 3    anyone discuss with you Title IX?
 4    A.         No.
 5    Q.         Did you know what Title IX was at the time?
 6    A.         Not at that time, no.
 7    Q.         After the events at the high school in the
 8    beginning of the semester by October when          had
 9    confided in Ms. O'Brien of what was going on and
10    then it was brought to your attention, did anyone
11    from the school district that you interacted with
12    discuss Title IX?
13    A.         No one discussed anything with me.
14    Q.         Did there come a point in time when you
15    learned about Title IX?
16    A.         On my own?
17    Q.         Yes.  In any way?
18    A.         On my own, yes.
19    Q.         And do you recall a timeframe of when that
20    occurred?
21    A.         November of -- that tenth grade incident
22    happened in October and I started looking in
23    November.
24    Q.         Once you learned about Title IX, did you
```

```
 1    reach out to the school district to discuss Title IX
 2    with them?
 3    A.       Yes.
 4    Q.       Do you recall when that happened?
 5    A.       In November.  I don't remember a specific
 6    time.
 7    Q.       Do you recall who you spoke to about it?
 8    A.       The Title IX coordinator was all it said
 9    with a phone number on a very small bullet and point
10    in one of the documents that I was able to find.
11    Q.       Did you dial that number and ask for the
12    Title IX coordinator?
13    A.       It gave you an extension, so you didn't
14    even have to speak to anybody.
15    Q.       Did you dial the extension?
16    A.       Yes, I did.
17    Q.       And who answered the phone, if you know?
18    A.       It went to a voicemail.
19    Q.       Do you know whose voicemail it was?
20    A.       No.
21    Q.       Did you leave a message?
22    A.       Yes.
23    Q.       What did the message say?
24    A.       What did I say on the message?
```

```
 1   Q.        Yeah.  What do you recall?

 2   A.        Just my name and number and that I had

 3   something to speak to them about.

 4   Q.        And did they call you back?

 5   A.        No, they did not.

 6   Q.        So you found the number, dialed the number,

 7   left a message on a recording asking to be called

 8   back and the call was never returned?

 9   A.        Correct.

10   Q.        At some point in time after the call wasn't

11   returned, did you reach out to the school again in

12   regard to discussing Title IX in any way?

13   A.        No, I did not.  I ended up going to the

14   tech school and talking to them about what I had

15   found about Title IX.

16   Q.        And who did you talk to, if you remember,

17   at the technical school?

18   A.        Their whole staff.  Gina Pardovich, Kyra

19   O'Brien and I believe Dylan was on the phone call

20   with us.

21   Q.        And what do you recall about that

22   conversation with those North Montco employees?

23   A.        It wasn't just the North Montco -- I

24   believe it was Kyle Hessler or Pete Nicholson was
```

1    there, but I broached the subject with them about

2    Title IX and rights that students have.

3    Q.       What were you advised?

4    A.       I was advised that some of the pamphlets

5    that I was handing out, that it was the first time

6    that some of these people had seen the Title IX

7    pamphlets.

8    Q.       And when you say some of the people, who

9    are you referring to?

10   A.       I can't remember everybody that was at that

11   table.

12   Q.       Were any of the people who advised they had

13   never seen these pamphlets employees of the school

14   district to your knowledge?

15   A.       Yes, but I can't remember the ones sitting

16   down at the end of the table.  I'm trying to think.

17   Sorry.  I asked them all who the Title IX

18   coordinator for North Penn was.  They didn't have a

19   name.  They said there was a title coordinator

20   office.  I asked them if that was the number and

21   then I did give out the Title IX information at one

22   of the meetings, yes.

23   Q.       And as you sit here today, you don't know

24   specifically who told you they had never seen that

```
1   material before?

2   A.          The one that comes to mind was Gina

3   Pardovich from the tech school even though she said

4   she was the Title IX coordinator.  Because I asked

5   her and she said, well, I think I am.  I said, well,

6   I have the pamphlet here if you would like to see

7   it.  She said, well, I haven't seen that one.  So I

8   left that with her and then -- I'm trying to

9   remember vividly who was sitting in that corner and

10  I can't remember it off the top of my head.

11  Q.          Okay.  But you believe that it may have

12  been a school district employee as opposed to a

13  North Montco employee?

14  A.          Correct.  The tech school is one side and

15  the school district is on the other.

16  Q.          At the conclusion of that meeting, what

17  information were you provided with relative to

18  Title IX?

19  A.          Absolutely nothing.

20  Q.          Did you indicate that you wanted to make a

21  Title IX claim or request of any kind?

22  A.          No.  Because I still didn't understand at

23  that time 100 percent what Title IX was all about.

24  I was gathering all this information for myself.  I
```

```
 1   got actually no support from North Penn.
 2   Q.        What about from North Montco?
 3   A.        Neither.
 4   Q.        Was there any follow up from any of the
 5   individuals from either school after that meeting to
 6   follow up with you regarding Title IX?
 7   A.        None.
 8   Q.        Do you recall any other employees of the
 9   school district ever asking you if you wanted to
10   make a Title IX request in any way?
11   A.        No one ever asked me at any time.  I
12   brought up Title IX, because the school -- neither
13   one ever brought it up.  It was me hunting it down
14   and finding it.
15   Q.        Do you recall having any conversation
16   regarding Title IX with Dr. Bower?
17   A.        Sure.  In that meeting after with Ann Marie
18   Lucas and Dr. Bower is when I informed them that I
19   did an investigation on Title IX because I was
20   searching for answers and just trying to find
21   something and I told them that I had found out about
22   Title IX.
23   Q.        And in response what, if anything, did they
24   say?
```

```
 1   A.        Nothing.

 2   Q.        And was the meeting that you just described

 3   after the meeting with the individuals from the two

 4   schools?

 5   A.        I believe so, yes.

 6   Q.        At anytime did you request a Title IX

 7   investigation be carried out?

 8   A.        No, I did not.

 9   Q.        The woman from North Montco that indicated

10   she was a coordinator, did she ever reach out to you

11   and ask if you wanted an investigation?

12   A.        No.

13   Q.        Your daughter did continue the school year

14   at North Montco for the tenth grade, correct?

15   A.        Correct.

16   Q.        And at the end of tenth grade at the IEP

17   meeting, was there any discussion as to what 11th

18   grade would look like?

19   A.        I have to stop and think about that one.

20   Q.        Sure.

21   A.        I don't remember what was 100 percent

22   discussed, but we had got to that point to get

23   through -- we had already discussed home schooling

24            for her 11th and 12th grade years.
```

1    Q.       And when you say we discussed, who are you

2    referring to?

3    A.       My his husband, ▮▮▮▮ and I.

4    Q.       ▮▮▮▮ indicated that at the start of 11th

5    grade she attended Pennbridge. I don't that said

6    that I said that name correctly, but that she did go

7    to a physical school?

8    A.       Northbridge.

9    Q.       Northbridge

10   A.       So she started the school year at 100

11   percent being home schooled and then North Penn

12   opened a hybrid school, which is Northbridge, so you

13   could go -- it's for kids that do online school or

14   home schooling. So you could go to two days a week,

15   three days a week or you could go full time half

16   days if you wanted to to get supplemental help. We

17   started that with ▮▮▮▮ in the beginning of that

18   school year, but like in November, beginning of

19   December Rita Whalen got her in there. And we

20   thought it was important for ▮▮▮▮ because she had

21   really been lacking in social skills and interaction

22   with people her own age. So she was doing that and

23   actually doing very well with it.

24   Q.       When you say home schooled, are you

1   referring to she's staying at home and using some

2   type of virtual program provided by the school

3   district?

4   A.      Yes.

5   Q.      So that's what she started with in late

6   August, early September.  And then if I understand

7   your testimony, this hybrid program started where

8   she could go to this new school as well as the home

9   school, which she started and enjoyed?

10  A.      Yes.

11  Q.      She then indicated that when COVID shut

12  down schools that that shut down that program and

13  she wasn't able to go to the actual school; would

14  you agree with that?

15  A.      I would agree with that.  Now, with that

16  school, what they did was they offered her the two

17  days that she would go opportunities to go over her

18  online courses that she was doing, but then they

19  would do art and gym, so it was like physical

20  activity as well that, so yes.  But when COVID did

21  hit and North Penn had to shut down all public

22  schools that was one of them.

23  Q.      She then indicated that she went online

24  where it wasn't like a Zoom class with other

1    students, but she was in charge of her own

2    schooling, if you will, making sure she met all of

3    her class assignments, et cetera; is that your

4    recollection?

5    A.      Yes.

6    Q.      She said she actually really enjoyed it and

7    that she personally thought that she did her best

8    schooling in that situation; would you agree with

9    that?

10   A.      I personally don't believe she got the

11   education out of it that she needed.  I think that

12   she got her ear tuned to listen to the video and

13   picked up what she needed to to answer the

14   questions.  I do not believe ███████ education

15   level is where it should be for a girl who just

16   graduated high school.

17   Q.      Would you agree with her that she had the

18   best grades during that period of time?

19   A.      She had okay grades, yes.

20   Q.      So it was virtual once shutdown came in

21   March of 2020 through the end of that semester,

22   correct?

23   A.      Uh-huh.

24   Q.      And then come her senior year she continued

```
1    with that virtual program, correct?

