IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, | Case No.: 2:20-cv-05142 |
| Plaintiff, | |
| v. | |
| NORTH PENN SCHOOL DISTRICT, | |
| Defendant. | |

## ORDER

AND NOW, this _____ day of _____, 2022, upon consideration of Plaintiff Jane Doe's Motion for Partial Summary Judgment, the accompanying Memorandum in Support, and the response thereto, it is hereby ordered that Plaintiff Jane Doe's Motion for Summary Judgment is GRANTED in part and DENIED in part.

Judgment is entered in favor of Plaintiff Jane Doe and against Defendant North Penn School District solely as to the sexual harassment element of Plaintiff's Title IX claim stated in Count I of her Complaint.

Judgment is entered in favor of Plaintiff Jane Doe and against Defendant North Penn School District solely as to the fact that North Penn School District gained actual notice of the sexual harassment that had occurred to Jane Doe while she was in sixth grade. Plaintiff's Motion in all other respects is DENIED.

**IT IS SO ORDERED:**

_____
**EDUARDO C. ROBRENO, J.**