IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JANE DOE,                          :    CIVIL ACTION
                                   :    NO. 20-5142
           Plaintiff,              :
                                   :
     v.                            :
                                   :
NORTH PENN SCHOOL DISTRICT,        :
                                   :
           Defendant.              :

**O R D E R**

**AND NOW**, this **19th** day of **October, 2022,** upon
consideration of Plaintiff's Motion for Partial Summary Judgment
(ECF No. 47), Defendant's Motion for Summary Judgment (ECF No.
49), and the responses thereto, it is hereby **ORDERED** that:

1.   Plaintiff's Motion for Partial Summary Judgment is
**GRANTED** as to Count I and **DENIED** as to Count II.

2.   Defendant's Motion for Summary Judgment is **DENIED.**

     **AND IT IS SO ORDERED.**

                                   _Eduardo C. Robreno_
                                   **EDUARDO C. ROBRENO, J.**