# Hendrzak & Lloyd

(Not a Partnership – Employees of Zurich American Insurance Company)

ATTORNEYS at LAW

3701 Corporate Parkway, Suite 100

Center Valley, PA 18034

(610) 709-8705

FAX (610) 709-8560

JOHN P. HENDRZAK°*
SUSAN SMITH LLOYD°*
JOHN GOWOREK*
CHRISTOPHER S. BYRNES*
REBECCA M. CANTOR°*
SHOSHANA C. HYMAN*

_____

°ADMITTED IN PA
*ADMITTED IN NJ

**REPLY TO CENTER VALLEY, PA**

MAUREEN A. JORDAN°
NGHIA H. NGUYEN°*
KAREN S. NORRIS°
WILLIAM E. SCHAEFER°*
GILLIAN T. SHIPMAN°
THOMAS A. ZAMMATORE*

_____

**NJ OFFICE:** 300 INTERPACE PARKWAY
MORRIS CORPORATE CENTER 1
BUILDING B-C
PARSIPPANY, NJ 07054
TEL: 973-541-6300

November 4, 2022

Honorable Eduardo C. Robreno
Senior United States District Judge
15614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

> RE:  **Doe, Jane v. North Penn School District**
> **Case No.: 2:20-cv-05142**
> **Date of Loss:  Oct. 1, 2014**
> **Claim No.:  9640408703**

Dear Judge Robreno:

Both parties request that this matter be assigned to Magistrate Judge Richard Lloret for the purpose of scheduling a settlement conference in the above-captioned matter.  In addition, both parties respectfully request that the filing date for all pretrial filings, which is currently due pursuant to your October 24, 2022 Order (Document 54) on November 14, 2022, be extended until ten (10) days after the settlement conference to be scheduled with Judge Lloret is completed.

Your consideration of the above is greatly appreciated.

*Doe, Jane v. North Penn School District*
November 4, 2022
Page 2


                              Respectfully submitted,

                              MAUREEN A. JORDAN
                              Direct Dial: (610) 709-8579
                              Email: maureen.jordan@zurichna.com


MAJ /cms
cc:     Laura Laughlin, Esquire ***llaughlin@messalaw.com***
        Adele P. Kimmel, Esquire ***akimmel@publicjustice.net***
        Alexandra Z. Brodsky, Esquire ***abrodsky@publicjustice.net***
        Mollie L. Berkowitz, Esquire ***mberkowitz@publicjustice.net***
        Rachel Thompson ***rachel.thompson@zurichna.com***