2    A.        Correct.

3    Q.        Did the hybrid -- at anytime did that

4    become available if she would have chosen to do

5    that?

6    A.        It was never offered to us.

7    Q.        Okay.  So once COVID hit, to your knowledge

8    that wasn't available to ▓▓▓▓▓ any longer?

9    A.        I could only -- we were never contacted.

10   Because her senior year she only had to carry two

11   classes.

12   Q.        And was that because she had enough credits

13   prior to her senior year?

14   A.        I can only assume that.  When we -- when

15   she started she only had two classes the entire

16   year, so --

17   Q.        Was it during her senior year that she was

18   working at the horse foundation?

19   A.        Yes.

20   Q.        So was she spending a lot of her time doing

21   that as opposed to schoolwork since she only had two

22   classes as opposed five classes?

23   A.        She would work in the early mornings at the

24   therapy barn and then go home in the afternoon and
```

1   do her schoolwork, yes.

2   Q.        At that time was she driving, so she could

3   do that herself, drive to the barn and come home?

4   A.        Because of what has happened with ▊▊▊▊

5   and her anxiety, she only just now got her driver's

6   permit.  She's too scared to be behind the wheel of

7   a car.

8   Q.        So how would she get to the barn and back

9   home for classes?

10  A.        I left my job and I made it my priority to

11  be available for ▊▊▊▊

12  Q.        So is that why you left property

13  management?

14  A.        One of many, but it was a huge -- I went to

15  work every day wondering if that was the day I'm

16  going to get the phone call, so it just became too

17  much.

18  Q.        When you say if that was the day I was

19  going to get the phone call, is that in regard to

20  your daughter's safety?

21  A.        Absolutely.  Is this the day she's going to

22  break down?  Is this the day something else is going

23  to happen?  Is this the day something else is going

24  to happen in school?  We lived on eggshells and pins

```
 1   and needles and nothing was the way it should be.
 2   Q.       She was able to complete the 12th grade,
 3   correct?
 4   A.       Correct.
 5   Q.       And she did graduate from the school
 6   district this past spring, correct?
 7   A.       Correct.
 8   Q.       She indicated that she began working for
 9   your husband in his business; would you agree with
10   that?
11   A.       Yes.
12   Q.       And she did indicate to me that she enjoys
13   it and would like to take over the business, if
14   possible; would you agree with that?
15   A.       Yes.
16   Q.       Has          load lightened at all, if you
17   will, by completing school and leaving the school
18   setting?
19   A.       She hasn't been in school since the tenth
20   grade.
21   Q.       I know, but she's had to complete school.
22   Have you seen any lessening of her anxiety since
23   graduating or no?
24   A.       No.  If anything, it has gotten worse.
```

1   Q.       Describe for me why you believe it has
2   gotten worse?
3   A.       Through this entire experience at least
4   when she was going to school she could at least see
5   other kids her age.  She's got no friends.  She has
6   no friend basis that she can go to the mall with or
7   any of that kind of stuff.  She is very isolated.
8   We try and get her out to do things, but she's very
9   fearful.  She's afraid of running into          or
10  friends that will judge.  She can't even walk out
11  the back door without making sure everything is done
12  and tidy.  She is in constant flight or fight mode.
13  We try keeping her at the barn it, so that keeps her
14  even keeled, but it's always there.
15  Q.       She indicated that she's been in a
16  relationship with Nick --
17  A.       Yes.
18  Q.       -- I think since ninth grade?
19  A.       Uh-huh.
20  Q.       Do you believe that that is a healthy
21  relationship?
22  A.       Yes, I do.
23  Q.       And is Nick a good influence for her?
24  A.       Yes, he is.

1   Q.        And does he try to get her to interact,
2   socialize beyond just the two of them?
3   A.        He tries, but he's also very -- we're all
4   very aware of her -- you have to understand that
5   when she -- with the social anxiety, if she gets
6   triggered, she'll run.  Like it's extremely hard to
7   keep her engaged or keep her -- or she'll just shut
8   down and be like I don't want to do this and then
9   that brings on like a panic attack or whatever.  It
10  is -- he tries -- we all try to draw it out.  But if
11  she at anytime feels like the eyes are on her or
12  she's going to be judged or -- you know, she's
13  fearful of making a mistake.  She doesn't trust
14  anybody, so it's extremely -- but he tries, you
15  know, and introduces her to different things, but
16  it's an everyday -- we just keep trying to get her
17  out there.
18  Q.        She said she is in the process of seeking
19  counseling; would you agree with that?
20  A.        Yes.
21  Q.        And are there any obstacles to her being
22  able to do that now?
23  A.        The first one was getting her to agree to
24  go.  The second one is that we have to be extremely

1   careful.  She will not talk to men or be in a room

2   with men by herself.  So we're trying to find the

3   right therapist that will work with her needs to

4   actually get her to open up and talk and heal rather

5   than I have to sit here because I'm told I have to

6   sit here and talk.  So that's what we're in the

7   process of doing.

8   Q.       And she also indicated that she's looking

9   for a family physician since she's 18 and wants, you

10  know, a grown up doctor as opposed to going to a

11  pediatrician; would you agree with that?

12  A.       Yes.  It's already been done.

13  Q.       And she still takes Adderall for the AD/HD;

14  is that correct?

15  A.       Correct.

16  Q.       Any other medication that she takes that

17  you're aware of or that you believe she should take?

18  A.       She takes Naproxen for headaches.

19  Q.       Does she have regular headaches?

20  A.       Not regular, but when she gets them they're

21  pretty bad.

22  Q.       Are they related to her mensies at all or

23  some other -- do you think she has an underlying

24  issue or when she gets her period does she get

1    headaches or you don't know?

2    A.       I don't know.

3    Q.       She hasn't been diagnosed as suffering from

4    migraines or anything like that?

5    A.       No, she hasn't been diagnosed with that.

6    Q.       Do you believe she has more headaches than

7    a normal person?

8    A.       I get a lot of headaches, so I couldn't --

9    mine are stress related.  Hers could be -- I can't

10   answer that.

11   Q.       That's what I'm trying to figure out.  Do

12   you believe that her headaches are stress related

13   because of these incidents with ████ or is there

14   some other physical reason or you don't know?

15   A.       I believe that there are conditions that

16   ████ suffers from as a direct result with these

17   instances with ████

18   Q.       Other than stress, anxiety, the social

19   hesitancy, what else do you believe she suffers

20   from?

21   A.       Sorry.  Say that again.

22   Q.       She suffers from stress that you believe is

23   related to the ████ incidents, correct?

24   A.       Correct.

1    Q.       She suffers from anxiety?

2    A.       Correct.

3    Q.       She also has blocks to socializing based on

4    mistrust due to everything that has happened,

5    correct?

6    A.       Uh-huh.

7    Q.       What else do you believe she suffers from

8    that you believe is directly related to the school

9    incident with ██████ ██████

10   A.       I believe she has very low self-esteem.  I

11   believe that she's got no faith in people in

12   authority that are there to help her.  I would say

13   those would be the major things.

14   Q.       I have no further questions.  I really

15   appreciate your time.  Thank you.

16   A.       Thank you.

17                   MS. LAUGHLIN:  No questions.

18           Thank you.

19                   (Witness excused.)

20                   (Deposition concluded at

21           3:07 p.m.)

22

23

24

```
 1                    CERTIFICATION
 2
 3
 4                 I, James J. Gallagher, Jr.,
 5       Professional Court Reporter and Notary
 6       Public, do hereby certify that the
 7       foregoing is a true and accurate transcript
 8       of the stenographic notes taken by me in
 9       the aforementioned matter.
10
11                     - - -
12
13
14
15
16
17
18
19
20       DATE:
21       _____
22       James J. Gallagher, Jr.
23       Court Reporter
24
```

# A

**A-B-A-D** 7:6
■ 7:5
**ability** 6:5
**able** 33:10 34:4 55:8 66:6
  71:10 78:13 82:2 84:22
**absolutely** 13:2 31:20 51:22
  54:8 68:8 74:19 81:21
**abuse** 55:16 58:13
**abused** 25:8
**accept** 55:6,7
**accident** 13:17
**accurate** 7:21 15:9,21,24
  16:1 19:5 26:1 30:21 31:23
  32:7 33:12 34:1 45:6 49:11
  58:10 88:7
**accusers** 25:12
**Acorn** 10:6
**action** 20:17 68:20
**actions** 44:22 68:2
**activity** 32:15 78:20
**actual** 15:15 78:13
**AD/HD** 10:19 11:7,11 18:9
  46:20 62:9,23 85:13
**add** 60:6
**add/drop** 60:5
**added** 46:11,13 67:24
**Adderall** 11:9 85:13
**address** 7:18 19:10
**adult** 63:5
**adults** 68:16
**advise** 28:22 50:19
**advised** 16:22 20:18 21:14
  22:9 27:10 30:16 35:3,5
  49:4 73:3,4,12
**affect** 66:18
**aforementioned** 88:9
**afraid** 54:18,19 68:23,24 69:1
  69:3 83:9
**afternoon** 4:15 80:24
**age** 77:22 83:5
**agent** 9:9,15
**ago** 14:8 40:23
**agree** 7:16 11:9 18:18 30:17
  32:16 47:20 78:14,15 79:8
  79:17 82:9,14 84:19,23
  85:11

**agreed** 42:16
**agreement** 4:3
**ahold** 36:14
**alcohol** 67:17
**allegations** 22:7 23:11
**allow** 32:11 57:1
**allowed** 68:4
**allowing** 48:19
**aloof** 30:13
**and/or** 58:15
**Andrews** 18:17 20:5,6
**anger** 39:23
**angry** 14:12 68:17
**Ann** 59:3 75:17
**answer** 5:21,22 9:8 24:6 28:9
  36:19 66:20 79:13 86:10
**answered** 27:3 38:15 71:17
**answering** 6:4
**answers** 75:20
**anxiety** 30:2 68:8 81:5 82:22
  84:5 86:18 87:1
**anybody** 30:11 45:20 54:14
  68:16 71:14 84:14
**anymore** 28:18
**anytime** 76:6 80:3 84:11
**apart** 34:22
**apologetic** 55:22 56:17,19,21
**apologizing** 56:5
**APPEARANCES** 2:1
**apply** 34:7
**applying** 34:10
**appointment** 24:8
**appreciate** 87:15
**approach** 69:12
**approached** 26:11
**approval** 28:3
**approved** 29:1,5 34:8
**approximate** 65:20
**approximately** 32:4
**April** 11:23 12:13 14:16
  19:17
**arrange** 27:23
**arrangements** 57:4
**arrival** 52:23
**arrived** 52:20 53:3,5
**art** 78:19
**arts** 20:9

**asked** 20:13,15,16 23:7,18
  26:10 37:9 38:19 41:1
  48:16 57:17 73:17,20 74:4
  75:11
**asking** 6:9 10:20 25:3,5 40:9
  68:12 72:7 75:9
**assaulted** 13:8,11 14:7
**assaulting** 51:5 53:12
**assigned** 53:13
**assignments** 79:3
**assistant** 59:1
**assisting** 16:18
**assume** 39:13 80:14
**assuming** 22:12
**assured** 50:1
**ATTACHED** 3:17
**attack** 35:5,15 84:9
**attempts** 42:15
**attend** 29:15 33:16
**attendance** 28:4,24
**attended** 32:18 48:9 66:22
  77:5
**attending** 34:23 35:2 36:10
  37:6 42:19 58:8 63:12
**attention** 14:6 46:15 67:4
  70:10
**attorney** 2:5,9 40:11,20,23
**August** 50:16 78:6
**authority** 63:5 68:16 87:12
**automotive** 33:19,23
**available** 58:3 80:4,8 81:11
**avoid** 44:19
**aware** 11:21,24 21:7 51:18
  61:17 64:15,17 65:4 67:16
  69:20 84:4 85:17

# B

**back** 19:23 26:8,15 27:6,20
  28:21 35:6,7,9 36:23 40:8
  41:6,8 46:9 48:2,13 52:5
  57:3 62:19 66:8 70:1 72:4,8
  81:8 83:11
**bad** 85:21
**Bandi** 11:1,3
**barn** 80:24 81:3,8 83:13
**based** 41:19,21 63:1 68:2
  87:3

basically 53:14
basis 18:1 30:10 33:16 83:6
becoming 63:6,13 69:4
bedroom 65:11
began 11:14 18:4 53:12 64:14
  82:8
beginning 18:16 32:23 35:3
  50:19 69:18 70:8 77:17,18
behalf 44:20 61:1,3
behavior 55:6,7 67:23
behavioral 12:20
believe 12:16 18:24 20:8
  22:20 24:12 26:22 28:21
  30:7 37:24 43:13,15 49:12
  51:8 55:4,19,23,24 67:14
  68:2 72:19,24 74:11 76:5
  79:10,14 83:1,20 85:17 86:6
  86:12,15,19,22 87:7,8,10,11
believed 56:2 63:13
belongings 52:7
best 6:4 31:1 41:22 44:2 79:7
  79:18
bet 10:10
better 32:24 62:11 65:17
Betty 23:18 34:15
beyond 84:2
big 66:8
birth 7:7
bit 30:5 46:15 55:2 63:4
blocks 87:3
Bob 43:17
body 68:20
Bonaventure 9:5,6,11,17
bother 41:9
bough 45:20
Bowen 12:9,15 14:4
Bower 58:23 59:3 75:16,18
boy 15:4 20:15
brave 55:2
break 6:15,17 62:16 81:22
  ███ 8:9,12
briefly 7:5
bring 41:17
brings 84:9
broached 73:1
brother 7:24 33:24
brought 13:10 14:5,6 15:12

64:7 67:17 70:10 75:12,13
███ 11:22 13:20 22:7
  25:24 28:10 33:5 34:12
  35:3 37:6 49:18 50:20,23
  60:19 61:2 87:9
███ :10
build 55:3
building 24:3,20 25:21 26:10
  27:9
buildings 10:8
bullet 71:9
bus 12:22
business 82:9,13
bussing 27:23 28:2 29:1

## C

call 12:2,4,13 13:1,12,21 24:7
  36:6,15 37:21 38:8,18 40:11
  40:15,24 41:6,8,10 51:2,20
  51:24 56:4 72:4,8,10,19
  81:16,19
called 12:6 13:5,16 21:19
  22:1,2,3 27:20 31:3 35:21
  35:23 36:8,18 37:20 38:13
  38:19 51:6 52:8 68:7 72:7
calling 36:11 37:18 38:24
  55:17
calls 12:5 35:20 56:20,22
  57:2
callus 39:6
car 52:7 81:7
care 11:4 31:15 50:10
career 50:8
careful 85:1
carefully 13:17
caring 31:6
Carl 38:9 41:16
carried 76:7
carry 80:10
cars 33:24 34:1,5
case 18:10,14,19,22,24 19:3
  20:6 47:13,21,23
catch 36:16
causing 13:17 43:23
CBRE 10:6
Center 2:9
central 23:23 36:13,14 37:18

37:20
certain 66:7
certainty 22:12
certification 4:5 88:1
certify 88:6
cetera 79:3
change 63:1
changed 17:15 32:6 62:8,22
changing 17:21
charge 23:24 79:1
charges 15:11,14 60:18
checked 50:12 60:7
child 8:12,15,19 32:12 33:13
children 8:2,21
chin 45:19
chose 21:22
chosen 80:4
circles 30:1
circulated 48:4
circumstances 4:20
civil 61:2
claim 13:8 74:21
clarify 66:2
class 25:16 37:3 45:17 49:18
  51:4 53:14 56:3 58:13 59:9
  59:17,19 60:7 67:20 68:3
  78:24 79:3
classes 17:15 25:9 28:15,18
  42:22 43:3,7,9 44:9 58:2,5,8
  80:11,15,22,22 81:9
classroom 60:4
classrooms 17:21
clear 47:5,7
close 68:14,14 69:10
closed 30:4
closest 27:13
Cody 8:4,5,15
collective 11:4
collectively 42:14
combined 11:5
come 13:7 21:24 22:16 23:21
  45:13 47:17 48:13 49:18
  50:22 70:14 79:24 81:3
comes 74:2
comfort 63:20,22
comfortable 66:12
coming 29:13 46:9

commencing 1:17
commercial 9:21 10:10
commonwealth 9:9
company 9:5
compared 32:21
complete 82:2,21
completed 45:21
completing 82:17
computer 43:2
concern 34:11,14
concerns 19:10
concluded 87:20
conclusion 74:16
conditions 86:15
conducted 61:15
confided 70:9
confirm 50:12
confirmed 29:4
constant 83:12
contact 19:14 21:8,10 23:10
   37:17 49:19,22 50:3,12 55:9
   55:15
contacted 21:4 56:16 80:9
continue 33:13 63:22 76:13
continued 25:15 31:21 55:16
   79:24
continuing 58:14 59:5 63:17
control 40:6
convenient 27:16
conversation 18:8 23:16,17
   23:21 24:17,21 27:9 29:5
   41:16 46:7 48:18 54:1,24
   55:5 56:14 72:22 75:15
convey 53:6 54:10
conveyed 39:12 41:16
cool 30:12,23 34:3
coordinate 28:2
coordinator 71:8,12 73:18,19
   74:4 76:10
core 42:22 58:5,8
corner 74:9
Corporate 2:8
correct 6:23,24 8:13,20 9:8
   10:12,13,15 11:12,13,15,16
   11:19,20 13:19 14:13 15:1,2
   15:5,6 17:7,10 18:11,23
   19:1,11,12,15,16,20,21,24

20:1,7 21:9,17 26:23,24
   27:19 28:20 29:16,17 31:24
   32:2,12,19,20 33:17,18,20
   33:21 34:2,5,6,8,9,24 35:1,4
   35:9 36:2,3 38:21 39:16
   42:2,24 43:1,3,4 45:2,7,22
   45:23 46:1,2,21 49:5,8,14
   49:19 50:16,17 51:10,13,14
   52:19 58:4 59:22 60:24
   61:4 64:2 66:22,23 69:8,9
   72:9 74:14 76:14,15 79:22
   80:1,2 82:3,4,6,7 85:14,15
   86:23,24 87:2,5
correction 14:18
correctly 77:6
Cory 8:3
counsel 4:3 40:18
counseling 84:19
counselor 12:3,10 18:18,19
   34:19 51:10 62:1,2 63:4
   64:1
couple 42:15 69:11,20
course 13:9
courses 78:18
court 1:1,21 15:8 62:18 88:5
   88:23
courtroom 15:18
COVID 78:11,20 80:7
crazy 10:8
credits 80:12
criminal 15:11,14 61:2
crisis 62:1 64:1
crushed 54:8
crying 13:14
cup 67:14
current 7:6 8:15,24
currently 6:1 7:9,21 9:2
cutting 64:14

**D**

dad 30:20 33:23
dark 65:15
Darren 47:18
date 7:7 14:22 28:12 60:22
   88:20
daughter 4:17 8:3 10:14
   15:20 16:18 18:1,4 19:11

21:23 22:16 25:8,15,22
   26:21 37:2 40:3 41:2 44:22
   57:10 61:8 76:13
daughter's 6:10 11:18 41:22
   81:20
Dawn 35:24 41:15 42:3 47:18
   48:19 51:8 52:17
Dawn's 52:18
day 11:4 36:24 41:7,8,10 53:4
   55:12,12,14,14 57:7,8,9,11
   57:11 60:16 66:1 81:15,15
   81:18,21,22,23
days 42:21 77:14,15,16 78:17
deal 15:17 25:24 57:14
dealing 63:7
dealt 20:16
Deb 38:1
December 77:19
decided 41:17 42:13
decision 41:19
Defendant 1:9 2:9
definition 66:5
deliberately 44:16
demeanor 23:7 54:7 65:24
department 21:3,13 60:13,14
depended 17:22
depending 32:5
deposition 1:5,14 4:18,21
   87:20
Describe 83:1
described 30:24 76:2
DESCRIPTION 3:17
desk 14:4,4
detail 25:13 41:15 53:16
detailed 33:24
detective 52:17
determined 10:18
devastated 13:18 51:22
Development 10:6
devices 65:10
diagnosed 11:1,6,11 18:9
   86:3,5
diagnosis 63:1
dial 71:11,15
dialed 72:6
Dietrich 38:9 40:17 41:16
different 24:23 25:23 26:21

27:11 29:6,9 43:12 54:17
  59:2 84:15
**difficult** 6:8 30:3 47:8 67:9
**difficulty** 65:1,21 66:9
**direct** 67:22,23 86:16
**directly** 37:21 52:8 87:8
**director** 27:3,22
**disability** 62:8,22
**disciplinary** 20:17
**discipline** 28:10,13,14
**disclose** 23:6
**discuss** 42:10 47:11 63:14
  64:19 67:18 70:3,12 71:1
**discussed** 59:10,11 70:13
  76:22,23 77:1
**discussing** 72:12
**discussion** 10:1 16:4 46:3
  76:17
**disruption** 33:8
**distress** 62:23
**district** 1:1,1,8 4:16 6:11
  20:20,22 23:14 24:3,20
  25:20 26:9 27:8 36:14
  37:19,20 38:12 41:11 42:1
  43:3 47:15,15,17,21 55:10
  56:8 58:16 61:23 64:1
  70:11 71:1 73:14 74:12,15
  75:9 78:3 82:6
**disturbance** 66:10,11,18
**disturbances** 66:14
**Divers** 20:5,9
**doctor** 85:10
**documents** 48:17 71:10
**DOE** 1:5
**doing** 18:2 66:15 77:22,23
  78:18 80:20 85:7
**door** 15:4 35:6,7,9 83:11
**downtown** 52:1
**Dr** 11:1,3 23:18,22 24:10
  25:22 26:3,10,15 27:9 28:21
  29:3 37:21,23 46:8,22 47:24
  75:16,18
**draw** 84:10
**drinking** 67:14
**drive** 81:3
**driver's** 81:5
**driving** 81:2

**drop** 60:6
**dropped** 13:14
**drove** 32:9 52:8
**due** 34:18 87:4
**duly** 4:11
**Dylan** 72:19

**E**

**E** 2:3
**ear** 79:12
**earlier** 12:16
**early** 78:6 80:23
**EASTERN** 1:1
**easy** 30:14
**education** 33:14 39:22 41:4
  79:11,14
**effort** 11:5
**eggshells** 81:24
**Eighteen** 9:1
**eighth** 32:18,21 33:3
**either** 37:16 50:11 51:8,20
  75:5
**elementary** 10:16 11:22 12:1
  17:5 24:1 70:2
**Eleven** 9:16
**Elizabeth** 46:8,22 48:7
**email** 28:1 48:3,5,6
**embarrass** 6:12
**emotional** 62:23
**employed** 5:4 9:2,18,20
**employee** 47:1 61:19 74:12
  74:13
**employees** 72:22 73:13 75:8
**employment** 5:2 52:2
**ended** 63:6 72:13
**enforced** 67:6
**engaged** 84:7
**enjoyed** 78:9 79:6
**enjoys** 82:12
**entailing** 24:21
**entire** 80:15 83:3
**entitled** 6:16 11:12
**entity** 5:5
**Equity** 10:5
**ERSA** 1:21
**escorted** 43:19
**ESQUIRE** 2:3,7

**estate** 9:7,15
**et** 79:3
**event** 14:8 33:14
**events** 14:5 63:14 70:2,7
**everybody** 48:9 68:12 73:10
**everyday** 84:16
**EXAMINATION** 1:6
**examined** 4:11
**excused** 87:19
**EXHIBITS** 3:15,18
**expectation** 49:21
**experience** 16:19 29:19 83:3
**explain** 37:1 60:1
**explaining** 24:22
**explanation** 59:14
**extension** 71:13,15
**extracurricular** 32:15
**extremely** 30:1 39:1 67:3
  68:15 84:6,14,24
**eye** 54:15
**eyes** 43:20 84:11

**F**

**face** 20:17 69:6,8
**face-to-face** 58:14
**faces** 55:2
**fact** 33:6 34:16,18 41:21
**faith** 87:11
**fall** 4:22 19:24
**falls** 22:14
**familiar** 5:7 21:20,23
**family** 7:15 23:10 40:22 85:9
**fearful** 68:9,18,23 69:2,5
  83:9 84:13
**fee** 31:4
**feel** 13:13 14:11 50:6 51:21
  62:11 64:24
**feelings** 29:8
**feels** 84:11
**Felicia** 43:14,15,16
**felt** 29:13 69:4
**fifth** 17:3,15,19,20 18:17
**Fifty-four** 7:10
**fight** 83:12
**fighting** 63:16
**figure** 86:11
**figures** 63:5

file 15:20
filed 4:17
files 34:21
filing 4:4
fill 57:24
filled 57:21,22
finally 42:15 54:21
find 45:12 71:10 75:20 85:2
finding 24:4 75:14
findings 64:11
fine 5:22 6:16
first 8:12 16:11 17:5,8 24:8
  24:18,19 26:11 27:8 29:24
  33:7 35:21 55:15,18 56:4,20
  56:22 58:19 60:3 67:12
  73:5 84:23
five 14:24 15:17 16:7 18:15
  21:16 45:10 80:22
flight 83:12
Floor 1:16 2:4
follow 5:9 56:23 75:4,6
followed 68:13
following 25:4,5 58:12
follows 4:12
foot 57:1
foregoing 88:7
form 4:7 61:6
formulated 42:12
forward 13:8 25:24 29:13
found 15:16 19:17 39:14 48:3
  48:14,16 72:6,15 75:21
foundation 80:18
four 45:10
fourth 17:14,19
Frank 10:4
free 67:9
FREIWALD 1:16 2:2
Friday 57:13
friend 30:10 31:1 83:6
friends 29:12,24 30:3 54:17
  54:20 68:10 69:2 83:5,10
full 6:20 41:18 42:13,20
  44:19 45:21 57:3 77:15
full-time 47:6,12 48:1,20
  57:18 58:9 59:6
further 23:15 54:1 87:14

**G**

Gallagher 1:15 88:4,22
Garfield 7:11
gathering 74:24
gentleman 15:12
genuine 55:23,24
geography 27:17
getting 38:8 51:2 66:15 84:23
Gina 72:18 74:2
girl 30:9 79:15
girls 28:18 30:6 69:3
give 5:10 17:22 18:13 20:24
  26:3 28:6,7 42:3 53:16
  59:13 60:20 63:22 73:21
given 4:18 16:11,14 52:12
go 5:8 16:3,17 18:5 20:19
  24:6,19 25:13,22 27:10
  33:10 34:7,10 42:13 53:23
  55:8 57:3,10 65:13 66:7
  77:6,13,14,15 78:8,13,17,17
  80:24 83:6 84:24
goes 40:7
going 5:8,8 6:9 10:7 20:13,15
  20:17 22:9 23:15 24:24
  25:24 29:6,8 31:22 33:15
  34:12 36:12 42:23 49:4
  50:7 54:18 59:6 67:24 70:9
  72:13 81:16,19,21,22,23
  83:4 84:12 85:10
good 4:15 51:15 83:23
gotten 30:16 82:24 83:2
grade 10:20,23 11:12,23
  12:14 17:3,8,14 18:17,23
  29:15,19 31:22 32:18,21,22
  33:3,15 34:14,24 44:4 45:9
  48:8 49:3 51:13 58:2 59:18
  66:21 67:2 70:21 76:14,16
  76:18,24 77:5 82:2,20 83:18
grader 12:23 41:18
grades 66:18 79:18,19
graduate 82:5
graduated 79:16
graduating 82:23
Gregg 43:16
grew 30:20
grown 85:10
guard 43:6,10,11,12,22

guess 5:22
guidance 12:3,10 17:22 34:19
guilty 15:15,16
gut 40:21
███████ 1:8 3:6 4:10 6:21
Gwynedd 10:15 11:14,22
  16:10,22 21:12 22:13,14,14
  33:4,11 39:13 70:1
gym 78:19

**H**

half 32:5 77:15
hall 44:15 69:11
hallways 44:9 45:18
handing 73:5
handled 27:5
handling 28:5
hands 54:6
happen 25:2 41:2 49:4 54:18
  55:12 59:12,14 81:23,24
happened 6:10 16:7 23:19
  24:22 25:6 28:16 33:11
  49:20 52:15 53:11 59:16
  60:1 69:7,8 70:22 71:4 81:4
  87:4
happening 27:4 53:8 56:5
  69:14
happy 43:18
hard 84:6
head 5:11 45:11,20 74:10
headaches 85:18,19 86:1,6,8
  86:12
heal 85:4
healthy 83:20
hear 26:5 27:6 66:14
heard 13:20 65:7,9
hearing 15:16
heart 41:23
heightened 68:9
held 10:2 16:5
help 77:16 87:12
███████ 1:8 3:6 4:10
  6:21,22 7:6 38:16
HENDRZAK 2:7
hesitancy 86:19
hesitation 57:19
Hessler 72:24

**high** 34:16 45:19 49:6,19
  51:4 59:24 70:7 79:16
**hit** 78:21 80:7
**hold** 47:18
**Holly** 18:17 20:5
**home** 7:15 11:4 17:17 35:2,8
  35:9 45:13 50:18 52:6
  53:23,24 54:3,4 76:23 77:11
  77:14,24 78:1,8 80:24 81:3
  81:9
**honest** 53:17
**horrible** 29:21,22 30:15
**horse** 30:24 31:1,5,14,19
  80:18
**horses** 30:20,21 32:2
**horsing** 30:17 31:4 63:17
**hour** 32:5
**hours** 36:13
**house** 27:14 32:6 36:17
**HR** 20:19,21 23:14 27:5 28:5
**huge** 81:14
**Human** 20:23
**humiliate** 6:12
**humiliated** 54:9
**hunting** 75:13
**hurt** 54:9 68:17
**husband** 7:21 8:13,16,21,24
  13:16 19:19 52:8 53:19
  77:3 82:9
**hybrid** 77:12 78:7 80:3
**hygiene** 65:8

**I**

**identified** 38:15
**identify** 20:2
**IEP** 11:12,17 13:3 18:10,20
  19:1,14 45:24 46:19 47:3,13
  47:18,22 49:9 58:19 59:6
  64:12 76:16
**illness** 6:2
**immeasurably** 68:9
**importance** 49:17
**important** 77:20
**imposing** 44:17
**improvement** 33:1
**inappropriate** 54:2
**inappropriately** 68:5

**incident** 12:22 14:14,17
  19:18 23:5 24:4,13,16 25:21
  26:12 33:4,9 39:13 55:10
  57:8 67:13 70:21 87:9
**incidents** 68:1 86:13,23
**include** 19:3
**INDEX** 3:1
**indicate** 56:2 65:1 74:20
  82:12
**indicated** 15:3,7 31:3 32:14
  33:22 43:6,18 47:24 76:9
  77:4 78:11,23 82:8 83:15
  85:8
**indicates** 64:13
**indication** 42:4
**individuals** 75:5 76:3
**infirmity** 6:3
**influence** 83:23
**information** 14:10 16:11,14
  17:20 18:3,13 19:22 20:11
  20:24 28:7 38:24 60:20
  73:21 74:17,24
**informed** 13:7 14:21 25:11
  62:21 75:18
**initiated** 44:12 61:14
**input** 11:4
**insomnia** 65:4,7,17,23,24
  66:4,8,12
**instance** 59:15
**instances** 33:2 86:17
**instituted** 61:2
**intention** 6:11,12
**interact** 84:1
**interacted** 21:15 70:11
**interaction** 12:15,19 13:1
  44:5,11 50:19,23 69:16
  77:21
**interest** 33:19,23 41:22
**interested** 30:19
**interview** 22:16
**interviewed** 60:10,12
**introduces** 84:15
**investigation** 13:10 14:7
  60:18 75:19 76:7,11
**involved** 39:4 58:18
**isolated** 83:7
**issue** 28:6 85:24

**issues** 12:20 16:18 19:13
  37:14,15
**IX** 70:3,5,12,15,24 71:1,8,12
  72:12,15 73:2,6,17,21 74:4
  74:18,21,23 75:6,10,12,16
  75:19,22 76:6

**J**

**J** 1:15 88:4,22
**James** 1:15 7:1 88:4,22
**Jane** 1:5 6:21 7:2
**job** 6:14 81:10
**joint** 12:4
**Jordan** 2:7 3:8 4:14,16 8:10
  8:11 9:24 10:9 16:6 31:10
  31:12 61:7 62:15,24
**Jr** 1:15 88:4,22
**judge** 83:10
**judged** 84:12
**judgment** 69:2

**K**

**Kate** 49:13,15 55:19
**keeled** 83:14
**keep** 34:22 45:19 84:7,7,16
**keeping** 83:13
**keeps** 83:13
**kept** 43:13 68:12,13,14
**kick** 40:21
**kids** 21:3 24:1 28:15 77:13
  83:5
**Kiello** 21:12
**kind** 17:21 30:4 66:8 74:21
  83:7
**kindergarten** 10:16 16:8
  17:3,19
**knees** 13:14
**knew** 15:23 19:23 21:24 22:2
  44:23 51:12 59:11 67:22
**Knight** 10:3
**know** 5:17,21,22 6:8,17 14:19
  15:15 16:2 20:10 21:21,22
  22:11,12 28:12,14,16,17,19
  30:11,13 36:4,6 40:10,19,19
  43:20 44:18,22,24 45:8,10
  46:10,24 52:22 55:1,1,6
  60:17 61:13,24 63:11 65:17

66:13 67:21 68:11 69:10,11
70:5 71:17,19 73:23 82:21
84:12,15 85:10 86:1,2,14
**knowledge** 16:15 18:2 20:4
21:4 22:8,18 26:12,12 38:10
40:12 43:11 44:5,18 46:14
46:23 56:10 58:12 60:11
64:8 66:19 69:7,16 73:14
80:7
**knows** 45:1
**Kris** 14:3
**Kristin** 12:12 16:16 17:22,24
**Kyle** 40:12 72:24
**Kyra** 47:19 51:6,8,10,12
52:17 72:18

**L**

**lacking** 77:21
**ladies** 25:10
**language** 20:9 68:20
**Lansdale** 7:11
**late** 78:5
**LAUGHLIN** 2:3 8:9 16:2
31:8 61:5 62:13 87:17
**LAURA** 2:3
**LAW** 1:16 2:2
**lawsuit** 4:17
**learn** 51:1
**learned** 14:10,24 22:24 35:18
50:23 55:16 57:7 70:15,24
**learning** 14:16 20:11 24:16
25:21 70:2
**Leasing** 31:8,9
**leave** 29:12 36:21 41:24
43:21 53:23 71:21
**leaving** 82:17
**LeBlanc** 35:24 36:1 41:15
42:3 48:19,22 51:21 57:5,17
57:18
**leery** 63:5
**left** 22:4 23:1 34:14 53:15,24
72:7 74:8 81:10,12
**lessening** 82:22
**Let's** 16:3 62:13
**level** 49:21 79:15
**licensed** 9:9,14
**life** 7:15

**light** 25:7
**lightened** 82:16
**liked** 30:6
**line** 38:7
**listen** 5:9 79:12
**litigation** 14:23 61:1
**little** 30:5 46:15 55:2 63:4
**lived** 7:14,18,20 81:24
**living** 39:2
**LLOYD** 2:7
**load** 82:16
**located** 32:6,7
**long** 7:18 8:23 9:11,14 65:20
**longer** 80:8
**look** 22:9 23:15 26:7 36:16
44:16 76:18
**looked** 60:3
**looking** 70:22 85:8
**losing** 10:8
**lot** 67:4 80:20 86:8
**loved** 31:13 33:13
**low** 87:10
**Lucas** 59:3 75:18

**M**

**maiden** 7:1,3,4
**major** 87:13
**making** 11:18 35:20 79:2
83:11 84:13
**mall** 83:6
**management** 4:22 9:21 10:11
81:13
**manager** 18:11,14,19,22 19:4
20:6 47:13,21,23
**manifested** 68:5
**March** 79:21
**Marie** 59:3 75:17
**MARKED** 3:17,18
**Market** 52:1
**married** 6:22 7:5 8:16,17,24
**material** 74:1
**matter** 88:9
**Maureen** 2:7 4:15
**McVay** 38:1
**mean** 20:24
**meant** 21:1 22:11 23:16
**measures** 25:12

**medication** 6:2 11:7 85:16
**meet** 13:23 17:24 30:3
**meeting** 11:18 14:2 19:3,4
20:13 45:24 47:3,9,11 48:9
49:14,16 50:11 58:17,20,22
59:2,4,10 74:16 75:5,17
76:2,3,17
**meetings** 47:18 56:23,24
58:14,19 59:5 73:22
**Megan** 49:15
**member** 43:8
**memory** 38:17
**men** 85:1,2
**mensies** 85:22
**message** 36:21 71:21,23,24
72:7
**met** 79:2
**mid-June** 27:7 28:22 29:3
**middle** 7:2 24:24 25:23 27:13
30:5 32:15,23
**migraines** 86:4
**Miller** 63:8
**Miller's** 64:13
**mind** 74:2
**mind's** 54:15
**mine** 86:9
**minute** 62:10
**minutes** 15:17 32:5 62:14
**mission** 50:7
**mistake** 84:13
**mistrust** 87:4
**mode** 83:12
**molested** 14:24 15:4,21
**mom** 11:17
**Montco** 33:17 34:8,11,24
35:19 36:2 39:14 40:8
42:20,24 43:8,11 44:19
45:22 47:1,12 59:7,21 61:20
66:22 72:22,23 74:13 75:2
76:9,14
**months** 14:8
**mornings** 80:23
**move** 26:7 44:16
**moved** 24:23

**N**

**nail** 63:16

**name** 4:15 6:20,22 7:1,2,3,4,5
 7:6 8:7 9:5 10:4 13:10 14:6
 61:15,17 64:2,6 72:2 73:19
 77:6
**Naproxen** 85:18
**need** 5:12 6:15 50:5 55:1
 62:10
**needed** 17:23 38:20 46:16
 57:23 79:11,13
**needles** 82:1
**needs** 11:19 85:3
**negative** 29:20 33:3
**neighbor** 15:4
**neither** 75:3,12
**never** 13:19 14:14 22:18 45:2
 45:5 60:23 69:7 72:8 73:13
 73:24 80:6,9
**new** 10:4 30:9 47:13 78:8
**Newmark** 9:22 10:3
**Nicholson** 56:9,12 58:15
 72:24
**Nick** 83:16,23
**nightmare** 39:3
**ninth** 31:22 33:15 34:24
 41:18 44:4 45:9 51:12
 83:18
**nod** 5:11
**normal** 86:7
**North** 1:8 33:16 34:7,10,23
 35:19 36:1 38:11 39:14
 40:8 41:22 42:20,23 43:8,11
 44:19 45:22 47:1,9,12,15,16
 47:21 57:1 59:7,20,20 61:19
 61:23 66:22 72:22,23 73:18
 74:13 75:1,2 76:9,14 77:11
 78:21
**Northbridge** 77:8,9,12
**Notary** 1:15 88:5
**notes** 64:13 65:1 88:8
**noticed** 64:18,19
**notified** 37:15
**notify** 37:14
**November** 1:17 14:15,18
 70:21,23 71:5 77:18
**number** 3:17 36:15,18 71:9
 71:11 72:2,6,6 73:20

**O**

**O'Brien** 51:6,16,21 70:9
 72:19
**Object** 61:5
**objections** 4:6
**obstacles** 84:21
**occasions** 69:21
**occur** 33:9 44:8
**occurred** 14:15,17,19 22:21
 22:24 39:12 45:8 56:3
 67:19 69:18 70:20
**October** 14:17,20 54:11 69:9
 69:17 70:8,22
**offered** 78:16 80:6
**office** 23:23 36:13,15,18
 52:18 64:7 73:20
**officer** 21:15,20 52:24 53:7
 53:11
**Oh** 55:11 58:24 62:15
**okay** 6:1 8:7,19,23 10:14,24
 11:6 14:19,23 15:23 17:24
 18:4 19:7,9 20:11 22:3 25:6
 26:15 27:20 28:17 34:23
 35:18 36:6 42:3 43:9,14
 44:21 45:2 47:24 48:14,18
 59:13,23 60:17 64:13 66:13
 66:21 74:11 79:19 80:7
**old** 7:9 15:1 21:16
**older** 15:20
**Olivia** 8:7
**once** 18:9 19:1 40:17 54:3
 70:24 79:20 80:7
**ones** 73:15
**online** 42:23 58:2 77:13
 78:18,23
**Onyx** 10:5
**open** 85:4
**opened** 77:12
**opinion** 66:5
**opportunities** 78:17
**opportunity** 19:9 52:12 60:21
**opposed** 74:12 80:21,22
 85:10
**ORAL** 1:6
**order** 55:7
**originally** 24:15
**ostracized** 67:4

**outcast** 69:4
**outlined** 48:12
**outside** 65:11
**oversee** 10:11
**overwhelming** 30:2
**owner** 5:1
**ownership** 31:4

**P**

**p.m** 1:17 87:21
**PA** 1:23
**packed** 52:7
**PAGE** 3:4
**paid** 31:4
**pain** 64:24
**pamphlet** 74:6
**pamphlets** 73:4,7,13
**panic** 35:5,15 84:9
**pants** 54:6
**paper** 62:3
**paperwork** 15:20,24 57:21
 57:22
**Pardovich** 72:18 74:3
**parent** 66:24
**parents** 45:5
**Parkway** 2:8
**part** 11:17 13:3 49:6,7 64:12
**part-time** 33:16
**particular** 21:10
**parties** 4:24
**party** 37:16
**patterns** 67:23
**Peace** 21:3
**pediatrician** 11:1 85:11
**Penn** 1:8 38:11 41:22 47:9,15
 47:16,21 57:1 59:20 61:23
 73:18 75:1 77:11 78:21
**Pennbridge** 77:5
**Pennbrook** 27:13,14,18,24
 29:16,19 32:19 37:17 42:1,1
 42:23
**Penndale** 26:23 33:10,11
**Pennsylvania** 1:1,16 2:4,9
**people** 30:3 36:7 43:20 68:11
 73:6,8,12 77:22 87:11
**percent** 34:17 74:23 76:21
 77:11

period 60:5 65:23 79:18
85:24
periods 66:7
permission 52:21
permit 81:6
person 16:17 18:5 24:10 39:5
43:12 49:13 61:15 86:7
person's 64:2
personally 6:15 34:20 36:4
79:7,10
Pete 56:9,10 59:2 72:24
petite 34:4
████ 11:21 13:20 20:15
22:7 23:10 25:1,7,14,24
28:10 29:14 33:5 34:12
35:3,11,18 37:2,6 39:15,22
41:4 42:7,18 44:6,18,24
45:17 49:18 50:4,20,23 51:3
53:9 54:2,15,19 58:12 60:6
60:19 61:2 67:20 68:4 69:2
69:5,17 83:9 86:13,17,23
87:9
████ 25:16
Philadelphia 1:16,23 2:4
phone 12:7 13:1,20 38:8,15
40:11,15,24 51:20 56:4,20
56:22 57:2 71:9,17 72:19
81:16,19
phrased 5:16
physical 77:7 78:19 86:14
physically 25:7 51:23
physician 11:5 85:9
pick 30:6
picked 28:15 79:13
pins 81:24
place 25:9 29:24 33:7 37:9
42:19 44:1,23 53:3 56:24
67:4,12
placed 11:7 59:9 68:3
Plaintiff 1:6 2:5
plan 19:11 25:8 42:10,19
43:5 44:23 67:3,6 69:13
play 21:24
Plaza 1:22
plea 15:17
please 5:9 6:20 38:17
pled 15:15

plus 21:23
pod 50:4
point 17:23 28:23 50:22
53:20 65:18 70:14 71:9
72:10 76:22
police 21:3,8,12,15 52:16,19
52:24 53:6,11,22 60:9,13,14
60:18,22,23
portfolio 10:12
position 61:24
positions 68:16
positive 29:20 31:19
possible 82:14
potential 37:14,15
potentially 34:12
power 50:2
pre-start 19:2
premises 67:17
prescribed 11:8
presence 53:1
present 40:11,20,23 60:11
pretty 53:18 85:21
prevent 6:3 24:24 37:5 69:13
previously 4:21 8:16 51:12
primary 17:18 62:8,22
principal 12:3,8,15 13:24
19:19 23:13 36:1,9 48:19
56:11
prior 9:17 10:4 11:8 12:13
13:1,20 14:15 29:3 34:10
36:5 52:23 56:12 80:13
priority 81:10
privately 52:13
privy 18:3
Probably 57:9
problem 52:22
procedures 37:9
proceeding 15:8
PROCEEDINGS 4:1
process 5:7 11:3,14 84:18
85:7
produced 48:6
Professional 1:15 88:5
profusely 56:5
program 78:2,7,12 80:1
progressed 16:21
property 4:22 9:21 10:11,12

81:12
protect 25:12 40:3 41:23 42:5
protection 67:7
provided 18:10,10 62:3 74:17
78:2
psychologist 61:9,12,16 62:4
63:24 64:4
psychologist's 64:11
public 1:15 78:21 88:6
punished 29:13
punishment 67:7 68:7
purpose 36:11
push 48:2
put 25:8 30:4,7 42:19 55:2
58:13 60:6 65:10 67:5,11,12
putting 43:20

Q
question 4:7 5:9,15,16,20
26:13 27:4 28:9 66:20
questions 6:4,9,14 40:10
79:14 87:14,17

R
reach 26:16 27:21 71:1 72:11
76:10
reached 28:1 55:18,21 56:7
reaching 26:19
read 62:19
real 9:7,9,15
realize 42:7
really 30:23 77:21 79:6 87:14
Realty 9:5,6,12,17
reason 6:16 28:6 38:17 61:10
86:14
Rebecca 61:14,16,19
recall 4:20 10:18 12:21 14:2
23:4 24:16,21 29:11 33:3
35:21,22,23 38:13 42:18
43:22 53:10 55:18 58:20,22
67:15 70:19 71:4,7 72:1,21
75:8,15
recalled 11:7
received 12:2 13:12 28:10,12
68:6
receiving 12:13 13:20
recession 10:7

recollection 10:24 11:2,9
16:15 17:1,16 24:2 29:18
31:16 46:6 51:7 57:11 58:1
58:6 61:8 79:4
recommendation 48:13
recommendations 48:7
recommended 63:10
record 9:24 10:2 15:22 16:3,5
62:19 64:10
recording 72:7
records 34:20
recounted 14:5
reevaluated 61:9,12,18
reevaluation 62:4,7 64:5
refer 40:8
referred 37:24
referring 46:14 48:5 59:4
73:9 77:2 78:1
refresh 38:17
refused 57:1
regard 4:16 10:14 15:11
18:20 21:15 22:6 26:20
27:17 41:13 43:5 49:10
55:10 60:9 65:6,7 72:12
81:19
regarding 18:14 19:10,14
23:11,16 28:9 53:11 60:18
75:6,16
regardless 33:11
regular 18:1 85:19,20
relate 33:4 68:22
related 35:11 85:22 86:9,12
86:23 87:8
relating 6:9
relationship 8:17 24:3 30:24
31:18 32:1,12 51:16 83:16
83:21
relative 74:17
relay 22:21 36:12
relayed 38:24 39:13 68:19
relaying 35:14
relive 63:14
rely 37:13
remain 44:1 47:14 48:20
remember 5:21 10:22 12:8
12:11,18 17:14 18:7 22:5
24:8 31:10 39:5 40:22

41:20 50:14 51:9 53:17
55:13 56:14 57:23 58:18
61:17 63:11 64:2,6 71:5
72:16 73:10,15 74:9,10
76:21
remove 25:9
rephrase 5:17
report 14:9 19:23 23:20
60:22,23
reported 51:3
reporter 1:15 62:18 88:5,23
REPORTERS 1:21
represent 4:16
representative 47:16
representatives 47:9,10
represented 5:1
request 26:7 27:11 29:4
74:21 75:10 76:6
requested 23:24 27:15 62:20
requesting 24:23
resented 67:9
reserved 4:8
reside 7:11
resources 20:23
respond 5:10 38:22
responded 26:17
response 5:10,12 26:3 39:10
49:24 67:19 68:2 75:23
responsibilities 46:12,13
responsible 31:6
rest 66:21 67:1
restraints 67:1
result 15:14 67:22,24 86:16
results 60:17 62:7
resumed 53:14
retain 47:21
retaliation 54:19 69:1
returned 72:8,11
revelation 69:17
review 34:20,20 60:21
riding 31:15
right 24:13 25:2 39:22 41:4
85:3
rights 73:2
Rita 77:19
rocky 32:23
role 20:10 46:24

room 6:18 12:6 17:17 40:11
62:11 85:1
rules 5:8
run 34:17 38:7 84:6
running 83:9
Ruth 20:5

**S**

S-T-A-R-K 7:4
safe 41:3 50:3
safety 42:10 43:5 44:23 69:13
81:20
Santoro 23:18,22 24:10
25:22 26:3,11,15 27:9 28:21
29:3 34:15 37:21,23
saw 35:3,11 45:17 63:8
saying 5:12 48:15 54:5
scared 54:9 68:17,18 81:6
scenario 49:10
schedule 28:3 50:13 60:3
scheduled 56:23
Schmidt 61:14,19
school 1:8 4:16 6:10 11:4
12:1,16 13:16,23 14:16,21
16:9,10,12,21 18:1,4 19:2,4
19:6,10,14,18 21:6 22:4,4
23:14 24:3,19,24,24 25:6,11
25:20,23 26:9,21,21 27:8,11
27:12,14 29:5,6,9 30:5,10
32:16 33:6,17 34:11,13,16
34:18 35:12 36:9 37:3,6
38:11 40:7 41:11,18 42:1,8
42:18 43:2 44:4 45:9,21
46:1 47:10,14,15,17,17,21
48:8 49:7,7,9,19 50:6,8,15
50:18 51:3,5 52:9,10,15
53:19,23,23,24 54:17 55:8,9
55:15 56:7 57:3,10,11 58:16
59:24 60:10,16 61:23 64:1,8
64:9 66:19 67:1,13 68:6
69:3,19 70:2,7,11 71:1
72:11,14,17 73:13 74:3,12
74:14,15 75:5,9,12 76:13
77:7,10,12,13,18 78:2,8,9
78:13,16 79:16 81:24 82:5
82:17,17,19,21 83:4 87:8
schooled 77:11,24

schooling 76:23 77:14 79:2,8
schools 37:14 39:4 76:4 78:12
  78:22
schoolwork 46:17 80:21 81:1
Schoppe 49:15
scope 52:2
sealing 4:4
searching 75:20
seats 53:13
second 10:23 11:12 16:3 17:8
  26:19 84:24
security 43:6 67:3,6
see 18:2 33:13 36:16 44:15
  60:3 63:20 74:6 83:4
seeing 32:24
seek 63:2
seeking 84:18
seen 60:23 73:6,13,24 74:7
  82:22
self-esteem 55:4 87:10
self-harming 64:14
sell 9:7
semblance 50:8
semester 19:24 70:8 79:21
sending 29:1 37:13
senior 79:24 80:10,13,17
sent 48:8 54:16
separate 12:5
September 78:6
set 57:1 63:24
setting 64:9 82:18
seventh 29:15,19 32:22
share 31:4
shared 17:20
she'll 84:6,7
Shine 46:8,22 47:24 48:7
shirt 54:6
shock 53:18
short 62:16
shortly 24:5 25:21 42:12
showed 23:23
shut 78:11,12,21 84:7
shutdown 79:20
siblings 7:23
side 14:3 30:12 44:15 74:14
signing 4:4
simply 5:20

sister 7:24
sit 73:23 85:5,6
sitting 14:3,4 73:15 74:9
situation 26:6 36:12 39:18
  41:14 67:16 68:3 79:8
six 14:8
sixth 11:23 12:14 17:15 18:23
  34:14
skills 77:21
sleep 65:8,11,13 66:5,6,8,10
  66:11,14,18
sleeping 65:2,21 66:4,9
slip 4:22
small 49:13,15 55:19,20 56:8
  58:15 71:9
social 30:1,1 51:4 53:13 68:8
  69:4 77:21 84:5 86:18
socialize 84:2
socializing 87:3
Somers 40:12,14
son 8:3
soon 42:17
sorry 8:5,10 18:18,19 31:11
  45:18 56:1 64:3 73:17
  86:21
sort 62:1
South 1:21
speak 23:1,24 24:7 26:10
  37:23 38:20 40:14 44:20,24
  52:12,20,24 55:1 63:3 69:21
  71:14 72:3
speaker 12:7
speaking 22:13 69:22
specific 10:11 18:7 27:11
  71:5
specifically 21:19 34:15
  73:24
spend 31:14
spending 80:20
spoke 19:18 22:18 24:11,12
  24:15 40:19 41:15 52:23
  53:8,22 54:21 71:7
spoken 45:3,5 56:12
spring 82:6
Square 10:15 11:14,22 16:10
  16:22 22:13,14 33:4,12
  39:13 70:1

stable 31:5,15,19
staff 43:8 72:18
stand 33:3
Stark 7:4
start 6:7 17:5 49:3 77:4
started 10:15 11:3 13:14
  16:10,12 17:21 18:23 19:1,6
  34:23 35:20 37:18,22 40:9
  42:19 49:10 50:15 51:5
  55:17 70:22 77:10,17 78:5,7
  78:9 80:15
state 6:20 9:9
STATES 1:1
staying 78:1
stenographic 88:8
step 6:17 20:12,13 62:11
stepson 8:6
sticking 54:5
stifling 67:8
stop 76:19
stopped 63:12
story 68:11,12
Street 1:16,21 2:3 7:12
stress 43:23 86:9,12,18,22
stressed 49:17,20
struggled 67:2,10 68:10
student 11:22 12:1 13:7,9
  34:19 39:15 47:6,13 48:1,20
  57:18 59:7
students 37:10 58:9,9 67:5,15
  73:2 79:1
studies 51:4 53:14
stuff 83:7
subject 73:1
suffering 6:2 86:3
suffers 86:16,19,22 87:1,7
suggest 65:10
Suite 1:22 2:8
superintendent 38:11 59:1
supplemental 77:16
support 75:1
supposed 37:10
sure 10:10 11:18 28:16 37:10
  40:23 43:8 50:2 57:22
  58:24 61:15 62:15 66:3
  75:17 76:20 79:2 83:11
switch 39:4

sworn 4:11

**T**

table 73:11,16
take 6:15,16 37:9 42:23 43:3
  53:3 56:24 57:8 58:2 62:10
  62:13 82:13 85:17
taken 1:15 50:10 54:16 62:17
  88:8
takes 85:13,16,18
talk 24:20 27:2,22 30:11
  34:16 38:2 69:12 72:16
  85:1,4,6
talked 43:14 67:21
talking 29:14 43:21 59:20
  72:14
target 30:5,8
  ■■■■:14 8:3,19 10:14
  12:1,14,20 14:14,24 15:3,7
  16:21 21:14 22:19,22 23:1,1
  23:4 24:23 26:7 27:10,23
  29:2,6 30:15,16 34:10,23
  36:9 39:3,4,5,14 41:17 42:5
  42:13,17 44:15 45:13 46:8
  46:12,16 47:6,12 48:13,19
  50:2,8,15 51:3,15 52:10,18
  52:20,24 53:6 54:2 57:1,2
  58:13 60:9 63:2 64:7,14
  67:10 70:8 76:24 77:3,4,17
  77:20 80:8 81:4,11 86:16
  ■■■■ 13:3,10 14:6 58:1
  60:2 61:1 79:14 82:16
teacher 17:2,4,6,9,11,17 20:9
  28:6
teachers 14:8 17:17,18 19:23
  20:2,4,16 23:19 27:4 39:3
  46:11 47:8 48:1 67:6
team 13:3 19:3
tech 34:18 41:18 47:10,17
  49:7 50:6 51:2 52:8 57:3
  58:9 69:3 72:14 74:3,14
technical 33:17 34:11 72:17
Ted 21:12
teenage 15:4
telephone 12:2 35:20 51:2
tell 13:5 25:18 26:20 27:1
  35:17 38:4 39:7 45:13,16,17

48:22 49:23 54:4,11,13,21
  54:23 66:15
telling 17:16 23:4,14 35:16
  38:14 42:17 43:22 53:10
  68:24
tenth 48:8 49:3 58:1 59:18
  66:21 67:2 70:21 76:14,16
  82:19
term 65:7,9
testified 4:12 15:8
testify 15:9
testimony 4:18,21 14:13
  27:17 78:7
Thank 87:15,16,18
therapist 63:8,14 85:3
therapy 63:6 80:24
thing 38:8
things 66:15 83:8 84:15
  87:13
think 30:12,13 31:3,18 32:6
  34:3 41:5 57:23 66:8,24
  73:16 74:5 76:19 79:11
  83:18 85:23
third 12:23 17:8
thought 15:23 17:19 30:23
  34:3,21 43:19 77:20 79:7
three 8:2 39:2 67:15 77:15
tidy 83:12
time 4:8 7:5 10:1 16:4,8
  17:23 20:18 26:19 30:17
  31:14 32:11 33:20 39:2
  41:17,18 42:13,20 44:19
  45:21 47:8 49:6,7 50:22
  52:3 54:14 56:13 57:3
  60:10 62:16,18 63:2,18
  64:15 65:2,13 66:7 67:10
  68:10 70:1,5,6,14 71:6
  72:10 73:5 74:23 75:11
  77:15 79:18 80:20 81:2
  87:15
timeframe 70:19
times 5:11 24:12 26:16 45:8
  69:11
title 70:3,5,12,15,24 71:1,8
  71:12 72:12,15 73:2,6,17,19
  73:21 74:4,18,21,23 75:6,10
  75:12,16,19,22 76:6

titled 43:12
today 73:23
Todd 58:22 59:3
told 13:15 14:14 17:1,3,12,18
  18:5 20:19 25:22 27:5,21
  28:5 30:19 39:23 40:17,21
  41:2,9 44:14,21 45:19 51:15
  54:14 59:18 60:2 69:23
  73:24 75:21 85:5
tooth 63:16
top 45:10 74:10
touch 26:18 68:4
touching 54:2
Towamencin 52:16
Township 22:15
transcript 1:14 4:5 88:7
transfer 28:4,24 29:4
transferring 26:20
transition 30:14
transportation 27:3,22
trauma 6:10 18:14 21:16
  67:24
traumatic 63:6,13
traumatizing 67:3
treatment 63:2
trial 4:8 15:16
tried 13:16 48:24 63:3 69:11
  69:21
tries 84:3,10,14
triggered 35:14 84:6
trouble 66:4
true 88:7
trust 41:22 84:13
trusted 51:16
truth 55:1
try 65:6 83:8,13 84:1,10
trying 28:2 55:3 68:10 73:16
  74:8 75:20 84:16 85:2
  86:11
Tuesday 1:16
tuned 79:12
Twenty-one 7:19
twice 26:19 27:21
two 24:12 26:16 34:22 39:1,3
  40:22 62:10 67:14 76:3
  77:14 78:16 80:10,15,21
  84:2

type 6:1 15:7 68:6 78:2

**U**

Uh-huh 31:2 79:23 83:19
87:6
unannounced 24:7,9
underlying 46:20 85:23
understand 5:11,13,16,18,18
5:23 6:18 27:17 74:22 78:6
84:4
understanding 6:3 15:19
20:21 26:6 43:7 44:10 62:6
unfettered 33:14
United 1:1,22
Upper 21:12 22:14
uprooted 29:24
upset 6:11 18:6 26:5 29:10,11
35:10,16,17 38:23 39:1,6
40:1 45:14
upsetting 41:1
use 66:9
usually 19:6

**V**

Valley 2:9
Vaszily 12:12,24 13:24 16:16
16:17,23 17:24 18:5 19:19
23:13
verbal 5:10,12
verbally 68:19
victim 67:8
video 79:12
virtual 78:2 79:20 80:1
visit 24:19
vividly 74:9
voc 49:7 58:9
voicemail 71:18,19
vs 1:7

**W**

waiting 27:2,22
waived 4:6
walk 43:21 44:14 50:6 83:10
walked 15:18 35:6 43:6 52:16
67:8
walking 35:7
Walnut 1:16 2:3

want 5:22 6:7 24:20 25:2
29:12,23 46:8 47:5 48:1
68:11 84:8
wanted 6:14 11:3 25:22
27:10 31:14 33:16 41:1,2,24
74:20 75:9 76:11 77:16
wants 85:9
wasn't 28:15,17 34:17 43:18
49:1,4 72:10,23 78:13,24
80:8
watch 56:6
watching 67:22
Wawa 67:14
way 5:16 13:15 30:7,13 44:16
62:12 64:23 70:17 72:12
75:10 82:1
we're 84:3 85:2,6
weary 68:15
week 60:5 77:14,15
weekend 57:14
Wendy 4:15
went 19:18 24:3,9 25:20 26:9
27:8 33:9 40:22 44:19 48:7
53:24 63:4 65:11 68:8
71:18 78:23 81:14
weren't 60:4
Whalen 77:19
whatsoever 49:22
wheel 81:6
William 12:9
withdrawn 23:9 30:4 68:15
witness 3:4 4:23 10:3 31:9
62:21 87:19
witnessed 14:8 68:20
woman 34:4 76:9
women 50:11
wondering 81:15
word 54:9 66:9
work 9:4 11:8 34:5 80:23
81:15 85:3
worked 9:11,22 33:24 42:14
working 9:17 55:3 80:18 82:8
worried 34:18
worry 50:9
worse 82:24 83:2
wouldn't 50:3,4 59:18
wrap 68:14,14

wrist 64:18

**X**

**Y**

Yeah 72:1
year 9:13 10:20 12:16,17
14:18 18:1 19:8,14 24:14
25:3,4,5 31:22 44:4 45:9,21
46:1,4,9 48:8 51:13 65:22
65:23 67:1 68:6 69:19
76:13 77:10,18 79:24 80:10
80:13,16,17
years 7:19 9:1,16,22 15:1
21:16 39:2,2 40:23 76:24
young 25:9

**Z**

Zoom 78:24

**0**

**1**

1:28 1:17
100 2:8 34:17 74:23 76:21
77:10
11th 76:17,24 77:4
12th 76:24 82:2
15 47:11
1500 1:16 2:3
1520 1:22
17th 1:21
18 85:9
18034 2:9
18th 1:16 2:4
19102 2:4
19103 1:23

**2**

2 1:17
2:20-CV-05142 1:2
2014 14:15
2018 69:9
2019 61:9
2020 79:21
2021 1:17
215 1:24
25 9:22

| | 3 |
|---|---|
| **3:07** 87:21 | |
| **30** 1:21 | |
| **3701** 2:8 | |

| | 4 |
|---|---|
| **4** 3:8 | |
| **40** 32:5 | |

| | 5 |
|---|---|
| **564-1233** 1:24 | |

| | 6 |
|---|---|

| | 7 |
|---|---|

| | 8 |
|---|---|
| **8/5/67** 7:8 | |
| **8th** 52:1 | |